USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 WHITESTONE CONSTRUCTION CORP.,           :
                                          :
                           Plaintiff,     :
           -against-                      :      1:20-cv-1006-GHW
                                          :
 YUANDA USA CORPORATION,                  :           ORDER
                                          :
                           Defendant.     :
-----------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

The initial pretrial conference scheduled for April 13, 2020 at 12:00 p.m. will now take place by telephone. The parties are directed to call Chambers (212-805-0296) at that time with all parties on the line.

Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: March 11, 2020  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge