USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WHITESTONE CONSTRUCTION CORP.,       :
                                     :
                         Plaintiff,  :
       -against-                     :     1:20-cv-1006-GHW
                                     :
YUANDA USA CORPORATION,              :          ORDER
                                     :
                         Defendant.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court has not received the joint status letter and proposed case management plan and scheduling order previously requested in the Court's February 7, 2020 order. The letter and proposed case management plan were due one week prior to the status conference set for April 13, 2020 at 12:00 p.m. The parties are directed to comply with the Court's February 7, 2020 order in its entirety forthwith, and in no event any later than April 8, 2020.

The parties are further directed to use the conference dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19 in place of the dial-in information referenced in Dkt. No. 9.

Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: April 7, 2020
                                            _____
                                                   GREGORY H. WOODS
                                                 United States District Judge