UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2020

----------------------------------------------------------------X

WHITESTONE CONSTRUCTION CORP.,          :
                                        :
                            Plaintiff,  :
              -against-                 :          1:20-cv-1006-GHW
                                        :
YUANDA USA CORPORATION,                 :              ORDER
                                        :
                            Defendant.  :
----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In light of Plaintiff's April 7, 2020 letter, the initial pretrial conference scheduled for April

13, 2020 is cancelled.  The Court expects that any application for an order to show cause for default

judgment will be submitted by May 4, 2020.  Any such application must be made in accordance with

the Court's Individual Rules and Emergency Rules in Light of COVID-19.

Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated:  April 13, 2020                       _____
                                                  GREGORY H. WOODS
                                                United States District Judge