USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2020

mUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WHITESTONE CONSTRUCTION CORP.,   :
                                 :
                    Plaintiff,   :
       -against-                 :          1:20-cv-1006-GHW
                                 :
YUANDA USA CORPORATION,          :               ORDER
                                 :
                    Defendant.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Around noon on April 13, 2020, Stewart Struzer and Charles Tan called the Court, representing themselves as employees of Yuanda USA Corporation, and left a message noting that they were trying to join the previously scheduled initial pre-trial conference. They left two callback numbers: (312) 929-7722 and (954) 303-1811. Messrs. Struzer and Tan were informed that their attorney should file a letter on the docket of this case.

Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: April 14, 2020

_____
GREGORY H. WOODS
United States District Judge