UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/24/2020
```

-----------------------------------------------------------------X

WHITESTONE CONSTRUCTION CORP.,          :
                                        :
                            Plaintiff,  :
                                        :
        -against-                       :          1:20-cv-1006-GHW
                                        :
YUANDA USA CORPORATION,                 :             ORDER
                                        :
                            Defendant.  :

-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On December 23, 2020, the parties submitted a stipulation and proposed order concerning the protocol for conducting remote depositions in this action.  Dkt. No. 86.  The Court declines to enter that stipulation and order.

The parties are reminded that they must review and comply with the Court's Individual Rules of Practice in Civil Cases.  Pursuant to Individual Rule 1(F), immediately following the filing of any proposed order or stipulation, parties are directed to submit a joint letter to the Court, stating (1) the reason for the request that the Court enter the proposed order or stipulation; (2) the position of each of the parties with respect to the proposed order or stipulation; (3) the basis for the Court's legal authority to enter the proposed order or stipulation; and (4) any other information that the parties believe would provide context for the Court's evaluation of the request.

It is not apparent why the Court must endorse the parties' stipulation regarding the protocol for conducting remote discovery.  Any renewed request must comply with Individual Rule 1(F) and explain why the Court's endorsement is necessary and provide the legal and factual basis for the Court to determine that each of the provisions of the stipulation and order is appropriate.

SO ORDERED.

Dated:  December 24, 2020

_____
GREGORY H. WOODS
United States District Judge