```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   WHITESTONE CONSTRUCTION CORP.,   :
                                                    :
                                  Plaintiff,   :
               -against-                 :          1:20-cv-1006-GHW
                                                    :
   YUANDA USA CORPORATION,               :              <u>ORDER</u>
                                                    :
                                Defendant.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record during the February 25, 2021 conference, it is hereby ORDERED that Perkins Eastman fully comply with Plaintiff's subpoena and provide all responsive documents by no later than March 2, 2021. It is further ORDERED that Perkins Eastman provide a witness for a deposition by Plaintiff and that the deposition take place by no later than March 12, 2021.

      The deposition and fact discovery deadlines in the Court's Amended Civil Case Management Plan and Scheduling Order are extended to March 12, 2021. *See* Dkt. No. 53 ¶¶ 7(a), 7(e). All other portions of the Court's Amended Civil Case Management Plan and Scheduling Order remain in effect.

      Plaintiff's request for attorneys' fees is denied without prejudice. Plaintiff is directed to confer with Perkins Eastman regarding the issue of fees. If Plaintiff wishes to renew its application, it is directed to write the Court by no later than March 12, 2021.

      Plaintiff is directed to serve this order on Perkins Eastman and to retain proof of service.

      SO ORDERED.

Dated: February 25, 2021                                                 _____
                                                                              GREGORY H. WOODS
                                                                         United States District Judge