UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2021
```

-------------------------------------------------------------------X

WHITESTONE CONSTRUCTION CORP.,   :
   :
                        Plaintiff,   :

         -against-   :                  1:20-cv-1006-GHW
   :

YUANDA USA CORPORATION,   :                  ORDER
   :
                      Defendant.   :

-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court has reviewed Plaintiff's March 9, 2021 letter.  Dkt. No. 107.  Plaintiff's request to extend the deadlines set forth in the Court's February 25, 2021 order, Dkt. No. 106, is granted.

The deadline for Perkins Eastman to fully comply with Plaintiff's subpoena is extended to March 22, 2021.  It is further ORDERED that Perkins Eastman provide a witness for a deposition by Plaintiff and that the deposition take place by no later than April 9, 2021.

If Plaintiff wishes to renew its application for attorneys' fees, it is directed to write the Court by no later than April 9, 2021.   Plaintiff is directed to confer with Perkins Eastman regarding the issue of fees prior to renewing its motion.

The Court's Amended Civil Case Management Plan and Scheduling Order, Dkt. No. 53, is amended as follows:

- The deadline for depositions and the close of fact discovery are extended to April 9, 2021.

- The deadline to file any motions for summary judgment is extended to May 10, 2021.

- The status conference scheduled for April 5, 2021 is adjourned to April 29, 2021 at 4:00 p.m.  The joint letter referenced in the Court's order at Dkt. No. 53 is due no later than April 22, 2021.

All other portions of the Court's Amended Civil Case Management Plan and Scheduling Order remain in effect.

Plaintiff is directed to serve this order on Perkins Eastman and to retain proof of service.

SO ORDERED.

Dated:  March 9, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge