## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

WHITESTONE CONSTRUCTION CORP.,    )

    )

    Plaintiff,    )

    )   No. 20 - cv - 1006

v.    )

    )

YUANDA USA CORPORATION,    )

    )

    Defendant.    )

## DEFENDANT YUANDA USA CORPORATION'S
## RULE 56 MOTION FOR SUMMARY JUDGMENT

NOW COMES Yuanda USA Corporation ("Yuanda"), by its attorneys, The Law Offices of Peter Scutero and Fox Swibel Levin & Carroll, LLP, and respectfully moves this court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting judgment in Yuanda's favor and against the Plaintiff, Whitestone Construction Corp., on all matters in dispute, including liability sand damages, if any.

In support of Yuanda's Motion, the following materials have been filed concurrently herewith: (1) Memorandum of Law in Support of Yuanda's Rule 56 Motion for Summary Judgment, (2) Yuanda's Rule 56.1 Statement of Undisputed Material Facts, which is referred in the Memorandum of Law as "Exhibit 1," and (3) exhibits offered in support of this Motion, which are referenced and/or identified in the Memorandum of Law and Rule 56.1 Statement of Undisputed Material Facts.

Dated:  July 2, 2021                    Respectfully submitted,


By: _____
        Adam L. Gill
        One of Its Attorneys



Peter Scutero
The Law Offices of Peter Scutero, P.C.
2529 32nd Street, 1E
Astoria, New York 11102
(914) 263-9320
peter@scuterolaw.com

and

Adam L. Gill (admitted *Pro Hac Vice*)
Fox Swibel Levin & Carroll LLP
200 W. Madison St., 30th Fl.
Chicago, IL  60606
(312) 224-1200
agill@foxswibel.com


*Counsel for Defendant, Yuanda USA Corp.*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on July 2, 2021, he caused the foregoing to be electronically served upon the following counsel of record:

Donald J. Carbone
Gary M. Kushner
Christopher M. Rodriguez
Goetz Fitzpatrick LLP
One Penn Plaza, Suite 3100
New York, NY 10119
(212) 695-8100
dcarbone@goetzfitz.com
gkushner@goetzfitz.com
crodriguez@goetzfitz.com

_____
Adam L. Gill