Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHITESTONE CONSTRUCTION CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 20 - cv - 1006 |
| v. ) | |
| ) | |
| YUANDA USA CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF MINGHUA TAN IN SUPPORT OF
YUANDA'S MOTION FOR SUMMARY JUDGMENT**

I, Minghua ("Charles") Tan, pursuant to 28 U.S.C. 1746, state and attest as follows:

1. I am employed by Yuanda USA Corporation ("Yuanda"). I submit this declaration in support of Yuanda's Motion for Summary Judgment ("Motion").

2. I am familiar with the facts and documents identified in this Declaration, and if asked I can testify as to the authenticity of the documents identified herein.

3. I started working at Yuanda in 2012, and during my employment with Yuanda, I have used the email address of Charles_Tan@126.com.

4. Attached hereto as Exhibit 3 is a true and accurate copy of Whitestone Construction Corp. Purchase Order No. 13-0139-002 ("Purchase Order").

5. Attached hereto as Exhibit 4 is a true and accurate copy of the first four pages of a March 6, 2018 email, on which I am copied.

6. Attached hereto as Exhibit 5 is a true and accurate copy of a March 17, 2018 email, on which I am copied

7. Attached hereto as Exhibit 6 is a true and accurate copy of the first twelve pages, plus the attachments, of a July 20, 2018 email, on which I am copied.

2

8.      Attached hereto as Exhibit 7 is a true and accurate copy of Whitestone's Proposed Change Order No. 98 ("PCO #098"), dated November 27, 2018, which Whitestone provided Yuanda.

9.      Attached hereto as Exhibit 8 is a true and accurate copy of Whitestone's Notice of Dispute, which Whitestone provided Yuanda on May 7, 2018.

10.     Attached hereto as Exhibit 9 is a true and accurate copy of Whitestone's Description of Dispute, which I received from Whitestone.

11.     Attached hereto as Exhibit 10 is a true and accurate copy of a May 3, 2019 email, which Whitestone provided Yuanda on May 7, 2018.

12.     Attached hereto as Exhibit 11 is a true and accurate copy of a letter, dated June 24, 2019, which I received from Whitestone on June 24, 2019.

13.     Attached hereto as Exhibit 12 is a true and accurate copy of an August 1, 2019 letter I sent to Whitestone.

14.     Attached hereto as Exhibit 13 is a true and accurate copy of the first six pages, plus the attachment, of an August 7, 2019 email I sent to Whitestone.

15.     Attached hereto as Exhibit 14 is a true and accurate copy of an August 19, 2019 email I received from Whitestone

16.     Attached hereto as Exhibit 15 is a true and accurate copy of an October 7, 2019 email (with attachment) I sent to Whitestone.

17.     Attached hereto as Exhibit 16 is a true and accurate copy of a December 7, 2019 email (with attachment) Yuanda sent to Whitestone.

18.     Attached hereto as Exhibit 17 is a true and accurate copy of an April 27, 2020 email I sent to Whitestone.

2

19. My native language is Mandarin, and this is the language I feel most comfortable testifying in when doing so under oath, in order to ensure the accuracy of my testimony. For this reason, I have signed this affidavit in my native language, and it is my understanding that Yuanda's attorney will provide an English language version of this affidavit to the court.

By: [See notarized signature of Mr. Tan, on attached Mandarin translation of this document]
_____
Mighua Tan

Sworn to before me this \_\_\_\_\_ day
Of June, 2021

_____
Notary Public

3

 

**Capital Linguists LLC.** **Tel:** 833-888-6588 **Email:** info@capitallinguists.com
https://capitallinguists.com **Address:** 2301 Shorefield Road, Suite 334, Silver Spring, MD 20902, USA.

## Certification of Translation Accuracy

**Translation of** "Yuanda - Ex. 2 - Declaration of C Tan in support of Motion for Summary Jugment.DOCX" from "**English**" to "**Simplified Chinese (Mandarin)**"

I, _____Ziyun Xu_____, hereby certify that the above-mentioned document has been translated by me; that I am an experienced and qualified professional translator; that I am fluent in English and Mandarin; and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a correct and true translation of the original document.

This is to certify the correctness of the translation only. Capital Linguists LLC and I do not guarantee that the original is a genuine document, or that the statements contained in the original document are true. Furthermore, Capital Linguists LLC and I assume no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification. Also attached are my qualifications.

I affirm this 11th of June 2021, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that I am physically located in Portugal and outside the geographic boundaries of the United States; that the above statements are true; and that I understand that this document may be filed in an action or proceeding in a court of law.

Signature: ____[signature]____

____Ziyun Xu____
Capital Linguists LLC
Dated: June 11, 2021

美国地方法院
纽约南区

Whitestone 建筑公司,　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　原告,　　　　　　　　　　　　 ）
　　　　　　　　　　　　　　　　　　）　No. 20 - cv - 1006
v.　　　　　　　　　　　　　　　　　 ）
　　　　　　　　　　　　　　　　　　）
Yuanda 美国公司,　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　被告。　　　　　　　　　　　　）

## 谭明华（音译）声明支持 Yuanda 的简易判决动议

我，谭明华(Charles)，根据 28 U.S.C. 1746，做出以下声明和陈述：

1. 我受雇于 Yuanda 美国公司（"Yuanda"）。我提交此声明以支持 Yuanda 的简易判决动议（"动议"）。

2. 我熟悉本声明中确定的事实和文件，如果被问到，我可以就此处确定的文件的真实性作证。

3. 2012 年开始在 Yuanda 工作，在 Yuanda 工作期间，使用的邮箱地址是 Charles_Tan@126.com。

4. 随附的证据 3 是 Whitestone 建筑公司第 13-0139-002 号采购订单（"采购订单"）的真实准确副本。

5. 随附的证据 4 是 2018 年 3 月 6 日电子邮件前四页的真实准确副本，我在电子邮件中被抄送。

6. 随附的证据 5 是 2018 年 3 月 17 日电子邮件的真实准确副本，我在电子邮件中被抄送。

7. 作为证据 6 随附于 2018 年 7 月 20 日的一封电子邮件的前十二页以及附件的真实准确副本，我在电子邮件中被抄送。

8. 随附的证据 7 是 Whitestone 建筑公司于 2018 年 11 月 27 日向 Yuanda 提供的 Whitestone 建筑公司提议的第 98 号变更令（"PCO #098"）的真实准确副本。

9. 作为证据 8，Whitestone 于 2018 年 5 月 7 日向 Yuanda 提供了 Whitestone 的争议通知的真实准确副本。

10. 随附的证据 9 是我从 Whitestone 收到的 Whitestone 的争议描述的真实准确副本。

11. 随附的证据 10 是 Whitestone 于 2018 年 5 月 7 日向 Yuanda 提供的 2019 年 5 月 3 日电子邮件的真实准确副本。

12. 随附的证据 11 是我于 2019 年 6 月 24 日从 Whitestone 收到的一封日期为 2019 年 6 月 24 日的信的真实准确副本。

13. 随附的证据 12 是我于 2019 年 8 月 1 日发给 Whitestone 的一封信的真实准确副本。

14. 随附的证据 13 是我于 2019 年 8 月 7 日发送给 Whitestone 的一封电子邮件的前六页以及附件的真实准确副本。

15. 随附的证据 14 是我在 2019 年 8 月 19 日从 Whitestone 收到的电子邮件的真实准确副本

16. 随附的证据 15 是我于 2019 年 10 月 7 日发送给 Whitestone 的电子邮件（带附件）的真实准确副本。

17. 随附的证据 16 是 Yuanda 于 2019 年 12 月 7 日发送给 Whitestone 的电子邮件（带附件）的真实准确副本。

18. 随附的证据 17 是我于 2020 年 4 月 27 日发送给 Whitestone 的电子邮件的真实准确副本。

19. 我的母语是普通话中文，这是我在宣誓作证时最方便的语言，以确保我的证词的准确性。为此，我以我的母语签署了这份宣誓书，据我所知，Yuanda 的律师将向法庭提供这份宣誓书的英文版本。

签字: _____
谭明华（音译）

这 21 天在我面前发誓
2021 年 6 月

_____
公证人
Notary
06/21/2021

OFFICIAL SEAL
GLENN J BURNS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/30/21

3