Exhibit 6

Message

| | |
|---|---|
| **From:** | ex02@yuandacn.com [ex02@yuandacn.com] |
| **Sent:** | 7/20/2018 8:21:30 AM |
| **To:** | jdearth [JDearth@WhitestoneCC.com] |
| **CC:** | charles_tan [charles_tan@126.com]; pcarvelas [pcarvelas@WhitestoneCC.com]; sgrzic [SGrzic@WhitestoneCC.com]; plepkowski [PLepkowski@WhitestoneCC.com]; ex02 [ex02@yuandacn.com] |
| **Subject:** | Re: RE: CUNY - Building movement @ WT-3 IMPORTANT |
| **Attachments:** | Check D312G D313G.pdf; D312G & D313G_7-10-20.pdf; D312G & D313G_7-10-20.dwg |

James，

The calculation is completed, it is OK, but there are some points need to be noted:

a. Aluminum block should be added in AL51 profile, its size is 11/16 "*1/4", the material is 6063-T6, the same length as aluminum angle, and AL51 should be fixed together with the aluminum block with countersunk head screw.

b. Aluminum angle, material should be 6063-T6.

c. The method to fix the stainless steel plate and aluminum angle has been changed to stainless steel rivets, so as not to affect the fixation of gasket, which has been changed in the detail drawing.

d. We found find a kind of gasket that is close to the requirement. I have put it in the detail for your reference.


Regards,

Yuan Yue

---

ex02@yuandacn.com

---

**From:** James Dearth
**Date:** 2018-07-19 21:03
**To:** ex02@yuandacn.com
**CC:** charles_tan; Phil Carvelas; Steven Grzic; Pawel Lepkowski
**Subject:** RE: Re: CUNY - Building movement @ WT-3 IMPORTANT
Yuan,

Thanks in advance for your expedited response.

Regards,

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

CONFIDENTIAL

YUANDA0004967

**From:** ex02@yuandacn.com [mailto:ex02@yuandacn.com]
**Sent:** Thursday, July 19, 2018 6:19 AM
**To:** James Dearth
**Cc:** charles_tan; Phil Carvelas; Steven Grzic; Pawel Lepkowski; ex02
**Subject:** Re: Re: CUNY - Building movement @ WT-3 IMPORTANT

James,
Conclusion will provide tomorrow.


Regards,
Yuan Yue

_____

ex02@yuandacn.com

| | |
|---|---|
| 发件人: | James Dearth |
| 发送时间: | 2018-07-18 09:37 |
| 收件人: | ex02@yuandacn.com |
| 抄送: | 谭明华; Phil Carvelas; Steven Grzic; Pawel Lepkowski |
| 主题: | Re: 回复: RE: CUNY - Building movement @ WT-3 IMPORTANT |

Yuan,

Were you able to expedite the check?

Please provide a status update.

Thanks,
James
Sent from my iPhone

On Jul 14, 2018, at 2:54 AM, "ex02@yuandacn.com" <ex02@yuandacn.com> wrote:

James,
I'll try my best.

Regards,
Yuan Yue

_____

ex02@yuandacn.com

**From:** James Dearth
**Date:** 2018-07-12 20:55
**To:** ex02@yuandacn.com
**CC:** 谭明华; Phil Carvelas; Steven Grzic; Pawel Lepkowski
**Subject:** RE: RE: CUNY - Building movement @ WT-3 IMPORTANT

Yuan,

Can you expedite the calculation check?

The owner wants to open the building as soon as possible and needs this issue resolved prior to occupancy.

CONFIDENTIAL

I understand I just gave this to you yesterday, but please try to push this through as quickly as possible.

Please review with your team and advise.

Thanks again for your continued support and dedication.

WCC hopes this job will be complete soon.

Regards,

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

---

**From:** ex02@yuandacn.com [mailto:ex02@yuandacn.com]
**Sent:** Thursday, July 12, 2018 6:40 AM
**To:** James Dearth
**Cc:** 谭明华; Phil Carvelas; Steven Grzic; Pawel Lepkowski; ex02
**Subject:** 回复: RE: CUNY - Building movement @ WT-3 IMPORTANT

James，
That's a very good suggestion. However, that detail still needs to be checked by calculation engineer.
Regarding availability of similar gasket, I need to check. If it is not available, then we have no other ways but to fabricate a new die.
Conclusions cannot be provided until the week of 23rd.

Regards,
Yuan Yue

---

ex02@yuandacn.com

---

**From:** James Dearth
**Date:** 2018-07-11 04:53
**To:** ex02@yuandacn.com
**CC:** 谭明华; Phil Carvelas; Steven Grzic; Pawel Lepkowski
**Subject:** RE: RE: CUNY - Building movement @ WT-3 IMPORTANT
Yuan,

Please see attached RFI 1436R5 with additional comments. In short, the design team doesn't want the interior panel to slop with the downward movement of the auditorium roof. Attached are the CAD files with the

YUANDA0004969

proposed modifications. Please check the new aluminum bracket connection and viability of threaded rod assembly to replace the front connection of SS panel to the AL51 extrusion. We also need a new gasket shown on the CAD file. Can Yuanda produce this gasket similar to the one your provided for the exterior?

Please review and advise on edits.

Regards,

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

---

**From:** ex02@yuandacn.com [mailto:ex02@yuandacn.com]
**Sent:** Thursday, May 17, 2018 6:09 AM
**To:** James Dearth
**Cc:** 谭明华; Phil Carvelas; Steven Grzic; junhuijia2002; Pawel Lepkowski; ex02
**Subject:** 回复: RE: CUNY - Building movement @ WT-3 IMPORTANT

James，
It's really a good news！
Unfortunately, it's difficult to solve the rotation problem of the indoor stainless steel plate.

Refer to the response on PDF, please.

Due to that gasket in gray color is not often used in Yuanda, samples must be later. We have to accumulate until certain amount to provide. If it is black sample we can provide soon.


Regards,

Yuan Yue

---

ex02@yuandacn.com

---

**From:** James Dearth
**Date:** 2018-05-15 23:58
**To:** ex02@yuandacn.com
**Cc:** 谭明华; Phil Carvelas; Steven Grzic; junhuijia2002; Pawel Lepkowski
**Subject:** RE: Re: CUNY - Building movement @ WT-3 IMPORTANT
Yuan,

YUANDA0004970

We are almost there!

Kindly respond to the following comments from RFI 1436R4.

1.  The stainless steel interior cover will move with the auditorium roof at the glass end (not at the other end).   It appears the same bubble gasket detail used on the exterior could be used on the interior to keep the stainless panel from moving.
a.  Interior panel is connected to the AL51 extrusion. Nothing can be done at this location.
2.  It is not clear that the glass head extrusion stays within the pocket at max movement.  Provide Additional detail showing max deflection.
a.  This is a valid concern. Kindly advise how much "bite" the sealant needs to overcome the friction at the moveing connection to ensure the extrusion moves with the glass. If needed, we can remove the sealant and backer rod and apply it in a different way to increase surface area of sealant.
3.  Address all Comments on dwgs and notes below in complete resubmission bubbling all changes.
a.  See attached RFI 1436R4 and address comments.

Kindly provide a sample of the gasket material for mock-up propose. The color should match DC795 Gray (same color used on all project sealant)

Regards,

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

---

**From:** ex02@yuandacn.com [mailto:ex02@yuandacn.com]
**Sent:** Saturday, May 05, 2018 1:33 AM
**To:** James Dearth
**Cc:** 谭明华; Phil Carvelas; Steven Grzic; junhuijia2002; Pawel Lepkowski; ex02
**Subject:** 回复: Re: CUNY - Building movement @ WT-3 IMPORTANT

James，
Really hope this project can be completed ASAP.
These gaskets can be provided by Yuanda for free.

Regards,

Yuan Yue

ex02@yuandacn.com

---

发件人：James Dearth
发送时间：2018-05-04 09:24
收件人：ex02@yuandacn.com
抄送：谭明华; Phil Carvelas; Steven Grzic; junhuijia2002;
Pawel Lepkowski
主题：Re: 回复: RE: CUNY - Building movement @ WT-3
IMPORTANT

Yuan,

Thanks for the quick reply.

What are the costs associated with the new
gasket?

Sent from my iPhone

On May 3, 2018, at 4:57 AM,
"ex02@yuandacn.com" <ex02@yuandacn.com> wrote:

James，

Regarding sealing, I tried to find a match within Yuanda's gaskets. Currently what I found is HJ-X084, which is the closest match in dimensions and shape, but that die is for EPDM. Since EPDM and silicone are incompatible, we can try to extrude silicone, so that we can apply silicone sealant on bottom of the gasket or on aluminum board for adhesion. I think that would resolve the first line sealing between WT-5 and WT-3. However, regarding the second line sealing of silicone plate, I still believe we should keep them.

Please confirm OK or not. If it seems to be practicable to you also, please let me know how many linear meters of them are needed, so that I can arrange a trial extruding of silicone gasket to see how it works. If there are no problems, I will arrange for extruding of gaskets, and then express them to you.

Regards,

Yuan Yue

---

ex02@yuandacn.com

YUANDA0004972

---

**From:** James Dearth
**Date:** 2018-05-01 05:27
**To:** ex02@yuandacn.com
**CC:** 谭明华; Phil Carvelas; Steven Grzic; junhuijia2002; Pawel Lepkowski
**Subject:** RE: RE: CUNY - Building movement @ WT-3 IMPORTANT

Yuan,

I misunderstood the whole time as well.

Please see attached sketch I made today changing some elements to accommodate WT-5 soffit. The orientation of LS06 bolt will crash into the WT-5 soffit and support structure when auditorium roof undergoes deflection. I switched the type and orientation of the LS06 bolt so that the head of the fastener is countersunk into the steel plate on the exterior of the extrusion and the washer and nut assembly is pointing into the building. The K003 steel plate was increased in length so that the LS06 bolt assembly will not be in conflict with the K001 bent plate. The existing bolt holes will be patched with a silicone sheet. The WT-5 soffit and support structure will be notched in the field around the steel plates so the WT-3 system can move past it without conflict. (see attached)

The only problem I cannot figure out is how to seal the WT-5 soffit against the WT-3 extrusion. Since the WT-5 is supported from a different element, the WT-3 will be moving independently causing a shearing of the seal. I wanted to use a gasket material that has adhesive against the WT-5 soffit panel so it will stick and no adhesive on the part that is in contact with the WT-3 extrusion. The WT-3 would be able to slide against the gasket material without binding.  From what I understand, there is no sealant that

CONFIDENTIAL

YUANDA0004973

can stretch 3" with a 7/8" joint width.

Please review my sketch and advise if it is acceptable. If you have a better more simple idea, please share. Also, please advise how WT-5 can be sealed so that the full range of movement can be accommodated without damaging seal.

Regards,

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

---

**From:** ex02@yuandacn.com [mailto:ex02@yuandacn.com]
**Sent:** Saturday, April 28, 2018 4:30 AM
**To:** James Dearth
**Cc:** 谭明华; Phil Carvelas; Steven Grzic; junhuijia2002; Pawel Lepkowski; ex02
**Subject:** 回复: RE: CUNY - Building movement @ WT-3 IMPORTANT

James,
Sorry for responding late.
So I have misunderstood previously all the time. Ever since the beginning, I understood it that the beam above glass moving downward, until I saw your latest explanation that it was the beam below glass moving downwards. Your concept is practicable. Upon your concept, I changed it slightly, for you to see OK or not.
        1)      K001 is 1/2" steel bending plate.
        2)      K002 is 3/8" PP or PA66 as a spacer between K001 and K003 to reduce noise. Meanwhile it is also to avoid interference between bolt and K001.

CONFIDENTIAL

YUANDA0004974

3)     K003 is 1/2" steel plate.

4)     K004 is 1/16" PA or PA66 as an isolation between steel plate and aluminum extrusion.

5)     K005 is PA or PA66 as a sleeve, cover through the bolt and put into the hole of K001. When bolt is fastened, steel plates wouldn't be clamped too tightly.

Furthermore, it is better to seal the joints on both sides of rubber plate with sealant for WT-5 area.

Regards,

Yuan Yue

ex02@yuandacn.com

**From:** James Dearth
**Date:** 2018-04-25 00:44
**To:** ex02@yuandacn.com
**CC:** 谭明华; Phil Carvelas; Steven Grzic; jason jia; Pawel Lepkowski
**Subject:** RE: Re: CUNY - Building movement @ WT-3 IMPORTANT

Attached is the correct sketch.

Regards,

James Dearth
Project Manager
Whitestone
Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

**From:** James Dearth
**Sent:** Tuesday, April 24, 2018 12:35 PM
**To:**
'ex02@yuandacn.com'
**Cc:** '谭明华'; Phil

YUANDA0004975

Carvelas; Steven Grzic;
'jason jia'; Pawel
Lepkowski
**Subject:** RE: Re:
CUNY - Building
movement @ WT-3
IMPORTANT
**Importance:** High

Yuan,
See attached building
movement sketch. I
relocated the slots and
hole locations to
accommodate the
auditorium roof
movements. We can
replace the structural
sealant between the
exterior soffit and the
WT-3 extrusion with a
gasket material to
allow the glass and
extrusion to move with
the building below
without tearing any
seals. Note that the
WT-3 wall system is
independently sealed
from the other wall
systems. A gasket
allowing small
amounts of air will not
be an issue (in my
opinion). Also attached
is a page from the WT-
5 (exterior soffit) shop
drawing showing no
hard connection back
to the WT-3 extrusion
and a 7/8" joint. It
appear that the worst
case deflection occurs
around the center of
the auditorium roof
truss span at the
clerestory glass. We
would only be required
to do this remediation
from the center of the
worst case deflection
to where the sealant
capacity is with
tolerable range.

CONFIDENTIAL

YUANDA0004976

Please review and advise if concept will work.
Regards,

James Dearth
Project Manager
Whitestone
Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

---

**From:** James Dearth
**Sent:** Friday, April 20, 2018 2:52 PM
**To:** 'ex02@yuandacn.com'
**Cc:** 谭明华; Phil Carvelas; Steven Grzic; jason jia; Pawel Lepkowski
**Subject:** RE: Re: CUNY - Building movement @ WT-3 IMPORTANT
**Importance:** High

Yuan,
Please see attached RFI 1436R3 clarifying that the building movement is at the auditorium roof NOT the building above.
We need to come up with an alternate design to account for the movements.
A new seal must be designed to accommodate the full range of movement expected at the mid span of the clerestory.
I will send some idea for remediation.
Do you have any ideas that could resolve this issue?
Regards,

YUANDA0004977

James Dearth
Project Manager
Whitestone
Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

**From:**
ex02@yuandacn.com
[mailto:ex02@yudac
n.com]
**Sent:** Friday, March
16, 2018 11:17 PM
**To:** Pawel Lepkowski;
James Dearth
**Cc:** 谭明华; Phil
Carvelas; Steven Grzic;
jason jia;
ex02@yudancn.com
**Subject:** Re: Re:
CUNY - Building
movement @ WT-3
IMPORTANT

James/Pawel

Refer to attached.

Regards,

Yuan Yue


ex02@yuandacn.co
m

发件人：Pawel
Lepkowski
发送时间：2018-03-
17 10:34
收件人
：ex02@yuandacn.com;
James Dearth
抄送：谭明华; Phil
Carvelas; Steven Grzic;
junhuijia2002
主题：Re: 回复: RE:
CUNY - Building
movement @ WT-3
IMPORTANT
Thank you Yuan, we
did receive the
email but we

CONFIDENTIAL

YUANDA0004978

**Check D312 G**

**LOAD DETAIL**
For vertical CW:

Wind load:      $R_W := \dfrac{30psf \cdot 6ft \cdot (7ft + 10.5in)}{4} = 354.375 \cdot lbf$



6'

7'-10½"

**Check Bolt 01**

$f_{t1} := R_W \cdot \dfrac{1}{2} = 177\,lbf$

Allowable tension force of 1/2" bolt

$F_t := 5676\,lbf$      $\dfrac{f_{t1}}{F_t} = 0.031$

Bolt 01 checked OK

cirtical position

---

PROJECT: CUNY

SUBJECT: WT-3 Canopy

DATE: 2018/7/19

PAGE: ............

YUANDA0005107

<u>Check Screw 01</u>

$$f_{t1} := \frac{R_w \cdot 2\frac{7}{16}\,in}{1\frac{3}{8}\,in} \cdot \frac{1}{4} = 157\,lbf$$

$$f_{s1} := \frac{R_w}{2 \cdot 4} = 44.297\,lbf$$

Allowable tension force of #10-24 screw

$$F_t := 584\,lbf \qquad \frac{f_{t1}}{F_t} = 0.269$$

Allowable Shear force of #10-24 screw

$$F_s := 292\,lbf \qquad \frac{f_{s1}}{F_s} = 0.152$$

$$\left(\frac{f_{t1}}{F_t}\right)^2 + \left(\frac{f_{s1}}{F_s}\right)^2 = 0.095 \quad < 1 \text{ Screw 01 checked OK}$$



| PROJECT : CUNY | DATE: 2018/7/19 |
|---|---|
| SUBJECT : WT-3 Canopy | PAGE: ............. |

YUANDA0005108

Check Bending of bracket 01

$$f_{b1} := \frac{R_w \cdot 2\frac{7}{16}in \cdot 6}{15in \cdot (0.25in)^2} = 5.528\,ksi$$

Allowable bending stress for 6063-t6 weld

$$F_b := 6.5\,ksi \qquad\qquad \frac{f_{b1}}{F_b} = 0.85 \qquad \text{Checked OK !}$$

Check Bolt 02

$$f_{t2} := \frac{R_w \cdot 4\frac{13}{16}in}{1\frac{13}{16}in} \cdot \frac{1}{2} = 470\,lbf$$

Allowable tension force of 1/2" bolt

$$F_t := 5676\,lbf \qquad \frac{f_{t2}}{F_t} = 0.083 \qquad \text{Bolt 02 checked OK}$$

Check Bending of bracket 02

$$f_{b2} := \frac{f_{t2} \cdot \left(1\frac{3}{4}in\right) \cdot 6}{1\frac{3}{4}in \cdot 2 \cdot (0.5in)^2} = 5.646\,ksi$$

Allowable bending stress for A36
$$F_b := 36\,ksi \cdot 0.6 = 21.6\,ksi \qquad\qquad \frac{f_{b2}}{F_b} = 0.261 \qquad \text{Checked OK !}$$

Check Bending of bracket 03

$$f_{b3} := \frac{R_w \cdot \left(6in + 4\frac{13}{16}in\right) \cdot 6}{9\frac{13}{16}in \cdot (0.5in)^2} = 9.372\,ksi$$

Allowable bending stress for A36
$$F_b := 36\,ksi \cdot 0.6 = 21.6\,ksi \qquad\qquad \frac{f_{b3}}{F_b} = 0.434 \qquad \text{Checked OK !}$$

| PROJECT : CUNY | DATE:  2018/7/19 |
|---|---|
| SUBJECT:  WT-3 Canopy | PAGE: ............ |

YUANDA0005109



1'-6"

7"

ALUMINUM

1/4" S.S.FASTENERS

ALUMINUM BRACKET

PP OR S.S.SHIM

(2) NUTS

UNISTRUT CHANNEL P1000T

NEW GASKET

HJ-X9735

(2) STAINLESS STEEL RIVETS 4.8x10 @ EACH CLIP

1/8"x1"X1" @ 2" LONG CLIP ANGLE @ 12" O/C

(2) NUTS

1/4" THREADED ROD

COUNTERSUNK HEAD SCREW M4x10

YUANDA0005110