# Exhibit 8

# WHITESTONE CONSTRUCTION



CORP.

May 3, 2019

FJ Sciame Construction Co, Inc
14 Wall Street - 2nd Floor
New York NY 10005
Attn: Michael Pardee

Re: New York City College of Technology
    New Academic Building
    285 Jay Street
    Brooklyn NY 11201
    Contract No. NY-CUCF-01-08-CURT

**NOTICE OF DISPUTE**

Dear Mr. Pardee,

This letter serves as Whitestone's Notice of Dispute regarding Sciame's May 3, 2019 official emailed rejection of Whitestone's change order proposal PCO-098 pursuant to the proposed WT-3 Clerestory Modifications originated by the design team's issuance of new design criteria in RFI 1130 response after return of 084413-020-02 MCN submittal and after fabrication and installation of the work in accordance with that approved submittal and contract documents.

Whitestone's forthcoming **Description of Dispute** will reference the relevant facts that clearly establish that WCC's PCO-098 is a valid change order entitlement to Whitestone, and will include all of the related supporting documentation.

Very truly yours,

Philip J. Carvelas
Project Executive

 cc: M. Porcelli, R. Murphy, A. Giusti, J Asante, J Buhler, Sciame; S. Grzic, J. Dearth, WCC

50-52 49th STREET, WOODSIDE, NY 11377-7423
TEL: (718) 392-1800  FAX: (718) 392-6262  www.whitestonecc.com

CONFIDENTIAL      YUANDA0046317