# Exhibit 10

## Phil Carvelas

| | |
|---|---|
| **From:** | Pardee, Michael <mpardee@Sciame.com> |
| **Sent:** | Friday, May 03, 2019 12:35 PM |
| **To:** | James Dearth; Murphy, Ryan; Giusti, Adam; Asante, Joseph; Buhler, Jacklyn |
| **Cc:** | Steven Grzic; Phil Carvelas; Porcelli, Michael |
| **Subject:** | RE: CUNY - PCO#098 - WT-3 Clerestory Remediation |
| **Attachments:** | CUNY_Design Movement Between Aud and Main Bld_Submittal 084426-07-01.pdf |

Whitestone team,

Sciame has reviewed with the client and the architect the above referenced change order. Based on the attached information from the architect, our collective position is that this is remedial work, which is believed to be Whitestone's responsibility, and not a design change warranting a change order to Whitestone.

In support of this conclusion the architect references that they raised concerns about this in the comments they made on returned drawings and RFI responses, which are attached for your review. Furthermore and in support of the architects position, attached is an open NCR from the special inspection consultant Super Structures. NCR report item #4, notes "that the starter sill is installed significantly higher (+/- 1 3/8" from the top of the curb) then as per ASK-158R2 "

For these reasons, WCC change order #098 is rejected. Sciame is concerned with making this repair now that the school is occupied. To this end, WCC is directed to proceed immediately with this repair by finalizing any necessary submissions, obtaining any approvals from the Design Team, procuring all material, and begin coordination with Sciame to accomplish this repair by the end of August 2019. Whitestone needs to submit immediately a detailed "method of procedure" (MOP) to correct this situation. Additionally, due to the location of this repair in the Lobby, Sciame requires a "Task Hazard Analysis" from Whitestone on this repair to be reviewed by our Safety Director.

Joseph, please move WCC pending change order #98 to the rejected status in our change order log.

Regards,

**Michael Pardee** | Sr Vice President

**Sciame**

**Sciame Construction, LLC**
14 Wall Street, New York, NY 10005
T 212.709.2617 | M 917.416.2017

---

**From:** James Dearth <JDearth@WhitestoneCC.com>
**Sent:** Tuesday, February 5, 2019 4:14 PM
**To:** Murphy, Ryan <rmurphy@Sciame.com>
**Cc:** Pardee, Michael <mpardee@Sciame.com>; Steven Grzic <SGrzic@WhitestoneCC.com>; Phil Carvelas <pcarvelas@WhitestoneCC.com>

CONFIDENTIAL                                                              YUANDA0046318