# Exhibit 13

Message

| | |
|---|---|
| From: | Tan Minghua [charles_tan@126.com] |
| Sent: | 8/7/2019 3:06:59 PM |
| To: | jdearth [JDearth@WhitestoneCC.com] |
| CC: | ex02@yuandacn.com; pcarvelas [pcarvelas@WhitestoneCC.com]; sgrzic [SGrzic@WhitestoneCC.com] |
| Subject: | Re:Re: RE: CUNY - Building movement @ WT-3 IMPORTANT |
| Attachments: | Check D331G_SS.pdf |

James,

Enclosed is the stamped cals. Please confirm of your receipt.

--
**Charles Tan**
Sales Manager (Central USA)

**Yuanda USA Corporation**
36 West Randolph Street, Suite 600, Chicago, IL 60601
| Te. 1 312 332 8700 | Fax. 1 312 332 8710 | Cell: 1 312 929 7722
| www.yuandacn.com |


在 2019-08-07 03:53:37，"ex02@yuandacn.com" <ex02@yuandacn.com> 写道：

Dear James,
Attached please find and review the revised detail by Yuanda per the comments. (PDF and CAD)
Currently for this detail, under ideal condition, the admissible deformation is 2 3/4", which has been marked up in D331G-1.

The original detail can accommodate maximum 1/2" movement. However, how to accurately locate at which location of the beam would this 0.5" appear. Since it is to be modified, and it must be modified, why not modify it more thoroughly and modify all the 16 locations of glass?

Calculations have been sent to PE for review and seal, and are expected to be returned to Yuanda later today. Charles will forward the sealed calculations to you at that time.


Regards,

Yuan Yue

ex02@yuandacn.com

> **From:** James Dearth
> **Date:** 2019-08-07 10:02
> **To:** ex02@yuandacn.com; charles_tan
> **CC:** Phil Carvelas; Steven Grzic
> **Subject:** RE: RE: CUNY - Building movement @ WT-3 IMPORTANT
> Charles/Yuan,
>
> This is a reminder that we need the requested information by tomorrow morning.

CONFIDENTIAL                                                                                                        YUANDA0045649

Please see attached sketch of the proposed remediation zone. We should only alter the system where it surpasses the limitations of the current design. Can you specify a maximum allowable deflection that the current system design can accommodate inclusive of a safety factor? We can then ask the design team to specify a "remediation zone" defining the extent of the corrective work.

Hopefully this significantly limits the amount of work required to satisfy the new design requirements.

Kindly respond by tomorrow morning with updated shop drawings and stamped calculations.

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

---

**From:** James Dearth
**Sent:** Monday, August 5, 2019 4:29 PM
**To:** ex02@yuandacn.com; charles_tan <charles_tan@126.com>
**Cc:** Phil Carvelas <pcarvelas@WhitestoneCC.com>; Steven Grzic <SGrzic@WhitestoneCC.com>
**Subject:** RE: RE: CUNY - Building movement @ WT-3 IMPORTANT
**Importance:** High

Charles/Yuan,

Kindly provide stamped calculations and a partial submittal shop drawing addressing all comments for the clerestory remediation by Wednesday morning.

Let me know if you have any questions.

We greatly appreciate your expeditious reply.

Regards,

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

---

**From:** ex02@yuandacn.com [mailto:ex02@yuandacn.com]
**Sent:** Monday, October 08, 2018 3:59 AM
**To:** James Dearth
**Cc:** charles_tan; Phil Carvelas; Steven Grzic; Pawel Lepkowski; ex02
**Subject:** Re: RE: CUNY - Building movement @ WT-3 IMPORTANT

James,
Please review the adjusted calculations.

Regards,
Yuan Yue

ex02@yuandacn.com

**From:** James Dearth
**Date:** 2018-10-03 04:16
**To:** ex02@yuandacn.com
**CC:** charles_tan; Phil Carvelas; Steven Grzic; Pawel Lepkowski
**Subject:** RE: RE: CUNY - Building movement @ WT-3 IMPORTANT

Yuan,

Thank you. I noticed the calculation you provided still accounts for the aluminum construction. Kindly update the calculation accordingly.

Regards,

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

**From:** ex02@yuandacn.com [mailto:ex02@yuandacn.com]
**Sent:** Saturday, September 29, 2018 4:47 AM
**To:** James Dearth
**Cc:** charles_tan; Phil Carvelas; Steven Grzic; Pawel Lepkowski; ex02
**Subject:** Re: RE: CUNY - Building movement @ WT-3 IMPORTANT

James,
    Drawings have been revised. Refer to the attached, please. A 1/8″ gap is left between screw head and wall of steel angle.

Regards,
yongfu zhang

ex02@yuandacn.com

**From:** James Dearth
**Date:** 2018-09-25 23:47

CONFIDENTIAL
YUANDA0045651

**To:** ex02@yuandacn.com
**CC:** charles_tan; Phil Carvelas; Steven Grzic; Pawel Lepkowski
**Subject:** RE: RE: CUNY - Building movement @ WT-3 IMPORTANT

Yuan,

Please change the aluminum angle to steel and provide a new connection detail. The aluminum fabrication and clearances for the screws heads with the angle radius are becoming an issue with the increased thickness and added gusset supports. We need to add a separator between the extrusion and the steel bracket. I will explain to the consultant how the installation will proceed.

Let me know if you have any questions.

Regards,

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

**From:** ex02@yuandacn.com [mailto:ex02@yuandacn.com]
**Sent:** Thursday, September 20, 2018 8:21 PM
**To:** James Dearth
**Cc:** charles_tan; Phil Carvelas; Steven Grzic; Pawel Lepkowski; ex02
**Subject:** Re: RE: CUNY - Building movement @ WT-3 IMPORTANT

James,
Regarding RFI1636R6,
2. THE CALCS HAVE AN ERROR WHERE THE LOAD IS IMPOSED.
YD: Refer to updated calculations and detailed drawings for more detailed information.
Note: the material of the aluminum angle circled in cloud line is 6063-T6, the thickness is changed from 1/4" to 5/16", and the quantity of connection screws and quantity of reinforcement bars are all changed. Of course, it would be even better if the aluminum angle can be changed to steel angle.

3. CLARIFY HOW THE REINFORCING PLATES IN THE HEAD EXTRUSION WILL BE INSTALLED AT THIS POINT WHEN ALL THE FINISHES ARE ALREADY INSTALLED. THERE IS NO ACCESS AS EVERYTHING IS INSTALLED AND THERE ARE NO EXPOSED ENDS OF THE TUBES.
-THIS MUST BE EXPLAINED.
YD: That back pan cannot be re-installed unless the extrusion is dismantled.


Regards,

Yuan Yue

CONFIDENTIAL
YUANDA0045652

ex02@yuandacn.com

**From:** James Dearth
**Date:** 2018-09-14 20:14
**To:** ex02@yuandacn.com
**CC:** charles_tan; Phil Carvelas; Steven Grzic; Pawel Lepkowski
**Subject:** RE: RE: CUNY - Building movement @ WT-3 IMPORTANT

Yuan,

Kindly provide Yuanda responses to RFI 1436R6 ASAP.

Please advise if the comment below changes the make-up of the aluminum or steel fabrications.



Regards,

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

**From:** ex02@yuandacn.com [mailto:ex02@yuandacn.com]
**Sent:** Friday, July 20, 2018 4:22 AM
**To:** James Dearth
**Cc:** charles_tan; Phil Carvelas; Steven Grzic; Pawel Lepkowski; ex02
**Subject:** Re: RE: CUNY - Building movement @ WT-3 IMPORTANT

James,

The calculation is completed, it is OK, but there are some points need to be noted:

a. Aluminum block should be added in AL51 profile, its size is 11/16 "*1/4", the material is 6063-T6, the same length as aluminum angle, and AL51

should be fixed together with the aluminum block with countersunk head screw.

b. Aluminum angle, material should be 6063-T6.

c. The method to fix the stainless steel plate and aluminum angle has been changed to stainless steel rivets, so as not to affect the fixation of gasket, which has been changed in the detail drawing.

d. We found find a kind of gasket that is close to the requirement. I have put it in the detail for your reference.


Regards,

Yuan Yue

ex02@yuandacn.com

**From:** James Dearth
**Date:** 2018-07-19 21:03
**To:** ex02@yuandacn.com
**CC:** charles_tan; Phil Carvelas; Steven Grzic; Pawel Lepkowski
**Subject:** RE: Re: CUNY - Building movement @ WT-3 IMPORTANT

Yuan,

Thanks in advance for your expedited response.

Regards,

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

**From:** ex02@yuandacn.com [mailto:ex02@yuandacn.com]
**Sent:** Thursday, July 19, 2018 6:19 AM
**To:** James Dearth
**Cc:** charles_tan; Phil Carvelas; Steven Grzic; Pawel Lepkowski; ex02
**Subject:** Re: Re: CUNY - Building movement @ WT-3 IMPORTANT

PROJECT: *City Tech Academic Building*

# STRUCTURAL CALCULATIONS
# FOR
# Bracket D331G
### *(REV.00)*





Prepared by:
Junhui (Jason) Jia

October 10, 2018

1

YUANDA0046044

### Check D331 G

**LOAD DETAIL**

For vertical CW:

Wind load: $R_w := \dfrac{30\,\text{psf} \cdot 6\,\text{ft} \cdot (7\,\text{ft} + 10.5\,\text{in})}{4} = 354.375 \cdot \text{lbf}$



**Check Screw 01**

$f_{t1} := \dfrac{R_w \cdot 2\frac{7}{8}\text{in}}{1\frac{3}{8}\text{in}} \cdot \dfrac{1}{4} = 185\,\text{lbf}$

$f_{s1} := \dfrac{R_w}{2 \cdot 3} = 59.063\,\text{lbf}$

Allowable tension force of #10-24 screw

$F_t := 584\,\text{lbf} \qquad \dfrac{f_{t1}}{F_t} = 0.317$

Allowable Shear force of #10-24 screw

$F_s := 292\,\text{lbf} \qquad \dfrac{f_{s1}}{F_s} = 0.202$

$\left(\dfrac{f_{t1}}{F_t}\right)^2 + \left(\dfrac{f_{s1}}{F_s}\right)^2 = 0.142 \quad < 1 \text{ Screw 01 checked OK}$

PROJECT: CUNY

SUBJECT: D331G

DATE: 2018/10/8

PAGE: ......2.....

### Check Bolt 01

$$f_{t1} := R_w \cdot \frac{\left(2\frac{7}{8}\text{in} + 2\frac{7}{16}\text{in}\right)}{1\text{in}} \cdot \frac{1}{2} = 941\,\text{lbf}$$

Allowable tension force of 1/2" bolt

$$F_t := 5676\,\text{lbf} \qquad \frac{f_{t1}}{F_t} = 0.166$$

Bolt 01 checked OK

### Check Bending of bracket 01

$$f_{b1} := \frac{f_{t1} \cdot \left(\frac{7}{8}\text{in}\right) \cdot 6}{\left(\frac{7}{8}\text{in} \cdot \tan(45\deg) + 1\text{in}\right) \cdot 4 \cdot \left(\frac{5}{16}\text{in}\right)^2} = 6.747\,\text{ksi}$$

Allowable bending stress for A36

$$F_b := 36\,\text{ksi} \cdot 0.6 \qquad \frac{f_{b1}}{F_b} = 0.312 \qquad \text{Checked OK !}$$



| PROJECT: CUNY | DATE: 2018/10/8 |
| --- | --- |
| SUBJECT: D331G | PAGE: ......3..... |

### Check Bolt 02

$$f_{t2} := \frac{R_w \cdot \left(4\frac{13}{16}in + 2\frac{7}{8}in + 2\frac{7}{16}in\right)}{1\frac{13}{16}in} \cdot \frac{1}{2} = 990\,lbf$$

Allowable tension force of 1/2" bolt

$F_t := 5676\,lbf \qquad \dfrac{f_{t2}}{F_t} = 0.174 \qquad$ Bolt 02 checked OK

### Check Bending of bracket 02

$$f_{b2} := \frac{f_{t2} \cdot \left(1\frac{3}{4}in\right) \cdot 6}{1\frac{3}{4}in \cdot 2 \cdot (0.5in)^2} = 11.878\,ksi$$

Allowable bending stress for A36

$F_b := 36ksi \cdot 0.6 = 21.6\,ksi \qquad \dfrac{f_{b2}}{F_b} = 0.55 \qquad$ Checked OK !

### Check Bending of bracket 03

$$f_{b3} := \frac{R_w \cdot \left(6in + 4\frac{13}{16}in + 2\frac{7}{8}in + 2\frac{7}{16}in\right) \cdot 6}{9\frac{13}{16}in \cdot (0.5in)^2} = 13.976\,ksi$$

Allowable bending stress for A36

$F_b := 36ksi \cdot 0.6 = 21.6\,ksi \qquad \dfrac{f_{b3}}{F_b} = 0.647 \qquad$ Checked OK !

PROJECT: CUNY  
SUBJECT: D331G  
DATE: 2018/10/8  
PAGE: ......4......

YUANDA0046047