# Exhibit 14

| | |
|---|---|
| **Message** | |
| From: | Tan Minghua [charles_tan@126.com] |
| Sent: | 8/20/2019 2:55:17 PM |
| To: | 张永福 [ex02@yuandacn.com]; 袁宇 [yuanyu@yuandacn.com] |
| CC: | 朱总 [amoszhu@126.com] |
| Subject: | Fw: Whitestone / Sciame / Yuanda |

张工，袁总，

请见下面白石发来的邮件，并给予回复。

谢谢，

谭

--------- Forwarded mail ---------

From: **Phil Carvelas**
Date: 08/19/2019 15:14
To: 'Tan Minghua'
Cc: amoszhu@126.com, Steven Grzic, 'Donald Carbone'
Subject: RE: Re:Whitestone / Sciame / Yuanda

Charles,

In consultation with Steven Grzic and Donald Carbone, Whitestone wishes to respond to your below August 2, 2019 email and accompanying August 1, 2019 letter.

Pursuant to your August 1, 2019 letter responding to the July 26, 2019 letter from Whitestone legal counsel Donald Carbone, Sr. Partner, Goetz Fitzpatrick LLP,

while Whitestone agrees with Yuanda in our mutual claim that the cause of Sciame's May 3, 2019 direction to remediate WT-3 clerestory is solely the cause of

CUNY/PEA/Sciame and that they alone are responsible to pay for all of the costs associated with said remediation, and, Whitestone intends to benefit from
Yuanda's technical and legal support in defending our mutual claim, unless or until that claim is settled in Whitestone's favor, then there remains a contractual

and legal obligation to comply with Sciame's May 3, 2019 direction with respect to WT-3 clerestory remediation.

In this case, CUNY and Sciame have in our opinion wrongfully rejected Whitestone's and Yuanda's claims. Whitestone, in accordance with the terms and procedures

of its contract, filed a Dispute that is not yet settled. Under the terms of Whitestone's contract, CUNY has the option to a) settle the Dispute with Whitestone, or b)

unilaterally reject Whitestone's Dispute and unilaterally reject any subsequent Whitestone appeal of said rejection, at which time, the only remaining remedy for

Whitestone would be to take legal action against Sciame in pursuit of reimbursement of all remediation costs.

CUNY/PEA/Sciame are of the position that the WT-3 clerestory is defective and must be remediated at the expense of the contractor. In any legal action Whitestone
pursues to defend its dispute claims, while Whitestone and Yuanda are of the mutual belief that the facts weigh in our mutual favor, there is still no guarantee
Whitestone would win its case, and there is a possibility that CUNY/PEA/Sciame would prevail in their claims.

Thus the contract remains in full force and effect and Whitestone's Dispute is yet to be settled either between Whitestone, Sciame and CUNY or in a legal setting.

On May 3, 2019, CM Sciame directed Whitestone to remediate WT-3 clerestory, which is their prerogative under the terms of the contract, regardless of the outcome
of any pending Whitestone dispute or lawsuit.

Whitestone therefore has no choice but to invoke the "Inspection & Defective Work" clause of our Purchase Agreement Terms and Conditions, and direct Yuanda
to remediate WT-3 clerestory at Yuanda's sole expense. Yuanda has the option to engage a qualified and approved erector, or, alternatively, to hire Metro-Tech
Erector's Corp., who installed WT-3 under subcontract to Whitestone. This situation is similar to the Pacific Park B3 fin issue.

Yuanda is hereby directed by Whitestone to organize, coordinate, and furnish and install all necessary remediation to WT-3 clerestory, inclusive of all necessary

safety and building protection measures. Whitestone will provide Yuanda with its safety and logistics plan for this work for the benefit of Yuanda.

WCC's herewith direction to Yuanda can be viewed as a necessary contractual, legal and procedural predecessor along the path of ultimately settling this dispute

in the favor of Whitestone and Yuanda either by CUNY willingly coming to terms with their architect's negligence and agreeing to accept all responsibility (unlikely),

or, Whitestone and Yuanda settling this dispute with the defendants, or, by Whitestone and Yuanda obtaining legal judgement in our favor (winning a law suit).

So, based on above, it is important that Yuanda take action now to organize and effectuate its remediation plan at its sole expense, based on the approved

remediation plan submittals. Subsequent to the completion of the remediation, Yuanda may join in Whitestone's legal action in an effort to recover all of its

costs of this remediation.

Whitestone urges Yuanda to take necessary action with respect to this valid and binding contractual and legal direction in order to avoid being declared in default

of contract, which could have the effect of undermining or working against Yuanda's claims.

Kindly contact with any questions or concerns.

Regards,

Philip J. Carvelas
Project Executive

Whitestone Construction Corp.

50-52 49th Street

Woodside, NY 11377

(718) 392-1800 Phone

(718) 392-6262 Fax

(917) 318-7765 Cell

**From:** Tan Minghua [mailto:charles_tan@126.com]
**Sent:** Friday, August 02, 2019 8:22 AM
**To:** Donald Carbone <dcarbone@goetzfitz.com>
**Cc:** amoszhu@126.com; Steven Grzic <SGrzic@WhitestoneCC.com>; Phil Carvelas <pcarvelas@WhitestoneCC.com>
**Subject:** Re:Whitestone / Sciame / Yuanda

Phil, Donald,

Enclosed please find the letter in response to your letter attached in the email below. We will have the letter signed and sent it to you on next Monday or Tuesday.

Best regards,

--

Charles Tan

Sales Manager (Central USA)

_____

**Yuanda USA Corporation**

36 West Randolph Street, Suite 600, Chicago, IL 60601

| Te. 1 312 332 8700 | Fax. 1 312 332 8710 | Cell: 1 312 929 7722

| www.yuandacn.com |

在 2019-07-26 10:41:58，"Donald Carbone" <dcarbone@goetzfitz.com> 写道：

> See attached.

YUANDA0035743



Donald J. Carbone
Senior Partner
Goetz Fitzpatrick LLP
One Penn Plaza | Suite 3100 | NY, NY 10119
T 212.695.8100 ext 312 | F 212.629.4013
goetzfitz.com

*The information in this transmission may be privileged and confidential. It is intended for the use of specific recipients.*
*In the event of an error, no waiver is intended, and we request that you notify the sender and destroy the original message.*

YUANDA0035744