# Exhibit 15

Message

| | |
|---|---|
| **From**: | Tan Minghua [charles_tan@126.com] |
| **Sent**: | 10/7/2019 8:33:24 PM |
| **To**: | James Dearth [JDearth@WhitestoneCC.com] |
| **CC**: | ex02@yuandacn.com; Phil Carvelas [pcarvelas@WhitestoneCC.com]; Steven Grzic [SGrzic@WhitestoneCC.com] |
| **Subject**: | Re: 084426-011-02 (Partial Submission) WT-3 Clerestory Remediation Calcs-Dwg_WSP_RAR |
| **Attachments**: | Check D331G (20190828)_SS.pdf |

James,

Enclosed please find the stamped calculations.

Charles

On 09/30/2019 17:29, James Dearth wrote:

Yuan,

Please provide the stamped calc as soon as time allows.

Thank you in advance for the quick response.

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

**From:** James Dearth
**Sent:** Friday, September 27, 2019 3:38 PM
**To:** ex02@yuandacn.com
**Cc:** Phil Carvelas <pcarvelas@WhitestoneCC.com>; Steven Grzic <SGrzic@WhitestoneCC.com>; charles_tan <charles_tan@126.com>
**Subject:** RE: FW: 084426-011-02 (Partial Submission) WT-3 Clerestory Remediation Calcs-Dwg_WSP_RAR

Yuan,

Kindly provide a stamp with the revised calculation.

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800

Cell: 347-395-7028
Fax: 718-392-6262

---

**From:** ex02@yuandacn.com <ex02@yuandacn.com>
**Sent:** Wednesday, August 28, 2019 5:06 AM
**To:** James Dearth <JDearth@WhitestoneCC.com>
**Cc:** Phil Carvelas <pcarvelas@WhitestoneCC.com>; Steven Grzic <SGrzic@WhitestoneCC.com>; charles_tan <charles_tan@126.com>; ex02 <ex02@yuandacn.com>
**Subject:** Re: FW: 084426-011-02 (Partial Submission) WT-3 Clerestory Remediation Calcs-Dwg_WSP_RAR

James,

Details and calculations have been revised already. Please review.

Regards,

Yuan Yue

ex02@yuandacn.com

**From:** James Dearth
**Date:** 2019-08-22 00:49
**To:** ex02@yuandacn.com; charles_tan
**CC:** Phil Carvelas; Steven Grzic
**Subject:** FW: 084426-011-02 (Partial Submission) WT-3 Clerestory Remediation Calcs-Dwg_WSP_RAR

Yuan/Charles,

Kindly review and revise addressing all design team comments.

Please return as soon as time allows.

Regards,

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

---

**From:** Whitney, Freddy [mailto:FWhitney@sciame.com]
**Sent:** Wednesday, August 21, 2019 12:20 PM
**To:** James Dearth
**Cc:** Murphy, Ryan; Pardee, Michael
**Subject:** 084426-011-02 (Partial Submission) WT-3 Clerestory Remediation Calcs-Dwg_WSP_RAR

James,

Please see attached reviewed submittal. It came back RAR, lets get these resubmitted ASAP.

Sincerely,

**Frederick Whitney** | Assistant Project Manager

Sciame

**Sciame Construction, LLC**
14 Wall Street, New York, NY 10005
**T** 212.709.2535 | **M** 917.843.6798
www.sciame.com

CONFIDENTIAL                                                                                                                                    YUANDA0036220

PROJECT: *City Tech Academic Building*

# STRUCTURAL CALCULATIONS
# FOR
# Bracket D331G
# *(REV.01)*



Prepared by:
Junhui (Jason) Jia



August 28, 2019

1

YUANDA0036221

**Check D331 G**

**LOAD DETAIL**

For vertical CW:

Wind load:

$$R_w := \frac{30\text{psf} \cdot 6\text{ft} \cdot (7\text{ft} + 10.5\text{in})}{2 \cdot 2} = 354.375 \cdot \text{lbf}$$

$$R_{w\_c} := \frac{55\text{psf} \cdot 6\text{ft} \cdot (7\text{ft} + 10.5\text{in})}{2 \cdot 3} = 433.125 \cdot \text{lbf}$$

*3 top bracket on corner zone*



critical position

**Check Screw 01**

$$f_{t1} := \frac{R_{w\_c} \cdot 3\frac{1}{16}\text{in}}{\frac{1}{2}\text{in}} \cdot \frac{1}{5} = 531\,\text{lbf}$$

$$f_{s1} := \frac{R_{w\_c}}{5} = 86.625\,\text{lbf}$$

Allowable tension force of #10-24 screw

$$F_t := 584\,\text{lbf} \qquad \frac{f_{t1}}{F_t} = 0.909$$

Allowable Shear force of #10-24 screw

$$F_s := 292\,\text{lbf} \qquad \frac{f_{s1}}{F_s} = 0.297$$

$$\left(\frac{f_{t1}}{F_t}\right)^2 + \left(\frac{f_{s1}}{F_s}\right)^2 = 0.913 \quad < 1 \text{ Screw 01 checked OK}$$

PROJECT: CUNY

SUBJECT: D331G

DATE: 2019/8/28 2828

PAGE: ......2......

YUANDA0036222

Check Bolt 01

$$f_{t1} := R_{w\_c} \cdot \frac{\left(3\frac{1}{16}in + 2\frac{7}{16}in + 1in \cdot 0.5\right)}{1in \cdot 0.5} \cdot \frac{1}{2} = 2599\,lbf$$

Allowable tension force of 1/2" bolt

$$F_t := 5676\,lbf \qquad \frac{f_{t1}}{F_t} = 0.458$$

Bolt 01 checked OK

Check Bending of bracket 01

$$f_{b1} := \frac{f_{t1} \cdot \left(\frac{7}{8}in\right) \cdot 6}{\left(\frac{7}{8}in \cdot \tan(60deg) + 1in\right) \cdot 4 \cdot \left(\frac{5}{16}in\right)^2} = 13.885\,ksi$$

Allowable bending stress for A36

$$F_b := 36ksi \cdot 0.6 \qquad \frac{f_{b1}}{F_b} = 0.643 \qquad \text{Checked OK !}$$



| PROJECT: CUNY | DATE: 2019/8/28 2828 |
| SUBJECT: D331G | PAGE: ......3...... |

YUANDA0036223

Check Bolt 02

$$f_{t2} := \frac{R_{w\_c} \cdot \left(3\frac{1}{16}in + 2\frac{7}{16}in + 4\frac{3}{4}in\right)}{1\frac{13}{16}in \cdot 0.5} \cdot \frac{1}{2} = 2449\,lbf$$

Allowable tension force of 1/2" bolt

$F_t := 5676\,lbf \qquad \dfrac{f_{t2}}{F_t} = 0.432 \qquad$ Bolt 02 checked OK

Check Bending of bracket 02

$$f_{b2} := \frac{f_{t2} \cdot \left(1\frac{3}{4}in\right) \cdot 6}{5\frac{1}{8}in \cdot 1 \cdot \left(\frac{9}{16}in\right)^2} = 15.86\,ksi$$

Allowable bending stress for A36

$F_b := 36ksi \cdot 0.6 = 21.6\,ksi \qquad \dfrac{f_{b2}}{F_b} = 0.734 \qquad$ Checked OK !

Check Bending of bracket 03

$$f_{b3} := \frac{R_{w\_c} \cdot \left(3\frac{13}{16}in + 2\frac{7}{16}in + 4\frac{3}{4}in + 6in\right) \cdot 6}{9\frac{13}{16}in \cdot (0.5in)^2} = 18.009\,ksi$$

Allowable bending stress for A36

$F_b := 36ksi \cdot 0.6 = 21.6\,ksi \qquad \dfrac{f_{b3}}{F_b} = 0.834 \qquad$ Checked OK !

---

PROJECT: CUNY          DATE: 2019/8/28 2828

SUBJECT: D331G          PAGE: ......4......

YUANDA0036224

| | |
|---|---|
| **Message** | |
| **From**: | ex02@yuandacn.com [ex02@yuandacn.com] |
| **Sent**: | 12/7/2019 3:13:33 AM |
| **To**: | jdearth [JDearth@WhitestoneCC.com] |
| **CC**: | ex02 [ex02@yuandacn.com] |
| **Subject**: | Re: CUNY - Clerestory bracket proposal |
| **Attachments**: | Cost for Brackets（air freight）.pdf; Cost for Brackets（Ocean freight）.pdf |

James,
See attached, please, two quotations have been provided for using air freight and ocean freight respectively.
If it is via ocean freight, they will be shipped to New York with our company's other project, and then Yuanda is to deliver to W CC.

Regards,
Yuan Yue

ex02@yuandacn.com

**From:** James Dearth
**Date:** 2019-11-27 05:30
**To:** ex02@yuandacn.com
**Subject:** CUNY - Clerestory bracket proposal
Yuan,

Please provide a proposal to fabricate and deliver all the brackets required to complete the clerestory remediation.

Regards,

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

CONFIDENTIAL                                                                                                                    YUANDA0036346



**Shenyang Yuanda Aluminium Industry Engineering Co., Ltd**
No. 20, 13th Street, Economic & Technological Development District Shenyang China 110027
Tel: 0086 24 2527 3090                                       Fax: 0086 24 2527 3591
E-mail: cnydhhg@163.com                                  Web: www.yuanda.com

## Quotation to project supplement

CUNY:
Party A requested to order the brackets needed for the remediation of clearestory.
The additional cost is as follow:
Procurement Period: 35 days
Transportation Method: Ocean Freight（LCL）

Date:07. 12, 2019

| Item | Description | Quantity | Unit | Rate | Amount(USD) |
|---|---|---|---|---|---|
| 1 | Brackets | | | | 4488.91 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | To  Collection | | USD | | 4488.91 |

CONFIDENTIAL                                                                                                          YUANDA0036348