# Exhibit 16

Message

| | |
|---|---|
| **From**: | ex02@yuandacn.com [ex02@yuandacn.com] |
| **Sent**: | 12/7/2019 3:13:33 AM |
| **To**: | jdearth [JDearth@WhitestoneCC.com] |
| **CC**: | ex02 [ex02@yuandacn.com] |
| **Subject**: | Re: CUNY - Clerestory bracket proposal |
| **Attachments**: | Cost for Brackets（air freight）.pdf; Cost for Brackets（Ocean freight）.pdf |

James,
See attached, please, two quotations have been provided for using air freight and ocean freight respectively.
If it is via ocean freight, they will be shipped to New York with our company's other project, and then Yuanda is to deliver to W CC.

Regards,
Yuan Yue

ex02@yuandacn.com

**From:** James Dearth
**Date:** 2019-11-27 05:30
**To:** ex02@yuandacn.com
**Subject:** CUNY - Clerestory bracket proposal

Yuan,

Please provide a proposal to fabricate and deliver all the brackets required to complete the clerestory remediation.

Regards,

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

CONFIDENTIAL                                                                                                              YUANDA0036346



**Shenyang Yuanda Aluminium Industry Engineering Co., Ltd**
No. 20, 13th Street, Economic & Technological Development District Shenyang China 110027
Tel: 0086 24 2527 3090         Fax: 0086 24 2527 3591
E-mail: cnydhhg@163.com         Web: www.yuanda.com

## Quotation to project supplement

CUNY:
Party A requested to order the brackets needed for the remediation of clearestory.
The additional cost is as follow:
Procurement Period: 35 days
Transportation Method: air freight

Date: 07. 12, 2019

| Item | Description | Quantity | Unit | Rate | Amount(USD) |
|---|---|---|---|---|---|
| 1 | Brackets | | | | 10032.23 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | To   Collection | | USD | | 10032.23 |

 **Shenyang Yuanda Aluminium Industry Engineering Co., Ltd**
Yuanda Group  No. 20, 13th Street, Economic & Technological Development District Shenyang China 110027
Tel: 0086 24 2527 3090                    Fax: 0086 24 2527 3591
E-mail: cnydhhg@163.com                Web: www.yuanda.com

## Quotation to project supplement

CUNY:
Party A requested to order the brackets needed for the remediation of clearestory.
The additional cost is as follow:
Procurement Period: 35 days
Transportation Method: Ocean Freight（LCL）

Date:07. 12, 2019

| Item | Description | Quantity | Unit | Rate | Amount(USD) |
|---|---|---|---|---|---|
| 1 | Brackets |  |  |  | 4488.91 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | To   Collection |  | USD |  | 4488.91 |