# Exhibit 23

| ITEM | Description | | Estimate Cost |
|---|---|---|---|
| 1 | Whitestone Manpower | | $102,825.94 |
| 2 | Whitestone Design (8 hrs*20 days*$110.00/hr) | | $17,600.00 |
| 3 | Equipment/Material/Services | | $47,389.65 |
| | | Sub Total | $167,815.59 |
| | | WCC OH&P @ 20% | $33,563.12 |
| | | Insurance (18%) | $36,248.17 |
| | | Total | $237,626.88 |

CLERESTORY REMEDIATION SUMMARY

WCC 005785

Manpower Tracking

| Day | Date | Carpenter hrs | Laborer hrs | Ironworker hrs | PCC hrs | Roofer hrs | WCC Supervisor | Notes |
|---|---|---|---|---|---|---|---|---|
| Monday | 8/10/2020 | 24 | 8 | 0 | 0 | 8 | 8 | |
| Tuesday | 8/11/2020 | 24 | 8 | 0 | 0 | 0 | 8 | |
| Wednesday | 8/12/2020 | 16 | 0 | 0 | 0 | 0 | 8 | |
| Thursday | 8/13/2020 | 24 | 8 | 0 | 0 | 8 | 8 | |
| Friday | 8/14/2020 | 24 | 0 | 0 | 0 | 0 | 8 | |
| Total | | 112 | 24 | 0 | 0 | 16 | 40 | |
| Monday | 8/17/2020 | 24 | 8 | 0 | 0 | 0 | 8 | |
| Tuesday | 8/18/2020 | 24 | 8 | 0 | 0 | 0 | 8 | |
| Wednesday | 8/19/2020 | 16 | 0 | 0 | 0 | 0 | 8 | |
| Thursday | 8/20/2020 | 0 | 0 | 0 | 0 | 0 | 4 | No Work |
| Friday | 8/21/2020 | 0 | 0 | 0 | 0 | 0 | 4 | No Work |
| Total | | 64 | 16 | 0 | 0 | 0 | 32 | |
| Monday | 8/24/2020 | 0 | 0 | 0 | 0 | 0 | 4 | No Work |
| Tuesday | 8/25/2020 | 0 | 0 | 0 | 0 | 0 | 4 | No Work |
| Wednesday | 8/26/2020 | 32 | 0 | 0 | 16 | 0 | 8 | |
| Thursday | 8/27/2020 | 24 | 0 | 0 | 8 | 0 | 8 | |
| Friday | 8/28/2020 | 24 | 0 | 0 | 8 | 0 | 8 | |
| Total | | 80 | 0 | 0 | 32 | 0 | 32 | |
| Monday | 8/31/2020 | 0 | 0 | 0 | 0 | 0 | 4 | No Work |
| Tuesday | 9/1/2020 | 24 | 0 | 0 | 8 | 0 | 8 | |
| Wednesday | 9/2/2020 | 24 | 0 | 0 | 8 | 0 | 8 | |
| Thursday | 9/3/2020 | 24 | 0 | 0 | 8 | 0 | 8 | |
| Friday | 9/4/2020 | 24 | 0 | 0 | 8 | 0 | 8 | |
| Total | | 96 | 0 | 0 | 32 | 0 | 36 | |
| Monday | 9/7/2020 | 0 | 0 | 0 | 0 | 0 | 4 | No Work |
| Tuesday | 9/8/2020 | 24 | 0 | 0 | 8 | 0 | 8 | |
| Wednesday | 9/9/2020 | 24 | 0 | 0 | 8 | 0 | 8 | |
| Thursday | 9/10/2020 | 24 | 0 | 0 | 8 | 0 | 8 | |
| Friday | 9/11/2020 | 24 | 0 | 0 | 8 | 0 | 8 | |
| Total | | 96 | 0 | 0 | 32 | 0 | 36 | |
| Monday | 9/14/2020 | 0 | 0 | 0 | 0 | 0 | 1 | No Work |
| Tuesday | 9/15/2020 | 0 | 0 | 0 | 0 | 0 | 1 | No Work |

Manpower Summary

| Trade | Hours | Rate | Total |
|---|---|---|---|
| Carpenter | 568 | $104.41 | $59,304.88 |
| Laborer | 66 | $72.15 | $4,761.90 |
| Ironworker | 0 | $104.22 | $0.00 |
| PCC | 96 | $83.18 | $7,985.28 |
| Roofer | 26 | $79.38 | $2,063.88 |
| Supervisor | 261 | $110.00 | $28,710.00 |
| Total | | | $102,825.94 |

| Day | Date | | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|---|
| Wednesday | 9/16/2020 | 0 | 0 | 0 | 0 | 0 | 1 | No Work |
| Thursday | 9/17/2020 | 0 | 0 | 0 | 0 | 0 | 1 | No Work |
| Friday | 9/18/2020 | 0 | 0 | 0 | 0 | 0 | 1 | No Work |
| | Total | 0 | 0 | 0 | 0 | 0 | 5 | |
| Monday | 9/21/2020 | 24 | 0 | 0 | 0 | 0 | 8 | |
| Tuesday | 9/22/2020 | 24 | 0 | 0 | 0 | 0 | 8 | |
| Wednesday | 9/23/2020 | 24 | 0 | 0 | 0 | 0 | 8 | |
| Thursday | 9/24/2020 | 24 | 0 | 0 | 0 | 0 | 8 | |
| Friday | 9/25/2020 | 24 | 10 | 0 | 0 | 10 | 8 | |
| | Total | 120 | 10 | 0 | 0 | 10 | 40 | |
| Monday | 9/28/2020 | 0 | 16 | 0 | 0 | 0 | 8 | |
| Tuesday | 9/29/2020 | 0 | 0 | 0 | 0 | 0 | 8 | |
| Wednesday | 9/30/2020 | 0 | 0 | 0 | 0 | 0 | 8 | |
| Thursday | 10/1/2020 | 0 | 0 | 0 | 0 | 0 | 8 | |
| Friday | 10/2/2020 | 0 | 0 | 0 | 0 | 0 | 8 | |
| | Total | 0 | 16 | 0 | 0 | 0 | 40 | |

WCC 005787

Cost Tracking

| Item | Description | Vendor | Invoice No. | Cost | Notes |
|---|---|---|---|---|---|
| 1 | SSP Engineering Services | DSENY | 76877 | $3,060.00 | Engineering of the SSP Per Sciame direction |
| 2 | Exterior work platform rigid insulation | Beacon | 7181724 | $2,182.86 | Insulation |
| 3 | Materials - wood | Feldman Lur | 10364222 | $4,955.80 | EWP/IWP/Scaffolding base |
| 4 | Aluminum | Hadco | 1181258 | $342.31 | Interior work platform material |
| 5 | Equipment - MEC4555 | Sunbelt | 104313025 | $2,551.77 | Rental for (1) month |
| 6 | Interior Work Platform materials - wood | Tulnoy | WHITE811 | $1,466.90 | Materials for interior work platform |
| 7 | Waterproofing/sealants/MISC | HD Supply | 39400170 | $686.48 | Waterproofing/sealants/MISC |
| 8 | Exterior silicone gasket | Simolex | 50017 | $786.50 | Exterior gasket |
| 9 | Torque wrench | Snap-on | ARV-452947 | $542.40 | Torque wrench for 4ft*lbs/19ft*lbs |
| 10 | Clerestory Brackets | AJB | 189 | $24,395.00 | Clerestory remediation fabrications |
| 11 | Tanner invoies | Tanner | N/A | $6,419.63 | Hardware/Tools/Safety |
|  | Total |  |  | $47,389.65 |  |

WCC 005788