Exhibit 24



# INVOICE

SEND ALL PAYMENTS TO:
SUNBELT RENTALS, INC
PO BOX 409211
ATLANTA, GA  30384-9211

| INVOICE NUMBER | 104313025-0002 |
| --- | --- |
| ACCOUNT NUMBER | 504133 |
| INVOICE DATE | 9/22/20 |
| | PAGE   1 |

**INVOICE TO**

WHITESTONE CONSTRUCTION CORP
50-52 49TH ST
WOODSIDE, NY  11377

| RECEIVED BY | CONTRACT NUMBER |
| --- | --- |
| FOLEY, PATRICK | 104313025 |

PURCHASE ORDER NUMBER
CUNY- 15-0101-154

JOB NUMBER
CUNY NEW ACADEMIC BU

**JOB ADDRESS**

285 JAY STREET, BROOKLYN
CUNY NEW ACADEMIC BUIDING
285 JAY ST
CUNY NEW ACADEMIC BUILDING
BROOKLYN, NY  11201 2933
C#: 718-392-1800 J#: 203-803-8775

BRANCH
0540    MASPETH AWP PC540

5875 MAURICE AVE
MASPETH, NY  11378 2332
718-387-4872

| . | QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| . | 1 | 45-49' ELECT SCISSOR NARROW | 435.00 | 435.00 | 895.00 | 1995.00 | 1995.00 |
| | | 10009522   Make: MEC  Model: 4555SE  Ser #: 16800571 | | | | | |
| | | HR OUT: 88.100      HR IN: 88.900      TOTAL: .800 | | | | | |
| | | # MEC 4555SE | | | | | |

Rental Sub-total:                    1995.00

BILLED FOR FOUR WEEKS  9/07/20 THRU 10/04/20.

.                                                                   1995.00

| SUBTOTAL | 1995.00 |
| --- | --- |
| TAX | 177.06 |
| **INVOICE TOTAL** | **2172.06** |

4 WEEK BILL          NET DUE UPON RECEIPT
WCC 005617

PDFWS7 (Rev 05/10/18)

# SUNBELT
## RENTALS

PC#: 0540
5875 MAURICE AVE
MASPETH, NY  11378 2332
718-387-4872

**SUNBELT RENTALS, INC.**

Salesman: 054044 SANTIAGO, ARTHUR  (5

Typed By: MSPORDER

Job Site:
CUNY NEW ACADEMIC BUIDING
285 JAY ST
CUNY NEW ACADEMIC BUILDING
BROOKLYN, NY  11201 2933
C#: 718-392-1800 J#: 203-803-8775

Customer: 504133
WHITESTONE CONSTRUCTION CORP
50-52 49TH ST
WOODSIDE, NY  11377

# RENTAL OUT



Contract #..   104313025
Contract dt. 8/07/20
Date out.... 8/10/20   9:00 AM
Est return.. 9/07/20   9:00 AM
Job Loc..... 285 JAY STREET, BROOKLYN
Job No...... CUNY NEW ACADEMIC BU
P.O. #...... PATRICK FOLEY
Ordered By.. FOLEY, PATRICK
NET DUE UPON RECEIPT

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|------|------------|-----|-----|------|--------|--------|
| 1.00 | 45-49' ELECT SCISSOR NARROW | 435.00 | 435.00 | 895.00 | 1995.00 | 1995.00 |
|      | 10009522   Make: MEC  Model: 4555SE  Ser #: 16800571 | | | | | |
|      | SCISSORLIFT 45',MEC,4555SE,ELEC,NMT,AMBE,TRVA | | | | | |
|      | HR OUT: 88.100 | | | | | |
|      | # MEC 4555SE | | | | | |

```
     ***    EQP MSG   ***
     *    Familiarization of the equipment stated on this contract has been
     offered to the customer.
     *    All required manuals are provided with the equipment stated
     on this contract.
     *    OSHA 1926.453 & ANSI Regulation A92 requires All Boom Lift occu-
     pants to wear Personal Fall Protection connected to the designated
     platform anchorage points. Personal Fall Protection equipment is
     available for purchase from Sunbelt Rentals.
     *    If the users of this equipment have any questions contact
     Sunbelt Rentals.
     WARNING Overheight Hazard!! The machine you are loading REQUIRES
     that you check the height of your load. Maximum Legal Height = 13'6"
```

                                  Rental Sub-total:                    1995.00

SALES ITEMS:
  Qty  Item number                  Unit     Price

*********************************************************************************************
*                            Rate your rental experience www.sunbeltrentals.com/survey                            *
| IF THE EQUIPMENT DOES NOT WORK PROPERLY, NOTIFY THE OFFICE AT ONCE | MULTIPLE SHIFTS OR OVERTIME RATES MAY APPLY | CUSTOMER IS RESPONSIBLE FOR REFUELING, DAMAGES AND REPAIRS |

1. The total charges are an estimate based on the estimated rental period and other information provided by Customer.
2. Customer assumes all risks associated with the Equipment during the Rental Period, including injury and damage to persons, property and the Equipment.
3. Customer is responsible for and shall only permit property trained, Authorized Individuals to use the Equipment.
4. If the Equipment does not operate properly, is not suitable for Customer's intended use, does not have operating and safety instructions or Customer has any questions regarding use of the Equipment, Customer shall not use the Equipment and shall contact Sunbelt immediately.
5. Equipment misuse or using damaged or malfunctioning Equipment may result in serious bodily injury or death and Customer agrees that Customer (i) assumes all risk associated thereunder, and (ii) indemnifies Sunbelt Entities for all claims or damages as a result of misuse or use of damaged or malfunctioning Equipment.
6. Customer has received, read, understands and agrees to the estimated charges and all the terms on this page, plus all sections on the reverse side of this Contract ("Sections"), including Release and Indemnification in Section 8 and Environmental Fee in Section 16, which can also be found at www.sunbeltrentals.com/rentalcontract. *Delivery/Pickup Surcharge fee explanation is available at www.sunbeltrentals.com/surcharge.
7. Customer must contact Sunbelt to request pickup of Equipment, retain the Pick-Up Number given by Sunbelt and will be responsible for Equipment until actually retrieved by Sunbelt.
8. Customer waives its right to a jury trial in any dispute as set forth in Section 19.
9. At the election of Sunbelt or Customer, Customer agrees to submit every dispute to arbitration and waives any right to bring a class action as set forth in Section 20.

Customer is declining Rental Protection Plan (see reverse side for details) _____ (Customer Initials)

_____   _____                _____
Customer Signature  WCC 005618  Date          Name Printed                      Delivered By              Date

# SUNBELT RENTALS

PC#: 0540
5875 MAURICE AVE
MASPETH, NY  11378 2332
718-387-4872

## SUNBELT RENTALS, INC.

Salesman: 054044 SANTIAGO, ARTHUR  (5
Typed By: MSPORDER

Job Site:
CUNY NEW ACADEMIC BUIDING
285 JAY ST
CUNY NEW ACADEMIC BUILDING
BROOKLYN, NY  11201 2933
C#: 718-392-1800 J#: 203-803-8775

## RENTAL OUT



Contract #..   104313025
Contract dt. 8/07/20
Date out.... 8/10/20   9:00 AM
Est return.. 9/07/20   9:00 AM
Job Loc..... 285 JAY STREET, BROOKLYN
Job No...... CUNY NEW ACADEMIC BU
P.O. #...... PATRICK FOLEY
Ordered By.. FOLEY, PATRICK
NET DUE UPON RECEIPT

Customer:  504133
WHITESTONE CONSTRUCTION CORP
50-52 49TH ST
WOODSIDE, NY  11377

| QTY | EQUIPMENT # | | Min | Day | Week | 4 Week | Amount |
|-----|-------------|---|-----|-----|------|--------|--------|
| | SALES ITEMS: | | | | | | |
| Qty | Item number | Unit | Price | | | | |
| 1 | DLPKSRCHG | EA | 38.750 | | | | 38.75 |
| | TRANSPORTATION SURCHARGE | | | | | | |
| | DELIVERY CHARGE | | | | | | 155.00 |
| | PICKUP CHARGE | | | | | | 155.00 |
| | James 203-803-8775 | | | | | | |

|  | |
|---|---|
| Sub-total: | 2343.75 |
| Tax: | 208.02 |
| Total: | 2551.77 |

All amounts are in USD

********************************************************************* Rate your rental experience www.sunbeltrentals.com/survey ************************************************* *
* IF THE EQUIPMENT DOES NOT WORK                    MULTIPLE SHIFTS OR                                    CUSTOMER IS RESPONSIBLE FOR
  PROPERLY, NOTIFY THE OFFICE AT ONCE              OVERTIME RATES MAY APPLY                              REFUELING, DAMAGES AND REPAIRS

1. The total charges are an estimate based on the estimated rental period and other information provided by Customer.
2. Customer assumes all risks associated with the Equipment during the Rental Period, including injury and damage to persons, property and the Equipment.
3. Customer is responsible for and shall only permit properly trained, Authorized Individuals to use the Equipment.
4. If the Equipment does not operate properly, is not suitable for Customer's intended use, does not have operating and safety instructions or Customer has any questions regarding use of the Equipment, Customer shall not use the Equipment and shall contact Sunbelt immediately.
5. Equipment misuse or using damaged or malfunctioning Equipment may result in serious bodily injury or death and Customer agrees that Customer (i) assumes all risk associated thereunder, and (ii) indemnifies Sunbelt Entities for all claims or damages as a result of misuse or use of damaged or malfunctioning Equipment.
6. Customer has received, read, understands and agrees to the estimated charges and all the terms on this page, plus all sections on the reverse side of this Contract ("Sections"), including Release and Indemnification in Section 8 and Environmental Fee in Section 16, which can also be found at www.sunbeltrentals.com/rentalcontract. *Delivery/Pickup Surcharge fee explanation is available at www.sunbeltrentals.com/surcharge.
7. Customer must contact Sunbelt to request pickup of Equipment, retain the Pick-Up Number given by Sunbelt and will be responsible for Equipment until actually retrieved by Sunbelt.
8. Customer waives its right to a jury trial in any dispute as set forth in Section 19.
9. At the election of Sunbelt or Customer, Customer agrees to submit every dispute to arbitration and waives any right to bring a class action as set forth in Section 20.

Customer is declining Rental Protection Plan (see reverse side for details) _____ (Customer Initials)

| Customer Signature | Date | Name Printed | | Delivered By | Date |
|---|---|---|---|---|---|

WCC 005619

SUNBELT TERMS AND CONDITIONS

1.      **DEFINITIONS.**  "Authorized Individuals" are those individuals that Customer directly or indirectly allows to use the Equipment, who are properly trained to use the Equipment and are not under the influence of any drugs, alcohol, substances or otherwise impaired.  "Customer" is identified earlier and includes any of its representatives, agents, officers, employees or anyone signing this Contract on its behalf. "Environmental Fee" is the charge described in Section 16. "Equipment" is the equipment and/or services identified earlier , together with all replacements, repairs, additions, attachments and accessories and all future Equipment rented. "Incident" is any fine, citation, theft, accident, casualty, loss, vandalism, injury, death or damage to person or property, claimed by any person or entity that appears to have occurred in connection with the Equipment. Equipment is considered "Lost" when it is either stolen, its location is unknown or Customer is unable to recover it for a period of 30 days. "MSLP" is the Equipment manufacturer's suggested list price on or about the date of the Incident relating to the Equipment. "One Shift," means not more than 8 hours per day and 40 hours per week. "Ordinary Wear and Tear" means normal deterioration considered reasonable in the equipment rental industry for One Shift use. "Pick-Up Number" is the number Customer obtains from Sunbelt evidencing the Customer's call to pick up Equipment. "Rental Period" commences when the Equipment is delivered to Customer or the Site Address and continues until the Equipment is returned to the Store or picked up by Sunbelt during normal business hours, provided Customer has otherwise complied with this Contract, "RPP" is the rental protection plan described in Section 10. "Site Address" is the location that Customer represents the Equipment will be located during the Rental Period identified earlier. "Store" is the Sunbelt location identified earlier. "Sunbelt" is Sunbelt Rentals, Inc. "Sunbelt Entities" is Sunbelt and its affiliated companies, their respective officers, directors, employees and agents.

2.      **TERMS.**   Customer's execution of this Contract or taking possession of the Equipment shall be deemed acceptance of the terms herein.  All of the terms herein are incorporated into this and all past and future contracts between Sunbelt and Customer upon Customer's receipt of Sunbelt's Equipment under those contracts. Any reference in Customer's purchase order or other Customer document to other terms that shall control this transaction shall be void. Customer rents the Equipment from Sunbelt pursuant to this Contract.  This Contract is a true lease. The Equipment (a) is and shall remain the personal property of Sunbelt and (b) shall not be affixed to any other property.

3.      **PERMITTED USE.**  Customer agrees that Sunbelt has no control over the manner in which the Equipment is operated during the Rental Period by Customer or any third party that Customer implicitly or explicitly permits. Customer warrants that: (a) prior to each use, Customer shall inspect the Equipment to confirm that it is in good condition, without defects, includes readable decals and operating and safety equipment or instructions and is suitable for Customer's intended use; (b) any apparent agent at the Site Address is authorized to accept delivery of the Equipment (and if Customer requests, Customer authorizes Sunbelt to leave the Equipment at the Site Address without requirement of written receipt); (c) Customer shall immediately notify Sunbelt if the Equipment is Lost, damaged, unsafe, disabled, malfunctioning, levied upon, threatened with seizure, or if any Incident occurs; (d) Customer has received from Sunbelt all information needed or requested regarding the operation of the Equipment; (e) Sunbelt is not responsible for providing operator or other training unless Customer specifically requests in writing and Sunbelt agrees to provide such training (Customer being responsible to obtain all training that Customer desires prior to the Equipment's use); (f) only Authorized Individuals shall use and operate the Equipment; (g) the Equipment's use shall be in a careful manner, in compliance with all operating and safety instructions provided on, in or with the Equipment and all applicable federal, state and local laws, permits and licenses, including but not limited to, OSHA, as revised; and (h) the Equipment shall be kept in a secure location.

4.      **PROHIBITED USE.**  Customer shall not (a) alter or cover up any decals or insignia on the Equipment or remove any operating or safety equipment or instructions; (b) assign its rights under this Contract; (c) move the Equipment from the Site Address without Sunbelt's written consent; (d) use the Equipment in a negligent, illegal, unauthorized or abusive manner, or in any publication (print, audiovisual or electronic); or (e) allow the use of the Equipment by any unauthorized individual (Customer acknowledging that the Equipment may be dangerous if used improperly or by untrained parties).

5.      **MAINTENANCE.** Customer shall perform routine maintenance on the Equipment, including routine inspections and maintenance of fuel and oil levels, grease, cooling system, water, batteries, cutting edges, and cleaning in accordance with the manufacturer's specifications.  All other maintenance or repairs may only be performed by Sunbelt or its agents, but Sunbelt has no responsibility during the Rental Period to inspect or perform any maintenance or repairs unless Customer requests a service call. If Sunbelt determines that repairs to the Equipment are needed, other than Ordinary Wear and Tear, Customer shall pay the full repair charges and rental of the Equipment until the repairs are completed. Sunbelt has the right to inspect the Equipment wherever located. Customer has the authority to and hereby grants Sunbelt and its agents the right to enter the physical location of the Equipment for the purposes set forth herein. Sunbelt shall be responsible for repairs needed because of Ordinary Wear and Tear. Customer agrees that repair or replacement of the Equipment is Customer's exclusive remedy for Sunbelt's breach of this Section. Notwithstanding Sunbelt's service commitment, Sunbelt shall have no obligation if Customer breaches this Contract to stop the Rental Period, commence repairs or render rent other equipment to Customer until Customer or its agent agrees to pay for such charges.

6.      **CUSTOMER LIABILITY. DURING THE RENTAL PERIOD, CUSTOMER ASSUMES ALL RISK ASSOCIATED WITH THE POSSESSION, CONTROL OR USE OF THE EQUIPMENT, INCLUDING BUT NOT LIMITED TO, PERSONAL INJURY, DEATH, RENTAL CHARGES, THEFT, LOSSES, DAMAGES AND DESTRUCTION, INCLUDING CUSTOMER TRANSPORTATION, LOADING AND UNLOADING, WHETHER OR NOT THE CUSTOMER IS AT FAULT.** After an Incident, Customer shall (a) immediately notify Sunbelt, the police, if necessary and Customer's insurance carriers; (b) secure and maintain the Equipment and the surrounding premises in the condition existing at the time of such Incident, until Sunbelt or its agents investigate; (c) immediately submit copies of all police or other third party reports to Sunbelt; and (d) as applicable, pay Sunbelt, in addition to other sums due herein, the rental rate for Equipment until the repairs are completed or Equipment replaced plus either (i) the MSLP or (ii) the full charges of repairs of damaged Equipment.  Accrued rental charges shall not be applied against these amounts. Sunbelt shall have the immediate right, but not obligation, to reclaim any Equipment involved in any Incident.

7.      **NO WARRANTIES.**  Sunbelt does not design or manufacture the Equipment and has no control over its design or manufacture. **SUNBELT DISCLAIMS ALL REPRESENTATIONS AND WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO THE EQUIPMENT, ITS DURABILITY, CONDITION, MERCHANTABILITY, OR FITNESS FOR ANY PARTICULAR PURPOSE. CUSTOMER ACKNOWLEDGES ACCEPTANCE OF THE EQUIPMENT ON AN "AS IS, WHERE IS" BASIS, WITH "ALL FAULTS" AND WITHOUT ANY RECOURSE WHATSOEVER AGAINST SUNBELT ENTITIES.  CUSTOMER ASSUMES ALL RISKS ASSOCIATED WITH THE EQUIPMENT AND RELEASES SUNBELT ENTITIES FROM ALL LIABILITIES AND DAMAGES (INCLUDING LOST PROFITS, PERSONAL INJURY, AND SPECIAL, INCIDENTAL AND CONSEQUENTIAL DAMAGES) IN ANY WAY CONNECTED WITH THE EQUIPMENT, ITS OPERATION OR USE OR ANY DEFECT OR FAILURE THEREOF OR A BREACH OF SUNBELT'S OBLIGATIONS HEREIN.**

8.      **RELEASE AND INDEMNIFICATION.**  TO THE FULLEST EXTENT PERMITTED BY LAW, CUSTOMER INDEMNIFIES, RELEASES, HOLDS SUNBELT ENTITIES HARMLESS AND AT SUNBELT'S REQUEST, DEFENDS SUNBELT ENTITIES (WITH COUNSEL APPROVED BY SUNBELT), FROM AND AGAINST ALL LIABILITIES, CLAIMS, LOSSES, DAMAGES, AND EXPENSES (INCLUDING ATTORNEY'S AND/OR LEGAL FEES AND EXPENSES) HOWEVER ARISING OR INCURRED, RELATED TO ANY INCIDENT, DAMAGE TO PROPERTY, INJURY OR DEATH OF, ANY PERSON, CONTAMINATION OR ALLEGED CONTAMINATION, OR VIOLATION OF LAW OR REGULATION CAUSED BY OR CONNECTED WITH THE (a) USE, POSSESSION OR CONTROL OF THE EQUIPMENT DURING THE RENTAL PERIOD OR (b) BREACH OF THIS CONTRACT, WHETHER OR NOT CAUSED IN PART BY THE ACTIVE OR PASSIVE NEGLIGENCE OR OTHER FAULT OF ANY PARTY INDEMNIFIED HEREIN AND ANY OF THE FOREGOING ARISING OR IMPOSED IN ACCORDANCE WITH THE DOCTRINE OF STRICT OR ABSOLUTE LIABILITY. CUSTOMER ALSO AGREES TO WAIVE ITS WORKERS' COMPENSATION IMMUNITY, TO THE EXTENT APPLICABLE. CUSTOMER'S INDEMNITY OBLIGATIONS SHALL SURVIVE THE EXPIRATION OR TERMINATION OF THIS CONTRACT.  All of Customer's indemnification obligations under this paragraph shall be joint and several.

9.      **INSURANCE.** During the Rental Period, Customer shall maintain, at its own expense, the following minimum insurance coverage: (a) general liability insurance of not less than $1,000,000 per occurrence, including coverage for Customer's contractual liabilities herein such as the release and indemnification clause contained in Section 8; (b) property insurance against loss by all risks to the Equipment, in an amount at least equal to the MSLP thereof, unless RPP is elected and paid for at the time of rental; (c) worker's compensation insurance as required by law; and (d) automobile liability insurance (including comprehensive and collision coverage, and uninsured/underinsured motorist coverage), in the same amounts set forth in subsections (a) and (b), if the Equipment is to be used on a roadway.  Such policies shall be primary, non-contributory, on an occurrence basis, and shall insure, name Sunbelt and its agents as an additional insured (including an additional  insured endorsement) and loss payee, and provide for Sunbelt to receive at least 30 days prior written notice of any cancellation or material change. Any insurance that excludes boom damage or overturns is a breach. Customer shall provide Sunbelt with certificates of insurance evidencing the coverages required above prior to any rental and any time upon Sunbelt's request. To the extent Sunbelt Entities carry any insurance, Sunbelt Entities' insurance will be considered excess insurance. The insurance required herein does not relieve Customer of its responsibilities, indemnification, or other obligations provided herein, or for which Customer may be liable by law or otherwise.

10.     **RENTAL PROTECTION PLAN.**  Customer's repair or replacement responsibility in Sections 5 and 6 is modified by the RPP and Sunbelt shall limit the amount Sunbelt collects from Customer for the Equipment loss, damage or destruction to the following amounts for each piece of Equipment: (a) 10% of the MSLP For Lost Equipment, up to a maximum of $500 per piece of Equipment; (b) 10% of the repair charges for incidental or accidental damage to Equipment, up to a maximum of $500 per  piece of Equipment; (c) charges in excess of $50 per tire for tire repairs; and (d) nothing for the rental charges which would otherwise accrue during the period when damaged or destroyed Equipment is being repaired or replaced by Sunbelt or Lost Equipment is being replaced; provided however, the foregoing RPP liability reduction only applies if the Conditions are satisfied and an Exclusion does not apply. The RPP is NOT INSURANCE and does NOT protect Customer from liability to Sunbelt or others arising out of possession, control or use of the Equipment, including injury or damage to persons or property.  **THE RPP IS A CONTRACTUAL MODIFICATION OF CUSTOMER'S LIABILITY.**  All of the following "**Conditions**" must be satisfied for the RPP and the corresponding liability reduction to apply: (i) Customer accepts the RPP in advance of the rental; (ii) Customer pays 15% of the gross rental charges as the fee for the RPP (plus applicable taxes); (iii) Customer fully complies with the terms of this Contract; (iv) Customer's account is current at the time of the loss, theft, damage or destruction of the Equipment; and (v) none of the Exclusions apply.  Customer assumes the Exclusion risks, meaning that if any Exclusion occurs, the RPP does NOT reduce the liability of Customer to Sunbelt for the loss, theft, damage or destruction resulting from such Exclusion. "**Exclusions**" shall mean loss, theft, damage or destruction of the Equipment: (A) due to intentional misuse; (B) caused by Lost Equipment or theft, where there is no theft of Items of discovery, and substantiated by a written police report (promptly delivered to Sunbelt); (C) due to floods, wind, storms, earthquakes or other Acts of God; and (D) accessories or Equipment for which Customer is not charged the RPP fee.  **THE EXCLUSIONS REMAIN THE LIABILITY OF CUSTOMER AND ARE NOT MODIFIED BY THE RPP. RPP IS REFLECTED ON THE CONTRACT AS PART OF CUSTOMER'S ESTIMATED CHARGES UNLESS CUSTOMER HAS ELECTED TO DECLINE RPP IN WRITING OR MADE OTHER CONTRACTUAL ARRANGEMENTS.**  Notwithstanding anything to the contrary in this Contract, if Lost Equipment is later recovered, Sunbelt retains ownership of Equipment regardless of any payments made by Customer or Customer's insurance company with respect to such Equipment, all of which payments are non-refundable.  Customer agrees to promptly return any Equipment that is recovered. Sunbelt shall be subrogated to Customer's

rights to recover against any person or entity relating to any loss, theft, damage or destruction to the Equipment.  Customer shall cooperate with, assign Sunbelt all claims and proceeds arising from such loss, theft, damage or destruction, execute and deliver to Sunbelt whatever documents are required and take all other necessary steps to secure in Sunbelt such rights, at Customer's expense.

11.     **RENTAL RATES.**  The total charges specified in this Contract are: (a) estimated based upon Customer's representation of the estimated Rental Period identified herein (rental rates beyond the estimated Rental Period may change) and other information conveyed by Customer to Sunbelt; and (b) for the Equipment's use for One Shift, unless otherwise noted.  Weekly and 4 week rental rates shall not be prorated.  Rental charges accrue during Saturdays, Sundays and holidays. The rental rates do not include and Customer is responsible for, (i) all consumables, fees, licenses, present and future taxes and any other governmental charges based on Customer's possession and/or use of the Equipment, excluding additional fees for more than One Shift use; (ii) delivery and pickup charges to and from the Store, including but not limited to any freight, transportation, delivery, pickup and surcharge fees listed in this Contract; (iii) maintenance, repairs and replacements to the Equipment as provided herein; (iv) a cleaning fee if required; (v) miscellaneous charges, such as fees for lost keys and RPP; (vi) fuel used during the Rental Period and for refueling Equipment as described below; (vii) fines for use of dyed diesel fuel in on-road Equipment; and (viii) a Environmental  Fee (see www.sunbeltrentals.com/environmentalfee) and (ix) Transportation Surcharge (see www.sunbeltrentals.com/surcharge) .  The convenience charge for off road diesel fuel does not include governmental motor fuel taxes or charges.  Sunbelt collects these fees as revenue and uses them at its discretion.

12.     **PAYMENT.**  Customer shall pay amounts due, without any offsets, in full at the time of rental, unless Sunbelt approves Customer's executed credit application (credit customers must pay, upon receipt of Sunbelt's invoice). Customer must notify Sunbelt in writing of any disputed amounts, including credit card charges, within 15 days after the receipt of the invoice/contract or Customer shall be deemed to have irrevocably waived its right to dispute such amounts.  At Sunbelt's discretion, any credit account with a delinquent balance may be placed on a cash basis, deposits may be required and the Equipment may be picked up without notice. Due to the difficulty in fixing actual damages caused by late payment, Customer agrees that a service charge equal to the lesser of 1.5% per month or the maximum rate permitted by law shall be assessed on all delinquent accounts, until paid in full. Customer shall pay a fee of $75 for each check returned for lack of sufficient funds to compensate Sunbelt for its overhead for processing missed payment.  Deposits will only be returned after all amounts are paid in full. Customer agrees that if a credit card is presented to pay for charges or to guarantee payment, Customer authorizes Sunbelt to charge the credit card all amounts shown on this Contract and charges subsequently incurred by Customer, including but not limited to, loss of or damage to the Equipment and extension of the Rental Period.

13.     **RETURN OF EQUIPMENT.** Sunbelt may terminate this Contract at any time, for any reason.  At the end of the Rental Period, the Equipment shall be returned to Sunbelt in the same condition it was received, less Ordinary Wear and Tear and free of any hazardous materials and contaminants. Customer will continue to be responsible for rental and other charges after the Rental Period if the Equipment is not returned in the condition required herein. If Sunbelt delivered the Equipment to Customer, Customer shall notify Sunbelt that the Equipment is ready to be picked up at the Site Address and obtain a Pick-Up Number, which Pick-Up Number Customer should keep as proof of the call; provided Customer remains liable for any loss, theft, damage to or destruction of the Equipment until Sunbelt confirms that the Equipment is returned in the condition required herein. Customer will not be charged the rental charges after the date the Pick-Up Number is given, provided Customer has otherwise complied with this Contract. No pickups occur on Sundays or statutory holidays and Saturday pickups are dependent on specific Store hours.  If Customer picked up Equipment, Customer shall return Equipment to the same Store during that Store's normal business hours.  If the Equipment is not returned by the estimated end of the Rental Period through specific, earlier, Customer agrees to pay the applicable rental rate for the Equipment until the end of the Rental Period.

14.     **PURCHASES:**  If this Contract identifies any Equipment, materials or other items that is to be purchased by Customer, Sunbelt sells and delivers such items to Customer on an "**AS IS, WHERE IS**" basis, with all faults and without any warranties (other than manufacturer warranties, if any) in consideration for Customer's payment to Sunbelt of the full purchase price of the item, Sunbelt retains title to the item until Customer has paid in full.

15.     **DEFAULT** Customer shall be in default if Sunbelt deems itself insecure or if Customer: (a) fails to pay sums when due; (b) breaches any Section of this Contract; (c) becomes a debtor in a bankruptcy proceeding, goes into receivership, takes protection from its creditors under any insolvency legislation, ceases to carry on business, or has its assets seized by any creditor; (d) fails to insure the Equipment as required, or otherwise places the Equipment at risk; (e) fails to return Equipment immediately upon Sunbelt's demand; or (f) is in default under any other contract with Sunbelt. If a Customer default occurs, Sunbelt shall have, in addition to all rights and remedies at law or in equity, the right to repossess the Equipment without judicial process or prior notice. Customer shall pay all of Sunbelt's costs, including reasonable costs of collection, court costs, attorneys and legal fees, incurred in exercising any of its rights or remedies herein. The use of false identification to obtain Equipment or the failure to return Equipment by the end of the Rental Period may be considered theft, subject to criminal prosecution and civil liability where permitted, to the applicable laws.  Sunbelt shall not be liable due to seizure of Equipment by reason of breach or order of governmental authority. **CUSTOMER WAIVES ANY RIGHT OF ACTION AGAINST SUNBELT ENTITIES FOR SUCH REPOSSESSION.**

16.     **ENVIRONMENTAL FEE.** To promote a clean and sustainable  environment, Sunbelt takes various measures to comply with applicable environmental regulations, as well as with Sunbelt's own policies.  Sunbelt also incurs a wide range of environmental related expenses (both direct and indirect).  These expenses may include services such as waste disposal, construction and maintenance of cleaning facilities, acquisition of more fuel efficient equipment, as well as, labor costs, administration costs, etc.  To help defray these and other costs, Sunbelt assesses an Environmental Fee, plus applicable taxes thereon in connection with certain rentals. The Environmental Fee is not a tax or governmentally mandated charge, and is not designated for any particular use or placed in an escrow account, but is a charge that Sunbelt collects as revenue and uses at its discretion.

17.     **FUEL.** For Equipment that uses fuel, Customer has three options: (a) Prepay Fuel Option - Customer may purchase a full tank of fuel for the Equipment at the start of the rental, in which case a "convenience charge" will appear on this Contract (calculated by multiplying the estimated fuel capacity of Equipment by the Prepay per gallon rate).  As an added benefit, Customer may return the Equipment full of fuel and the convenience charge will be refunded (however, if not returned full, Customer will not obtain any credit for fuel left in the Equipment upon return); (b) Pay on Return Option - if Customer returns Equipment with less fuel than when received, Customer shall pay a refueling charge (calculated by multiplying gallons required to refill tank with fuel to level when received, by the Pay on Return per gallon rate); and (c) Return Full Option — if Customer returns the Equipment with at least as much fuel as when it was received (most Sunbelt Equipment comes with a full tank of fuel, but not all), no fuel charge will be assessed. The cost of Customer refueling Equipment itself will generally be lower than the Prepay Fuel Option or the Pay on Return Option; however these options each allow for the convenience of not refueling.

18.     **LIMITATION OF SUNBELT'S LIABILITY.** IN CONSIDERATION OF THE RENTAL OF EQUIPMENT, CUSTOMER AGREES THAT SUNBELT'S LIABILITY UNDER THIS CONTRACT, INCLUDING ANY LIABILITY ARISING FROM SUNBELT'S, SUNBELT ENTITIES, OR ANY THIRD PARTY'S COMPARATIVE, CONCURRENT, CONTRIBUTORY, PASSIVE OR ACTIVE NEGLIGENCE OR THAT ARISES AS A RESULT OF ANY STRICT OR ABSOLUTE LIABILITY, SHALL NOT EXCEED THE TOTAL RENTAL CHARGES PAID BY CUSTOMER UNDER THIS CONTRACT.

19.     JURY TRIAL WAIVER.  IN ANY DISPUTE ARISING OUT OF, IN CONNECTION WITH, OR IN ANY WAY PERTAINING TO THIS CONTRACT, CUSTOMER AND SUNBELT HEREBY KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVE ANY RIGHT TO A TRIAL BY JURY, THIS WAIVER BEING A MATERIAL INDUCEMENT TO ENTERING INTO THIS CONTRACT.

20.     ARBITRATION AGREEMENT & CLASS ACTION WAIVER.  AT THE ELECTION OF CUSTOMER OR SUNBELT, ANY DISPUTE ARISING OUT OF, IN CONNECTION WITH OR IN ANY WAY PERTAINING TO THIS CONTRACT SHALL BE SETTLED BY ARBITRATION BROUGHT IN THE PARTY'S INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF IN A PURPORTED CLASS OR REPRESENTATIVE CAPACITY, ADMINISTERED BY THE AMERICAN ARBITRATION ASSOCIATION UNDER ITS COMMERCIAL ARBITRATION RULES OR BY AAA PURSUANT TO ITS STREAMLINED ARBITRATION RULES AND PROCEDURES AND JUDGEMENT ON THE AWARD RENDERED BY THE ARBITRATOR(S) MAY BE ENTERED IN ANY COURT HAVING JURISDICTION THEREOF. THERE SHALL BE NO RIGHT OR AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED ON A CLASS OR REPRESENTATIVE BASIS.

21.     **COMPLIANCE WITH EXPORT AND IMPORT LAWS.**  Removal of the Equipment from the United States ("U.S.") is prohibited under this Contract.  If Customer desires or causes the transport and/or operation of the Equipment outside of the U.S., Customer must (a) obtain Sunbelt's consent prior to taking such action, and (b) execute an amendment to this Contract, which amendment is incorporated herein. If Customer exports or re-exports without complying with the above sentence, Customer agrees that (i) the Equipment is subject to and must comply with all applicable export laws, including but not limited to the Export Administration Regulations; and (ii) Customer is responsible for: (A) determining whether and obtaining if necessary, export or re-export licenses or other authorizations as required prior to exporting or re-exporting the Equipment, (B) obtaining any required documentation necessary for return of the Equipment, and (C) assuring no unauthorized transfers or diversions of the Equipment occur.  Refer to www.bis.doc.gov for information.

22.     **GOVERNING LAW.**  The parties expressly and irrevocably agree: (a) this Contract, including any related tort claims, shall be governed by the laws of South Carolina, without regard to any conflicts of law principles and (b) if any Section of this Contract is prohibited by any law, such Section shall be ineffective to the extent of such prohibition without invalidating the remaining Sections.

23.     **MISCELLANEOUS.** This Contract, together with any Customer executed credit application, constitutes the entire agreement of the parties regarding the Equipment and may not be modified except by written amendment signed by the parties. Customer's obligations hereunder shall survive the termination of this Contract.  This Contract and all of Customer's rights in and to the Equipment are subordinate to all rights, title and interest of all persons (including Sunbelt's lenders) who have rights to the Equipment. Headings are for convenience only. To the extent that any terms in this Contract conflict, the parties agree that the more specific terms control.  A copy of this Contract shall be valid as the original. Any failure by Sunbelt to insist upon strict performance of any Section of this Contract shall not be construed as a waiver of the right to demand strict performance in the future. Customer and the person signing this Contract represent that: (a) they both have full authority to execute, deliver and perform this Contract and (b) this Contract constitutes a legal, valid and binding obligation of Customer, enforceable in accordance with its terms. When Customer is a buyer of Equipment, they are hereby notified that Sunbelt has assigned its rights (but not its obligations) in the agreement to sell the asset(s) described herein to Sunbelt Rentals Exchange, Inc., a qualified intermediary, as part of Section 1031 exchange, and Customer shall make the proper "Sunbelt Rentals Exchange, Inc.".

**Additional terms and conditions for E&S Control, Shoring and Bridging can be found at   https://www.sunbeltrentals.com/about/shoring-bridging-additional-terms-and-conditions/**

TC01.PCL Rev (12/12/2018)

WCC 005620



# Invoice Report

| | | | | |
|---|---|---|---|---|
| **Invoice Number:** | ARV-45294716 | | **Remit To:** | SNAP-ON INDUSTRIAL |
| **Invoice Date:** | 9/23/2020 | | | 21755 NETWORK PLACE |
| **PO Number:** | IMP-000629170 | | | Submit To: CHICAGO, IL |
| **Order Name:** | 4Y4376044 | | | 60673 |
| **Sales Rep:** | GRANGE, GORDON | | **Ship To:** | 201259663 |
| **Mobile #:** | 845-235-4089 | | | WHITESTONE |
| **Emai Address:** | Gordon.H.Grange@snapon.com | | | CONSTRUCTION |
| **Ship Via:** | 1 - UPS GROUND | | | 50-52 49TH ST |
| **Payment Terms:** | P01 - CREDIT CARD - DUE | | | WOODSIDE,NY,11377 |
| | UPON RECPT | | **Bill To:** | 201259660 |
| | | | | DO NOT MAIL |
| | | | | CREDIT CARD ORDER |
| | | | | WINCHESTER,VA 22602 |

| Line Number | Part Number | Description | Ship Quantity | Backorder Quantity | List Price | Unit Net Price | Line Total |
|---|---|---|---|---|---|---|---|
| 1 | ATECH2FM100 | TORQ WR 3/8 ELEC MICRO 100FT | 1.0000 | 0.00 | $650.00 | $487.50 | $487.50 |

**Tracking Numbers:** -

**TAX SUMMARY:**

| | | | |
|---|---|---|---|
| PST/QAT/TUQ Tax | $19.93 | Sub Total | $487.50 |
| District Tax | $1.87 | Total Shipping/Handling | $10.68 |
| Local Tax | $22.42 | Total Taxes | $44.22 |
| GST/TPS/HST Tax | $0.00 | | |
| | | **Total** | **$542.40** |

WCC 005621









| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|
| | [illegible] | | | |
| [illegible] | [illegible] | [illegible] | O | [illegible] |



WCC 005624



WCC 005627

Case 1:20-cv-01006-GHW Document 121-24 Filed 07/02/21 Page 13 of 70

```
T      WHITESTONE CONSTR CORP          F    LONG ISLAND CITY BRANCH
O      50-52 49TH ST                   R    BEACON BUILDING PRODUCTS
       WOODSIDE, NY  11377             O    42-16 11TH ST
                                       M    LONG ISLAND CITY, NY
       Telephone: 718-392-1800                           11101-4902
```

| FAX COPY | QUOTATION | Telephone: 718-706-0145 |
|---|---|---|
| | | Bid expires on 08/31/20 |

| 8/05/20 | Bid#/Cust#: 7181724/435022 CUNY | Page    1 |
|---|---|---|

| Line No. | Qty Ordered | Sell Per | Description | Price Per | Net Price | Extended Price |
|---|---|---|---|---|---|---|
| 10 | 120 | PC | DOW STYROFOAM SE 2.0" 2X8 25PSI | | 102.6000SQ | 1,969.92 |
| | | | (     .1600 SQ  Per PC ) | | | |
| | | | #1666 SQUARE EDGE  96PCS/PLT | | | |
| | | | Fuel Surcharge | | | 35.00 |
| | | | Other Charges Total: | | | 35.00 |

Special Instructions

QUOTE EXPIRES 8/31/20


   THIS BID DOES NOT INCLUDE FUEL SURCHARGES, WHICH MAY BE ADDED TO THE COST
OF MATERIALS LISTED ABOVE. THESE CHARGES ORIGINATE WITH OUR VENDOR"S
CARRIERS AND ARE BASED UPON THE NATIONAL AVERAGE DIESEL FUEL PRICE AS REPORTED
BY THE DEPARTMENT OF ENERGY. THE DOE REVIEWS THESE COSTS AND RESULTING FUEL
SURCHARGES ON A WEEKLY BASIS.

| | |
|---|---|
| Subtotal: | 2,004.92 |
| Tax: | 177.94 |
| Bid Total: | 2,182.86 |

OER10WCC 005628

# H·D·SUPPLY®
## CONSTRUCTION & INDUSTRIAL
### WHITE CAP

## ON ACCOUNT

# 3940017

146 - Long Island City (KCP) (PZ10)
21-32 Borden Ave
Long Island City, NY, 11101
(718) 937-5490

## QUOTE

39400170

| Sold To: | 10000136466 WHITESTONE CONSTRUCTION CORP 50-52 49TH ST WOODSIDE, NY, 11377 | Ship To : | TE-CUNY NYCCT NEW ACADEMIC BDG,10001938314 285 JAY ST BROOKLYN, NY, 11201-2933 Job Site Contact: PAT FOLEY Job Site Phone: 718-392-1800 X225 Map #: |
|---|---|---|---|

07:29 AM                 **Ordered By:** PAT FOLEY                 **Contact Phone:** 718-392-1800 X225

| Quote Number | Quote Date | Valid Until | Request Date | Sales Person |
|---|---|---|---|---|
| | | | 09/08/2020 | Azarcon, M |
| **Terms** | **Shipping Method** | **Quote Name** | **Customer PO** | **Created By** |
| N30D | 0. Will Call | | CUNY WILL CALL | Spennato, V |

| SEQ | Part# H/M | Description | Ord Quantity | U/M Unit WT | Price COO | Amount |
|---|---|---|---|---|---|---|
| 0 | 113HEWP200937 | 36"X66.7' BLUESKIN WP200 SHEET MEMBRANE - HENRY | 2 | EA  67 LBS | $105.99 | $211.98 |
| 0 | 113HE574677  HAZMAT | 4.5GAL BLUESKIN LVC ADHESIVE PRIMER LO-VOC HENRY  Class 3,UN1133,PAIL | 1 | EA  40 LBS | $215.00 | $215.00 |
| 0 | 113HEBES925B | 20OZ SAUS 925 BES BLACK SEALANT HENRY | 12 | EA  1 LBS | $11.00 | $132.00 |
| 0 | 530SR08750BX | 7/8" SOF ROD 850LF/BX | 1 | BOX  12 LBS | $76.50 | $76.50 |
| 0 | 12120902 | 2"X60YD SCOTCHBLUE PAINTER'S TAPE 2090-48A 3M | 6 | RL  .75 LBS | $8.50 | $51.00 |

| | |
|---|---|
| **Shipped amount** | **$686.48** |
| **Order charges** | **$0.00** |
| **Tax amount** | **$0.00** |
| **Lumber Tax rate/amount**          1.00% | **$0.00** |
| **Quote total** | **$686.48** |

WCC 005629



Shipped Weight: **202.50**   Customer acceptance signature:_____Date : _____

ALL ITEMS AND QUANTITIES REQUIRE CUSTOMER REVIEW AND APPROVAL
AVAILABILITY AND LEAD TIMES ARE SUBJECT TO CHANGE
SPECIAL ORDERED ITEMS ARE SUBJECT TO MANUFACTURER APPROVAL PRIOR TO RETURN.
QUOTE IS SUBJECT TO EXPIRATION AS INDICATED IN THE ABOVE  DATE.

WCC 005630



**Feldman LUMBER**

**MAIN OFFICE * 1281 METROPOLITAN AVENUE * BROOKLYN, NY 11237**
(718) 786-7777 * FAX (718) 472-3575
**BRANCH YARDS 100 DALE AVE. * PATERSON, NJ 07501**
(973) 910-2600 * FAX (973) 278-7700
**58-30 57TH ST. * MASPETH, NY 11378**
(718) 418-7777 * FAX (718) 418-6773
**251 EAST SHORE ROAD * GREAT NECK, NY 11023**
(516) 487-1400 * (516) 365-6464 * FAX (516) 487-1498

| SOLD TO | SHIP TO |
|---|---|
| WHITESTONE CONSTRUCTION CORP | WHITESTONE CONSTRUCTION CORP |
| ATT: ACCOUNTS PAYABLE DEPT | 50-52 49TH STREET |
| 50-52 49TH STREET | 718-392-1800 JAMES |
| WOODSIDE, NY 11377-7423 | WOODSIDE, NY 11377-7423 |
| AB10364222 | |

Shipment #: 1

| ACCOUNT # | CUSTOMER P.O. # | TERMS | ORDER # | ORDER DATE | SLSMN | INVOICE # | INVOICE DATE |
|---|---|---|---|---|---|---|---|
| 672608 | 13-0139-901 | 1% 10 DAYS/NET 30 | 10364222 | 07/30/20 | KMF | 11267688 | 07/31/20 |

| ORDERED | BACK ORDERED | SHIPPED | U/M | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 6 | 0 | 6 | PC | 12"X12"-10' ROUGH TIMBER 121210MHW | 69.000 | 414.00* |
| 40 | 0 | 40 | PC | 4X4-10' STD&BTR DOUG FIR 4410DF | 13.500 | 540.00* |
| 50 | 0 | 50 | PC | 2X4-8' UTILITY HT 248S4S | 2.900 | 145.00* |
| 50 | 0 | 50 | PC | 2X4-10' UTILITY HT 2410S4S | 3.600 | 180.00* |
| 130 | 0 | 130 | PC | 3/4" 4X8 ORIENTED STRAND BD 3/4OSB | 21.760 | 2828.80* |
| 50 | 0 | 50 | PC | 7/16" 4X8 ORIENTED STRAND BD 7/16OSB | 16.960 | 848.00* |
| 3 | 0 | 3 | EA | PACKAGE OF APRONS/PADS/PENCILS LOCATED IN BACK OF SHOWROOM ***SHOWROOM **SHOWROOM** **SHOWROOM**SHOWROOM** PROMO POK | 0.000 | 0.00* |

Sales Type: WAREHOUSE(0)

Warehouse : FELDMAN LUMBER METROPOLITAN(1)

July 31, 2020 16:19:30     OT:CIB

| FILLED BY | CHK'D BY | DRIVER | | |
|---|---|---|---|---|
| | 2 / 1 | | **MERCHANDISE** | 4955.80 |

SHIP VIA RP - DELIVERY

*****************
*   INVOICE   *
*****************

1     PAGE 1 OF 1

TRUCK NO. _____
DRIVER NAME _____
TIME IN _____
TIME OUT _____

AUTHORIZED SIGNATURE _____
PRINTED NAME _____
DATE _____  WCC 005631

| | |
|---|---|
| **OTHER** | 0.00 |
| **TAX** | 0.00 |
| **FREIGHT** | 0.00 |
| **TOTAL** | 4955.80 |

THANK YOU FOR ALLOWING FELDMAN LUMBER TO BE OF SERVICE TO YOU

APPROVED
10/26/2020 8:33:06 AM

SDL 10-26-20

# Portland Steel Inc.

**Invoice**

5733 58th Place

| Date | Invoice # |
|------|-----------|
| 8/5/2020 | 189 |

| Bill To | Ship To |
|---------|---------|
| Whitestone Construction Corp.<br>50-52 49Th Street<br>Woodside, NY 11377 | 285 Jay Street<br>Brooklyn, NY 11201 |

| Job | S.O. No. | P.O. No. | Terms | Project |
|-----|----------|----------|-------|---------|
| CUNY | P195 | 13-0139-900 | Net 30 | P195 |

| Description | Ordered | Backord... | Invoiced | Rate | Prev. Invoiced | Amount |
|-------------|---------|-----------|----------|------|----------------|--------|
| ****Refabricated**** | 1 | | 1 | 24,395.00 | 0 | 24,395.00 |
| Steel bracket - SB1<br>Finish : shop primer - Gray<br> 2-1/2x3-1/2x5/16 angle with 10 holes<br>and 2 stifener plates - 34pcs - | | | | | | |
| Steel Bracket SB2 -<br>6"x 5" x 7-7/8 wide x 1/2 thick - 5"<br>wall to be grooved as per provided<br>drowing<br>2 holes 13/16x4" and 2 holes 1/2x2-1/2<br>1/2 thick stifener plate<br>Finish- shop primer - Gray | | | | | | |
| Steel Bracket SB2 -<br>6"x 5-1/8" x 7-13/16 wide x 5/8 thick -<br>5-1/8" wall to be grooved as per<br>provided drowing<br>2 holes 13/16x4" and 2 holes 1/2x2-1/2<br>1/2 thick stifener plate | | | | | | |

| | **Total** | |
|---|-----------|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

WCC 005632

# Portland Steel Inc.

**5733 58th Place**

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/5/2020 | 189 |

| Bill To |
|---------|
| Whitestone Construction Corp.<br>50-52 49Th Street<br>Woodside, NY 11377 |

| Ship To |
|---------|
| 285 Jay Street<br>Brooklyn, NY 11201 |

| Job | S.O. No. | P.O. No. | Terms | Project |
|-----|----------|----------|-------|---------|
| CUNY | P195 | 13-0139-900 | Net 30 | P195 |

| Description | Ordered | Backord... | Invoiced | Rate | Prev. Invoiced | Amount |
|-------------|---------|------------|----------|------|----------------|--------|
| S.S Shim - SS1 - 40pcs<br>6"x7-7/8 x 1/8 thick with 2 holes<br>3/16x4<br>mill finish<br><br>Aluminum Angle - AA1 - 34pcs -<br>1"x1"x1/8 thick x 1-15/16 wide<br>aluminum angle with 2 (3/16) holes<br>mill finish<br><br>Aluminum Bar - AB1 - 34pcs<br>1/4 x 3/4 x 1'3-3/4"<br>mill finish | | | | | | |

| | |
|---|---|
| **Total** | $24,395.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $24,395.00 |

WCC 005633

# Whitestone Construction Corp.

**PURCHASE ORDER**

**No. 13-0139-778**

50-52 49th Street

Woodside, NY 11377

**Phone:** 718-392-1800
**Fax:**

| | | |
|---|---|---|
| **TO:** | AJBBC CORP.<br>249 Huron Street<br>Brooklyn, NEW YORK 11222 | **DATE:** 02/20/2018<br>**PROJECT:** New Academic Building<br>**JOB:** |
| **ATTN:** | Bartek Malinowski | **COMPLETED:** |

**WORK AT**                                                 **BILL TO**

**TERMS:**                                                  **SHIP VIA:**

| Item | Quantity | Units | Stock Number/Description | Unit Price | Tax Rate | Tax Amount | Net Amount |
|------|----------|-------|--------------------------|------------|----------|------------|------------|
| 00001 | 1.000 | EA | Steel Brackets | $24,395.00 | 0.000% | $0.00 | $24,395.00 |

| | |
|---|---|
| **Unit Cost:** | $24,395.00 |
| **Unit Tax:** | $0.00 |
| **Total:** | $24,395.00 |

| | |
|---|---|
| **Contracted By:** | **Contracted By:** |
| **AJBBC CORP.** | **Whitestone Construction Corp.** |
| **Signed:** | **Signed:** |
| **By:** Bartek Malinowski | **By:** James Dearth |
| **Date:** | **Date:** |

Primavera ®

WCC 005634

# Simolex Rubber Corporation

E-mail:   info@simolex.com

14505 Keel Street, Plymouth, MI 48170
PH: (734) 453-4500 FAX: (734) 453-6120

# Invoice

PAID
09/17/2020

| Date | Invoice # |
|------|-----------|
| 9/17/2020 | **50017** |

| **Bill To** | **Ship To** |
|-------------|-------------|
| Whitestone Construction Corp.<br>50-52 49th St,<br>Woodside, NY 11377 | Whitestone Construction Corp.<br>50-52 49th St,<br>Woodside, NY 11377 |

| S.O. No. | P.O. No. | Terms | Due Date | Ship Date | Ship Via | FOB | Project |
|----------|----------|-------|----------|-----------|----------|-----|---------|
| 2020-24956 | email | Credit Card | **9/17/2020** | **9/17/2020** | UPS ORAN... | Origin | |

| Item | Description | Qty Ordered | **Qty Shipped** | Prev. Invoic... | Price | Amount |
|------|-------------|-------------|-----------------|-----------------|-------|--------|
| D Shape | Simolex P/N#SIMD6382P6782-60D Light Grey D shape Seal, 1-5/8" H x 1-3/8" W | 100 | 100 | | 5.00 | 500.00 |
| Credit Card ... | Credit Card Transaction Fee | | | | 2.00% | 10.00 |
| Setup | One Time Set Up Charge | 1 | 1 | | 175.00 | 175.00 |
| Shipping | UPS Charges | 1 | 1 | | 101.50 | 101.50 |
| | E091620-01A | | | | | |
| | UPS tracking#1Z515E851245696867 | | | | | |

**"Simolex...We are flexible like rubber!" ®**

| **Total** | $786.50 |
|-----------|---------|

**Please notify us within 15 days for defective products.  Due to nature of custom made products, We reserve the rights to ship 10% over or under the quantity ordered and bill accordingly.  For Credit Card Payment, 2% additional fee will be charged. Thank you for your business.**
**REMIT TO ADDRESS:**
**Simolex Rubber Corp.**
**14505 Keel Street, Plymouth, MI 48170**

| **Payments/Credits** | -$786.50 |
|----------------------|----------|

| **Balance Due** | **$0.00** |
|-----------------|-----------|

WCC 005635



# Hadco Metal Trading Co., LLC (NY)

120 Spagnoli Road, Suite 1,Melville, NY, 11747
Tel: 631-270-9800          Fax: 718-291-8388
Toll Free: 800-221-0344

salesny@hadco-metal.com
www.hadco-metal.com
EIN# 20-4094707


Scan and Download Our App

## QUOTATION

**For : Account No. [0132205]**

WHITESTONE CONSTRUCTION
Attn: Patrick Foley, Purchasing Manager
50-52 49TH. STREET
NY - Queens (Every day)
WOODSIDE, NY 11377
US
Tel. : 1 718 392 1800
Fax : 1 718 392 6262

| No. 1181258 | | Pg:1/2 |
|---|---|---|

| | |
|---|---|
| **Terms** | : Net 30 Days |
| **Our Contact** | : Kevin Persaud |
| **Valid Until** | : Aug-08-2020 |
| **F.O.B.** | : DESTINATION |
| **Quote Date** | : Aug-07-2020 |

In response to your request, we are pleased to quote you the following:

| Line | P/N & Description | Qty Bid | Delivery | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | **A631.062T52-192**<br>1 X 1 X .062  X 192"  Alum Angle 6063 T52<br>**Priority [B]:** B<br>**Usage:** B<br>**Spec:** ASTM B221<br>**CutPN:** A631.062T52<br>**Shape :** ANGLE | **8.000 EA** | **Stock** | **$ 10.0000 EA** | **$ 80.00** |
| 2 | **A6143.375T6S-300**<br>4 X 3 X .375  X 300" Alum Struct Angle 6061 T6<br>**Priority [B]:** B<br>**Usage:** A<br>**Spec:** AMS QQ-A-200/8, ASTM B221<br>**CutPN:** A6143.375T6S<br>**Shape :** ANGLE | **1.000 EA** | **Stock** | **$ 190.0000 EA** | **$ 190.00** |
| 3 | **F63.142T52-192**<br>1/4 X 2  X 192"  Aluminum Ext. Rect. Bar 6063 T52<br>**Priority [B]:** B<br>**Usage:** A<br>**Spec:** ASTM B221<br>**CutPN:** F63.142T52<br>**Shape :**  RECTANGULAR BAR | **2.000 EA** | **Stock** | **$ 35.0000 EA** | **$ 70.00** |

All quotes are subject to prior sale.
All quotes are subject to price in effect at the time of shipment.
Due to extreme market volatility and pending U.S. Government section 232 trade cases all prices and availability are subject to change without notice,
all quotes to be confirmed at time of order.

-------------------------------------------------------------------------------------------------------------------------------------------

Canceling/violating order terms may cause loss of material value, Buyer will be obliged to compensate Hadco.
Shipping tolerance is +/-10%. Flatness tolerances for sheets & plates are applicable to Mill produced (full size) items only.
Flatness of cut blanks cannot be guaranteed and done as best effort only. PIE at time of shipment may apply.
Shipping times are estimates, Hadco is not responsible for delay not caused by gross negligence/willful misconduct.
Buyer agrees to abide by Terms & Conditions of Sale (https://tinyurl.com/y9sc2vrm). Buyer must inspect Material upon receiving.
Product claims are subject to consideration and verification by authorized Hadco Rep and must be made within 5 days of receipt.
Claims for labor/time spent not allowed. All returned material subject to restocking fee. Any material modified, treated or processed
by Buyer will not be accepted for return. Interest at the rate of 18% per annum will be charged on delinquent accounts. Legal costs
and collection charges incurred by Hadco will be assumed by Buyer. Handling fee on bounced check will be $100.

**Continued on next page...**

Copyright (c)  **PENTAGON** *2000* **Software, Inc.**          Quotation is valid for 24 Hours

Ser #:[2006.70319] Ver 2019.01.01 Build 5

WCC 005636



# Hadco Metal Trading Co., LLC (NY)

120 Spagnoli Road, Suite 1,Melville, NY, 11747
Tel: 631-270-9800          Fax: 718-291-8388
Toll Free: 800-221-0344

salesny@hadco-metal.com
www.hadco-metal.com
EIN# 20-4094707



Scan and Download Our App

# QUOTATION

**Quotation No. 1181258     Page :2/2**

| Line | P/N & Description | Qty Bid | Delivery | Unit Price | Amount |
|------|-------------------|---------|----------|-----------|--------|
| | ********************************************************************************* | | | | |
| | Flatness tolerances for steel and stainless steel sheets & plates are applicable to Mill produced (full size) items only. | | | | |
| | Flatness of cut blanks cannot be guaranteed and are always done as best effort only. | | | | |
| | Clients are required to perform an incoming receiving inspection to ensure full material compliance. | | | | |
| | ********************************************************************************* | | | | |
| | ------------------------------------------------------------------------------------------------------------------- | | | | |
| | ==================================== | | | | |
| | P.O._____ | | | | |
| | Authorized Signature _____ | | | | |
| | ***** Price is based on availability in effect at time of delivery. Unless otherwise specified, prices are based on the entire quote. ***** | | | | |

| | | |
|---|---|---|
| **Sub Total:** | | $ 340.00 |

Canceling/violating order terms may cause loss of material value, Buyer will be obliged to compensate Hadco.
Shipping tolerance is +/-10%. Flatness tolerances for sheets & plates are applicable to Mill produced (full size) items only.
Flatness of cut blanks cannot be guaranteed and are done as best effort only. PIE at time of shipment may apply.
Shipping times are estimates, Hadco is not responsible for delay not caused by gross negligence/willful misconduct.
Buyer agrees to abide by Terms & Conditions of Sale (https://tinyurl.com/y9sc2vrm). Buyer must inspect Material upon receiving.
Product claims are subject to consideration and verification by authorized Hadco Rep and must be made within 5 days of receipt.
Claims for labor/time spent not allowed. All returned material subject to restocking fee. Any material modified, treated or processed
by Buyer will not be accepted for return. Interest at the rate of 18% per annum will be charged on delinquent accounts. Legal costs
and collection charges incurred by Hadco will be assumed by Buyer. Handling fee on bounced check will be $100.

| | | |
|---|---|---|
| **FUEL SUR:** | | $ 2.31 |
| **Total:** | [USD] | $ 342.31 |

Kevin Persaud

WCC 005637

```
                      TULNOY SALES 718-583-3434
AUG 11, 2020              *** QUOTE ***              PAGE: 1

      CUSTOMER  96648           SHIP TO
   WHITESTONE CONSTRUC          WHITESTONE CONSTRUC
   50-52 49TH ST                50-52 49TH ST

   WOODSIDE                     WOODSIDE
   NY  11377                    NY 11377

QUOTE# : WHITE811  TERMS : 0.5% 10 NET 30  SLMN : 520  EXPIRES : 08/11/20

ATTN OF :                            ENTERED : 08/11/20
--------------------------------------------------------------------
   QUANTITY     DESCRIPTION              PRICE      EXTENSION
--------------------------------------------------------------------
   125.00 EA  2X4 10 PREMIUM KD HT FIR     0.790 PER LF   987.50*
         2410PREM      LN#  1
   12.00 EA  4X8 1/2 ACX DF PLY          39.950 PER     479.40*
         1248ACXDF     LN#  2
                               -------------
                        MERCHANDISE   1466.90

                        OTHER         0.00
                        TAX ( 8.87%)  0.00
                        FREIGHT       0.00
                                =============
                        TOTAL      1466.90
```

TO PLACE YOUR ORDER, PLEASE APPROVE AND FAX TO: 718-299-8920
APPROVED BY:_____   DATE:_____
FAX TO 718-299-8920  OR EMAIL TO : SALES@TULNOYLUMBER.COM

WCC 005638



**Tanner Bolt & Nut Corp.**

714 MONTAUK AVE
BROOKLYN, NY 11208  USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

**INVOICE**

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER | | Page | 1 of 2 |
|---|---|---|---|---|---|---|
| 5631971 | 8/12/2020 | 3590726 | 1522031 | | | |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 9/12/2020 | | | |

**Bill To:** WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:** WHITESTONE SHOP - EXEMPT JOBS
5052 49TH STREET
WOODSIDE, NY 11377

**Tanner Custome**     107724

Ordered By: PAT FOLEY

| PO Number | | Taker | Order Da |
|---|---|---|---|
| 15-0101-155 (CUNY) | | DEPSTEIN | 8/10/2020 |

| Quantities | | | | | | Item ID | Pricing | | Unit Price Tax Jurisd | Exten Price |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM | Unit | Dis | Item Description | | Unit S | | |

Carri 03 Route 03                    **Tracking**

| Ordered | Shippe | Remaini | UOM | Item ID / Description | Pricing | Unit S | Unit Price | Tax Jurisd | Exten Price |
|---|---|---|---|---|---|---|---|---|---|
| 4.00 | 4.00 | 0.00 | EA | DEW DW5474 | TX EA | | 27.82 | | 111.28 |
| | | | 1.00 | 3/4 X 8 X 10 4 Cutter SD Plus Bit | | 1 | | 8081XTOOL | |
| 50.00 | 50.00 | 0.00 | EA | DEW PFM1411300 | C | | 108.21 | | 54.11 |
| | | | 1.00 | SCREW-BOLT+ 3/8 X 5 50/BOX | | 100 | | EXEMPT | |
| 6.00 | 6.00 | 0.00 | EA | POW 01318 | TX EA | | 12.60 | | 75.60 |
| | | | 1.00 | WEDGE-BIT SDS 3/8 X 10 OAL 8" USEABLE | | 1 | | 8081XTOOL | |
| 48.00 | 15.00 | 0.00 | EA | CM M648G | TX EA | | 6.26 | | 93.90 |
| | | | 1.00 | SHACKLE ANCHOR SCREW P 3/8 GALV 1-1/2T | | 1 | | 8081XTOOL | |
| 4.00 | 4.00 | 0.00 | EA | MIL 48-32-5731 | TX EA | | 3.85 | | 15.40 |
| | | | 1.00 | 1/4" HEX TO 3/8" SQUARI SKT ADAPTER | | 1 | | 8081XTOOL | |
| | | | | 1/4" HEX TO 3/8" SQUARI SOCKET ADAPTER | | | | | |
| 3.00 | 3.00 | 0.00 | EA | ERG 19065 | TX EA | | 9.80 | | 29.40 |
| | | | 1.00 | SQUIDS 3102 TOOL LANYARI LIME | | 1 | | 8081XTOOL | |
| | | | | SOLD EACH - 6 PER BOX | | | | | |
| 2.00 | 2.00 | 0.00 | EA | ERG 19069 | TX EA | | 4.68 | | 9.36 |
| | | | 1.00 | SQUIDS 3103 TOOL LANYARI LOOPS LIME | | 1 | | 8081XTOOL | |

**If this invoice is exempt from sales tax, please send your exempt certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005639
**\* \* \* REPRINT \* \* \***



**Tanner Bolt & Nut Corp.**

**INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208  USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER | | Page | 2 of 2 |
|---|---|---|---|---|---|---|
| 5631971 | 8/12/2020 | 3590726 | 1522031 | | | |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 9/12/2020 | | | |

| Quantities | | | | | Item ID | | Prici ng | | Unit | | Exten |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM Unit | Dis | Item Description | | Unit S | Unit Price Tax Jurisd | | Price |

Total Lin 7

SUB-TOTAL: 389.05

**NY CITY SALES TAX - TOOLS** : 29.73

**CASH RECEIPTS** : 406.22

**TERMS TAKEN** : 12.56

**AMOUNT DUE** : 0.00

You May Deduct A Cash Discount of: $11.67   If Paid By: 9/11/2020

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt
certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005640

* * * *REPRINT* * * *



**Tanner Bolt & Nut Corp.**

**INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208 USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER |
|---|---|---|---|
| 5631972 | 8/12/2020 | 3590741 | 1522031 |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 9/12/2020 |

Page 1 of 1

**Bill To:** WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:** WHITESTONE SHOP - EXEMPT JOBS
5052 49TH STREET
WOODSIDE, NY 11377

Tanner Custome 107724

Ordered By: PAT FOLEY

| PO Number | | | | | | Taker | Order Da |
|---|---|---|---|---|---|---|---|
| 15-0101-155 (CUNY) | | | | | | DEPSTEIN | 8/10/2020 |

| Quantities | | | | | | Item ID | Prici ng | Unit Price Tax | Exten Price |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM Unit | Dis | | Item Description | Unit S | Jurisd | |

Carri 03 Route 03 **Tracking**

| 1.00 | 1.00 | 0.00 EA | | | DEW DCH273P2 | TX | EA | | 529.00 | 529.00 |
| | | 1.00 | | | 20V MAX Li-Ion 3 Mode | | SI | 1 | 8081XTOOL | |
| | | | | | Rotary Hammer | | | | | |
| | | | | | 20V MAX Li-Ion 3 Mode | | SI | | | |
| | | | | | Rotary Hammer Kit (5.0 Ah) | | | | | |

Total Lin 1

| | |
|---|---|
| **SUB-TOTAL:** | 529.00 |
| **NY CITY SALES TAX - TOOLS** | 46.95 |
| **CASH RECEIPTS** | 558.67 |
| **TERMS TAKEN** | 17.28 |
| **AMOUNT DUE:** | 0.00 |

You May Deduct A Cash Discount of: $15.87  If Paid By: 9/11/2020

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt
certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005641

* * * *REPRINT* * * *



**Tanner Bolt & Nut Corp.**                                          **INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208  USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER | | Page | 1 of 1 |
|---|---|---|---|---|---|---|
| 5632658 | 8/17/2020 | 3591829 | 1522031 | | | |
| Terms Descri | 3%30, Net 31 | Net Due Date | 9/17/2020 | | | |

**Bill To:**  WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:**  WHITESTONE SHOP - EXEMPT JOBS
5052 49TH STREET
WOODSIDE, NY 11377

**Tanner Custome**        107724

**Ordered By:** PAT FOLEY

| PO Number | | Taker | Order Da |
|---|---|---|---|
| 15-0101-155 (CUNY) | | DEPSTEIN | 8/10/2020 |

| Quantities | | | | | | Item ID | Prici ng | | Unit Price Tax | Exten Price |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM | Unit | Dis | Item Description | | Unit S | Iurisd | |
| Carri | UPS GROUND | | | | | Tracking 1Z17E9F50368221750 | | | | |
| 1,000.00 | 1,000.00 | 0.00 | EA | | | 12N150THWSZ | C | | 5.26 | 52.60 |
| | | | | 1.00 | | 12 X 1 1/2 HX W SL SMS ZN | | 100 | EXEMPT | |
| | | | | | | 100/BX | | | | |

| | | | | |
|---|---|---|---|---|
| 1 | | | SUB-TOTAL: | 52.60 |
| 0.00 | | 12.84 | TOTAL FREIGHT: | 12.84 |
| | | | TAX: | 0.00 |
| **DIRECT SHIPMENT** | | | AMOUNT DUE: | 65.44 |

You May Deduct A Cash Discount of: $1.58   If Paid By: 9/16/2020

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt
certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005642

*** REPRINT ***



**Tanner Bolt & Nut Corp.**

**INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208  USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER |
|---|---|---|---|
| 5632702 | 8/17/2020 | 3591840 | 1522031 |
| Terms Descri | 3%30, Net 31 | Net Due Date | 9/17/2020 |

Page  1 of 1

**Bill To:**  WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:**  WHITESTONE SHOP - EXEMPT JOBS
5052 49TH STREET
WOODSIDE, NY 11377

**Tanner Custome**      107724

Ordered By: PAT FOLEY

| PO Number | | Taker | Order Da |
|---|---|---|---|
| 15-0101-155 (CUNY) | | DEPSTEIN | 8/10/2020 |

| Quantities | | | | | | Item ID | Prici ng | | Unit Price Tax Jurisd | Exten Price |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM | Unit | Dis | Item Description | Unit S | | | |
| Carri | UPS NEXT DAY AIR | | | | | Tracking | 1Z97Y80X0143085593 | | | |
| 48.00 | 33.00 | 0.00 | EA | | | CM M648G | TX | EA | 6.26 | 206.58 |
| | | 1.00 | | | | SHACKLE    ANCHOR    SCREW | P | 1 | 8081XTOOL | |
| | | | | | | 3/8 GALV 1-1/2T | | | | |

| | | | | SUB-TOTAL: | 206.58 |
|---|---|---|---|---|---|
| 1 | | | | | |
| 0.00 | | 161.45 | | TOTAL FREIGHT: | 161.45 |
| | | | | NY CITY SALES TAX - TOOLS : | 32.66 |
| **DIRECT SHIPMENT** | | | | AMOUNT DUE: | 400.69 |

You May Deduct A Cash Discount of: $6.20   If Paid By: 9/16/2020

All claims must be made within 10
days,  restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt
certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005643

* * * REPRINT * * *



**Tanner Bolt & Nut Corp.**                                    **INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208  USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER |
|---|---|---|---|
| 5632719 | 8/17/2020 | 3591845 | 1522031 |
| Terms Descri | 3%30, Net 31 | Net Due Date | 9/17/2020 |

Page    1 of 1

**Bill To:**  WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:**  WHITESTONE SHOP - EXEMPT JOBS
5052 49TH STREET
WOODSIDE, NY 11377

**Tanner Custome**        107724

Ordered By: PAT FOLEY

| PO Number | Taker | Order Da |
|---|---|---|
| 15-0101-155 (CUNY) | DEPSTEIN | 8/10/2020 |

| Quantities | | | | | | Item ID | Prici ng | Unit | Exten |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM | Unit | Dis | Item Description | Unit S | Price Tax Jurisd | Price |

**Carri** UPS NEXT DAY AIR          **Tracking** 1Z09848W0188299390

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | 0.00 | EA | | | DEW DWH303DH              TX   EA | | 253.24 | 253.24 |
| | | | | 1.00 | | DUST  EXTRACTOR  FOI | 1 | 8081XTOOL | |
| | | | | | | DCH273 | | | |
| | | | | | | OSHA Table 1-complian | | | |
| | | | | | | Dust Extractor works wit | | | |
| | | | | | | the DCH273 1 in. Hammer | | | |
| | | | | | | It features an OSH | | | |
| | | | | | | 1926.1153-compliant Dus | | | |
| | | | | | | Box Assembly | | | |

|  |  |
|---|---|
| 1 | **SUB-TOTAL:**  253.24 |
| 0.00              80.97 | **TOTAL FREIGHT:**  80.97 |
|  | **NY CITY SALES TAX - TOOLS** :  29.67 |
| **\*\*DIRECT SHIPMENT\*\*** | **AMOUNT DUE:**  363.88 |

You May Deduct A Cash Discount of: $7.60   If Paid By: 9/16/2020

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

If this invoice is exempt from sales tax, please send your exempt
certificate to certificates@tannerbolt.com. Be sure to reference your

WCC 005644

* * * *REPRINT* * * *



**INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208  USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER | | Page | 1 of 1 |
|---|---|---|---|---|---|---|
| 5632753 | 8/17/2020 | 3591487 | 1522031 | | | |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 9/17/2020 | | | |

**Bill To:** WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:** WHITESTONE SHOP - EXEMPT JOBS
5052 49TH STREET
WOODSIDE, NY 11377

**Tanner Custome** 107724

Ordered By: PAT FOLEY

| PO Number | | | Taker | Order Da |
|---|---|---|---|---|
| 15-0101-155 (CUNY) | | | DEPSTEIN | 8/10/2020 |

| Quantities | | | | | Pricing | | Unit Price Tax | Exten Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM Unit | Dis | | Unit S Jurisd | | |

Carri 03 Route 03        Tracking

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24.00 | 24.00 | 0.00 EA | | | /115-TBJJ0375X06 | TX | EA | 6.50 | 156.00 |
| | | 1.00 | | | 3/8 X   6"   TURNBUCKLE  JAW | JAW | 1 | 8081XTOOL | |
| | | | | | JAW HG 1200LB | | | | |

Total Lin 1

**SUB-TOTAL:** 156.00
**NY CITY SALES TAX - TOOLS** : 13.85
**AMOUNT DUE:** 169.85

You May Deduct A Cash Discount of: $4.68   If Paid By: 9/16/2020

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt
certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005645

* * * *REPRINT* * * *



**Tanner Bolt & Nut Corp.**

714 MONTAUK AVE
BROOKLYN, NY 11208 USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

**INVOICE**

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER |
|---|---|---|---|
| 5633170 | 8/19/2020 | 3591924 | 1523201 |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 9/19/2020 |

Page 1 of 1

**Bill To:** WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:** CUNNY NyCCT NEW ACADEMIC BLDG EX
285 JAY STREET
BROOKLYN, NY 11201
US

**Tanner Custome** 107724

Ordered By: PAT FOLEY

| PO Number | | Taker | Order Da |
|---|---|---|---|
| 13-0139-906 | | ALORD | 8/17/2020 |

| Quantities | | | | | Item ID | Prici ng | Unit Price Tax | Exten Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM Unit | Dis | Item Description | Unit S | Juris d | |

Carri 07 P/U MONTAUK AVE       Tracking

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5.00 | 5.00 | 0.00 EA | | 1.00 | GWP A345000        TX   EA | | 95.00 | 475.00 |
| | | | | | 3/4IN  REUSABLE  CONCRETI | 1 | 8081XTOOL | |
| | | | | | ANCHOR-5000LBS | | | |
| | | | | | Reusable   Concrete   Ancho | | | |
| | | | | | 3/4" Hole. 5000 LBS. Meet | | | |
| | | | | | or   Exceeds   ANS | | | |
| | | | | | Z359.1-2007. | | | |

**Shipment Accepted By:** PAT FOLEY / JONATHAN

Total Lin 1

**SUB-TOTAL:** 475.00
**NY CITY SALES TAX - TOOLS:** 42.16
**CASH RECEIPTS:** 517.16
**AMOUNT DUE:** 0.00

You May Deduct A Cash Discount of: $14.25  If Paid By: 9/18/2020

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005646

*** *REPRINT* * ***



**Tanner Bolt & Nut Corp.**

**INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208  USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

Page    1 of 1

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER |
|---------|-------------|---------------|--------------|
| 5633993 | 8/24/2020 | 3593167 | 1522031 |
| Terms Descri | 3%30, Net 31 | Net Due Date | 9/24/2020 |

**Bill To:**  WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:**  WHITESTONE SHOP - EXEMPT JOBS
5052 49TH STREET
WOODSIDE, NY 11377

**Tanner Custome**    107724

Ordered By: PAT FOLEY

| PO Number | | Taker | Order Da |
|-----------|--|-------|----------|
| 15-0101-155 (CUNY) | | DEPSTEIN | 8/10/2020 |

| Quantities | | | | | | Item ID | Prici ng | | Unit Price Tax | Exten Price |
|---|---|---|---|---|---|---------|------|--|-----------|------------|
| Ordered | Shippe | Remaini | UOM | Unit | Dis | Item Description | | Unit S | Jurisd | |

Carri  UPS NEXT DAY AIR              Tracking  1Z5237X30102121967

| 4.00 | 4.00 | 0.00 EA | | | | PRO J7218H | TX | EA | 5.78 | 23.12 |
| | | 1.00 | | | | 3/8DRV IMPCT SCKT 9/16-6PT | | 1 | 8081XTOOL | |

|  | 1 | | | | | **SUB-TOTAL:** | 23.12 |
| 0.00 | | 41.50 | | | | **TOTAL FREIGHT:** | 41.50 |
| | | | | | | **NY CITY SALES TAX - TOOLS:** | 5.73 |
| | | | | | | **CASH RECEIPTS :** | 68.24 |
| | | | | | | **TERMS TAKEN :** | 2.11 |
| **DIRECT SHIPMENT** | | | | | | **AMOUNT DUE:** | 0.00 |

You May Deduct A Cash Discount of: $0.69   If Paid By: 9/23/2020

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt
certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005647

* * * REPRINT * * *



# Tanner Bolt & Nut Corp.

**INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208 USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

**NEW REMIT TO ADDRESS:**
PO Box 28657
New York, NY 10087

Page 1 of 2

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER |
|---|---|---|---|
| 5634771 | 8/27/2020 | 3593498 | 1524480 |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 9/27/2020 |

**Bill To:** WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:** CUNNY NyCCT NEW ACADEMIC BLDG EX
285 JAY STREET
BROOKLYN, NY 11201
US

**Tanner Custome** 107724

Ordered By: PAT FOLEY

| PO Number | | Taker | Order Da |
|---|---|---|---|
| 13-0139-907 (CUNY) | | DEPSTEIN | 8/25/2020 |

| Ordered | Shippe | Remaini | UOM Unit | Ds | Item ID / Item Description | Pricing Unit S | Unit Price Tax Jurisd | Exten Price |
|---|---|---|---|---|---|---|---|---|
| 8.00 | 8.00 | 0.00 | EA 1.00 | | WPG N6450  TX EA  10" DIA CUP W/METAL HANDLE&CASE  WOOD'S POWR-GRIP HAND CUP | 1 | 85.75 8081XTOOL | 686.00 |
| 4.00 | 4.00 | 0.00 | EA 1.00 | | STN 10-143P  TX EA  STAN QUICK-POINT SNAP-OF KINF - 18MM  STANLEY QUICK-POINT SNAP-OFF KNIFE-18MM -30/BX | 1 | 1.73 8081XTOOL | 6.92 |
| 2.00 | 2.00 | 0.00 | EA 1.00 | | REI ALWGS  TX EA  GLASS SCRAPER-RETRACTABL BLADE  GLASS SCRAPER WITI RETRACTABLE BLADE- CARDEI WITH 5 EXTRA BLADES | 1 | 2.45 8081XTOOL | 4.90 |
| 1.00 | 1.00 | 0.00 | EA 1.00 | | DEW DWHT83186  TX EA  24" X-LARGE TRIGGER CLAMP | 1 | 27.40 8081XTOOL | 27.40 |
| 4.00 | 4.00 | 0.00 | EA 1.00 | | MDB-10  TX EA  5/16 X 2-9/16 MAG NUTSETTR  MSHL5/16 1/4 HEX DRI | 1 | 2.73 8081XTOOL | 10.92 |
| 4.00 | 4.00 | 0.00 | EA 1.00 | | MDB-12  TX EA  3/8 X 2-9/16 MAG NUTSETTER  MSHL3/8 1/4 HEX DRIV | 1 | 3.10 8081XTOOL | 12.40 |
| 2.00 | 2.00 | 0.00 | EA 1.00 | | GJ 2700  TX EA  ISOPORPOLENE ALCOHOL 99  4/CASE | 1 | 32.00 8081XTOOL | 64.00 |

**Delivery Instru** DELIVERIES 7:00 - 3:00 / CONTACT JAMES 203-803-8775

**Carri** 01 Route 01 **Tracking**

**If this invoice is exempt from sales tax, please send your exempt certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005648

* * * REPRINT * * *



**Tanner Bolt & Nut Corp.**

**INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208 USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| | | | | Page | 2 of 2 |
|---|---|---|---|---|---|

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER |
|---|---|---|---|
| 5634771 | 8/27/2020 | 3593498 | 1524480 |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 9/27/2020 |

| Quantities | | | | | | Pricing | | Unit Price | Exten Price |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM Unit | ls | Item ID / Item Description | | Unit S | Tax Jurisd | |
| | | | | | 1 GALLON BOTTLE - 4 BOTTLES/CASE | | | | |
| 2.00 | 2.00 | 0.00 | EA 1.00 | | BBN50 50LB BOX WHITE T-SHIRT RAGS | TX | EA 1 | 72.00 8081XTOOL | 144.00 |
| 2.00 | 2.00 | 0.00 | EA 1.00 | | STN 55-515 STANLEY WONDER BAR BAR-12IN STANLEY WONDER BAR BAR-12 -4/BX | TX | EA PR 1 PR | 8.22 8081XTOOL | 16.44 |

Total Lin 9

| | |
|---|---|
| **SUB-TOTAL:** | 972.98 |
| **NY CITY SALES TAX - TOOLS:** | 86.34 |
| **CASH RECEIPTS:** | 1,027.54 |
| **TERMS TAKEN:** | 31.78 |
| **AMOUNT DUE:** | 0.00 |

You May Deduct A Cash Discount of: $29.19  If Paid By: 9/26/2020

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt
certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005649

* * * *REPRINT* * * *



Tanner FASTENERS & INDUSTRIAL SUPPLIES

Tanner Bolt & Nut Corp.

# INVOICE

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER |
|---|---|---|---|
| | | | |
| | | | |

Bill To:

Ship To:

Tanner Custome

| PO Number | | Taker | Order Da |
|---|---|---|---|
| | | | |

| Quantities | | | | | Item ID / Item Description | Prici ng | Unit Price | Exten Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM Unit | Dis | | Unit S | Tax Jurisd | |

Delivery Instru

Carri

Tracking

If this invoice is exempt from sales tax, please send your exempt certificate to certificates@annerbolt.com. Be sure to reference your

WCC 005650

* * * REPRINT * * *

# Tanner Bolt & Nut Corp.

**INVOICE**

**TANNER**
**FASTENERS &**
**INDUSTRIAL SUPPLIES**

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER |
|---------|--------------|---------------|--------------|
|         |              |               |              |

| Quantities | | | | | | Item ID | Pricing | Unit | Exten |
|---------|--------|---------|-----|------|-----|------------------|---------|-------------|-------|
| Ordered | Shippe | Remaini | UOM | Unit | Dis | Item Description | Unit S | Price Tax Jurisd | Price |

*Total Lin*

**SUB-TOTAL:**

**TAX :**

**AMOUNT DUE:**

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt
certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005651

*** REPRINT ***



# Tanner Bolt & Nut Corp.

**INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208  USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

**NEW REMIT TO ADDRESS:**
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER |
|---|---|---|---|
| 5635883 | 9/2/2020 | 3594931 | 1524946 |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 10/3/2020 |

Page 1 of 1

**Bill To:** WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:** CUNNY NyCCT NEW ACADEMIC BLDG EX
285 JAY STREET
BROOKLYN, NY 11201
US

**Tanner Custome** 107724

Ordered By: Mr. JAMES DEARTH

| PO Number | | Taker | Oder Da |
|---|---|---|---|
| 13-0139-908 (CUNY) | | DEPSTEIN | 8/27/2020 |

| Quantities | | | | | Item ID | Prici ng | Unit | Exten |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remani | UOM Unit | Dis | Item Description | Unit S | Price Tax Jurisd | Price |

**Delivery Instru** DELIVER 7:00 - 3:00  /
JAMES  203-803-8775

**Carri** 07 P/U MONTAUK AVE

**Tracking**

| 20.00 | 20.00 | 0.00 EA | | | TS 2785EG | C | 250.00 | 50.00 |
|---|---|---|---|---|---|---|---|---|
| | | 1.00 | | | BEAM CLAMP U-BOLT ZP FITS | 100 | EXEMPT | |

Beam Clamp Fits to 1-5/8
Two 3/8" hex nuts & U-b
included 25/BX. For us
with beams up to 3/4", an
with channels P1000
P1100, P2000, P3000
P3300, P3301, P4000
P4001, P4100, P4101

**Shipment Accepted By:** JAMES DEARTH



**Total Lin** 1

**SUB-TOTAL:** 50.00
**TAX:** 0.00
**AMOUNT DUE:** 50.00

You May Deduct A Cash Discount of: $1.50   If Paid By: 10/2/2020

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt
certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005652

* * * REPRINT * * *



**Tanner Bolt & Nut Corp.**

**INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208  USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanner

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER | Page | 1 of 2 |
|---|---|---|---|---|---|
| 5636646 | 9/8/2020 | 3595621 | 1526249 | | |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 10/9/2020 | | |

**Bill To:**  WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:**  CUNNY NyCCT NEW ACADEMIC BLDG EX
285 JAY STREET
BROOKLYN, NY 11201
US

**Tanner Custome**   107724

Ordered By: PAT FOLEY

| PO Number | | | Taker | Order Da |
|---|---|---|---|---|
| 15-0101-156 | | | CSUKHRAJ | 9/4/2020 |

| Quantities | | | | Item ID | Pricing | Unit Price Tax | Exten Price |
|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM Unit | Item Description | Unit S | Jurisd | |

Delivery Instru   JAMES DEARTH: 203-803-8775

Carri 08 P/U MASPETH    Tracking JONATHAN/CS

| Ordered | Shipped | Remaining | UOM Unit | Item ID / Description | Unit S | Unit Price Tax | Exten Price |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | 0.00 EA 1.00 | | 25C7200RATS  EA<br>1/4-20 X  6 FT  THREADED  R(<br>304SS<br>1/4-20 X  6 FULL  THREAD<br>THREADED ROD  304 STAINLES<br>STEEL | 1 | 4.52<br>EXEMPT | 4.52 |
| 3.00 | 3.00 | 0.00 BX 100.00 | | 50CNNES  C<br>1/2-13 NYLON  INSERT  LOCK<br>NUT 18-8SS<br>100/BOX - 1/2-13 NYLON<br>INSERT LOCK NUT 18-8<br>STAINLESS STEEL | 100 | 38.87<br>EXEMPT | 116.61 |
| | | | Unit Conversion: | EA      Qty:  300.00 | | | |
| 4.00 | 4.00 | 0.00 BX 100.00 | | 25CNNES  C<br>1/4-20 NYLON  INSERT  LOCK<br>NUT 18-8SS<br>100/BOX - 1/4-20 NYLON<br>INSERT LOCK NUT 18-8<br>STAINLESS STEEL | 100 | 6.80<br>EXEMPT | 27.20 |
| | | | Unit Conversion: | EA      Qty:  400.00 | | | |

**If this invoice is exempt from sales tax, please send your exempt certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005653

* * * *REPRINT* * * *



**Tanner Bolt & Nut Corp.**

**INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208  USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER |
|---|---|---|---|
| 5636646 | 9/8/2020 | 3595621 | 1526249 |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 10/9/2020 |

Page  2 of 2

| | Quantities | | | | | Prici ng | | Unit | Exten |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM Unit | Dis | Item ID Item Description | | Unit S | Price Tax Jurisd | Price |

Total Lin 3

| | |
|---|---|
| **SUB-TOTAL:** | 148.33 |
| **TAX** : | 0.00 |
| **CASH RECEIPTS** : | 143.88 |
| **TERMS TAKEN** : | 4.45 |
| **AMOUNT DUE** : | 0.00 |

You May Deduct A Cash Discount of: $4.45   If Paid By: 10/8/2020

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

If this invoice is exempt from sales tax, please send your exempt
certificate to certificates@tannerbolt.com. Be sure to reference your

WCC 005654

\* \* \* *REPRINT* \* \* \*

Case 1:20-cv-01006-GHW   Document 121-24   Filed 07/02/21   Page 40 of 70



**Tanner Bolt & Nut Corp.**

**INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208  USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

**NEW REMIT TO ADDRESS:**
PO Box 28657
New York, NY 10087

Page    1 of 1

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER |
|---|---|---|---|
| 5636716 | 9/8/2020 | 3595809 | 1526249 |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 10/9/2020 |

**Bill To:**  WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:**  CUNNY NyCCT NEW ACADEMIC BLDG EX
285 JAY STREET
BROOKLYN, NY 11201
US

**Tanner Custome**      107724

**Ordered By:** PAT FOLEY

| PO Number | | Taker | Order Da |
|---|---|---|---|
| 15-0101-156 | | CSUKHRAJ | 9/4/2020 |

| Quantities | | | | | Item ID / Item Description | Pricing | | Unit Price / Tax | Exten Price |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM Unit | Es | | | Unit S | Jurisd | |

**Delivery Instru**      JAMES DEARTH: 203-803-8775

**Carri** 08 P/U MASPETH          **Tracking** JAMES/CS

| 2.00 | 2.00 | 0.00 | BX 100.00 | | 25CNFHS  1/4-20 FINISHED HX NUT 18-8SS  100/BOX - 1/4-20 FINISHED HEX NUT 18-8 STAINLESS STEEL | C | 100 | 3.29  EXEMPT | 6.58 |

**Unit Conversion:** EA          **Qty:** 200.00

| 2.00 | 2.00 | 0.00 | BX 100.00 | | 25N100WFES  1/4 X 1 OD FENDER WASH 18-8SS  100/BOX - 1/4 X 1 OD FENDER WASHER 18-8 STAINLESS STEEL | C | 100 | 5.20  EXEMPT | 10.40 |

**Unit Conversion:** EA          **Qty:** 200.00

**Total Lin** 2

| | |
|---|---|
| **SUB-TOTAL:** | 16.98 |
| **TAX:** | 0.00 |
| **CASH RECEIPTS:** | 16.47 |
| **TERMS TAKEN:** | 0.51 |
| **AMOUNT DUE:** | 0.00 |

**You May Deduct A Cash Discount of: $0.51   If Paid By: 10/8/2020**

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005655

* * * *REPRINT* * * *



**Tanner Bolt & Nut Corp.**

**INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208 USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER |
|---|---|---|---|
| 5636839 | 9/9/2020 | 3595647 | 1526249 |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 10/10/2020 |

Page 1 of 1

**Bill To:** WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:** CUNNY NyCCT NEW ACADEMIC BLDG EX
285 JAY STREET
BROOKLYN, NY 11201
US

Tanner Custome      107724

Ordered By: PAT FOLEY

| PO Number | | Taker | Order Da |
|---|---|---|---|
| 15-0101-156 | | CSUKHRAJ | 9/4/2020 |

| Quantities | | | | | Item ID | Pricing | | Unit Price | Exten Price |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM Unit | Dis | Item Description | | Unit S | Tax Jurisd | |

Delivery Instru      JAMES DEARTH: 203-803-8775

Carri   001  *** QUICK SHIP        **Tracking**
***

| 8.00 | 8.00 | 0.00 | EA | | 25C7200RATS | | EA | | 4.52 | 36.16 |
| | | | 1.00 | | 1/4-20 X 6 FT THREADED R | | 1 | EXEMPT | |
| | | | | | 304SS | | | | |
| | | | | | 1/4-20 X 6 FULL THREA | | | | |
| | | | | | THREADED ROD 304 STAINLES | | | | |
| | | | | | STEEL | | | | |

Total Lin  1

| | |
|---|---|
| SUB-TOTAL: | 36.16 |
| TAX : | 0.00 |
| CASH RECEIPTS : | 35.08 |
| TERMS TAKEN : | 1.08 |
| AMOUNT DUE: | 0.00 |

You May Deduct A Cash Discount of: $1.08   If Paid By: 10/9/2020

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt
certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005656

* * * *REPRINT* * * *



# Tanner Bolt & Nut Corp.

**INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208 USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER | | Page | 1 of 1 |
|---|---|---|---|---|---|---|
| 5637312 | 9/11/2020 | 3596174 | 1524480 | | | |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 10/12/2020 | | | |

**Bill To:** WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:** CUNNY NyCCT NEW ACADEMIC BLDG EX
285 JAY STREET
BROOKLYN, NY 11201
US

**Tanner Custome** 107724

**Ordered By: PAT FOLEY**

| PO Number | | Taker | Order Da |
|---|---|---|---|
| 13-0139-907 (CUNY) | | DEPSTEIN | 8/25/2020 |

| Quantities | | | | | Item ID | Pricing | Unit Price Tax | Exten Price |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM Unit | Dis | Item Description | Unit S | Jurisd | |

**Delivery Instru** DELIVERIES 7:00 - 3:00 /
CONTACT JAMES 203-803-8775

**Carri** 01 Route 01

**Tracking**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | 0.00 EA | | CAP 1112539 | | TX | EA | | 560.00 | 560.00 |
| | | 1.00 | | E X O F I T    S T R A T A    P O S I T I O N   HARNESS - 2XL | | | 1 | 8081XTOOL | | |

**Ordered As:** 1112539

| 2.00 | 2.00 | 0.00 EA | | OLF XH-1 | | TX | EA | | 19.37 | 38.74 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1.00 | | 25MM   FBRGLS   RBBR   GRP   RTC   LCK UTLTY KNF | | | 1 | 8081XTOOL | | |

**Total Lin** 2

| | | |
|---|---|---|
| **SUB-TOTAL:** | 598.74 |
| **NY CITY SALES TAX - TOOL:** | 53.14 |
| **CASH RECEIPTS :** | 632.32 |
| **TERMS TAKEN** | 19.56 |
| **AMOUNT DUE:** | 0.00 |

You May Deduct A Cash Discount of: $17.96   If Paid By: 10/11/2020

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt
certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005657

* * * *REPRINT* * * *



**Tanner Bolt & Nut Corp.**

714 MONTAUK AVE
BROOKLYN, NY 11208 USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

**FASTENERS &
INDUSTRIAL SUPPLIES**

**INVOICE**

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER | | Page | 1 of 1 |
|---------|-------------|---------------|--------------|---|------|--------|
| 5637313 | 9/11/2020 | 3596165 | 1526858 | | | |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 10/12/2020 | | | |

**Bill To:** WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:** CUNNY NyCCT NEW ACADEMIC BLDG EX
285 JAY STREET
BROOKLYN, NY 11201
US

Tanner Custome     107724

Ordered By: Mr. JAMES DEARTH

| PO Number | | Taker | Order Da |
|-----------|---|-------|----------|
| 13-0139-914 (CUNY) | | DEPSTEIN | 9/9/2020 |

| Quantities | | | | | Item ID | | Prici ng | | Unit Price Tax | Exten Price |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM Unit | Dis | Item Description | | Unit S | | Jurisd | |

Delivery Instru   DELIVER 7:00 - 3:00 /
                  JAMES  203-803-8775

Carri  01  Route 01                          *Tracking*

| 6.00 | 6.00 | 0.00 EA | | | TS 2785EG | C | | 250.00 | 15.00 |
|------|------|---------|--|--|-----------|---|--|--------|-------|
| | | 1.00 | | | BEAM CLAMP U-BOLT ZP FITS | 100 | | EXEMPT | |

Beam Clamp Fits to 1-5/8
Two 3/8" hex nuts & U-b
included 25/BX. For us
with beams up to 3/4", an
with channels P1000
P1100, P2000, P3000
P3300, P3301, P4000
P4001, P4100, P4101

Total Lin  1

| | |
|---|---|
| **SUB-TOTAL:** | 15.00 |
| **TAX** : | 0.00 |
| **CASH RECEIPTS** : | 14.55 |
| **TERMS TAKEN** : | 0.45 |
| **AMOUNT DUE**: | 0.00 |

You May Deduct A Cash Discount of: $0.45  If Paid By: 10/11/2020

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt
certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005658

* * * *REPRINT* * * *



**Tanner Bolt & Nut Corp.**

**INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208 USA
PH:1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER | | Page | 1 of 1 |
|---|---|---|---|---|---|---|
| 5638102 | 9/16/2020 | 3596582 | 1524480 | | | |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 10/17/2020 | | | |

Bill To: WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

Ship To: CUNNY NyCCT NEW ACADEMIC BLDG EX
285 JAY STREET
BROOKLYN, NY 11201
US

Tanner Custome      107724

Ordered By: PAT FOLEY

| PO Number | | Taker | Order Da |
|---|---|---|---|
| 13-0139-907 (CUNY) | | DEPSTEIN | 8/25/2020 |

| Quantities | | | | | | Item ID | Prici ng | | Unit Price Tax Jurisd | Exten Price |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM Unit | Dis | | Item Description | Unit S | | | |

Delivery Instru  DELIVERIES 7:00 - 3:00 /
CONTACT JAMES 203-803-8775

Carri 01 Route 01

Tracking

| 1.00 | 1.00 | 0.00 EA | 1.00 | | CAP 3500231          TX EA | | | 1 | 555.00 | 555.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 8' Twin 100% Tie-Off witl Aluminum Rebar | | | | | 8081XTOOL |
| | | | | | Nano-Lok edge, 8' Twi 100% Tie-Off with Aluminum Rebar Lock Nose Hoo (2-1/2" gate) | | | | | |

Total Lin 1

**SUB-TOTAL:** 555.00

*NY CITY SALES TAX - TOOLS* : 49.26

*AMOUNT DUE:* 604.26

You May Deduct A Cash Discount of: $16.65  If Paid By: 10/16/2020

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt
certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005659

* * * *REPRINT* * * *



**Tanner Bolt & Nut Corp.**

**INVOICE**

714 MONTAUK AVE
BROOKLYN, NY 11208  USA
PH: 1-718-434-4500 | FX: 1-718-434-3
Website www.tanne

NEW REMIT TO ADDRESS:
PO Box 28657
New York, NY 10087

| INVOICE | INVOICE DATE | PICK TICKET N | ORDER NUMBER |
|---|---|---|---|
| 5639063 | 9/21/2020 | 3598223 | 1528511 |
| Terms Descri | 3% 30, Net 31 | Net Due Date | 10/22/2020 |

Page    1 of 1

**Bill To:** WHITESTONE CONSTRUCTION CORP
50-52 49TH STREET
WOODSIDE, NY 11377

**Ship To:** CUNNY NyCCT NEW ACADEMIC BLDG EX
285 JAY STREET
BROOKLYN, NY 11201
US

Tanner Custome        107724

Ordered By: PAT FOLEY

| PO Number | | Taker | Order Da |
|---|---|---|---|
| PO 13-0139-915 | | CSUKHRAJ | 9/21/2020 |

| Quantities | | | | | | Item ID / Item Description | Pricing / Unit S | Unit Price / Tax / Iurisd | Exten Price |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shippe | Remaini | UOM | Unit | Dis | | | | |

Carri  08 P/U MASPETH                Tracking

| 1.00 | 1.00 | 0.00 | BX | 50.00 | | 50C300BTAPS  1/2-13  X   3 HX   TAP   BOLT 18-8SS | C  100 | 89.80  EXEMPT | 44.90 |
| | | | | | | 50/BOX  -  1/2-13  X  3 HE: TAP   BOLT   FULL   THREAD 18- STAINLESS STEEL | | | |
| **Unit Conversion:** | | EA | | | | **Qty:** | 50.00 | | |
| 1.00 | 1.00 | 0.00 | BX | 100.00 | | 50NWSFS  1/2  FLAT   WASHER   1-1/4 OI 18-8SS | C  100 | 9.20  EXEMPT | 9.20 |
| | | | | | | 100/BOX  -  1/2 FLAT   WASHE 1-1/4 OD  18-8 STAINLES: STEEL | | | |
| **Unit Conversion:** | | EA | | | | **Qty:** | 100.00 | | |

Total Lin 2

| | |
|---|---|
| **SUB-TOTAL:** | 54.10 |
| **TAX:** | 0.00 |
| **CASH RECEIPTS:** | 52.48 |
| **TERMS TAKEN:** | 1.62 |
| **AMOUNT DUE:** | 0.00 |

**You May Deduct A Cash Discount of: $1.62   If Paid By: 10/21/2020**

All claims must be made within 10
days, restocking fee may apply.

Invoice Questions?
Call: (718) 434-4500 or Email:

**If this invoice is exempt from sales tax, please send your exempt certificate to certificates@tannerbolt.com. Be sure to reference your**

WCC 005660

* * * *REPRINT* * * *

TIME AND MATERIAL TICKET

Contractor Name: __Whitestone Construction corp.__
Date: __8/10/2020__      Day: __Monday__
Location: __CUNY New Academic Building__
Address: __285 Jay Street, Brooklyn, NY 11021__



50-52 49TH STREET
WOODSIDE, N.Y., 11377

Description of work performed:

Clerestory Remediation Day 1 - Begin work on the site safety and exterior material staging platform on the auditorium roof. Deliver materials to the auditorium roof with knuckle boom truck. Construct the exterior material staging platform on the auditirium roof. Construct the safe work access zone in the lobby.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Carp - 1556 | Stainislaw Kubis | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 926 | Mariusz Ledniak | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 926 | Tomasz Wojtak | - | 7:00 AM | 3:30 PM | 8 |
| J | Lab - 79 | Linas Vydmantas | - | 7:00 AM | 3:30 PM | 8 |
| J | Roof - 8 | Arkadiusz Zajkowski | - | 7:00 AM | 3:30 PM | 8 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  | Total hours of the Day: 40 |

Receipts Attached: Yes:      No:

Equipment and Tools in Use, Material Delivered or Used.

(1) Kunclke boom truck, (2) Flat bed trucks, (3) pallets of plywood, (1) pallet of 2x4 boards, (4) pallets of rigid insulation, (6) 12"x12" timbers, (1) MEC4555 electric scissor lift.

Whitestone Representative:
SIGN: _____
PRINT: __Jonathan Bain__
DATE: __8/10/20__

Sciame Representative:
SIGN: __Fulmany__   Verification Time only   (STC)
PRINT: _____
DATE: __08/10/20__

WCC 005661

TIME AND MATERIAL TICKET

| Contractor Name: | Whitestone Construction corp. |
| Date: | 8/11/2020 Day: Tuesday |
| Location: | CUNY New Academic Building |
| Address: | 285 Jay Street, Brooklyn, NY 11021 |



50-52 49TH STREET
WOODSIDE, N.Y. 11377

Description of work performed:

Clerestory Remediation Day 2 - Construct both sidewalk shed overhead protection in areas shown on work access plan.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Carp - 1556 | Stainislaw Kubis | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 926 | Mariusz Ledniak | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 926 | Tomasz Wojtak | - | 7:00 AM | 3:30 PM | 8 |
| J | Lab - 79 | Linas Vydmantas | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 32 |

Receipts Attached: Yes:         No:

Equipment and Tools in Use. Material Delivered or Used.

(1) Kunclke boom truck, (2) Flat bed trucks, (3) pallets of plywood, (1) pallet of 2x4 boards, (4) pallets of rigid insulation, (6) 12"x12" timbers, (1) MEC4555 electric scissor lift.

(sti)

| Whitestone Representative: | Sciame Representative: |
|---|---|
| SIGN: | SIGN: Flennry Verification Time only |
| PRINT: Jonathan Bain | PRINT: |
| DATE: 8/11/20 | DATE: 08/11/20 |

WCC 005662

TIME AND MATERIAL TICKET

Contractor Name: Whitestone Construction corp.
Date: 8/12/2020    Day: Wednesday
Location: CUNY New Academic Building
Address: 285 Jay Street, Brooklyn, NY 11021



50-52 49TH STREET
WOODSIDE, N.Y., 11377

Description of work performed:

Clerestory Remediation Day 3 - Construct exterior roof scaffolding base. Construct exterior roof guard rail system.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|-------|--------|-------|---------------------|---------|----------|-------|
| J | Carp - 1556 | Stainislaw Kubis | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 926 | Mariusz Ledniak | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 16 |

Receipts Attached: Yes:          No:

Equipment and Tools in Use. Material Delivered or Used.

(3) pallets of plywood, (1) pallet of 2x4 boards, (4) pallets of rigid insulation, (6) 12"x12" timbers, (1) MEC4555 electric scissor lift.

(JTG)

Whitestone Representative:

SIGN:

PRINT: Jonathan Bain.

DATE: 8/12/20

Sciame Representative:

SIGN: Verification Time only

PRINT:

DATE: 08/14/20

WCC 005663

TIME AND MATERIAL TICKET

Contractor Name: **Whitestone Construction corp.**

Date: 8/13/2020          Day: Thursday

Location: CUNY New Academic Building

Address: 285 Jay Street, Brooklyn, NY 11021



50-52 49TH STREET
WOODSIDE, N.Y., 11377

Description of work performed:

Clerestory Remediation Day 4 - Deliver Scaffolding frames to roof with knuckle boom. Remove excess material from roof. Construct exterior roof scaffolding. Construct interior controlled access zone.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|-------|--------|-------|----------------------|---------|----------|-------|
| J | Carp - 1556 | Stainislaw Kubis | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 926 | Mariusz Ledniak | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 926 | Tomasz Wojtak | - | 7:00 AM | 3:30 PM | 8 |
| J | Lab - 79 | Linas Vydmantas | - | 7:00 AM | 3:30 PM | 8 |
| J | Roof - 8 | Arkadiusz Zajkowski | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | Total hours of the Day: 40 |

Receipts Attached: Yes:          No:

Equipment and Tools in Use. Material Delivered or Used.

(1) Knuckle boom, (1) flatbed (3) pallets of plywood, Scaffolding frames, Aluminum scaffolding planks, debris netting, rigid insulation, (6) 12"x12" timbers, (1) MEC4555 electric scissor lift.

Whitestone Representative:

SIGN: _____

PRINT: Jonathan Bain

DATE: 8/13/20

Sciame Representative:

SIGN: Timely

PRINT:

DATE: 8/13/20

(STC) Time verification only

WCC 005664

## TIME AND MATERIAL TICKET

Contractor Name: **Whitestone Construction corp.**

Date: **8/14/2020**   Day: **Friday**

Location: **CUNY New Academic Building**

Address: **285 Jay Street, Brooklyn, NY 11021**



50-52 49TH STREET
WOODSIDE, N.Y., 11377

Description of work performed:

Clerestory Remediation Day 5 - Construct exterior roof scaffolding. Construct exterior controlled access zone.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|-------|--------|-------|----------------------|---------|----------|-------|
| J | Carp - 1556 | Stainislaw Kubis | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 926 | Mariusz Ledniak | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 1556 | Igor Bieganski | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | Total hours of the Day: | 24 |

Receipts Attached: Yes:          No:

Equipment and Tools in Use. Material Delivered or Used.

Scaffolding frames, Aluminum scaffolding planks, debris netting, rigid insulation, (6) 12"x12" timbers, (1) MEC4555 electric scissor lift.

Whitestone Representative:

SIGN:

PRINT: Jonathan Bam

DATE: 8/14/20

Sciame Representative:

SIGN:

PRINT:

DATE:

(STC)
Time verification only

Contractor Name: **Whitestone Construction corp.**
Date: **8/17/2020**     Day: **Monday**
Location: **CUNY New Academic Building**
Address: **285 Jay Street, Brooklyn, NY 11021**



50-52 49TH STREET
WOODSIDE, N.Y., 11377

Description of work performed:

Clerestory Remediation Day 6 - Construct interior work platform.

LABOR:

| Level | TRADE: | NAME: | SS# (last 4 digits) | Time IN | Time Out | Total |
|-------|--------|-------|---------------------|---------|----------|-------|
| J | Carp - 1556 | Stainislaw Kubis | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 926 | Mariusz Ledniak | - | 7:00 AM | 3:30 PM | 8 |
| J | Lab - 79 | Linas Vydmantas | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 926 | Tomasz Wojtak | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 32 |

Receipts Attached: Yes:          No:

Equipment and Tools in Use, Material Delivered or Used.

(12) Interior work platform panels, (50) 2x4x10, (1) roll debris netting, rigid insulation, (1) MEC4555 electric scissor lift.

Whitestone Representative:
SIGN:
PRINT: Jonathan Bram
DATE: 8/24/20

Sciame Representative:
SIGN:
PRINT:
DATE:

(STC)
Time Verification only

Contractor Name: **Whitestone Construction corp.**
Date: 8/18/2020   Day: Tuesday
Location: CUNY New Academic Building
Address: 285 Jay Street, Brooklyn, NY 11021

WHITESTONE
CONSTRUCTION CORP.
50-52 49TH STREET
WOODSIDE, N.Y., 11377

Description of work performed:
Clerestory Remediation Day 7 - Construct interior work platform.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Carp - 1556 | Stainislaw Kubis | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 926 | Mariusz Ledniak | - | 7:00 AM | 3:30 PM | 8 |
| J | Lab - 79 | Linas Vydmantas | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 926 | Tomasz Wojtak | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 32 |

Receipts Attached: Yes:        No:

Equipment and Tools in Use, Material Delivered or Used.
(12) Interior work platform panels, (50) 2x4x10, (1) roll debris netting, rigid insulation, (1) MEC4555 electric scissor lift.

Whitestone Representative:
SIGN:
PRINT: Jonathan Bain
DATE: 8/27/20.

Sciame Representative:
SIGN:   Time variation only
PRINT:
DATE:

WCC 005667

Contractor Name:   Whitestone Construction corp.
Date: 8/19/2020        Day: Wednesday
Location:          CUNY New Academic Building
Address:          285 Jay Street, Brooklyn, NY 11021



50-52 49TH STREET
WOODSIDE, N.Y, 11377

**Description of work performed:**

Clerestory Remediation Day 8 - Construct interior work platform.

**LABOR:**

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Carp - 1556 | Stainislaw Kubis | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 926 | Mariusz Ledniak | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 16 |

Receipts Attached: Yes:          No:

**Equipment and Tools in Use, Material Delivered or Used.**
(12) Interior work platform panels, (50) 2x4x10, (1) roll debris netting, rigid insulation, (1) MEC4555 electric scissor lift.

(STC)

Whitestone Representative:

SIGN:

PRINT:   Jonathan Bain

DATE:   8/24/20

Sciame Representative:

SIGN:   F Whelly     Time verification

PRINT:                              only

DATE:   8/9/20

WCC 005668

Contractor Name:   Whitestone Construction corp.
Date: 8/26/2020     Day: Wednesday
Location:      CUNY New Academic Building
Address:      285 Jay Street, Brooklyn, NY 11021



WHITESTONE
CONSTRUCTION CORP.
50-52 49TH STREET
WOODSIDE, N.Y., 11377

Description of work performed:

Clerestory Remediation Day 9 - Remove WT-2 terracotta at remediation area. Remove WT-5 soffit at remediation area. Remove sealant at clerestory glass.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Carp - 45 | Krzysztof Zuraw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 926 | Robert Szalewicz | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | - | 7:00 AM | 3:30 PM | 8 |
| J | PCC - 1 | Vasyl Fedyuk | - | 7:00 AM | 3:30 PM | 8 |
| J | PCC - 1 | Nirmawit Singm | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 48 |

Receipts Attached:  Yes:        No:

Equipment and Tools in Use. Material  Delivered or Used.
(12) Interior work platform panels, (50) 2x4x10, (1) roll debris netting, rigid insulation, (1) MEC4555 electric scissor lift.

Whitestone Representative:
SIGN:
PRINT: JAMES DEARTH - PM
DATE: 8/26/20

Sciame Representative:
SIGN: Funimy verification or time only   (STC)
PRINT:
DATE: 8/26/20

WCC 005669

# TIME AND MATERIAL TICKET

Contractor Name: **Whitestone Construction corp.**
Date: **8/27/2020**  Day: **Thursday**
Location: **CUNY New Academic Building**
Address: **285 Jay Street, Brooklyn, NY 11021**



50-52 49th STREET
WOODSIDE, N.Y., 11377

Description of work performed:

Clerestory Remediation Day 10 - Remove WT-2 terracotta at remediation area. Remove WT-5 soffit at remediation area. Remove sealant at clerestory glass.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Carp - 45 | Krzysztof Zuraw | – | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | – | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | – | 7:00 AM | 3:30 PM | 8 |
| J | PCC - 1 | Vasyl Fedyuk | – | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 32 |

Receipts Attached:  Yes:          No:

Equipment and Tools in Use, Material  Delivered or Used.
(12) Interior work platform panels, (50) 2x4x10, (1) roll debris netting, rigid insulation, (1) MEC4555 electric scissor lift.

Whitestone Representative:

SIGN:

PRINT: JAMES DEARTH - PM
DATE: 8/27/20

Sciame Representative:

SIGN: Funluy Verification of Time only (STC)

PRINT:
DATE: 6/27/20

WCC 005670

# TIME AND MATERIAL TICKET

Contractor Name: **Whitestone Construction corp.**

Date: **8/28/2020**   Day: **Friday**

Location: **CUNY New Academic Building**

Address: **285 Jay Street, Brooklyn, NY 11021**



WHITESTONE CONSTRUCTION CORP.
50-52 49TH STREET
WOODSIDE, N.Y., 11377

Description of work performed:

Clerestory Remediation Day 11 - Remove WT-2 terracotta at remediation area. Remove WT-5 soffit at remediation area. Remove sealant at clerestory glass.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|-------|--------|-------|----------------------|---------|----------|-------|
| J | Carp - 45 | Krzysztof Zuraw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | - | 7:00 AM | 3:30 PM | 8 |
| J | PCC - 1 | Vasyl Fedyuk | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 32 |

Receipts Attached: Yes:   No:

Equipment and Tools in Use. Material Delivered or Used.

(12) Interior work platform panels, (50) 2x4x10, (1) roll debris netting, rigid insulation, (1) MEC4555 electric scissor lift.

Whitestone Representative:

SIGN:

PRINT: JAMES DEARTH - PM

DATE: **8/28/20**

Sciame Representative:

SIGN:

PRINT: **8/28/20**

DATE:

(STC)
Verification of time only

WCC 005671

# TIME AND MATERIAL TICKET

Contractor Name: **Whitestone Construction corp.**
Date: **9/1/2020**  Day: **Tuesday**
Location: **CUNY New Academic Building**
Address: **285 Jay Street, Brooklyn, NY 11021**



50-52 49TH STREET
WOODSIDE, N.Y., 11377

Description of work performed:

Clerestory Remediation Day 13 - Begin WT-3 clerestory head anchor remediation. Remove existing head anchors from building and head receptor. Install new continuous aluminum bars in existing head extrusion per approved drawings. Install new head anchors on the building and head extrusion per approved drawings. Install wooden bracing to support glass during anchor removal.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Carp - 45 | Krzysztof Zuraw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | - | 7:00 AM | 3:30 PM | 8 |
| J | PCC - 1 | Vasyl Fedyuk | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 32 |

Receipts Attached: Yes:   No:

Equipment and Tools in Use. Material  Delivered or Used.

(12) Interior work platform panels, (50) 2x4x10, New clerestory head anchor brackets, Stainless steel hardware, Unistrut, silicone sheet material, sealants, (1) MEC4555 electric scissor lift.

Whitestone Representative:

SIGN:
PRINT: JAMES DEARTH - PM
DATE:

Sciame Representative:

SIGN:
PRINT:
DATE:

*(STC)*
*Verification of time only*

## TIME AND MATERIAL TICKET

Contractor Name: **Whitestone Construction corp.**

Date: **9/2/2020**   Day: **Wednesday**

Location: **CUNY New Academic Building**

Address: **285 Jay Street, Brooklyn, NY 11021**



50-52 49TH STREET
WOODSIDE, N.Y., 11377

**Description of work performed:**

Clerestory Remediation Day 14 - Begin WT-3 clerestory head anchor remediation. Remove existing head anchors from building and head receptor. Install new continuous aluminum bars in existing head extrusion per approved drawings. Install new head anchors on the building and head extrusion per approved drawings. Install wooden bracing to support glass during anchor removal.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Carp - 45 | Krzysztof Zuraw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | - | 7:00 AM | 3:30 PM | 8 |
| J | PCC - 1 | Vasyl Fedyuk | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 32 |

Receipts Attached:  Yes:          No:

Equipment and Tools in Use. Material  Delivered or Used.

(12) Interior work platform panels, (50) 2x4x10, New clerestory head anchor brackets, Stainless steel hardware, Unistrut, silicone sheet material, sealants, (1) MEC4555 electric scissor lift.

(STC)

Whitestone Representative:

SIGN:

PRINT: JAMES DEARTH - PM

DATE: **9/2/20**

Sciame Representative:

SIGN: F Whitney   Verification of Time only

PRINT:

DATE: 9/2/20

WCC 005673

TIME AND MATERIAL TICKET

| | |
|---|---|
| Contractor Name: | Whitestone Construction corp. |
| Date: 9/3/2020 | Day: Thursday |
| Location: | CUNY New Academic Building |
| Address: | 285 Jay Street, Brooklyn, NY 11021 |



WHITESTONE
CONSTRUCTION CORP.
50-52 49TH STREET
WOODSIDE, N.Y. 11377

Description of work performed:

Clerestory Remediation Day 15 - Begin WT-3 clerestory head anchor remediation. Remove existing head anchors from building and head receptor. Install new continuous aluminum bars in existing head extrusion per approved drawings. Install new head anchors on the building and head extrusion per approved drawings. Install wooden bracing to support glass during anchor removal.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|-------|--------|-------|----------------------|---------|----------|-------|
| J | Carp - 45 | Krzysztof Zuraw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | - | 7:00 AM | 3:30 PM | 8 |
| J | PCC - 1 | Vasyl Fedyuk | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 32 |

Receipts Attached:   Yes:        No:

Equipment and Tools in Use. Material Delivered or Used.

(12) Interior work platform panels, (50) 2x4x10, New clerestory head anchor brackets, Stainless steel hardware, Unistrut, silicone sheet material, sealants, (1) MEC4555 electric scissor lift.

| Whitestone Representative: | Sciame Representative: |
|---|---|
| SIGN: | SIGN: Ruwery Ventriculum est |
| PRINT: JAMES DEARTH - PM | PRINT: |
| DATE: 9/3/20 | DATE: 9/3/20 |

(STC)
Time
only

WCC 005674

# TIME AND MATERIAL TICKET

Contractor Name: **Whitestone Construction corp.**
Date: **9/4/2020**   Day: **Friday**
Location: **CUNY New Academic Building**
Address: **285 Jay Street, Brooklyn, NY 11021**



50-52 49TH STREET
WOODSIDE, N.Y, 11377

Description of work performed:

Clerestory Remediation Day 16 - Begin WT-3 clerestory head anchor remediation. Remove existing head anchors from building and head receptor. Install new continuous aluminum bars in existing head extrusion per approved drawings. Install new head anchors on the building and head extrusion per approved drawings. Install Unistrut and hanger rods for interior cladding support. Install wooden bracing to support glass during anchor removal.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|-------|--------|-------|---------------------|---------|----------|-------|
| J | Carp - 45 | Krzysztof Zuraw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | - | 7:00 AM | 3:30 PM | 8 |
| J | PCC - 1 | Vasyl Fedyuk | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 32 |

Receipts Attached: Yes:____   No:____

Equipment and Tools in Use, Material Delivered or Used.

(12) Interior work platform panels, (50) 2x4x10, New clerestory head anchor brackets, Stainless steel hardware, Unistrut, silicone sheet material, sealants, (1) MEC4555 electric scissor lift.

Whitestone Representative:
SIGN: _____
PRINT: JAMES DEARTH - PM
DATE: 9/4/20

Sciame Representative:
SIGN: _____  Verification of time only
PRINT: _____
DATE: 9/4/20

(STC)

WCC 005675

# TIME AND MATERIAL TICKET

Contractor Name: __Whitestone Construction corp.__
Date: __9/8/2020__  Day: __Tuesday__
Location: __CUNY New Academic Building__
Address: __285 Jay Street, Brooklyn, NY 11021__



WHITESTONE CONSTRUCTION CORP.
50-52 49TH STREET
WOODSIDE, N.Y., 11377

Description of work performed:

Clerestory Remediation Day 17 - WT-3 clerestory head anchor remediation. Remove existing head anchors from building and head receptor. Install new continuous aluminum bars in existing head extrusion per approved drawings. Install new head anchors on the building and head extrusion per approved drawings. Install Unistrut and hanger rods for interior cladding support. Install wooden bracing to support glass during anchor removal.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Carp - 45 | Krzysztof Zurawr | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | - | 7:00 AM | 3:30 PM | 8 |
| J | PCC - 1 | Vasyl Fedyuk | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 32 |

Receipts Attached: Yes:          No:

Equipment and Tools in Use. Material Delivered or Used.

(12) Interior work platform panels, (50) 2x4x10, New clerestory head anchor brackets, Stainless steel hardware, Unistrut, silicone sheet material, sealants, (1) MEC4555 electric scissor lift.

Whitestone Representative:
SIGN: _____
PRINT: JAMES DEARTH - PM
DATE: __9/8/20__

Sciame Representative:
SIGN: _____
PRINT: _____
DATE: __4/8/20__

(STC) verification of time only

WCC 005676

TIME AND MATERIAL TICKET

| | |
|---|---|
| Contractor Name: | Whitestone Construction corp. |
| Date: 9/9/2020 | Day: Wednesday |
| Location: | CUNY New Academic Building |
| Address: | 285 Jay Street, Brooklyn, NY 11021 |



WHITESTONE CONSTRUCTION CORP.
50-52 49TH STREET
WOODSIDE, N.Y. 11377

**Description of work performed:**

Clerestory Remediation Day 18 - WT-3 clerestory head anchor remediation. Remove existing head anchors from building and head receptor. Install new continuous aluminum bars in existing head extrusion per approved drawings. Install new head anchors on the building and head extrusion per approved drawings. Install Unistrut and hanger rods for interior cladding support. Install sealants at glass. Install transition materials.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Carp - 45 | Krzysztof Zuraw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | - | 7:00 AM | 3:30 PM | 8 |
| J | PCC - 1 | Vasyl Fedyuk | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 32 |

Receipts Attached: Yes:          No:

**Equipment and Tools in Use. Material Delivered or Used.**

(12) Interior work platform panels, (50) 2x4x10, New clerestory head anchor brackets, Stainless steel hardware, Unistrut, silicone sheet material, Aluminum flashing panels, sealants, (1) MEC4555 electric scissor lift.

| | |
|---|---|
| Whitestone Representative: | Sciame Representative: |
| SIGN: _SDL_ | SIGN: _Pending verification of Time only_ (STC) |
| PRINT: JAMES DEARTH - PM | PRINT: |
| DATE: 9/10/20 | DATE: 9/9/20 |

WCC 005677

TIME AND MATERIAL TICKET

| | |
|---|---|
| Contractor Name: | Whitestone Construction corp. |
| Date: 9/10/2020 | Day: Thursday |
| Location: | CUNY New Academic Building |
| Address: | 285 Jay Street, Brooklyn, NY 11021 |

**WHITESTONE** CONSTRUCTION CORP.
50-52 49th STREET
WOODSIDE, N.Y. 11377

Description of work performed:

Clerestory Remediation Day 19 - WT-3 clerestory head anchor remediation. Install Unistrut and hanger rods for interior cladding support. Install sealants at glass. Install transition materials.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Carp - 45 | Krzysztof Zuraw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | - | 7:00 AM | 3:30 PM | 8 |
| J | PCC - 1 | Vasyl Fedyuk | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Total hours of the Day: | | 32 |

Receipts Attached: Yes:     No:

Equipment and Tools in Use. Material Delivered or Used.

(12) Interior work platform panels, (50) 2x4x10, New clerestory head anchor brackets, Stainless steel hardware, Unistrut, silicone sheet material, aluminum flashing panels, sealants, (1) MEC4555 electric scissor lift.

| | |
|---|---|
| Whitestone Representative: | Sciame Representative: |
| SIGN: _[signature]_ | SIGN: _[signature]_ |
| PRINT: JAMES DEARTH - PM | PRINT: |
| DATE: 9/10/20 | DATE: 9/10/20 |

(STC) Verification of Time only

WCC 005678

# TIME AND MATERIAL TICKET

Contractor Name: __Whitestone Construction corp.__
Date: 9/11/2020   Day: Friday
Location: __CUNY New Academic Building__
Address: __285 Jay Street, Brooklyn, NY 11021__



50-52 49TH STREET
WOODSIDE, N.Y. 11377

Description of work performed:

Clerestory Remediation Day 20 - WT-3 clerestory head anchor remediation. Install Unistrut and hanger rods for interior cladding support. Install sealants at glass. Install transition materials.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Carp - 45 | Krzysztof Zuraw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | - | 7:00 AM | 3:30 PM | 8 |
| J | PCC - 1 | Vasyl Fedyuk | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 32 |

Receipts Attached: Yes:      No:

Equipment and Tools in Use. Material Delivered or Used.

(12) Interior work platform panels, (50) 2x4x10, New clerestory head anchor brackets, Stainless steel hardware, Unistrut, silicone sheet material, aluminum flashing panels, sealants, (1) MEC4555 electric scissor lift.

(STC)

Whitestone Representative:

SIGN:

PRINT: JAMES DEARTH - PM

DATE: 9-11- 20

Sciame Representative:

SIGN:     Time Ventilation only

PRINT:

DATE:

WCC 005679

TIME AND MATERIAL TICKET

| | |
|---|---|
| Contractor Name: | Whitestone Construction corp. |
| Date: 9/21/2020 | Day: Monday |
| Location: | CUNY New Academic Building |
| Address: | 285 Jay Street, Brooklyn, NY 11021 |

WHITESTONE CONSTRUCTION CORP.

Description of work performed:

Clerestory Remediation Day 21 - WT-3 clerestory head anchor remediation. Torque head anchors.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Carp - 45 | Krzysztof Zuraw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 24 |

Receipts Attached: Yes:   No:

Equipment and Tools in Use. Material Delivered or Used.

New clerestory head anchor brackets, Stainless steel hardware, Unistrut, silicone sheet material, silicone sealants, (1) MEC4555 electric scissor lift, torque wrench.

**Verification of Time Only.**
**Subject to Contract Verification**

Name: _____

Date: 9/21/2020

| | |
|---|---|
| Whitestone Representative: | Sciame Representative: |
| SIGN: | SIGN: |
| PRINT: JAMES DEARTH - PM | PRINT: |
| DATE: 9/21/20 | DATE: |

WCC 005680

TIME AND MATERIAL TICKET

| | |
|---|---|
| Contractor Name: | Whitestone Construction corp. |
| Date: 9/22/2020 | Day: Tuesday |
| Location: | CUNY New Academic Building |
| Address: | 285 Jay Street, Brooklyn, NY 11021 |

WHITESTONE
CONSTRUCTION CORP.

**Description of work performed:**

Clerestory Remediation Day 22 - WT-3 clerestory head anchor remediation. Torque head anchors, Install insulation, Install transition membrane.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|-------|--------|-------|----------------------|---------|----------|-------|
| J | Carp - 45 | Krzysztof Zuraw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 24 |

Receipts Attached: Yes:          No:

Equipment and Tools in Use. Material Delivered or Used.

New clerestory head anchor brackets, Stainless steel hardware, Unistrut, silicone sheet material, aluminum flashing panels, sealants, (1) MEC4555 electric scissor lift, torque wrench.

**Verification of Time Only**
**Subject to Contract Verification**

Name: _____

Date: 9/22/2020

| | |
|---|---|
| Whitestone Representative: | Sciame Representative: |
| SIGN: | SIGN: |
| PRINT: JAMES DEARTH - PM | PRINT: |
| DATE: 9/22/20 | DATE: |

WCC 005681

# TIME AND MATERIAL TICKET

| | |
|---|---|
| Contractor Name: | Whitestone Construction corp. |
| Date: | 9/23/2020          Day: Wednesday |
| Location: | CUNY New Academic Building |
| Address: | 285 Jay Street, Brooklyn, NY 11021 |

**Description of work performed:**

Clerestory Remediation Day 23 - WT-3 clerestory head anchor remediation. Install insulation, Install transition membrane, reinstall WT-2 terracotta, reinstall WT-5 cladding, install sealant, Install exterior gasket.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|-------|--------|-------|----------------------|---------|----------|-------|
| J | Carp - 45 | Krzysztof Zuraw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 24 |

Receipts Attached: Yes:          No:

Equipment and Tools in Use, Material Delivered or Used.

New clerestory head anchor brackets, Stainless steel hardware, Unistrut, silicone sheet material, aluminum flashing panels, sealants, (1) MEC4555 electric scissor lift, torque wrench, exterior gasket material.

**Verification of Time Only**
**Subject to Contract Verification**

Name: _____

Date: 9/23/2020

Whitestone Representative:

SIGN: _____

PRINT: JAMES DEARTH - PM

DATE: 9/23/20

Sciame Representative:

SIGN: _____

PRINT: _____

DATE: _____

WCC 005682

TIME AND MATERIAL TICKET

| | |
|---|---|
| Contractor Name: | Whitestone Construction corp. |
| Date: | 9/24/2020  Day: Thursday |
| Location: | CUNY New Academic Building |
| Address: | 285 Jay Street, Brooklyn, NY 11021 |

WHITESTONE
CONSTRUCTION CORP.

Description of work performed:

Clerestory Remediation Day 24 - WT-3 clerestory head anchor remediation. Reinstall WT-2 terracotta, reinstall WT-5 cladding, install sealant, Install exterior gasket, demobilize exterior scaffolding.

LABOR:

| Level | TRADE: | NAME: | SS#: (last 4 digits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Carp - 45 | Krzysztof Zuraw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 24 |

Receipts Attached:  Yes:          No:

Equipment and Tools in Use. Material  Delivered or Used.

New clerestory head anchor brackets, Stainless steel hardware, Unistrut, silicone sheet material, aluminum flashing panels, sealants, (1) MEC4555 electric scissor lift, torque wrench, exterior gasket material.

**Verification of Time Only**
**Subject to Contract Verification**

Name: _____

Date: 9/24/2020

| | |
|---|---|
| Whitestone Representative: | Sciame Representative: |
| SIGN: | SIGN: |
| PRINT: JAMES DEARTH - PM | PRINT: |
| DATE: 9/24/20 | DATE: |

WCC 005683

TIME AND MATERIAL TICKET

| Contractor Name | Whitestone Construction corp |
|---|---|
| Date | 9/25/2020 | Day | Friday |
| Location | CUNY New Academic Building |
| Address | 285 Jay Street, Brooklyn, NY 11021 |



WHITESTONE CONSTRUCTION CORP.

52-52 49TH STREET
WOODSIDE, N.Y., 11377

Description of work performed:

Clerestory Remediation Day 25 - WT-3 clerestory head anchor remediation. Demobilize exterior scaffolding and work platform. (2 hours of OT for Arkadiusz Zajkowski and Lukasz Zywiec to remove material from driveway prior to weekend. Stacked material was unsafe to leave in the driveway over the weekend. OT required due to Knuckle boom regenerative circut over run time for continuous use over the 8 hour work day. 1 hour needed for Knuckle boom regenerative circut to regenerate. 1 hour needed to move material)

LABOR:

| Level | TRADE | NAME | SS# (last 4 digits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Carp - 45 | Krzysztof Zuraw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 20 | Wieslaw Ovechowslw | - | 7:00 AM | 3:30 PM | 8 |
| J | Carp - 157 | Bartor Mierzeyewski | - | 7:00 AM | 3:30 PM | 8 |
| J | Local - 8 | Arkadiusz Zajkowski | - | 7:00 AM | 5:30 PM | 10 |
| J | Lab - 79 | Lukasz Zywiec | - | 7:00 AM | 5:30 PM | 10 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total hours of the Day: | 44 |

Receipts Attached: Yes    No

Equipment and Tools in Use, Material Delivered or Used
(1) MEC4555 electric scissor lift, Knuckle boom.

**Verification of Time Only**
**Subject to Contract Verification**

Name: _____

Date: 9/25/20

| Whitestone Representative | SciLane Representative |
|---|---|
| SIGN | SIGN: |
| PRINT: JAMES DEARTH - PM | PRINT: |
| DATE: 9/25/20 | DATE: |

WCC 005684

TIME AND MATERIAL TICKET

| | |
|---|---|
| Contractor Name | Whitestone Construction corp. |
| Date | 9/28/2020 Day Monday |
| Location | CUNY New Academic Building |
| Address | 285 Jay Street, Brooklyn, NY 11021 |



WHITESTONE
CONSTRUCTION CORP.
50-52 49t4 STREE'
WOODSIDE, NY, 11377

Description of work performed:

Clerestory Remediation Day 26 - WT-3 clerestory head anchor remediation. Demobilize controlled access zone. Move material from courtyard to designated location in the lobby. Clean work areas. Remove MEC4555 scissor lift from building. (LAST DAY OF CLERESTORY REMEDIATION - 26 DAYS TOTAL)

LABOR:

| Level | TRADE | NAME | SS# (last 4 dgits) | Time IN | Time Out | Total |
|---|---|---|---|---|---|---|
| J | Lab - 79 | Lukasz Zywiec | - | 7:00 AM | 3:30 PM | 8 |
| J | Lab - 79 | Linas Vydmantas | - | 7:00 AM | 3:30 PM | 8 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Total hours of the Day: | | 16 |

Receipts Attached: Yes ___ No ___

Equipment and Tools in Use, Material Delivered or Used:
(1) MEC4555 electric scissor lift

**Verification of Time Only**
**Subject to Contract Verification**

Name: _R Whitby_

Date: _9/28/20_

Whitestone Representative:

SIGN _____

PRINT JAMES DEARTH - PM

DATE 9 28 20

Sciame Representative:

SIGN _____

PRINT: _____

DATE: _____

WCC 005685