Exhibit 29

Page 1

1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK

2

3    WHITESTONE CONSTRUCTION          )
     CORP.,                           )
4                                     )    Case No.
               Plaintiff,            )    1:20-cv-1006-GHW
5                                     )
        v.                            )
6                                     )
     YUANDA USA CORPORATION,          )
7                                     )
               Defendant.            )
8

9              The videotaped Zoom virtual deposition of
10   MINGHIUA TAN, called for examination, taken pursuant
11   to notice and pursuant to the Federal Rules of Civil
12   Procedure of the United States District Courts, taken
13   before Annette Brewer, Certified Shorthand Reporter,
14   in and for the County of Cook and State of Illinois,
15   on February 4, 2021, at 8:30 a.m.
16
17
18
19
20
21
22
23
24

Page 2

1   APPEARANCES:

2

        GOETZ FITZPATRICK LLP
3       BY:  Mr. Donald J. Carbone
        One Penn Plaza, Suite 3100
4       New York, NY 10019
        (212) 695-8100
5       dcarbone@goetzfitz.com
                Appeared on behalf of Plaintiff;
6

        FOX SWIBEL LEVIN & CARROLL LLP
7       BY:  Mr. Adam L. Gill
        200 W. Madison Street, 30th Floor
8       Chicago, Illinois 60606
        (312) 224-1200
9       agill@fixswibel.com
                Appeared on behalf of Defendant.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 3

```
 1                    I N D E X
     Witness:                                       Page
 2   MINGHIUA TAN
 3   EXAMINATION                                      6
     BY MR. CARBONE
 4   EXAMINATION                                     102
     BY MR. GILL
 5   FURTHER EXAMINATION                             105
     BY MR. CARBONE
 6
 7                    EXHIBITS
 8   Exhibit Nos.                                   Page
 9
     Exhibit No. 1    Notice of Deposition           17
10   Exhibit No. 2    Whitestone purchase            26
                      order with Yuanda
11   Exhibit No. 3    Agreement between F.J.         22
                      Sciame Construction
12                    Co., Inc. and
                      Whitestone Construction
13                    Corp
     Exhibit No. 4    Perkins Eastman note           62
14   Exhibit No. 5    WCC 011977 to WCC             66
                      012351
15   Exhibit No. 6    WCC 04600 to WCC 04607        71
     Exhibit No. 7    Sciame RFI transmittal         79
16                    dated November 9, 2016
     Exhibit No. 8    Sciame RFI transmittal         79
17                    dated 12/29/16
     Exhibit No. 12   WCC 011814 to 01833           68
18   Exhibit No. 15   Rejection letter              48
     Exhibit No. 16   Letter dated June 28,         50
19                    2019
     Exhibit No. 17   Letter dated July 26,         94
20                    2019
     Exhibit No. 18   Letter dated February         95
21                    23, 2019
     Exhibit No. 22   Chain of e-mails WCC          97
22                    04011 to 004023
     Exhibit No. 23   WCC 04972 to 04981            96
23   Exhibit No. 45   Expert report                100
24   (Exhibits attached)
```

Page  4

1          THE VIDEOGRAPHER:  We are now on the record

2     at 9:02 a.m., February 4, 2021.  Please note that the

3     microphones are sensitive and may pick up whispering,

4     private conversations and cellular interference.

5     Please turn off all cell phones and place them away

6     from the microphones as they can interfere with the

7     deposition taking place unless all parties agree to

8     go off the record.  This is media unit 1 of the video

9     recorded deposition of Charles Tan taken by counsel

10    for the plaintiff in the matter of Whitestone

11    Construction Corporation versus Yuanda USA

12    Corporation filed in the United States District

13    Court, Southern District, Case Docket

14    No. 20-cv-10006.

15               This deposition is being held via

16    Veritext Zoom video conference.  My name is Ryan

17    Sohmer from Veritext Midwest.  I am the videographer.

18    The court reporter is Annette Brewer.  I am not

19    authorized to administer the oath.  I am not related

20    to any party in this action nor am I financially

21    interested in the outcome.

22               Counsel and all present in the room

23    and everybody attending remotely will state their

24    appearances and affiliations for the record.  If

Page 5

1   there are any objections to proceeding please state

2   them at the time of your appearance, beginning with

3   the noticing attorney.  The court reporter will swear

4   in the witness after everybody notices.

5          MR. CARBONE:  Good morning.  My name is

6   Donald Carbone.  I am an attorney with Goetz

7   Fitzpatrick LLP, Whitestone Construction Corp's

8   attorney in the matter which is presently the subject

9   of this deposition.

10                 Mr. Tan, good morning.

11                  ROBIN XU MURPHY,

12  called as an interpreter herein, after having been

13  duly sworn to interpret all the questions from the

14  English language to the Mandarin language, and all

15  the answers from the Mandarin language to English,

16  testified as follows:

17         MR. CARBONE:  We just had a procedural issue.

18  Would just like to confirm with Mr. Gill that due to

19  my omission of sending the documents to Veritext in

20  time, it was agreed between us that at the conclusion

21  of the deposition by tomorrow I will send out a

22  complete set of plaintiff's exhibits which were sent

23  to Mr. Gill previously which are being used at

24  today's deposition for the record purposes.

Page 6

1          MR. GILL:  We agree.

2                    MINGHIUA TAN

3   called as a witness herein, after having been first

4   duly sworn, was examined and testified through the

5   interpreter as follows:

6                         EXAMINATION

7   BY MR. CARBONE:

8          Q.   Mr. Tan, the purpose of today's

9   information -- I'm sorry, today's deposition, my

10  purpose is to extract information from you in the

11  form of questions.  It's not my purpose to trick you

12  in any manner.  And if you do not understand any of

13  my questions, you can let me know that and I will be

14  happy to rephrase them.  Because my goal here is to

15  get accurate answers to my questions.  You understand

16  that?

17         A.   No problem.

18         Q.   Mr. Tan, what is the highest level of

19  education that you've achieved?

20         A.   Bachelor's degree.

21         Q.   And what discipline was that bachelor's

22  degree?

23         A.   International business.

24         Q.   And from what university did you obtain

```
                                         Page  7
```

1   that bachelor's degree?

2          A.    Liaoning University in China.

3          Q.    Where is that university located in

4   China?

5          A.    It's Shenyang City, Liaoning Province,

6   China.

7          Q.    What was the year you obtained that

8   degree?

9          A.    2004.

10         Q.    As part of the curriculum to obtain that

11  degree, did you take any engineering or

12  architectural-related courses?

13         THE  INTERPRETER:  Counsel, could you please

14  repeat that question.  I missed one.

15  BY MR. CARBONE:

16         Q.    In order to obtain that degree, did you

17  take any engineering or architectural-related

18  courses?

19         A.    No, there was no such classes.

20         Q.    And other than your Bachelor of Arts

21  degree that you obtained in the year 2004 do you hold

22  any other degrees?

23         A.    No.

24         Q.    What is your present position at Yuanda?

Page 8

1          A.    Sales manager.

2          Q.    When I use the word Yuanda, I am going to

3    be referring to Yuanda USA Corporation.  Do you

4    understand that, Mr. Tan?

5          A.    Yes.

6          Q.    How long have you been a sales manager at

7    Yuanda?

8          A.    Let me think.  Before 2015 my title was a

9    business representative.  So -- so it's from -- it's

10   since 2015 then.

11         Q.    How long have you been an employee of the

12   Yuanda USA Corporation?

13         A.    From July 2011.  July or August.  I am

14   not -- I can't remember clearly.

15         Q.    What was your first position at Yuanda?

16         A.    I started as a business representative.

17         Q.    When was your first -- when did you first

18   become a business representative at Yuanda USA?

19         A.    It's 2012 August since I started working

20   at Yuanda USA.

21         Q.    In August 2012 was the first position you

22   held at Yuanda USA as a business representative?

23         A.    Correct.  Because before that I was

24   working at Yuanda in Shenyang engineering firm.

Page 9

1  That's the parent company of Yuanda USA.

2          MR. CARBONE:  Ms. Interpreter, when you say

3  Yuanda, is that what I am calling Yuanda?

4          THE INTERPRETER:  Y-u-a-n-d-a.

5  BY MR. CARBONE:

6          Q.   Let's just focus on for a moment,

7  Mr. Tan, when you first became employed at Yuanda

8  USA.

9          A.   Yes, that's August 2012.

10         Q.   Now, as a business representative at

11 Yuanda, in August of 2012 did you ever have a

12 particular territory that you were responsible for?

13         A.   I was in charge mostly for the East

14 Coast, primarily New York.

15         Q.   When you talk about the East Coast, you

16 are talking about the East Coast of the United

17 States?

18         A.   Correct.

19         Q.   And when you first became employed in

20 August of 2012, where was your office located?

21         A.   Office was in Chicago.

22         Q.   And what location in Chicago, do you

23 recall the address?

24         A.   36 West Randolph, Chicago.

1        Q.   And as the business manager of Yuanda

2   responsible for the East Coast of the United States

3   what were your duties and responsibilities?

4        A.   I was in charge of market development,

5   project building management and also coordination

6   with clients during the construction.

7        MR. CARBONE:  There was a word before

8   development that I missed.  What was the word before

9   development?

10        THE INTERPRETER:  Market development.

11        MR. CARBONE:  Thank you.

12   BY MR. CARBONE:

13        Q.   In August 2012 how many people were in

14   attendance at Yuanda Chicago office on a daily basis?

15   Let me clarify that.  On a daily basis.

16        A.   Are you referring to the office personnel

17   here in Chicago office?

18        Q.   Yes.  2012.

19        A.   Actually I can't recall clearly because,

20   I will explain, because our office personnel follows

21   the project.  If we have a project in California they

22   will go to California.  If there's a project in New

23   York they will go to New York.  So it's not always

24   fixed.

1      Q.   Other than the Chicago office in 2012 did

2   Yuanda have any other offices in United States?

3      A.   You are talking about 2012, right?

4      Q.   Correct.

5      A.   There was no other official office back

6   then.  But we did have construction site, project

7   management office.

8      Q.   Would it be correct that your

9   construction site project management offices would be

10   located where you had ongoing projects?

11      A.   Correct.

12      Q.   Today in the year 2021, does Yuanda have

13   any offices, permanent offices in United States other

14   than Chicago?

15      A.   We have one in New York.

16      Q.   And that's a permanent office?

17      A.   Correct.

18      Q.   And where is that office located?

19      A.   It's in Flushing, near Queens.

20      Q.   Do you have the address of that office?

21      A.   I can't recall right now.  We just opened

22   not long ago.

23      Q.   Did you ever work out of the New York

24   office as opposed to working out of the Chicago

Page 12

```
 1    office?
 2          A.   I was stationed in New York before July
 3    2019.
 4          Q.   And how long were you stationed in New
 5    York for?
 6          A.   From August 2012.
 7          Q.   To when?  August 2012 is up until when?
 8          A.   July 2019.
 9          Q.   Now, as a business representative for
10    Yuanda, who did you report to?
11          A.   Feng Zhu, F-e-n-g, Z-h-u, the chairman of
12    Yuanda USA.
13          Q.   Now, you indicated that in 2015 you
14    became a sales manager.  What were your duties and
15    responsibilities as a sales manager for Yuanda?
16          A.   The primary responsibility is similar to
17    what I was in charge for as a business rep.
18          Q.   Okay.  Tell me again what were your
19    duties and responsibilities.  Give me a little bit
20    definition as the sales manager as opposed to being a
21    business rep.
22          A.   So mainly market development.  Maybe the
23    channels for market development may be different.
24    But right now that -- I won't be able to share the
```

Page 13

1    details with you, the channel for marketing

2    development.  For market development.  It's new

3    project vetting.  New project management and

4    coordination during the project with client and the

5    service.  Coordination and service.

6           Q.   As the sales manager who do you report to

7    at Yuanda?

8           A.   Feng Zhu, Yuanda chairman and president.

9           Q.   And where is the chairman and president's

10   office physically located?

11          A.   He is stationed in New York.

12          Q.   Is he stationed in New York at the

13   flushing office?

14          A.   Right.

15          Q.   If I leave a blank in the transcript,

16   Mr. Tan, upon the transcript of your review would you

17   be kind enough to fill in the address of Yuanda's

18   Flushing office?

19          A.   Yeah.

20          Q.   Now, once you became an employee of

21   Yuanda in 2012 to the present, was there any type of

22   formal training that was provided to you by Yuanda?

23          A.   Every year Yuanda conducts such training

24   within the company.

Page 14

1          Q.   The type of training that's provided to

2     you within the company, what type of training is

3     that?

4          THE INTERPRETER:   Mr. Tan to clarify one

5     word.

6     BY THE WITNESS:

7          A.   The training will be near the area

8     that -- in the area that Yuanda touches or Yuanda is

9     involved, such as finance, project design,

10    insurance -- sorry.   Finance, design, insurance and

11    bond and project management.

12    BY MR. CARBONE:

13         Q.   Now, the training provided to you by

14    Yuanda, is that by people that are in the direct

15    employ of Yuanda as opposed to Yuanda bringing in

16    third-party vendors to give this training?

17         A.   So for I can give you example.   For

18    project design for instance it will be done by our

19    internal people.   But for the insurance and bond we

20    will have third parties such as AIG to conduct.

21         Q.   Mr. Tan, materials that are presently

22    fabricated by Yuanda for its projects here in the

23    United States, where are those materials fabricated?

24         A.   Most of the material are fabricated at

Page 15

1    our Shenyang plant.

2         Q.   What province of China is the Shenyang

3    plant located?

4         A.   It's in Liaoning Province,

5    L-i-a-o-n-i-n-g.

6         Q.   So it would be correct that respect to

7    the project which is the subject of the lawsuit, the

8    Cuny, C-u-n-y, Sciame project that the materials

9    provided by Yuanda to Whitestone were manufactured at

10   the plant you just identified?

11        A.   Correct.

12        Q.   If there were materials for the subject

13   property that were not manufactured at the Chinese

14   plant, where would those materials be manufactured or

15   obtained?

16        A.   Some material we buy from nearby local

17   suppliers such as nails for instance.

18        Q.   What is the name and location of the

19   parent company of Yuanda?

20        A.   It's knowledge and technology district of

21   Shenyang, city in Liaoning Province.

22        Q.   I want to understand your answer.  Are

23   you saying the parent of Yuanda USA Corporation is a

24   Chinese economic development company?

Page 16

1          A.    Okay.

2          THE INTERPRETER:   The interpreter needs to go

3    over this one more time.

4    BY THE WITNESS:

5          A.    Maybe it's better if I give you both the

6    name and address together.   So the parent for Yuanda

7    USA is called Yuanda Aluminum Industry Engineering

8    Company.   And the address is 20 13th Street, Shenyang

9    economic and technology development district in

10   Shenyang in Liaoning Province.

11         MR. CARBONE:   Can the interpreter say again

12   the name of the entity?   I got something like Yuanda.

13   What's the other name of the entity?

14         THE INTERPRETER:   It's Shenyang, S-h-e-n.

15         MR. CARBONE:   Could you spell that for the

16   reporter, please?

17         THE INTERPRETER:   S-h-e-n-y-a-n-g.

18         MR. CARBONE:   What's the next name?

19         THE INTERPRETER:   Yuanda, Y-u-a-n-d-a,

20   Aluminum Industry Engineering Company.

21   BY MR. CARBONE:

22         Q.    Do you know who owns Yuanda's parent

23   company you just described?

24         A.    Shenyang Yuanda is a publicly-traded

Page 17

1   company.

2          Q.   Do you know if any local Chinese

3   government or the National Chinese government has any

4   ownership in the parent company?

5          A.   Before it became a part of the traded

6   company, it was a private enterprise.  But since it

7   went public I am not sure.

8          Q.   Mr. Tan, we are going to start looking at

9   some of the documents.  I am going to ask you to take

10  a look at Plaintiff's Exhibit No. 1 which is a notice

11  of deposition which is dated November 11, 2020.

12                    (WHEREUPON, Exhibit No. 1 was

13                     marked for identification.)

14  BY MR. CARBONE:

15         Q.   Do you have that document?  Mr. Tan, it's

16  this document here.  If you look at the screen.  It

17  says Plaintiff's 1.

18         A.   I can't see it clearly what you are

19  holding up on your screen.

20         MR. CARBONE:  Mr. Gill, he has a copy of the

21  exhibits I am presuming?

22         MR. GILL:  I spoke with Mr. Tan yesterday and

23  he was at home.  He said he was going to print off

24  the docs.  My understanding is he has a hard copy and

Page 18

1   electronic.

2   BY THE WITNESS:

3        A.   You are right.  Yes, I have this

4   document.

5   BY MR. CARBONE:

6        Q.   So, Mr. Tan, I just want to be clear.  In

7   the lower right-hand corner of the document is a tag

8   that says Plaintiff's Exhibit 1.  Do you see that?

9        A.   Yes.

10        Q.   And it's a three-page document.  Do you

11   agree with that?

12        A.   Correct.

13        Q.   I want you to turn to the third page of

14   the document which is entitled Schedule A, topics for

15   deposition.  Do you see that?

16        A.   Yes.

17        Q.   Mr. Tan, prior to your deposition today,

18   did you read Schedule A which are the topics for the

19   deposition items 1 through 9?

20        A.   I received this document before and I did

21   take a look.

22        Q.   Do you want to re-read the document to

23   yourself before I ask you questions about it?

24        A.   You can start with your question I think.

1      Q.   Okay.  There's nine topics that are going

2  to be discussed at your deposition today pursuant to

3  this notice of deposition.  Are there any of the nine

4  listed topics on which you are not able to have an

5  in-depth discussion?

6      MR. GILL:  Objection.  Subject to the

7  objection and request for clarification that I

8  submitted on December 1 via e-mail.  I sent a letter

9  to Mr. Kushner and your associate about providing

10  objections to various topics and clarifications.  But

11  subject to that please answer.

12  BY THE WITNESS:

13      A.   It depends on the specific subject, then

14  I can tell you if I have in-depth knowledge.

15  BY MR. CARBONE:

16      Q.   Let me ask you subject number 1.  Do you

17  have in-depth knowledge of that subject?

18      A.   My answer would be the same to you.  If

19  you ask me a specific question and if I know I would

20  answer.  But like the rest of the subjects it seems

21  to me that the topic is broad so I can't tell you

22  exactly what's in that knowledge you are referring

23  to.

24      Q.   Well, did you understand before appearing

Page 20

1    for your deposition today that the attorney for

2    Whitestone would be asking you questions regarding

3    the various subjects?

4         A.   Yes.

5         Q.   In preparation for the deposition today,

6    did you meet with anybody whether in person or

7    virtual?

8         A.   Yes, of course.  I need to familiarize

9    myself with the information of this project, so I was

10   in touch with our designers and the people in the

11   plant.

12        Q.   And that was people in the plant?

13        A.   In the factory.

14        Q.   Did you have any meetings with Mr. Gill

15   or any of Mr. Gill's associates?

16        A.   I have been in communication with

17   Mr. Gill.

18        Q.   When you say you had some kind of

19   communications with the designers, what designers did

20   you have communications with and at what location do

21   those designers work?

22        A.   They are in Shenyang, S-h-e-n-y-a-n-g.

23        Q.   Where does that individual work?

24        A.   The designer works for Yuanda Aluminum

1   Industry Engineering Company.

2         Q.   Is that a company that's also affiliated

3   with Yuanda USA Corp?

4         A.   This company in relation to Yuanda USA is

5   the designer.  Designer and -- he's supplier.

6         Q.   Now, when you say that that company was

7   the supplier, were they the fabricator of all of the

8   materials provided by Yuanda USA to Whitestone in

9   connection with the Cuny, C-u-n-y, Sciame project?

10        A.   Correct.

11        Q.   And when you say you spoke to people at

12   the plant or the factory, was the plant or the

13   factory the same company for which that designer

14   worked that you spoke to?

15        A.   Correct.  It appears Shenyang Yuanda

16   Aluminum Industry Engineering Company.

17        Q.   And where is that company located?

18   What's their address, if you know?

19        A.   I have answered this question earlier.

20        Q.   Could you answer it again for me, please?

21        A.   No problem.  20 13th Street, economic and

22   technology development district of Shenyang City,

23   Liaoning, L-i-a-o-n-i-n-g.

24        Q.   If I understand you correctly, you are

Page 22

1   saying the designer you spoke to and the person you

2   spoke to at the plant, at the factory, the entity

3   they worked for is the parent company of Yuanda USA

4   Corp.  Would that be fair?

5       A.   Correct.

6                   (WHEREUPON, Exhibit No. 3 was

7                   marked for identification.)

8   BY MR. CARBONE:

9       Q.   Let's take a look at the document that is

10  Plaintiff's 3.  And that is an agreement between F.J.

11  Sciame Construction Co., Inc. and Whitestone

12  Construction Corp, subcontractor, dated October 7,

13  2013.  That's been Bates-stamped as WCC 0838, WCC

14  01051.

15                   Do you have that document, Mr. Tan?

16      A.   Yes, I do.

17      Q.   And when is the first time you saw this

18  document?

19      A.   From the link you have provided.

20      Q.   So you never -- other than seeing it as a

21  result of being transmitted to you for your

22  deposition today, is it your testimony that you have

23  never seen this document before?

24      MR. GILL:  Objection.  This document was not

Page 23

1   a topic of deposition identified in 30(b)(6).  To the

2   extent you are asking him questions as a

3   representative of Yuanda, we object.  But I am not

4   going to obviously prevent you from asking questions

5   based on his personal knowledge.  So with that

6   understanding please continue and answer.

7          MR. CARBONE:  Just to clarify for the record,

8   I don't believe you have a valid objection because

9   the subject matter of today's deposition is the

10  purchase order between Whitestone and Yuanda which is

11  Plaintiff's Exhibit 2, and referenced in Plaintiff's

12  Exhibit 2 is the prime contract between Whitestone

13  and Sciame.  So that is included within the subject

14  matter of today's deposition.  I want the record to

15  be clear, but we don't need to argue about it any

16  further only because you are saying he can answer the

17  question.

18         MR. GILL:  He can answer the question based

19  on his personal knowledge, not based on him being

20  representative of Yuanda in answering this question.

21  Just so we are clear.  I am not going to argue

22  further.  We have our disagreement.

23         MR. CARBONE:  Mr. Gill, I want to be clear.

24  He is being produced today not in his personal

Page 24

1    capacity but as the knowledgeable representative of

2    Yuanda USA; isn't that correct?

3          MR. GILL:  That's correct.  But if you want

4    him to answer questions he will only answer questions

5    regarding the subcontract based on his personal

6    knowledge, not based on him being a representative of

7    Yuanda because the topic of deposition does not

8    identify the obligations or subcontract between

9    Sciame and Whitestone as a subject of this

10   deposition.

11         MR. CARBONE:  Well, we disagree on that.

12   Just so I am clear, Mr. Gill, he is now answering

13   this question based on his personal knowledge, not as

14   a representative or corporate representative of

15   Yuanda?

16         MR. GILL:  I'm making the representation -- I

17   did not discuss this subcontract with him.  I did not

18   prepare him to answer questions on this subcontract

19   and I have no knowledge whether he is capable of

20   answering questions based as a representative of

21   Yuanda.  But for the interest of getting through this

22   deposition and allowing you to ask him questions, I

23   am not going to advise him not to answer.

24   BY MR. CARBONE:

Page 25

```
 1          Q.   So, Mr. Tan, to get back on point, I
 2    think the question I have for you, I don't know if we
 3    got an answer to that question, is it your testimony
 4    that the first time you saw this document is when it
 5    was sent to you as part of the deposition exhibits in
 6    connection with this deposition today?
 7          A.   You referring to the documents that
 8    Whitestone -- it's a contract signed between
 9    Whitestone and the general contractor; is that right?
10          Q.   That is correct.
11          A.   If you are referring to this document,
12    and I have not received it before and I have not seen
13    it before.
14          Q.   Do you know if there's a copy of this
15    document in the Yuanda files in connection with this
16    project between Whitestone and Yuanda which is the
17    subject of this litigation?
18          A.   You are talking about the purchase order
19    between Yuanda and Whitestone?
20          Q.   No, I am talking about the project,
21    Mr. Tan, that is the subject matter of the purchase
22    order between Whitestone and Yuanda.  And I am asking
23    about the file that was created by Yuanda with
24    respect to, you know, the matters that are identified
```

Page 26

1   in the purchase order.

2                    I am asking you whether there's a

3   copy of this agreement, Plaintiff's Exhibit 3, in

4   that Yuanda file to your knowledge?

5        A.   If you are referring to Exhibit 3, I have

6   not received it before.  I have not seen it before.

7        Q.   Let's take a look at what's been marked

8   as Plaintiff's 2 for today.  And that is the

9   Whitestone purchase order with Yuanda which is made

10  as of the date of October 24, 2013.  That's been

11  Bates-stamped WCC 01100 to WCC 0119.

12                    Do you have that document?

13       A.   Yes.

14                    (WHEREUPON, Exhibit No. 2 was

15                    marked for identification.)

16  BY MR. CARBONE:

17       Q.   Now, you are intimately familiar with

18  this document, Mr. Tan?

19       A.   I have some general knowledge.

20       Q.   And with respect to, if you go to page,

21  second physical page of the document which is 01101

22  where you have the signatures, do you see those

23  signatures?

24       A.   Yes.

1          Q.    And could you identify the signature on

2     the left there, please?

3          A.    Feng Zhu, F-e-n-g, Z-h-u.

4          Q.    And who is that gentleman?  Is that the

5     chairman of the parent company of Yuanda?

6          A.    She's the president of Yuanda USA.

7          Q.    If you go to the middle of the page where

8     you have a -- the middle of the first page where you

9     have a paragraph that begins with Yuanda USA Corp.

10    Do you see that?

11         A.    Yes.

12         Q.    Let me ask you this.  As the sales

13    manager for Yuanda, were you the Yuanda employee that

14    was primarily responsible for fulfilling Yuanda's

15    obligations under this purchase order with Whitestone

16    Whitestone?

17         MR. GILL:  Objection to the -- it's vague.  I

18    don't know what you mean by primarily responsible for

19    fulfilling the obligations.

20    BY MR. CARBONE:

21         Q.    You can answer the question, Mr. Tan.

22         A.    It's a team of --

23         MR. CARBONE:  Ms. Interpreter, I can't hear

24    you.  It's a team of who or what?

1          THE INTERPRETER:  It's a team who executed
2     the (inaudible).
3          MR. CARBONE:  The team that executed what?
4          THE INTERPRETER:  Task, t-a-s-k.
5     BY MR. CARBONE:
6          Q.   And who are the members of the team that
7     executed the task for Yuanda in connection with this
8     purchase order?  Tell me their names and tell me
9     their positions at Yuanda.
10          A.   First off, it's myself, Minghiua Tan.  I
11     am in charge of the communication and coordination
12     with the client.  And we have our chief designer,
13     Liang Ma, L-i-a-n-g, last name M-a.  And our planner,
14     his name is Chong, C-h-o-n-g, last name is T-a-n.
15          Q.   Anyone else on that team?
16          A.   We have another tier of workers.  So they
17     are designers and there's a chief designer.  And
18     under the planner there are people who work in the
19     factory.
20          Q.   When you say a planner, what is the role
21     of the planner on the team that you are describing?
22          A.   The planner is in charge of the
23     procurement of the material and the fabrication and
24     the timeline, overall timeline for the project to

Page 29

1   satisfy the project time.

2        Q.   Mr. Tan, as the sales manager who is

3   responsible for the East Coast, primarily New York,

4   were you the team leader with respect to the team you

5   just described?

6        A.   I won't say that I am the lead for this

7   project because different people have different

8   roles.  And for instance for the design part it's the

9   chief designer's work.  And also the planner has --

10  the planner is responsible for meeting the timeline

11  of the project.  But we have coordination among us.

12       Q.   Who at Yuanda acts as the liaison between

13  Yuanda and Whitestone in connection with getting the

14  product properly manufactured -- withdrawn.

15            Who at Yuanda is the primary liaison

16  between Yuanda and Whitestone in making sure that

17  Yuanda's product is designed properly, engineered

18  properly, manufactured properly and delivered to the

19  job site in a timely manner?

20            Is there one person who has primary

21  responsibility for that at Yuanda?

22       MR. GILL:  On the project or generally?

23       MR. CARBONE:  This project.

24

Page 30

1    BY THE WITNESS:

2          A.   Our chief designer would be that person

3    who's primarily responsible for the design,

4    fabrication and delivery.

5    BY MR. CARBONE:

6          Q.   That was the name of the individual you

7    provided earlier; correct?

8          A.   This project stretched out pretty long,

9    so initially the person's name is L-i-a-n-g, M-a, Ma,

10   Liang Ma.  And since it is sent to a different person

11   whose name Y-u-e, and last name is Y-u-a-n.

12         Q.   Mr. Tan, if you look at the first page of

13   the exhibit, Plaintiff's No. 2, and if you look at

14   the paragraph number 3, the second from the bottom,

15   do you see that?

16         THE INTERPRETER:  Could you say that again,

17   please.  Second line from the bottom paragraph?

18   BY MR. CARBONE:

19         Q.   It's on the first page of the document,

20   paragraph number 3.  Do you see that?

21         A.   Yes.

22         Q.   Can you read that to yourself, please.

23         A.   Are you asking about that paragraph?

24         Q.   Yes, paragraph number 3.  I want you to

Page 31

1  read it to yourself so I can ask you a question or

2  questions about it.

3          A.    Okay.

4          Q.    Do you understand the word subcontractor

5  there to mean Whitestone?

6          A.    Yes.

7          Q.    And the vendor, you understand to be

8  Yuanda; correct?

9          A.    Correct.

10         Q.    And where it says vendor shall cooperate

11 and coordinate with all the work of subcontractor or

12 Whitestone so there will be no delays or disruptions

13 of engineering review, product installation or other

14 work on the project, what was your understanding of

15 that sentence?

16         A.    My understanding is that Yuanda needs to

17 fulfill our obligation based on this contract which

18 is based on the purchase order.  We have our work

19 scope and timeline as far as the design, fabrication

20 and delivery.

21         Q.    Do you also understand this sentence to

22 indicate that with respect to the initial

23 installation of the Yuanda project or if there was

24 any remedial work to be performed in connection with

Page 32

1   the Yuanda product that Yuanda had to provide

2   materials in a timely manner so as to not delay or

3   disrupt the installation of the product at the job

4   site, do you understand that?

5          MR. GILL:  Objection.  Go ahead and answer.

6   BY THE WITNESS:

7          A.   I would say that during the project if

8   there are issues caused by any party, maybe other

9   party, if there is any delay we would work to -- to

10  remedy the situation.  During the construction there

11  are issues coming up.  Some may be different parties'

12  responsibility.  Yuanda will fix the problem.  But

13  there are issues that may be caused by other parties.

14  Maybe by the general contractor.

15  BY MR. CARBONE:

16         Q.   Mr. Tan, I am going to ask you to put

17  aside any delays or complications caused by any third

18  party.  I want you to focus on simply between

19  Whitestone and Yuanda.

20              Do you have an understanding with

21  respect to this paragraph that if Whitestone was

22  requesting Yuanda to provide materials with respect

23  to remedial work directed by others that Yuanda had a

24  responsibility not to cause any delays or disruptions

Page 33

1  with respect to Whitestone's installation of that

2  product?  Do you understand that?

3         MR. GILL:  You can answer.

4  BY THE WITNESS:

5         A.   I saw that and I understand that Yuanda

6  has its obligation.  Our obligations.  But the

7  precondition of that is that the issue is caused by

8  Yuanda.

9  BY MR. CARBONE:

10        Q.   Where is -- Mr. Tan, point me to the

11 language in the agreement that says Yuanda only has

12 to prevent delays or disruptions regarding the

13 product installation if the issue was created by

14 Yuanda.  Point that out for me in the agreement,

15 please.

16        MR. GILL:  Objection.  Calls for legal

17 conclusion.  Go ahead and answer.

18        MR. CARBONE:  All right.

19 BY THE WITNESS:

20        A.   This is my understanding of the terms of

21 the contract.

22 BY MR. CARBONE:

23        Q.   I know that, Mr. Tan, and I am asking you

24 to point out specifically upon which that

Page 34

1   understanding is based in this agreement which you

2   have in front of you.  Can you do that for me,

3   please?

4        A.   I stated at the very beginning that I

5   have an overall or general understanding of this

6   project.  But if you ask me for the specific wording

7   I don't know.

8        Q.   Mr. Tan, you were produced today as a

9   corporate representative, and one of the topics for

10  your deposition was spelled out in item number 4 in

11  the notice, which is Plaintiff's Exhibit 1, which is

12  number 4 states, quote, Yuanda's obligations under

13  the contract, capital C, its understanding thereof.

14  Do you see that?

15       A.   Yes.

16       Q.   Okay.  Well, with respect to you were

17  just describing your interpretation of Yuanda's

18  obligations under that agreement, you're now telling

19  me you don't have a basis because you are not

20  familiar enough with the agreement even though that

21  was one of the primary purposes for your production

22  today?

23       MR. GILL:  Objection.  Mr. Tan was produced

24  subject to the objection as stated in Yuanda's

Page 35

1   December 1 letter of objection and clarification

2   which states Yuanda objects to the extent that

3   Whitestone will ask questions that calls for a legal

4   conclusion regarding, quote, Yuanda's obligation

5   under the contract, end quote, a term which is not

6   defined.  Go ahead and answer.

7   BY MR. CARBONE:

8        Q.   Mr. Tan, I am not asking -- I am asking

9   you for the basis of your statement that Yuanda has

10  an obligation not to cause delays or disruption only

11  in the event if the problem is caused by Yuanda.  I

12  am asking you for the basis of that statement.  Is it

13  part of this agreement, the purchase order or is it

14  something extraneous to the purchase order?

15       MR. GILL:  Objection.  The document speaks

16  for itself.  Asks for legal conclusion.  Go ahead and

17  answer.

18  BY THE WITNESS:

19       A.   All obligations have preconditions.  And

20  I cannot pinpoint to the wording or the specific

21  content you are referring to in the contract.  But

22  it's all -- the point is if there is any breach of

23  the contract.

24

Page 36

1    BY MR. CARBONE:

2            Q.    That's the end of the answer?

3            A.    Yes.

4            Q.    Mr. Tan, the preconditions you are

5    referring to, could you point those out specifically

6    where they are in the agreement, the purchase order,

7    please.

8            A.    So in this document there is a lot of

9    description of responsibility or obligation.  So my

10   point is did we fulfill our obligation based on the

11   contract.

12           Q.    That's his answer?

13           A.    Yes, this is my understanding.  Well, the

14   contract or disagreement right now is whether we have

15   fulfilled our obligation based on the contract.

16           Q.    Mr. Tan, my question was can you point

17   out anything specific in the purchase order to

18   support your position which you previously testified

19   regarding?  Can you do that?

20                 Can you point out verbiage in the

21   agreement that you are relying on for your earlier

22   testimony?

23           MR. GILL:  Objection.  Please answer.

24

Page 37

1    BY THE WITNESS:

2         A.   My answer is the same.  That third

3    paragraph has described what Yuanda's obligation is

4    and how we should fulfill our obligation.

5    BY MR. CARBONE:

6         Q.   Is there anything other than the words in

7    the third paragraph you are relying on for your

8    earlier answer?

9         A.   No, I have nothing further to provide

10   you.

11        Q.   Mr. Tan, if you go to the page which is

12   in the lower left, Bates-stamp 01102, which at the

13   top it says purchase agreement terms and conditions.

14   If you could go to that page, please.

15        A.   Yes, I do see it.

16        Q.   And if you look at the second paragraph,

17   paragraph number 2 where it talks about other

18   agreements incorporated by reference.  The first

19   sentence refers to a subcontract agreement between

20   Whitestone and Sciame for work at the Cuny, Cuny, NY

21   CCT new academic building located at Jay Street.  You

22   see that?

23        MR. GILL:  Objection.  It's not what the

24   document actually states.  Go ahead and answer.

Page 38

1    BY THE WITNESS:

2         A.   Yes, I do see.

3    BY MR. CARBONE:

4         Q.   So by looking at this, you could

5    ascertain that this is referencing a prime contract

6    between Whitestone and Sciame in connection with the

7    Cuny new academic building project; correct?

8         MR. GILL:   Objection.   Mischaracterizes what

9    the document states.   Go ahead and answer.

10   BY THE WITNESS:

11        A.   I see.   There is this sentence.   Yes, my

12   answer is I see this sentence.

13   BY MR. CARBONE:

14        Q.   Mr. Tan, is it your understanding of the

15   purchase order between Whitestone and Yuanda USA that

16   Whitestone had a prime contract with Sciame in

17   connection with the Cuny project and with respect to

18   the curtain wall aspects of the project they were

19   subcontracting out to Yuanda, the curtain wall

20   system, design, engineering, structural calculations,

21   shop drawing, product data and sample submittals,

22   among other things.   Is that your understanding?

23        A.   Yes.

24        Q.   Because, Mr. Tan, if you go back to the

Page 39

1  first page of the document, the paragraph towards the
2  middle of the page beginning with Yuanda USA
3  Corporation, that explains in general terms the scope
4  of work that Whitestone is subcontracting to Yuanda
5  in connection with the project; isn't that correct?
6       A.   I will answer your question in two parts.
7  The first part is I understand that there is -- or
8  I'm aware that there is Whitestone, what you refer to
9  as the primary contract or prime contract.  I
10  understand that there is a contract between
11  Whitestone and the general contractor.  But we don't
12  know the details.  We have not received that document
13  so we are not sure or clear of the detailed content.
14       Q.   Mr. Tan, are you aware whether Yuanda
15  ever requested a copy of the prime contract from
16  Whitestone?
17       MR. GILL:  Clarification.  Are you talking
18  about the prime contract between the owner and Sciame
19  or the contract between Whitestone and Sciame?
20       MR. CARBONE:  I am talking about the prime
21  contract as is defined in the purchase order which is
22  the agreement entered into between Whitestone and
23  Sciame which is Plaintiff's Exhibit No. 3.
24

Page 40

1    BY THE WITNESS:

2          A.   What's your question that -- your

3    question was have we requested this document?

4    BY MR. CARBONE:

5          Q.   My question is, is he aware whether

6    Yuanda had ever requested a copy of the prime

7    contract referenced in the purchase order which is

8    the agreement between Whitestone and Sciame?

9          A.   My recollection is that we have requested

10   it.

11         Q.   And do you know if you requested it in

12   writing?

13         A.   My recollection is that we -- we have

14   requested via e-mail.

15         Q.   When is your recollection that it was

16   first requested by Yuanda from Whitestone?

17         A.   We were kind of aware of that contract

18   while we were working on the purchase order or our

19   contract with Whitestone.

20         Q.   So is that the first time that Yuanda

21   requested the prime contract was when Yuanda and

22   Whitestone were negotiating the purchase order?

23         A.   I am not 100 percent sure but I think

24   that's when we had requested.

1          Q.   When was the first time, if you received
2     the document, when was the first time Yuanda received
3     it, if you know?
4          A.   Which contract are you referring to?
5          Q.   The contract we have been talking about
6     for the last couple of minutes, the prime contract
7     between Whitestone and Sciame that you say Yuanda
8     requested for negotiations.
9          MR. GILL:  Objection.  Mischaracterizes
10    testimony.  He didn't say during negotiation.  He
11    said it was during --
12         MR. CARBONE:  Gill, if you don't want to be
13    accused of coaching the witness you can object.
14         MR. GILL:  Clarify your question to be more
15    accurate.
16    BY THE WITNESS:
17         A.   My recollection we have required or
18    requested this but Whitestone has not provided us.
19    BY MR. CARBONE:
20         Q.   Let's go to --
21         MR. GILL:  Can we take a break?  Sounds like
22    you are changing topics or document.
23         MR. CARBONE:  We can definitely take a break,
24    Mr. Gill.  How long do you want, five or ten?

Page 42

1           MR. GILL:  Just five.  Five always turns into

2    ten.

3           MR. CARBONE:  You are right about that.

4    Can't argue about that.  See you in five.

5           THE VIDEOGRAPHER:  Off the record at

6    a.m.

7                     (WHEREUPON, a recess was had.)

8           THE VIDEOGRAPHER:  We are now back on the

9    record at 10:55 a.m.

10   BY MR. CARBONE:

11          Q.   Mr. Tan, we were talking, we were still

12   in Plaintiff's 2 and we are on the third physical

13   page of the purchase agreement, terms and conditions.

14   That's the title at the top, page WCC 01112.  Are you

15   there, sir?

16          A.   Yes, I have it.

17          Q.   Mr. Tan, if you go to paragraph number 2

18   on that page where it says other agreements

19   incorporated by reference.  Do you see that?

20          A.   Yes.

21          Q.   If you go down, 1, 2, 3 -- sixth line.

22   The sixth line towards the right says vendor shall

23   assume.  Do you see that?

24          A.   Yes.

Page 43

1          Q.   If you can read that paragraph, sorry,
2     that sentence to yourself where it says vendor shall
3     assume.  If you could read that up until the words
4     extension of time.  Extensions of time.  So I am
5     asking you to read to yourself, 1, 2, 3, 4, 5 lines,
6     please.
7          A.   I am done.
8          Q.   In the third line where I asked you to
9     read where it says pertaining to the prime contract.
10    You understood that to be the prime contract between
11    Whitestone and Sciame; is that correct?
12         A.   Correct.
13         Q.   And in the next line where it says, and
14    shall be bound by the rulings of subcontractor,
15    contractor and owner and architect/engineer,
16    including but not limited to extensions of time.  Do
17    you see that?
18         A.   Yes.
19         Q.   And doesn't that language, sir, mean that
20    Yuanda is bound by the rulings of Whitestone, Sciame,
21    the owner which is Cuny, and the architect/engineer?
22    Do you understand that, rulings they make under the
23    prime contract?
24         MR. GILL:  Objection.  Calls for legal

Page 44

1    conclusion.  The document speaks for itself.  Go

2    ahead and answer.

3    BY THE WITNESS:

4          A.   Yes, I see that sentence.

5    BY MR. CARBONE:

6          Q.   And I am asking you what that sentence

7    means to you as the person produced by Yuanda who has

8    familiarity on the topic of the purchase order, what

9    that says?

10               Doesn't that sentence mean that if

11   the owner makes a determination or the contractor

12   makes the determination that Yuanda is bound by that

13   as a result of signing this purchase order?

14         MR. GILL:  Same objection.  Go ahead and

15   answer.

16   BY THE WITNESS:

17         A.   My answer to you is yes, I see the

18   sentences or the sentence but I cannot give you my

19   legal interpretation of the meaning.

20   BY MR. CARBONE:

21         Q.   I am not asking your legal

22   interpretation, Mr. Tan.  I am asking for your

23   interpretation as a layperson who's presented here

24   today with the familiarity of the purchase order.

Page 45

1   What is your interpretation as a layperson?

2          A.   The contract is written as such.  I am

3   really not -- I don't have any legal background so I

4   can't give you my personal interpretation of the

5   contract.

6          Q.   Mr. Tan, if you go back to the sixth line

7   where the sentence begins, it says, vendor shall

8   assume.  Do you see that?

9          A.   That's the same paragraph you asked me to

10  read by myself earlier, right?

11         Q.   Correct.

12         A.   Yes, I see.

13         Q.   So where it says, vendor shall assume,

14  then if you go down, and shall be bound.  That's

15  referring to the vendor, is it not?  So it reads in

16  the context of the sentence where it says, shall be

17  bound, it means the vendor shall be bound by the

18  rulings of subcontractor, which in this case is

19  Whitestone, contractor, which in this case is Sciame,

20  and owner, which is in this case is Cuny, C-u-n-y,

21  and the architect and engineer.  Do you see that?

22         MR. GILL:   Objection.

23  BY THE WITNESS:

24         A.   Yes, I see.

Page 46

1    BY MR. CARBONE:

2          Q.    Okay.  So then you understand the

3    sentence to essentially read that Yuanda shall be

4    bound by the rulings of the subcontractor, the

5    contractor, the owner and the architect/engineer.

6                     What does that mean to you as a

7    layperson?  I am not asking for a legal opinion.

8          A.    I don't have any other interpretation.

9    It is as what is written.

10         Q.    Mr. Tan, isn't it your understanding that

11   if Sciame issues a ruling rejecting Yuanda's work

12   that Yuanda would be bound by that ruling based upon

13   this sentence?

14         MR. GILL:  Objection.

15   BY THE WITNESS:

16         A.    I won't be able to answer this question

17   because I won't be able to -- I don't know the scope

18   of this sentence.

19   BY MR. CARBONE:

20         Q.    Mr. Tan, were you involved on behalf of

21   Yuanda in negotiating this purchase order with

22   Whitestone?

23         A.    Yes.

24         Q.    When you negotiated or participated in

Page 47

1    negotiations of the terms of this purchase order with

2    Whitestone, is it your testimony you don't have

3    any -- you had no understanding as to what it means

4    by Yuanda shall be bound by the rulings of the

5    subcontractor, contractor and owner and

6    architect/engineer?  Is that your testimony?

7         A.   I can't explain to the legal extension.

8    But as the sales manager my interpretation or my

9    understanding is that Yuanda has to fulfill our

10   obligation based on the project documents.

11        Q.   And this purchase order is part of the

12   project documents; isn't that correct, sir?

13        A.   Correct.

14        Q.   Mr. Tan, isn't it your understanding that

15   at some point in time Whitestone rejected Yuanda's

16   work based on Sciame's rejection of Yuanda's work?

17        MR. GILL:  Objection.  Go ahead and answer.

18   BY THE WITNESS:

19        A.   Yes, Yuanda did receive such notification

20   from Whitestone containing this information.

21   BY MR. CARBONE:

22        Q.   Can we take a look at Plaintiff's 15

23   which is Whitestone's letter to Yuanda which is dated

24   Yuanda 24, 2019.

Page 48

1          A.   Yes.

2          Q.   You have it?

3          A.   Yes, I see.

4                    (WHEREUPON, Exhibit No. 15 was

5                    marked for identification.)

6     BY MR. CARBONE:

7          Q.   Is this the rejection letter you referred

8     to just moments ago?

9          A.   This should be one of the letters but I

10    am not sure if this is the first letter.  Yeah, we

11    have received this letter.

12         Q.   Okay.  So is this one of the rejection

13    letters you referred to earlier?

14         A.   Correct.

15         Q.   Let's go back to Plaintiff's No. 2 which

16    is the purchase order.  Let's go to the page which is

17    01105.  In the bottom of the page there's an

18    unnumbered paragraph.  It follows after paragraph 10

19    that says changes.  But it talks about inspection in

20    defective work.  Let me know when you get to that

21    page, sir, please.

22         A.   Yes, I see.

23         Q.   If you go down in that paragraph four

24    lines, it begins, vendor shall promptly prepare the

Page 49

1    plan for the approval of the subcontractor.  In order

2    to replace or correct any vendor's work, capital V,

3    capital W, which subcontractor shall reject as

4    failing to perform to the requirements of the

5    purchase order and/or contract documents rather

6    rejected before or after installation with the

7    exclusion of the those specified in item b, close

8    paren, listed below.  Do you see that?

9            A.   I am looking for it.  Yeah, I see.

10           Q.   After Whitestone rejected Yuanda's work

11   via the June 24, 2019 letter which is Plaintiff's

12   Exhibit 15, did Yuanda prepare a plan for the

13   approval of Whitestone to replace or correct Yuanda's

14   work that was being rejected?

15           MR. GILL:  Objection.  Go ahead and answer.

16   BY THE WITNESS:

17           A.   That has been responded to Whitestone

18   that Yuanda will be willing to work with Whitestone

19   to -- we are willing to provide the design and the

20   calculation and the materials.

21   BY MR. CARBONE:

22           Q.   Well, Mr. Tan, let's take a look at

23   Plaintiff's 16 which is a letter from Yuanda dated

24   June 28, 2019.  If you could find that, please.

Page 50

1          A.   Yes, I found.

2                    (WHEREUPON, Exhibit No. 16 was

3                    marked for identification.)

4     BY MR. CARBONE:

5          Q.   And this is Mr. Zhu, Z-h-u, that's

6     Yuanda's response to Whitestone's June 24, 2019

7     letter which is Plaintiff's Exhibit 15; is that

8     correct?

9          A.   Correct.

10         Q.   So if you look at the last paragraph,

11    Mr. Tan, which says, however, if Sciame insists of

12    the modification and Yuanda is provided with

13    corresponding cost, then Yuanda is willing to

14    cooperate with Whitestone to complete the relevant

15    remedial work.  Do you see that?

16         A.   First off, I can see the sentence.

17         Q.   Anything else?

18         A.   What is the question that you want to

19    ask?

20         Q.   The question I want to ask is, Mr. Zhu

21    conditioned Yuanda's cooperation with respect to the

22    remedial work on the requirement that Yuanda be paid;

23    isn't that correct?

24         MR. GILL:  Objection.  Go ahead and answer.

Page 51

1   BY THE WITNESS:

2          A.   I will share with you briefly the

3   situation we were facing at the time.

4   BY MR. CARBONE:

5          Q.   That's not my question.  My question,

6   Mr. Tan, is where Mr. Zhu says Yuanda -- it says

7   Yuanda is provided with corresponding cost and Yuanda

8   is willing to cooperate with Whitestone to complete

9   the relevant remedial work.

10               Do you understand that language as

11  Mr. Zhu is saying provided -- Yuanda was provided

12  with the corresponding cost being paid, that was a

13  condition for Yuanda's cooperation?  Is that your

14  understanding of Mr. Zhu's language?

15         MR. GILL:  Objection.  Foundation.  Go ahead

16  and answer.

17  BY THE WITNESS:

18         A.   My understanding is that if we are

19  compensated additionally then we are willing to go

20  ahead and do the work.  But it's because -- it's not

21  because of Yuanda's fault.  This is actually a change

22  to the project, a change was made to the project.  We

23  were willing to cooperate with Whitestone for the --

24  for what I have mentioned before, the design, the

Page 52

1   calculation and the material for the project.  But we

2   should be compensated because this is change of

3   order.

4   BY MR. CARBONE:

5          Q.   Mr. Tan, I understand your position on

6   behalf of Yuanda.  What I am just trying to clarify

7   for informational purposes is by the last paragraph

8   of this letter written by Mr. Zhu, it's your

9   understanding that in order for Yuanda to cooperate

10  with Whitestone to complete the remedial work, a

11  condition that Yuanda is putting on their

12  cooperation, is that they are provided with

13  corresponding cost which means they wanted to be

14  paid?

15         MR. GILL:  Objection.  Go ahead and answer.

16  BY THE WITNESS:

17         A.   I won't make further comments on this

18  sentence because it is what it is or how it is

19  written.  But my answer would be the same to your

20  question as I did earlier.

21  BY MR. CARBONE:

22         Q.   Mr. Tan, did you discuss this letter, the

23  subject matter of this letter with Mr. Zhu before the

24  letter was sent?

1        A.   Yes.  The people that I mentioned
2   earlier, the chief designer, the planner.  So we have
3   a discussion about it.
4        Q.   Did you prepare a draft of this letter
5   for Mr. Zhu's signature initially?
6        A.   We have or we had office personnel
7   drafting this letter but we all had input.
8        Q.   And did you have input, sir, in the last
9   paragraph of this letter with reference to the
10   language, quote, with corresponding cost?
11       A.   I have shared with you before this came
12   from a group consensus because I participated so I
13   agree with the idea.
14       Q.   Mr. Tan, would it be fair to say based on
15   your earlier testimony regarding extra work or change
16   order that this letter is stating that Yuanda is
17   willing to cooperate with Whitestone provided Yuanda
18   receives a monetary change order paying it for its
19   costs related to performance of their remedial work
20   including providing of the materials?  Would that be
21   a fair statement?
22       A.   The sentence is written as it is.  I have
23   shared with you the background of how we came to the
24   consensus.  My understanding is that we had

Page 54

1  communication with Whitestone and we actually had the

2  same opinion of the matter.  Initially we had

3  communication with Whitestone and they have shared

4  with us their sense of this matter.

5       Q.   Mr. Tan, the position of Whitestone is

6  that Whitestone was entitled to a change order and

7  therefore Yuanda was entitled for a change order as a

8  result of the remedial work directed by Sciame; is

9  that correct?

10      A.   I can only respond to you that both

11 Whitestone and Yuanda perceived this as change of

12 order.

13      Q.   And given that Yuanda perceived this as

14 being change order work, is it Mr. Zhu telling

15 Whitestone that Yuanda will cooperate with them

16 provided they are paid for doing it?

17      A.   So if Whitestone and Yuanda both perceive

18 this as change order then naturally Yuanda should be

19 compensated according.  But during our correspondence

20 with Whitestone we have always expressed our

21 willingness to work with them.

22      Q.   Mr. Tan, with respect to this particular

23 letter, the willingness of Yuanda to cooperate with

24 Whitestone along the conditions as set forth in the

Page 55

1   last paragraph, would that be a fair statement in

2   this letter?

3         A.   This letter was in the response to the

4   letter from Whitestone that they were refusing our

5   work.

6         Q.   I just want to be clear when you say they

7   were refusing your work.  Who are you talking about?

8         A.   I am referring to the Exhibit 15.  That

9   letter from Whitestone rejecting Yuanda's work

10  stating that it's not conforming.

11        Q.   If the witness could in the same document

12  which is the purchase order, if the witness can go --

13  we're in the same paragraph.  And if you -- we are on

14  the last paragraph of the page.  Go down eight lines

15  and the sentence towards the right where it says the

16  vendor does not do so in a reasonable amount of time.

17  Do you see that?

18        MR. GILL:  WCC 1105?

19        MR. CARBONE:  Correct.

20        THE INTERPRETER:  The last paragraph?

21  BY MR. CARBONE:

22        Q.   We were talking about earlier where it

23  says inspection and defective work.  That paragraph.

24        A.   Yes.

Page 56

1          Q.    Eight lines down.  Eight lines down to
2     the right.  You see that?
3          A.    Yes.
4          Q.    The sentence before is talking about
5     vendor shall promptly replace or correct any vendor's
6     work.  Do you see that?  The line directly above that
7     says upon approval.  You have it?
8          A.    Yes.
9          Q.    It says, upon approval vendor's plan for
10    subcontractor vendor shall promptly replace or
11    correct any vendor's work.  Do you see that?
12         A.    Yes.
13         Q.    And then it says if vendor does not do
14    so.  The do so refers back to promptly replace or
15    correct any vendor's work, does it not?
16         MR. GILL:  Objection.
17    BY THE WITNESS:
18         A.    What's your question?  Did I see this?  I
19    see it.
20    BY MR. CARBONE:
21         Q.    No, my question is, where it says if
22    vendor does not do so, that means if vendor does not
23    promptly replace or correct any vendor's work then
24    subcontractor shall have the right to do so.  Is that

Page 57

1    your understanding of that sentence?

2         A.   I see the contract term was written that

3    way.

4         Q.   I am asking you for your understanding of

5    the contract term written that way.

6         A.   I understand what this sentence means.

7         Q.   Well, does the sentence mean to you that

8    if Yuanda fails to replace or correct its work that

9    Whitestone could do it on behalf of Yuanda?

10              You understand that to mean what the

11   sentence says?

12        A.   The sentence is written clearly as it.  I

13   don't have any other explanation.

14        Q.   Okay.  And then it says -- read on

15   towards that sentence.  And I am talking about the

16   sentence that begins with, if vendor does not.  If

17   you go down to the next line picking up in the middle

18   of the sentence, it says, and vendor shall be liable

19   to subcontractor for the cost thereof.  Do you see

20   that?

21        A.   Yes, I do.

22        Q.   And do you understand that the cost

23   thereof is referring back to replace or correct any

24   vendor's work?

```
 1        A.   My answer to you would be the same.  The

 2   sentence is written clearly.  I won't be giving any

 3   personal interpretation or explanation.

 4        Q.   So if the sentence is written clearly,

 5   you understand the cost thereof refers to replace or

 6   correct any vendor's work from the prior sentence?

 7   If it's clear, is that your understanding?

 8        A.   So my answer basically is the same.  But

 9   I want to add that if Yuanda has failed to execute

10   according to the contract to fulfill our obligation

11   then the responsibility or liability occurs only if

12   Yuanda has failed to fulfill its obligation according

13   to the contract.

14        Q.   Could you point out in the contract the

15   language that supports the statement you just made?

16        A.   It was the sentence on the sixth line.  I

17   was only trying to explain that sentence.

18        Q.   I know you are trying to explain the

19   sentence.  I am asking you in the purchase order is

20   there language that supports the position of your

21   interpretation of the sentence?

22        A.   I don't have any position or opinion.  I

23   only wanted to point out the wording of the sentence.

24   I only want to point out this sentence.  No other
```

Page 59

1    opinion or comments.

2           Q.    So, Mr. Tan, let me ask you this.  If you

3    had a situation where Yuanda worked with not in

4    compliance with the contract documents and if it was

5    rejected by Whitestone and Yuanda failed to remediate

6    the work after being directed by Whitestone to do so,

7    you would agree with me then that all the costs

8    related to that remedial work performed by Whitestone

9    would be the responsibility of Yuanda, would it not?

10          MR. GILL:  Objection.  Go ahead and answer.

11   BY THE WITNESS:

12          A.    My answer to your question is still the

13   same.  It boils down to the point of whether the

14   nonconforming or -- the rejection was caused by

15   Yuanda's failure to comply with the contract with the

16   purchase order.

17   BY MR. CARBONE:

18          Q.    Mr. Tan, my question is, assume for a

19   moment that the failure to comply was the

20   responsibility of Yuanda, would you not agree with me

21   that then Yuanda would be responsible for all of the

22   remedial costs?

23          MR. GILL:  Objection.  Incomplete

24   hypothetical, misstates the document.  Go ahead and

Page 60

```
 1   answer.
 2   BY THE WITNESS:
 3        A.   Your question is hypothetical.  So mine
 4   too, yes, indeed.  The problem was caused by Yuanda's
 5   failure or mistake, then of course the cost should be
 6   Yuanda's responsibility.
 7   BY MR. CARBONE:
 8        Q.   And in that answer, if the mistake was
 9   the responsibility of Yuanda, the cost they would be
10   responsible for would be the design cost, the
11   engineering cost, the material, fabrication cost and
12   the installation cost with respect to the removal of
13   the defective work and the replacement of the work,
14   the project work.  Would you agree with that?
15        MR. GILL:  Objection.  The document speaks
16   for itself.  Mischaracterizes the requirement and
17   definition of vendor work.  Go ahead and answer.
18   BY THE WITNESS:
19        A.   Regarding the responsibilities of both
20   parties, the contract states clearly.  So then we go
21   by the contract.
22   BY MR. CARBONE:
23        Q.   Let's go to same document.  We are going
24   to go to paragraph 19, which is on page 01107.  We
```

Page 61

1   are still in the purchase order.  Are you there,

2   Mr. Tan?

3          A.   Yes.

4          Q.   Have you found the page in the purchase

5   order, page 01107?

6          A.   Yes.

7          Q.   Mr. Tan, I am going to direct you down

8   nine lines from the top of that paragraph.  And it

9   begins with cost and attorneys' fees.  Do you see

10  that line?

11         A.   So the line from the top?

12         Q.   Yes, of that paragraph.

13         A.   You are talking about the last paragraph?

14         Q.   That is correct, paragraph 19, ninth line

15  down.  Gives the verbiage, quote, costs and

16  attorneys' fees.

17         A.   Yes.

18         Q.   If you want, you could read that

19  paragraph to yourself.  Let me know when you are

20  done, please.

21         A.   I am done.

22         Q.   Mr. Tan, is it your understanding that if

23  a court was to determine that Yuanda breached the

24  purchase order that Yuanda would be responsible to

Page 62

1    pay Whitestone's attorneys' fees and costs?

2           MR. GILL:  Objection.  Calls for legal

3    conclusion, foundation.  Go ahead and answer.

4    BY THE WITNESS:

5           A.   I won't give any further explanation or

6    opinion.  The sentence is written as is.

7    BY MR. CARBONE:

8           Q.   I will just get a document.

9                   Take a look at Plaintiff's No. 4,

10   please.  Mr. Tan, that is Perkins, the first page is

11   a Perkins Eastman document and it has to do with

12   submittal 001 that is dated -- the Perkins Eastman

13   note is dated October 15, 2014.  Do you have that

14   document?

15          A.   Yes.

16                       (WHEREUPON, Exhibit No. 4 was

17                        marked for identification.)

18   BY MR. CARBONE:

19          Q.   Are you familiar with this document, sir?

20          A.   The chief designer was more responsible

21   for this.  For these drawings.

22          Q.   Are you familiar with this document?

23   Have you seen this document before?

24          A.   Yes.

Page 63

1        Q.   Are you familiar with the notation in the

2   box where there's a checkmark where it says revise

3   and resubmit?

4        MR. GILL:   Objection.   This document was not

5   listed in the Schedule A topic for deposition with

6   the 30(b)(6) notice.   So I will direct Mr. Tan to

7   answer these questions.   But, counsel, these are

8   being answered based on his personal knowledge and

9   not as a representative of Yuanda.

10        MR. CARBONE:   Okay.

11   BY THE WITNESS:

12        A.   Counsel, what is your question, please?

13             (WHEREUPON, the record was read by

14             the court reporter.)

15   BY THE WITNESS:

16        A.   Yes.

17   BY MR. CARBONE:

18        Q.   What does that mean to you?

19        A.   So if Whitestone has any -- if they

20   have -- if they expect us to make any changes then on

21   our drawings then we will revise and resubmit back to

22   Whitestone.

23        MR. CARBONE:   Just for the record, Mr. Gill,

24   with respect to this document, I believe this

Page 64

```
 1   document falls within the scope of topics for
 2   discussion, many topics but particularly topic number
 3   2 with respect to Yuanda's scope of work with respect
 4   to shop drawings which is one of the scope items
 5   which is spelled out on page 1 of the purchase order.
 6   I appreciate your comments.  I just want the record
 7   to be clear that I believe this document falls within
 8   the scope of the topics of discussion.
 9        MR. GILL:  Counsel, sounds like you and I
10   have worked well.  I respectfully disagree to any
11   questions specific to this shop drawing.  I agree
12   that shop drawings in general fall within the scope
13   of work.  But I will not interfere with any questions
14   regarding this exhibit.  I just want to put in the
15   record that I didn't recognize this document or shop
16   drawings in particular as those topics being
17   identified.
18        MR. CARBONE:  I appreciate your comments.  We
19   don't need to argue about it.  I just want the record
20   to be clear that given the purchase order and given
21   the scope that's spelled out in the large paragraph
22   on page 1 of the purchase order it's my position it
23   does appear within the scope.
24        MR. GILL:  Okay.
```

Page 65

1    BY MR. CARBONE:

2         Q.   Let's take a look at what is Plaintiff's

3    5, please, which is another shop drawing submittal

4    number 2.  And just so the record is clear, the first

5    shop drawing is Plaintiff's Exhibit 4.  That is the

6    first page is Perkins and Eastman.  There's a box and

7    there's a submittal, submittal is abbreviated, number

8    001.  The date in that box is 10/15/2014.  The

9    document begins on page WCC 05789, ends on page 0 --

10   WCC 06144.  Just so the record is clear.

11              Mr. Tan, I am asking you to look now

12   at Plaintiff's 5, which is another -- the face sheet

13   is Perkins and Eastman.  Similar to the earlier

14   document, there's a box at the top.  It refers to

15   file number 020, submittal NO02.  It says make

16   corrections noted.  There's a checkmark in that box.

17   It's dated February 23, 2015.  It begins on page WCC

18   011977 and it ends on page WCC 012351.  So I just

19   want to make sure, sir, you have that document?

20        A.   So I have the document or Exhibit 4 and

21   5.  And I see the first page on both.  But

22   specifically I am not sure where you are pointing my

23   to.

24

Page 66

1                   (WHEREUPON, Exhibit No. 5 was

2                   marked for identification.)

3    BY MR. CARBONE:

4         Q.   All I am asking you is do you have this

5    document in front of you have which is Plaintiff's

6    No. 5?

7         A.   Yes.

8         Q.   Are you familiar with this document?

9         A.   General understanding, yes.

10        Q.   In the shaded box on the first page of

11   the document which is WCC.

12        A.   Yes.

13        Q.   There's actually two number 2's.  The

14   third comment, which is the second number 2, it says

15   previous submittal comments must be addressed.  Do

16   you see that?

17        A.   Yes.

18        Q.   Can you tell me what they are referring

19   to when it says previous submittal comments must be

20   addressed?

21                  What is Perkins Eastman referring to

22   by that statement?  What is your understanding?

23        MR. GILL:  Objection.  Go ahead and answer.

24

Page 67

1   BY THE WITNESS:

2        A.   My understanding is that we will submit

3   and if there is any response to our submitted

4   documents then we --

5   BY MR. CARBONE:

6        Q.   My question is this, Mr. Tan.  And just

7   going back to my initial preamble comments with

8   respect to your deposition today, what I'm trying to

9   do is obtain information from you.  If you don't know

10  the answer to one of my questions, it is perfectly

11  okay for you to tell me you do not know the answer.

12  Just like if you don't understand one of my

13  questions, it's perfectly okay for you to tell me you

14  don't understand my question.  You understand?

15       A.   I understand.

16       Q.   So on the face sheet of this Exhibit No.

17  5, on the first page, the second comment number 2

18  says previous submittal comments must be addressed.

19            Can you tell me specifically what

20  comments the Perkins Eastman is referring to by this

21  notation?

22       MR. GILL:  Same objection.

23  BY THE WITNESS:

24       A.   My understanding is that our new

Page 68

1    submittal needs to respond to the previous comments

2    but not any specific in this one.

3    BY MR. CARBONE:

4         Q.   Okay.  But with respect to the specific

5    comments that Yuanda was obligated to respond, can

6    you tell me what comments those were by Perkins

7    Eastman?

8         A.   So the drawings may have many pages and

9    each page has some comments.  So my understanding is

10   that the comments was specific to those drawings.

11        Q.   Hold that document and I would like you

12   to take a look at Plaintiff's No. 12 which is the

13   structural glass curtain wall section 084426.

14        A.   Yes, I see.

15                  (WHEREUPON, Exhibit No. 12 was

16                  marked for identification.)

17   BY MR. CARBONE:

18        Q.   And if Plaintiff's 12, section 084426,

19   structural glass curtain wall, and it begins on page

20   WCC 011814 and it ends on page 01833.  Now, if we go

21   to the second physical page of the document, which is

22   011815, I'm going to direct your attention to section

23   1.03, performance requirements.  Paragraph B begins

24   with the word general.  Do you see that?

 1          A.   Yes.

 2          Q.   If you look at that section, it reads B,

 3     general, provide glass-supported glaze curtain wall

 4     systems, including anchorage capable of withstanding

 5     without failure the effects of the following.

 6               And I am going to skip to number 3

 7     where it says movements of supporting structures

 8     indicated on drawings, included but not limited to

 9     story drift, twist, column shortening, long-term

10     creep and deflection from uniformly distributed and

11     concentrated live loads.  A, where the wall spans

12     between two independent buildings, the movements of

13     supporting structure ought to be taken as the worst

14     case combination of the independent movement of the

15     two buildings.

16               Do you see that?

17          A.   Yes, I see.

18          Q.   And do you understand that the Perkins

19     Eastman complaint about the propriety of the Yuanda's

20     work as conveyed by Sciame and as conveyed by

21     Whitestone was at the point of the WT-3 clerestory

22     which at the intersection of the academic building

23     above and the gymnasium building below?  Do you

24     understand --

1        MR. GILL:  Objection.  Sorry, I thought that

2   was the end the question.  Go ahead.

3        MR. CARBONE:  I will end my question so you

4   can object.

5        MR. GILL:  Foundation, mischaracterizes

6   facts.  Go ahead and answer.

7   BY THE WITNESS:

8        A.   We have to go by our calculation because

9   I am not -- I don't have expertise in this area.  I

10  also don't have a personal opinion.

11  BY MR. CARBONE:

12       Q.   Mr. Tan, I am not asking you for any

13  opinions.  I am just asking you if you know at the

14  location of the overall structure that's being built

15  that the location of the WT-3 clerestory curtain

16  wall, that is at a location where the academic

17  building is the component that connects the academic

18  building above with the gymnasium below is the WT-3

19  clerestory curtain wall?  That's all I am asking.

20       MR. GILL:  Objection.  Mischaracterizes the

21  facts.  If you want to show him structural drawings

22  and talk about structural drawings.  But foundation.

23  Go ahead and answer.

24

Page 71

1    BY THE WITNESS:

2         A.   I understand that the conflict right now

3    is about this WT-3 clerestory area.

4    BY MR. CARBONE:

5         Q.   Mr. Tan, I understand the conflict.  I am

6    asking you if you are familiar with the physical

7    location of the building where the WT-3 clerestory

8    curtain wall is located?  That's all I am asking you,

9    is the location.

10        A.   Yes.

11        Q.   And is it your understanding -- strike

12   that.  Let's take a look at Plaintiff's No. 6 which

13   is Sciame transmittal dated 1/23/2017.  It begins on

14   WCC 04600 and ends on WCC 04607.  Do you have that

15   document?

16        A.   Yes, I see.

17                    (WHEREUPON, Exhibit No. 6 was

18                     marked for identification.)

19   BY MR. CARBONE:

20        Q.   If you go to the third page of that

21   document which is an S drawing, S-133.00 which is on

22   WCC page 04602.  I want you to go to that page, okay?

23        A.   Yes, I see the third page of the

24   document.

Page 72

1          Q.   On the third page there's two boxes
2     highlighted in yellow; correct?
3          A.   Yes.
4          Q.   And the box to the left it says note, WSP
5     noted.  Do you see that box?  I am going to withdraw
6     that question because both boxes begin that way.
7     It's a confusing question so I will withdraw it.
8               The box to the left, the yellow box
9     to the left has a red arrow leading from the left of
10    the box to a box that is also in red but it's not
11    highlighted.  And the first thing it says in that box
12    is maximum deflection or maximum DEFL along D.  Do
13    you see that?
14         A.   Yes.
15         Q.   And then out of that box there's an arrow
16    that leads up -- yes, there's an arrow that leads up
17    and to the right and then there's a line that that
18    arrow leads to.  And that line, that is the location,
19    is it not, of the WT-3 clerestory curtain wall?
20         A.   This is a structural drawing and from my
21    background I can't be certain.
22         Q.   So you can't tell from this drawing it is
23    or not location of the WTC-3 clerestory curtain wall?
24    That's your testimony?

1        A.   Correct.  I can't be certain whether this

2   is where the WTC-3 curtain wall is.

3        Q.   Okay.  In the calculation submitted by

4   Yuanda as part of this shop drawing submittal 01 and

5   shop drawing submittal 02, which are Plaintiff's 4

6   and Plaintiff's 5, can you tell me if there is any

7   Yuanda calculations contained in there in those

8   submittals addressing the deflection between the

9   bottom of the academic building -- the deflection at

10   the bottom of the academic building and the

11   deflection at the top of the auditorium or gymnasium

12   of the building below?  Can you tell me if those

13   calculations exist as part of the Yuanda shop drawing

14   package?

15        MR. GILL:  Objection.  Mischaracterizes the

16   contract documents specifically what the drawings

17   show regarding the buildings and also what is

18   contained in Exhibit 4 and 5.  Go ahead and answer.

19   BY THE WITNESS:

20        A.   Well, Plaintiff's Exhibit 4 and 5 I only

21   have the chance to browse through this morning and

22   they have several hundred pages maybe.  So I can only

23   speak from general terms that, yes, will have drawing

24   and calculation with our submittal.

Page 74

1    BY MR. CARBONE:

2         Q.   My question is very specific.  It's not

3    general in nature.

4                   Can you tell me if included within

5    the Yuanda calculations submitted as part of

6    Plaintiff's 4 and Plaintiff's 5 Yuanda has

7    calculations addressing the deflection of the

8    academic building and of the auditorium and gymnasium

9    below?

10        MR. GILL:  Objection to Exhibit 4 and 5 do

11   not contain calculations.  If you want to answer

12   questions about calculations present him with the

13   calculations.  Go ahead and answer.

14   BY THE WITNESS:

15        A.   So I answered you earlier but I can still

16   only tell you that usually with our submittal we will

17   include the calculation, yeah, but because this is

18   not my expertise.  I really don't understand

19   everything about the -- or I don't understand what's

20   in the calculation in the submittal.

21   BY MR. CARBONE:

22        Q.   Mr. Tan, can you testify that once Yuanda

23   received Plaintiff's Exhibit 5 from Whitestone

24   whether Yuanda put the curtain wall into fabrication?

Page 75

```
 1          A.    Usually we will receive the revised

 2    design and/or the drawing and then we will start

 3    fabricating.  Oh, okay, approved drawings.

 4          Q.    My question, Mr. Tan, is this.  Can you

 5    tell me, and if you can't that's fine.  Can you tell

 6    me once Yuanda received the Perkins Eastman submittal

 7    number 2, which is Plaintiff's No. 5 marked make

 8    corrections noted, did Yuanda put the curtain wall

 9    WTC-3, clerestory into production?  If you know.

10          A.    I'm not sure whether we started the

11    fabrication after we have received the revised

12    drawing in Exhibit 5.

13          Q.    Mr. Tan, could you tell me -- strike

14    that.

15                Would you agree that the

16    specifications section that is applicable to the

17    WTC-3 clerestory is a structural glass curtain wall

18    spec which is Plaintiff's Exhibit 12?

19          MR. GILL:  Objection.  Foundation.  Go ahead

20    and answer.

21    BY THE WITNESS:

22          A.    Usually after we receive the specs we

23    would give it to licensed professional engineer to

24    calculate.  So from a professional perspective, it's
```

Page 76

1   up to the professional engineer to decide if it is a

2   good fit or suitable or not.

3   BY MR. CARBONE:

4          Q.   Mr. Tan, I am asking you a totally

5   different question.  My question to you simply is

6   this.  You are presented here today as a corporate

7   representative.  I am asking you about a spec section

8   that is spelled out as part of Yuanda scope of work

9   in the purchase order.  And I am asking you if this

10  specification section is the specification section

11  that governs the fabrication of the WTC-3 clerestory

12  curtain wall.  Please answer that question, if you

13  can.  And if you can't answer that question, just let

14  me know.

15         MR. GILL:  Objection.  Foundation.  Misstates

16  prior testimony.  Go head and answer.

17  BY THE WITNESS:

18         A.   If your question is if these specs govern

19  the fabrication of the Yuanda WTC-3 fabrication, I

20  actually cannot answer that question.

21  BY MR. CARBONE:

22         Q.   Thank you.  That's all I asked for.

23                 Can you tell me whether prior to the

24  fabrication of the WTC-3 clerestory curtain wall if

Case 1:20-cv-01006-GHW   Document 121-29   Filed 07/02/21   Page 78 of 141

```
1    Yuanda ever prepared any calculations addressing the

2    independent movements of the two buildings that are

3    referenced in Plaintiff's 12 on the second physical

4    page under 1.03, performance requirements, paragraph

5    B3?

6            MR. GILL:  Objection.  Foundation.  There is

7    no evidence at all in the contract documents or in

8    the deposition that there are two independent

9    buildings at issue.  So go ahead and answer if you

10   can.

11           MR. CARBONE:  Mr. Gill, I'd appreciate if you

12   stop, you know, coaching the witness.

13           MR. GILL:  I am not.

14           MR. CARBONE:  You can have the objection but

15   you don't have to tell him the answer.

16           MR. GILL:  I am not telling him the answer.

17   I am telling you that you are misstating the document

18   and I'm giving you the opportunity to correct your

19   misstatement.

20           MR. CARBONE:  I think you are coaching the

21   witness.

22           MR. GILL:  Well, then you can make that

23   objection to the judge.  You know full well because

24    in the deposition of the other witnesses what you are
```

Veritext Legal Solutions

www.veritext.com                                          888-391-3376

Page 78

1  saying is 100 percent incorrect.  You know that.

2  BY MR. CARBONE:

3       Q.   Mr. Tan, my question is very simple,

4  there's a reference here in the specification that I

5  cited.  It talks about the worst case combination of

6  the independent movements of the two buildings.  My

7  question to you is, do you have any knowledge of

8  Yuanda having calculations to address what is being

9  referenced in this section of the specifications?

10      MR. GILL:  Objection.  Foundation.  What two

11 buildings are you referring to?

12      MR. CARBONE:  I am asking him if he can

13 identify the two buildings that are referenced in

14 this spec and if Yuanda ever prepared calculations in

15 connection with those buildings.

16      MR. GILL:  Objection.  Foundation to the

17 extent this specification is relevant to the WTC-3

18 clerestory.  Go ahead.

19      MR. CARBONE:  The witness said this

20 specification governs WTC-3 -- strike that.  He

21 didn't know answer.  My apologies.  Go ahead.

22 BY MR. CARBONE:

23      Q.   Could you an my question, Mr. Tan?

24      MR. GILL:  Please answer.

Page 79

1   BY THE WITNESS:

2          A.   Same response.   The calculation we will

3   actually give the drawing to a structural engineer

4   and that takes expertise.   So the structural engineer

5   will -- it's based on his judgment, his or her

6   judgment.

7   BY MR. CARBONE:

8          Q.   Let's take a look at Plaintiff's No. 7,

9   which is a Sciame RFI transmittal dated November 9,

10  2016.   And also I am going to show you Plaintiff's 8,

11  which is a Sciame RFI transmittal dated 12/29/16.   I

12  would like you to --

13         A.   Yes, I have both.

14                    (WHEREUPON, Exhibit No. 7 was

15                     marked for identification.)

16                    (WHEREUPON, Exhibit No. 8 was

17                     marked for identification.)

18  BY MR. CARBONE:

19         Q.   Let's look at Plaintiff's 7 first which

20  is the Sciame RFI transmittal dated November 9, 2016,

21  WCC page 09968 through WCC 09982.   You have that

22  please?

23         A.   Yes, yes.

24         Q.   I would like you to go to the third

Page 80

1   physical page of the document which is -- there's a

2   bolded -- not bolded.  It's highlighted in yellow,

3   page 09970.  That's the box, the bigger of the two

4   boxes.  It says two.  And it says the structural

5   adequacy of this anchor as the relative movements

6   between the auditorium roof and main building still

7   has not been submitted.

8                    Do you see that?

9        A.   Yes, I see.

10       Q.   And in the second -- in the number 2, the

11  note, it says the relative -- strike that.

12                    This document, Mr. Tan, have you

13  ever seen this document before today?

14       A.   I won't say I haven't seen it before.

15  But I have no detailed knowledge.

16       Q.   Mr. Tan, on this particular project --

17       THE INTERPRETER:  You're breaking up.  The

18  interpret hears too.

19       MR. CARBONE:  Let me stop the video and then

20  come back on and see if anything changes.

21       THE VIDEOGRAPHER:  We are now going off the a

22  record at 12:45 p.m.

23                    (WHEREUPON, a recess was had.)

24       THE VIDEOGRAPHER:  Back on the record at

Page 81

1    12:57 p.m.

2    BY MR. CARBONE:

3         Q.   Mr. Tan, looking at Plaintiff's 7, which

4    is the RFI which is 1033 that's dated November 9,

5    2016 on page 09970, number 2, it refers to the

6    relative movements between auditorium roof in main

7    building still has not been submitted.

8              Do you see that, sir?

9         A.   Yes, I see the note.

10        Q.   Can you tell me whether prior to the

11   fabrication of the Yuanda materials, Yuanda ever

12   prepared calculations addressing the relative

13   movements between auditorium roof and the main

14   building.

15             I just want to know do you have any

16   knowledge of them preparing any calculations?

17        A.   This I am not sure.

18        Q.   When you say you are not sure, I just

19   want some clarification.  Do you think they did

20   prepare calculations or you don't know?

21        A.   I know that we have submitted the

22   calculation but I am not sure if our calculation has

23   responded to this note that you mention.  Based on

24   the time of the submittal which is October 2016 I

Page 82

1  believe the WT-3 wall was fabricated, maybe even
2  installed already.
3        Q.   Mr. Tan, are you familiar with what
4  efforts Yuanda made to comply with Whitestone's
5  request with respect to the remedial work?  Withdraw
6  that.
7              If we can go back to what is
8  Plaintiff's 16, that's the Yuanda letter June 28,
9  2019 authored by Mr. Zhu, Z-h-u.  You have that
10 document, sir?
11       A.   Yes.
12       Q.   And the remedial work, that required shop
13 drawings; is that correct?
14       A.   Yes.  It needs some new details, yeah.
15       Q.   And it also, the remedial work also
16 required certain calculations to be prepared by
17 Yuanda in connection with the new details; is that
18 correct?
19       A.   Yes.
20       Q.   And once the shop drawings for the
21 remedial work was approved and the calculations were
22 reviewed, in order to perform the remedial work
23 Whitestone needed certain materials to be provided by
24 Yuanda, is that correct, if Yuanda was going to

Page 83

1  cooperate with respect to the remedial work?

2          THE INTERPRETER:  Annette, could you read it

3  back?

4                          (WHEREUPON, the record was read by

5                          the court reporter.)

6          MR. CARBONE:  Let me rephrase that.  Hold on.

7  Let's start over because I think before the

8  interpreter interprets for Mr. Tan, I think the court

9  reporter has to read the entire question because

10  otherwise we are getting the answer to the entire

11  question.  So let's try that first.  Can you read

12  back.  And if necessary I would suggest you read it

13  again but I want to make sure you got my entire

14  question.

15                          (WHEREUPON, the record was read by

16                          the court reporter.)

17          MR. CARBONE:  Let me strike that question.  I

18  will rephrase it.  A little cumbersome there.

19  BY MR. CARBONE:

20          Q.   Mr. Tan, would you agree with me in order

21  to cooperate with Whitestone regarding the remedial

22  work that's addressed in Plaintiff's 16 that Yuanda

23  would have to provide to Whitestone shop drawings,

24  approved roof calculations and materials?

Page 84

1          A.   Yuanda has expressed its willingness to

2    cooperate with Whitestone.  If Whitestone is going

3    to -- if Yuanda -- if Whitestone has decided to do

4    the remedial work then Yuanda will supply the

5    drawings, the calculation and the material.

6          Q.   Mr. Tan, aren't you aware that

7    Whitestone's already performed this remedial work as

8    directed by Sciame?

9          A.   Yes, I am aware of this fact because

10   during my correspondence or communication with

11   Whitestone they have shared with us.

12         Q.   So, Mr. Tan, you know Whitestone has

13   already performed the remedial work as directed by

14   Sciame and the owner, and yet you are saying that

15   Yuanda was willing to cooperate and to provide --

16   strike that.

17              Mr. Tan, isn't it a fact that Yuanda

18   never provided the materials to Whitestone required

19   by Whitestone to perform the remedial work that's

20   identified in Yuanda's June 28, 2019 letter which is

21   Plaintiff's 16?

22         MR. GILL:  Objection.  Go ahead and answer.

23   BY THE WITNESS:

24         A.   It's not because Yuanda has refused to

Page 85

1    supply these material.  Rather Whitestone has picked

2    their own suppliers.  Whitestone has made the

3    decision to procure these materials for different

4    reasons.

5    BY MR. CARBONE:

6         Q.   Well, Mr. Tan, just so the record is

7    clear, then you are in fact aware that Yuanda did not

8    provide the material required by Whitestone to

9    perform the remedial work; is that correct?

10        MR. GILL:  Objection.  Go ahead and answer.

11   BY THE WITNESS:

12        A.   We have supplied some parts such as

13   gaskets.  But for a few parts due to the timeline

14   concern Whitestone has decided to make their own

15   purchase.

16   BY MR. CARBONE:

17        Q.   So just to be clear, you know as a fact,

18   you have personal knowledge that Yuanda did not

19   provide all the materials required by Whitestone to

20   perform the remedial work referenced in Yuanda's June

21   28 letter?

22        MR. GILL:  Objection.  Go ahead and answer.

23   BY THE WITNESS:

24        A.   My answer is the same as what I just said

Page 86

1   earlier.  Whitestone decided to purchase from someone
2   else and so Yuanda did not supply all the material.
3   BY MR. CARBONE:
4        Q.   And one of the reasons Whitestone advised
5   you why they were getting the materials from a third
6   party was because Yuanda was not supplying the
7   materials to Whitestone in a timely manner.  Would
8   that be a fair statement?
9        MR. GILL:  Objection.  Go ahead and answer.
10  BY THE WITNESS:
11       A.   My understanding is that Whitestone did
12  not have enough time between their decision to do to
13  the work and so they didn't have enough time for
14  Yuanda to fabricate the material so they have made
15  the decision to purchase from some other company.
16  BY MR. CARBONE:
17       Q.   Mr. Tan, is the testimony you just gave,
18  is that based on your own personal knowledge or is
19  that based on information you received from someone
20  else at Yuanda?
21       A.   I personally have participated with the
22  Whitestone for this -- I personally have participated
23  in the communication, so that's how I came to know.
24       Q.   Mr. Tan, if we refer back to Plaintiff's

Page 87

1  16, that's Mr. Zhu's letter of June 28, 2019.

2       A.   Yes, I see.

3       Q.   Yuanda is provided with corresponding

4  cost.  That refers to the cost of the shop drawings,

5  the calculations and the materials, doesn't it?

6       A.   It corresponds to Whitestone's letter or

7  correspondence to us stating the same.

8       Q.   Mr. Tan, my question is, is this -- maybe

9  you don't understand it.  The paragraph refers to

10  relevant remedial work and it talks about Yuanda is

11  provided with corresponding cost.  And I just want to

12  clarify that the relevant remedial work would include

13  shop drawings, calculations and materials.  Is that a

14  fair statement?

15       A.   I actually -- I understood your question.

16  And my answer was -- my answer was to answer your

17  question.  So Whitestone sent us a letter rejecting

18  our work.  And in that letter it mention that for the

19  remedial work there will be corresponding cost for

20  the drawing, the calculation and materials.  So when

21  Yuanda responded to Whitestone's letter and when we

22  mentioned the corresponding cost, it's the same or

23  correlates with Whitestone's wording of corresponding

24  cost.

1        Q.   So, Mr. Tan, is it your testimony you do

2   not interpret the last paragraph of Mr. Zhu's letter

3   to indicate that if Yuanda is going to cooperate with

4   the remedial work they are expecting to be paid for

5   shop drawings, calculations and for the materials?

6        MR. GILL:   Objection.   Go ahead and answer.

7   BY THE WITNESS:

8        A.   So this is a formal business

9   correspondence.   So it's business to business.   In

10   their letter, in Whitestone's letter they brought up

11   the corresponding cost.   So when we responded it's

12   the same.   Actually in the process we have supplied

13   the shop drawings, the calculation and we have agreed

14   to provide material.   But we did not mention about

15   asking for more money.

16        Q.   Is there any written communications that

17   you are aware of by Yuanda to Whitestone indicating

18   that Yuanda will provide materials for the remedial

19   work to Whitestone without being paid for those

20   materials?

21            Are you aware of any written

22   communications to that effect?

23        A.   I am not 100 percent sure whether it's an

24   e-mail or other form of communication.   But I am sure

Page 89

1   we have expressed our willingness.

2          MR. CARBONE:  Well, Mr. Gill, I would call

3   for the production of that document or documents

4   because in our review of the documents produced by

5   Yuanda we did not locate any documents to that

6   effect.

7          MR. GILL:  It was used in Mr. Grzic's and

8   Mr. Dearth' testimony.  I believe it was an e-mail

9   that was Defendant's Exhibit 17 or 18.  I will get

10  the reference to it.  But before the end of the

11  deposition I will give you the reference to it.  That

12  document was used during the deposition though.

13         MR. CARBONE:  Mr. Gill, Defendant's 17 --

14         MR. GILL:  I overstated.  It's not 17.  It

15  would be before 17.  Exhibit 16.

16         MR. CARBONE:  Okay.  Thank you, Mr. Gill.

17  For the record, Defendant's Exhibit 16.

18                 Do you happen to have -- Mr. Gill,

19  do you happen to have that exhibit?

20         MR. GILL:  I have a copy.  Do you want me to

21  send it to Mr. Tan?

22         MR. CARBONE:  Maybe I will just refer to the

23  exhibit, Mr. Gill.  If you want to send it to him

24  that's fine.

Page 90

1          MR. GILL:  I will.  Mr. Tan should receive it

2     shortly.

3     BY MR. CARBONE:

4          Q.   Mr. Tan, let me know when you get the

5     document.

6          A.   Okay, I receive it.

7          Q.   The document we are referring to now is

8     Defendant's 16.  That is an e-mail from Mr. Tan to

9     Steven Grzic on which Phil Carvelas, C-a-r-v-e-l-a-s,

10    is copied.  That's dated April 27, 2020.

11              Do you have any earlier written

12    communication to Mr. Grzic or anybody else at

13    Whitestone indicating that Yuanda can bear the

14    material and shipping cost for the remedial work?

15         A.   We have a lot of communication over a

16    long period of time with Whitestone, so I am not sure

17    if it was expressed earlier in an e-mail or maybe

18    possibly on the phone call.  But I know that we had

19    communication with Whitestone regarding this.

20         Q.   My question, Mr. Tan, is that writing is

21    April of 2020.  And just for your edification, the

22    lawsuit was commenced in July -- I have the wrong

23    summons.  The lawsuit was commenced well in advance

24    of that date.

1            I am asking you about written

2   communications between Yuanda and Whitestone.  Are

3   you aware of any written communications prior to that

4   April 27, 2020 communication where Yuanda is

5   indicating to Whitestone they will provide the

6   materials and the shipping cost free of charge to

7   Whitestone?  I am just asking if you are aware.

8        MR. GILL:  Objection.  Go ahead and answer.

9   BY THE WITNESS:

10       A.   Right now I cannot give you a definite

11  answer because I am not sure.  I can check my e-mail.

12  I need to check my e-mail to obtain more information

13  or to answer your question.

14       MR. CARBONE:  Mr. Gill, I would like to leave

15  a space in the record and to the extent Mr. Tan would

16  be kind enough to check his e-mail.  If he has any

17  written communications between anyone at Whitestone

18  wherein Yuanda is agreeing to provide the material

19  and shipping at its expense as opposed to

20  Whitestone's expense I would like those documents to

21  be produced.

22       MR. GILL:  To the extent that Whitestone does

23  not have those documents Yuanda will produce them.

24  BY MR. CARBONE:

Page 92

1          Q.   Mr. Tan, as of April 27, 2020, are you

2     aware that the remedial work -- strike that.

3                    As of April 27, 2020, are you aware

4     as to the status of Whitestone's performance of what

5     we are calling the remedial work?

6          A.   I won't be able to provide you an exact

7     time point.  But I have had communication with

8     Whitestone along the way.

9          Q.   That's not my question.  My question is,

10    do you know as of April 27, 2020 whether Whitestone

11    had started the remedial work?

12                    Do you know whether they had

13    completed the remedial work?  I am asking you if you

14    know the status of Whitestone's performance of the

15    remedial work.  That's all I am asking.

16         A.   April 27 I am not sure what their status

17    is for -- I mean Whitestone status is for the

18    remedial work.

19         Q.   With respect to the materials that are

20    being addressed in Defendant's 16 which is your April

21    27, 2020 e-mail, how long would it have taken Yuanda

22    to fabricate those materials?

23         A.   Right now I cannot recall exact time we

24    gave Whitestone but I know that we have given them a

Page 93

1    timeline for fabrication to delivery to the

2    construction site.

3         Q.   And that timeline would that be an e-mail

4    or communication after this April 27, 2020 date or

5    before?

6         A.   I am not sure about this exact time.

7         MR. CARBONE:  So, Mr. Gill, my request is, I

8    will just reiterate the request.  If there's any

9    documents that could answer the question I posed to

10   Mr. Tan regarding any written communications

11   regarding a timeline for the providing of the

12   materials and the shipping materials for the remedial

13   work to Whitestone I'd ask they be produced.

14        MR. GILL:  To the extent they haven't been

15   produced and to the extent that Whitestone does have

16   them we will produce.

17   BY MR. CARBONE:

18        Q.   If we can take a look at Plaintiff's 17,

19   Goetz Fitzpatrick's letter dated July 26, 2019.

20   Mr. Tan, you are copied on this letter.  Do you

21   recall receiving a copy of this letter from my

22   office?

23        A.   I do.

24

Page 94

```
 1                    (WHEREUPON, Exhibit No. 17 was
 2                    marked for identification.)
 3    BY MR. CARBONE:
 4         Q.   Do you recall whether either Mr. Zhu or
 5    you responded or anyone responded to this letter on
 6    behalf of Yuanda?
 7         A.   I believe we did.
 8         Q.   And was your response produced to your
 9    attorney as part of the document discovery in this
10    litigation, to your knowledge?
11         THE INTERPRETER:  I'm sorry, I didn't get
12    that.
13                    (WHEREUPON, the record was read by
14                    the court reporter.)
15    BY THE WITNESS:
16         A.   I believe so.
17         MR. CARBONE:  Mr. Gill, I would just to the
18    extent the document has not been produced and to the
19    extent it was produced by Yuanda as part of the
20    discovery process, if it wasn't produced I'd ask that
21    it be produced and if it was produced if you know
22    where it was produced in your document discovery if
23    you could point that out or simply point out that it
24    was produced it would be much appreciated.
```

Page 95

1              MR. GILL:  Okay.

2     BY MR. CARBONE:

3          Q.   The response that you are referring to,

4     Mr. Tan, was that a response from you or was that a

5     response from Mr. Zhu or was that a response from

6     attorneys, if you know?

7          A.   I can't recall how we have responded

8     right now.  Maybe e-mail or a formal letter.

9          Q.   Mr. Tan, are you familiar with what is

10    Plaintiff's 18 which is another Goetz Fitzpatrick

11    letter dated February 23, 2019?

12         A.   I don't have a clear recollection.

13                   (WHEREUPON, Exhibit No. 18 was

14                   marked for identification.)

15             MR. CARBONE:  Mr. Gill, I have the same

16    request with respect to this letter as I did with the

17    earlier Goetz Fitzpatrick letter.

18             MR. GILL:  Okay.  If I can clarify something?

19    Can we go off the record?

20             THE VIDEOGRAPHER:  We're now off the record

21    at 1:45 p.m.

22                   (WHEREUPON, a discussion was held

23                   off the record.)

24             THE VIDEOGRAPHER:  Back on the record at

Page 96

1   p.m.

2   BY MR. CARBONE:

3        Q.   Mr. Tan, if you can take a look at what

4   has been Plaintiff's Exhibit 23, please.  Let me know

5   when you get it.

6        A.   Yes.

7                      (WHEREUPON, Exhibit No. 23 was

8                      marked for identification.)

9   BY MR. CARBONE:

10        Q.   On the first page of the document which

11   is WCC 04972.  Just for the record, the document goes

12   on to page 04981.  Looking at page 4972, the first

13   page.  This is an e-mail sent by you on April 22,

14   2019; is that correct?

15        A.   Yes.

16        Q.   And in the last line or the last sentence

17   of the document, it says, Yuanda is suppose to and

18   entitled to be paid long time ago in accordance with

19   the contract.

20                 Do you see that?

21        A.   Yes.

22        Q.   Prior to your sending this e-mail in

23   April of 2019, did you send any written

24   correspondence to Whitestone indicating that Yuanda

Page 97

1    would provide in connection with the remedial work

2    free of charge shop drawings, calculations or

3    materials?

4           A.   I won't be sure unless I check my e-mails

5    because it was a long time ago.

6           MR. CARBONE:   I think I am going to request

7    that Mr. Tan check his e-mails.   And if there are any

8    e-mails addressing my question I call for their

9    production.   I think I've already called for their

10   production earlier though.   I will do it again just

11   to be safe.

12          MR. GILL:   We will produce them.

13   BY MR. CARBONE:

14          Q.   Mr. Tan, take a look at Plaintiff's 22 if

15   you would, please.   Do you have it?

16          A.   Yes.

17                    (WHEREUPON, Exhibit No. 22 was

18                     marked for identification.)

19   BY MR. CARBONE:

20          Q.   Mr. Tan, I guess if you go -- this is a

21   chain of e-mails.   And the first e-mail that has a

22   date is an e-mail Saturday, April 28, 2018 at

23   a.m.   It's addressed to Mr. James Dearth.   It's on

24   page WCC 04011, and then the last page of the e-mail

Page 98

1   chain is 004023.

2                   Mr. Tan, if you look at the page

3   which is 04014, if you could go to that page, there's

4   an e-mail in the middle.  I believe you are cc'd on

5   that e-mail.  If you could go to that page.

6          A.   Yeah, I am looking at it.

7          Q.   Were you privy to what was being

8   discussed, the technical issues being discussed

9   between Yuanda, Yuanda's personnel on one hand and

10  Whitestone's personnel on the other hand in

11  connection with the building movement at WT-3?

12         A.   If I were copied on the e-mail I could

13  see.

14         Q.   Well, if you look at page 04014, you were

15  copied on the e-mail.  You see that?

16         A.   Yes.

17         Q.   Did you have an understanding of the

18  technical issues that were being discussed by

19  Whitestone and Yuanda in this e-mail trail?

20         A.   I have a general understanding that the

21  conflict or the issue is about the degree of the

22  deflection.  But as for how to make the changes, then

23  for the technical details it's our technical folks.

24  They communicate with Whitestone so I wouldn't know

Page 99

1    of the technical details.

2            Q.    But you have an understanding that the

3    issue or the conflict is addressing the degree of the

4    deflection.  And when you talk about the degree of

5    deflection, what are you referencing?  The degree of

6    the deflection of what?

7            A.    It refers to WT-3, the curtain wall.

8    WT-3 curtain wall, the movement.  The level of

9    movement.  So the conflict point at this specific

10   location, the WT-3 as the clerestory in the WT-3

11   curtain wall how big the deflection should be.

12   Relative movement.  How big the relative movement

13   should be.

14           Q.    And are they talking about the deflection

15   and the relative movement of the academic building

16   versus the auditorium or the gymnasium?

17           A.    So the academic building while we are

18   speaking of the whole project because we are talking

19   about the wall, the curtain wall for the academic

20   building.

21           MR. CARBONE:  Last exhibit is -- Mr. Gill,

22   did you have an opportunity to give Mr. Tan

23   Plaintiff's 45, the one expert report of February 1?

24           MR. GILL:  I did forward it to him this

Page 100

1    morning when I got to the office.  So he should have
2    that.
3    BY MR. CARBONE:
4           Q.    Do you have it, Mr. Tan?
5           A.    Yes.
6                        (WHEREUPON, Exhibit No. 45 was
7                        marked for identification.)
8    BY MR. CARBONE:
9           Q.    Mr. Tan, did you have any discussions
10   with the author of this report, Mr. Wei, prior to the
11   compilation of this report?
12          MR. GILL:  I object because pursuant to the
13   scheduling order expert reports were supposed to be
14   by the same day discovery was closed.  So this topic
15   would not have been a topic you could have asked him
16   about.  But I will direct Mr. Tan to answer the
17   question so that we don't get into -- as you said,
18   there's no reason to fight just for the sake of
19   fighting.  I want to put in the record that the
20   report would have been issued after his deposition if
21   we had honored the schedule.  So go ahead and answer,
22   Mr. Tan.
23   BY THE WITNESS:
24          A.    So what is your question now?

Page 101

1    BY MR. CARBONE:

2         Q.   My question is, did you ever discuss the

3    compilation of this report with the author of the

4    report, Mr. Wei, W-e-i?

5         A.   I am not clear about the content details

6    because I -- just this morning Adam forwarded it to

7    me.  I think it's our technical expert wrote this.  I

8    was aware that the technical director was preparing

9    this letter, but as for the contents of the letter I

10   only saw this morning.

11        Q.   My question is, given that you were aware

12   of the technical director drafting this document, did

13   you have any verbal or written communications with

14   him regarding his preparation of the document?

15        A.   I have notified our technical director

16   about the need to produce the letter.  But as for the

17   contents, details, I have no knowledge.

18        MR. CARBONE:  Mr. Gill, I am finished with

19   the deposition of Mr. Tan.  Mr. Tan and everybody

20   else, I would like to thank you four your efforts

21   today.

22             Mr. Gill, as far as the deposition

23   transcript are you waiving signature?

24        MR. GILL:  Hold on, I have some follow-up

Page 102

1    questions.  But we are reserving signature.  I just

2    have a couple of questions.

3                        EXAMINATION

4    BY MR. GILL:

5           Q.   If you could look to Plaintiff's Exhibit

6    15 which is the Whitestone letter dated June 24,

7    2019.

8           A.   Yes.

9           Q.   You were questioned by Mr. Carbone, you

10   testified that this may have been one of several

11   communications to Whitestone where Whitestone

12   indicated Sciame's rejection.  Do you recall that

13   testimony?

14          A.   I am not sure if this is the first one

15   but I am sure that this is one of the official

16   letters we have received from Whitestone.

17          Q.   And you see in Exhibit 15 the first line

18   of the letter states:  We are writing to formally

19   notify you that Sciame has rejected as non-conforming

20   Yuanda's certifications of the WT-3 structural

21   components?  Do you see that?

22          A.   Yes, I do.

23          Q.   Have you ever -- are you aware of any

24   letter or e-mail communication from Whitestone where

Page 103

1    Whitestone tells Yuanda that Whitestone is rejecting

2    it, not Sciame is rejecting, where Whitestone itself

3    is rejecting Yuanda's work?

4           MR. CARBONE:   Objection to form.

5    BY THE WITNESS:

6           A.   It was Whitestone who has forwarded the

7    information to Yuanda that Sciame has rejected the

8    work.

9    BY MR. GILL:

10          Q.   If you can turn to Exhibit 5, which is

11   the revised shop drawings, in the middle.

12          A.   Yes.

13          Q.   You see on the first page which is WCC

14   11977?

15          A.   Yes, I see.

16          Q.   The top left-hand corner says Perkins

17   Eastman submittal review comments, and then there's a

18   box under there?

19          A.   Yes.

20          Q.   And you see the first line in the box it

21   says specification section 084413?

22          A.   Yes.

23          Q.   And you see there's no reference to

24   specification section 084426?

1          A.    So the specs referring to what?

2          Q.    There's only one reference.  That one

3    reference is 084413.

4          A.    Yeah, I see that.

5          Q.    If you can turn to the third page of

6    Exhibit 5, WCC 11979.

7          A.    Yes.

8          Q.    The upper left-hand corner of that page

9    it says -- there's a box that says Whitestone

10   Construction Corporation?

11         A.    Yes.

12         Q.    You see the four lines under that says

13   specification 084413-186-glazed aluminum curtain

14   wall?

15         A.    Yes.

16         Q.    You know what that refers to?

17         A.    I am not sure about the 186.  The first

18   part I know it's a serial number.

19         Q.    Serial number for what?

20         A.    Specs.

21         Q.    And you see it says glazed aluminum

22   curtain wall.  Do you know what that refers to?

23         A.    Yes, it is -- I know.

24         Q.    What is it?

1          A.   My understanding is that it's a

2     structural or architectural draft facade wall.

3          Q.   Is that different from the structural

4     glass curtain wall?

5          MR. CARBONE:   Objection to form.

6     BY THE WITNESS:

7          A.   My understanding is that curtain wall

8     refers to a unitized curtain wall.

9     BY MR. GILL:

10          Q.   Again looking at Exhibit 5, the third

11     page, the last line in the box says DWG shops,

12     bracket, WT-1, 3, 6, 8, end bracket, full scope.

13               Do you know what that WD refers to?

14          A.   These are different facade wall types for

15     this project.

16          Q.   And the one we are talking about in this

17     litigation is WT-3; is that correct?

18          A.   Correct.

19          MR. GILL:   That's all I have.

20                    FURTHER EXAMINATION

21     BY MR. CARBONE:

22          Q.   Mr. Tan, with respect to the drawings

23     and, shop drawings that are attached here, can you

24     tell me whether the shop drawings that are included

Page 106

1    as part of this submittal if they also include the

2    shop drawings for the structural glass curtain wall

3    which is referenced in section 084426?

4            THE INTERPRETER:  Annette, can you please

5    read that back to me.

6                        (WHEREUPON, the record was read by

7                        the court reporter.)

8    BY THE WITNESS:

9            A.   I won't be able to give you a definite

10   answer because from the Whitestone -- let me rephrase

11   this.  First off, Exhibit 5 I haven't studied it

12   completely so I am not sure if it includes the all

13   glass curtain wall.  But from Whitestone's stamp, it

14   shows that it is the WT-3 should be included in the

15   drawings.

16   BY MR. CARBONE:

17           Q.   Mr. Tan, the interpreter refers to all

18   glass curtain wall.  I was referring to the

19   structural glass curtain wall.  Did the interpreter

20   misspeak in that you really meant the structural

21   glass curtain wall as opposed to the all glass

22   curtain wall?

23           A.   I wanted to say WT-3 type of wall.

24           Q.   If we go back to the purchase order for a

Page 107

1    second, please.  That's Plaintiff's, I believe 2.

2                    Mr. Tan, are you there?

3         A.   Yes, I found.

4         Q.   On page -- the first page of the document

5    which is 01100, it was that big paragraph towards the

6    middle.  And it began with Yuanda USA Corp:  Do you

7    see that?

8         A.   Yes.

9         Q.   And if you go to the bottom of that

10   paragraph and count up, 1, 2, 3, 4, 5 lines, it talks

11   about specifications.  And one of the specifications

12   listed is specification 04426.  Do you see that?

13        MR. GILL:  Objection.  This is beyond the

14   scope of what I asked Mr. Tan about.

15        MR. CARBONE:  It's really not.

16        MR. GILL:  I didn't ask him about the

17   purchase order.

18        MR. CARBONE:  It doesn't matter.  You asked

19   him about the spec section.

20        MR. GILL:  Ask him about the spec section.

21   That's fine.

22        MR. CARBONE:  I am asking him.  I am going

23   about asking him unless you direct him not to answer.

24        MR. GILL:  I may.

Page 108

1          MR. CARBONE:  Okay.

2      BY MR. CARBONE:

3          Q.   You see that, Mr. Tan?

4          A.   Yes.

5          Q.   That spec section which is spec section

6      084426 which is the structural glass curtain wall

7      section which is referenced in Plaintiff's Exhibit

8      12, that is part of Yuanda's scope of work in the

9      purchase order; correct?

10          A.   WT-3 is our work scope.

11          Q.   That spec section is Yuanda's work scope

12      as well; is that correct?

13          A.   Correct.

14          Q.   And would I -- would it be safe to say

15      that Yuanda would not have fabricated the curtain

16      wall that is referenced in 084426 without an approval

17      from the owners, architect and engineer which is the

18      architect and engineer of record on the project?

19          A.   Our contract was signed with Whitestone,

20      so if Whitestone has approved, then we will start the

21      fabrication process.

22          Q.   Mr. Tan, I want to make sure I understand

23      it.  The entity who is approving your shop drawings

24      is not Whitestone but Perkins Eastman who is the

Page 109

1    architect and engineer of record for the project;

2    isn't that correct?

3          MR. GILL:  Objection.  Mischaracterizes the

4    witness' testimony, misstates the requirements of the

5    contract, asked and answered.  Go ahead and answer

6    again.

7    BY THE WITNESS:

8          A.   You are right.  The review was done by

9    the architect and the engineers.  But the notice we

10   received from Whitestone.  No matter what kind of

11   documents they are, we received them from Whitestone.

12   It's Whitestone who forward these documents to us.

13         MR. CARBONE:  I have nothing further.

14         MR. GILL:  We reserve signature.  You are

15   ordering?

16         MR. CARBONE:  Yes, I definitely am ordering

17   the transcript of Mr. Tan's testimony.

18         MR. GILL:  We are not ordering right now.  We

19   will get back to you on that.

20         THE VIDEOGRAPHER:  We're now off the record

21   at 2:26 p.m.  This concludes today's testimony given

22   by Charles Tan.  The total number of media files will

23   be four and will be retained by Veritext Midwest.

24                    (WHEREUPON, signature was

Page 110

1          reserved.)

2          (WHEREUPON, at 2:25 p.m. the

3          deposition was concluded.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 111

1                       CERTIFICATE

2                           OF

3               CERTIFIED SHORTHAND REPORTER

4

5

6               I, ANNETTE BREWER, a Certified

7    Shorthand Reporter of the State of Illinois, CSR

8    License No. 84-4121, do hereby certify:

9               That previous to the commencement of

10   the examination of the aforesaid witness, the witness

11   was duly sworn by me to testify the whole truth

12   concerning the matters herein;

13               That the foregoing deposition

14   transcript was reported stenographically by me, was

15   thereafter reduced to typewriting under my personal

16   direction and constitutes a true and accurate record

17   of the testimony given and the proceedings had at the

18   aforesaid deposition;

19               That the said deposition was taken

20   before me at the time and place specified;

21               That I am not a relative or employee

22   or attorney or counsel for any of the parties herein,

23   nor a relative or employee of such attorney or

24   counsel for any of the parties hereto, nor am I

Page 112

1  interested directly or indirectly in the outcome of

2  this action.

3                 IN WITNESS WHEREOF, I do hereunto

4  set my hand at Chicago, Illinois, this 17th day of

5  February 2021.

6

7

8

            ANNETTE BREWER

9            CSR License No. 84-4121

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
                                                        Page 113

  1                        Veritext Legal Solutions

                              1100 Superior Ave

  2                               Suite 1820

                            Cleveland, Ohio 44114

  3                          Phone: 216-523-1313

  4    February 18, 2021

  5    To: Mr. Gill

  6    Case Name: Whitestone Construction Corp.  v. Yuanda USA Corp.

  7    Veritext Reference Number: 4439884

  8    Witness:  Minghiua Tan        Deposition Date:  2/4/2021

  9    Dear Sir/Madam:

 10    The deposition transcript taken in the above-referenced

 11    matter, with the reading and signing having not been

 12    expressly waived, has been completed and is available

 13    for review and signature.  Please call our office to

 14    make arrangements for a convenient location to

 15    accomplish this or if you prefer a certified transcript

 16    can be purchased.

 17    If the errata is not returned within thirty days of your

 18    receipt of this letter, the reading and signing will be

 19    deemed waived.

 20

       Sincerely,

 21

 22    Production Department

 23

 24    NO NOTARY REQUIRED IN CA
```

Page 114

```
1              DEPOSITION REVIEW
             CERTIFICATION OF WITNESS
2

       ASSIGNMENT REFERENCE NO: 4439884
3      CASE NAME: Whitestone Construction Corp.  v. Yuanda USA Corp.
       DATE OF DEPOSITION: 2/4/2021
4      WITNESS' NAME: Minghiua Tan
5          In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7          I have made no changes to the testimony
   as transcribed by the court reporter.
8

   _____        _____
9  Date                   Minghiua Tan
10         Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
           They have read the transcript;
13         They signed the foregoing Sworn
               Statement; and
14         Their execution of this Statement is of
               their free act and deed.
15
           I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
                   _____
18                 Notary Public
19                 _____
                   Commission Expiration Date
20
21
22
23
24
25
```

```
                                                    Page 115
 1                    DEPOSITION REVIEW
                   CERTIFICATION OF WITNESS
 2

         ASSIGNMENT REFERENCE NO: 4439884
 3       CASE NAME: Whitestone Construction Corp.  v. Yuanda USA Corp.
         DATE OF DEPOSITION: 2/4/2021
 4       WITNESS' NAME: Minghiua Tan
 5           In accordance with the Rules of Civil
         Procedure, I have read the entire transcript of
 6       my testimony or it has been read to me.
 7           I have listed my changes on the attached
         Errata Sheet, listing page and line numbers as
 8       well as the reason(s) for the change(s).
 9           I request that these changes be entered
         as part of the record of my testimony.
10

             I have executed the Errata Sheet, as well
11       as this Certificate, and request and authorize
         that both be appended to the transcript of my
12       testimony and be incorporated therein.
13       _____        _____
         Date                     Minghiua Tan
14

             Sworn to and subscribed before me, a
15       Notary Public in and for the State and County,
         the referenced witness did personally appear
16       and acknowledge that:
17           They have read the transcript;
             They have listed all of their corrections
18               in the appended Errata Sheet;
             They signed the foregoing Sworn
19               Statement; and
             Their execution of this Statement is of
20               their free act and deed.
21           I have affixed my name and official seal
22       this _____ day of_____, 20_____.
23               _____
                 Notary Public
24
                 _____
25               Commission Expiration Date
```

Page 116

1                     ERRATA SHEET

              VERITEXT LEGAL SOLUTIONS MIDWEST

2                  ASSIGNMENT NO: 4439884

3       PAGE/LINE(S) /        CHANGE         /REASON

4       _____

5       _____

6       _____

7       _____

8       _____

9       _____

10      _____

11      _____

12      _____

13      _____

14      _____

15      _____

16      _____

17      _____

18      _____

19

        _____      _____

20      Date                    Minghiua Tan

21      SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

22      DAY OF _____, 20_____ .

23                      _____

                        Notary Public

24

25                      _____

                        Commission Expiration Date

| & | | | |
| --- | --- | --- | --- |

**&**   2:6

**0**

**0**  65:9
**001**  62:12 65:8
**004023**  3:22 98:1
**01**  73:4
**01051**  22:14
**01100**  26:11 107:5
**01101**  26:21
**01102**  37:12
**01105**  48:17
**01107**  60:24 61:5
**01112**  42:14
**011814**  3:17 68:20
**011815**  68:22
**0119**  26:11
**011977**  3:14 65:18
**012351**  3:14 65:18
**01833**  3:17 68:20
**02**  73:5
**020**  65:15
**04011**  3:22 97:24
**04014**  98:3,14
**04426**  107:12
**04600**  3:15 71:14
**04602**  71:22
**04607**  3:15 71:14
**04972**  3:22 96:11
**04981**  3:22 96:12
**05789**  65:9
**06144**  65:10
**0838**  22:13
**084413**  103:21
  104:3
**084413-186**
  104:13
**084426**  68:13,18
  103:24 106:3
  108:6,16

**09968**  79:21
**09970**  80:3 81:5
**09982**  79:21

**1**

**1**  3:9 4:8 17:10,12
  17:17 18:8,19
  19:8,16 34:11
  35:1 42:21 43:5
  64:5,22 99:23
  105:12 107:10
**1.03**  68:23 77:4
**1/23/2017**  71:13
**10**  48:18
**10/15/2014**  65:8
**100**  3:23 40:23
  78:1 88:23
**10006**  4:14
**10019**  2:4
**1006**  1:4
**102**  3:4
**1033**  81:4
**105**  3:5
**10:55**  42:9
**11**  17:11
**1100**  113:1
**1105**  55:18
**11977**  103:14
**11979**  104:6
**12**  3:17 68:12,15
  68:18 75:18 77:3
  108:8
**12/29/16**  3:17
  79:11
**12:45**  80:22
**12:57**  81:1
**133.00**  71:21
**13th**  16:8 21:21
**15**  3:18 47:22 48:4
  49:12 50:7 55:8
  62:13 102:6,17

**16**  3:18 49:23 50:2
  82:8 83:22 84:21
  87:1 89:15,17
  90:8 92:20
**1672**  112:8
**17**  3:9,19 89:9,13
  89:14,15 93:18
  94:1
**17th**  112:4
**18**  3:20 89:9 95:10
  95:13 113:4
**1820**  113:2
**186**  104:17
**19**  60:24 61:14
**1:20**  1:4
**1:45**  95:21

**2**

**2**  3:10 23:11,12
  26:8,14 30:13
  37:17 42:12,17,21
  43:5 48:15 64:3
  65:4 66:14 67:17
  75:7 80:10 81:5
  107:1,10
**2's**  66:13
**2/4/2021**  113:8
  114:3 115:3
**20**  4:14 16:8 21:21
  114:16 115:22
  116:22
**200**  2:7
**2004**  7:9,21
**2011**  8:13
**2012**  8:19,21 9:9
  9:11,20 10:13,18
  11:1,3 12:6,7
  13:21
**2013**  22:13 26:10
**2014**  62:13
**2015**  8:8,10 12:13
  65:17

**2016**  3:16 79:10,20
  81:5,24
**2018**  97:22
**2019**  3:19,20,21
  12:3,8 47:24
  49:11,24 50:6
  82:9 84:20 87:1
  93:19 95:11 96:14
  96:23 102:7
**2020**  17:11 90:10
  90:21 91:4 92:1,3
  92:10,21 93:4
**2021**  1:15 4:2
  11:12 112:5 113:4
**212**  2:4
**216-523-1313**
  113:3
**22**  3:11,21 96:13
  97:14,17
**224-1200**  2:8
**23**  3:21,22 65:17
  95:11 96:4,7
**24**  26:10 47:24
  49:11 50:6 102:6
**26**  3:10,19 93:19
**27**  90:10 91:4 92:1
  92:3,10,16,21 93:4
**28**  3:18 49:24 82:8
  84:20 85:21 87:1
  97:22
**2:25**  110:2
**2:26**  109:21

**3**

**3**  3:11 22:6,10
  26:3,5 30:14,20,24
  39:23 42:21 43:5
  69:6,21 70:15,18
  71:3,7 72:19,23
  73:2 75:9,17
  76:11,19,24 78:17
  78:20 82:1 98:11

99:7,8,10,10
102:20 105:12,17
106:14,23 107:10
108:10
**30**  23:1 63:6
**30th**  2:7
**3100**  2:3
**312**  2:8
**36**  9:24

**4**

**4**  1:15 3:13 4:2
34:10,12 43:5
62:9,16 65:5,20
73:5,18,20 74:6,10
107:10
**44114**  113:2
**4439884**  113:7
114:2 115:2 116:2
**45**  3:23 99:23
100:6
**48**  3:18
**4972**  96:12

**5**

**5**  3:14 43:5 65:3
65:12,21 66:1,6
67:17 73:6,18,20
74:6,10,23 75:7,12
103:10 104:6
105:10 106:11
107:10
**50**  3:18

**6**

**6**  3:3,15 23:1 63:6
71:12,17 105:12
**60606**  2:8
**62**  3:13
**66**  3:14
**68**  3:17
**695-8100**  2:4

**7**

**7**  3:15 22:12 79:8
79:14,19 81:3
**71**  3:15
**79**  3:15,16

**8**

**8**  3:16 79:10,16
105:12
**84-4121**  111:8
112:9
**8:30**  1:15

**9**

**9**  3:16 18:19 79:9
79:20 81:4
**94**  3:19
**95**  3:20
**96**  3:22
**97**  3:21
**9:02**  4:2

**a**

**a.m.**  1:15 4:2 42:6
42:9 97:23
**abbreviated**  65:7
**able**  12:24 19:4
46:16,17 92:6
106:9
**academic**  37:21
38:7 69:22 70:16
70:17 73:9,10
74:8 99:15,17,19
**accomplish**  113:15
**accurate**  6:15
41:15 111:16
**accused**  41:13
**achieved**  6:19
**acknowledge**
114:11 115:16
**act**  114:14 115:20
**action**  4:20 112:2

**acts**  29:12
**adam**  2:7 101:6
**add**  58:9
**additionally**  51:19
**address**  9:23
11:20 13:17 16:6
16:8 21:18 78:8
**addressed**  66:15
66:20 67:18 83:22
92:20 97:23
**addressing**  73:8
74:7 77:1 81:12
97:8 99:3
**adequacy**  80:5
**administer**  4:19
**advance**  90:23
**advise**  24:23
**advised**  86:4
**affiliated**  21:2
**affiliations**  4:24
**affixed**  114:15
115:21
**aforesaid**  111:10
111:18
**agill**  2:9
**ago**  11:22 48:8
96:18 97:5
**agree**  4:7 6:1
18:11 53:13 59:7
59:20 60:14 64:11
75:15 83:20
**agreed**  5:20 88:13
**agreeing**  91:18
**agreement**  3:11
22:10 26:3 33:11
33:14 34:1,18,20
35:13 36:6,21
37:13,19 39:22
40:8 42:13
**agreements**  37:18
42:18

**ahead**  32:5 33:17
35:6,16 37:24
38:9 44:2,14
47:17 49:15 50:24
51:15,20 52:15
59:10,24 60:17
62:3 66:23 70:2,6
70:23 73:18 74:13
75:19 77:9 78:18
78:21 84:22 85:10
85:22 86:9 88:6
91:8 100:21 109:5
**aig**  14:20
**allowing**  24:22
**aluminum**  16:7,20
20:24 21:16
104:13,21
**amount**  55:16
**anchor**  80:5
**anchorage**  69:4
**annette**  1:13 4:18
83:2 106:4 111:6
112:8
**answer**  15:22
19:11,18,20 21:20
23:6,16,18 24:4,4
24:18,23 25:3
27:21 32:5 33:3
33:17 35:6,17
36:2,12,23 37:2,8
37:24 38:9,12
39:6 44:2,15,17
46:16 47:17 49:15
50:24 51:16 52:15
52:19 58:1,8
59:10,12 60:1,8,17
62:3 63:7 66:23
67:10,11 70:6,23
73:18 74:11,13
75:20 76:12,13,16
76:20 77:9,15,16

78:21,24 83:10
84:22 85:10,22,24
86:9 87:16,16,16
88:6 91:8,11,13
93:9 100:16,21
106:10 107:23
109:5
**answered** 21:19
63:8 74:15 109:5
**answering** 23:20
24:12,20
**answers** 5:15 6:15
**anybody** 20:6
90:12
**apologies** 78:21
**appear** 64:23
114:11 115:15
**appearance** 5:2
**appearances** 2:1
4:24
**appeared** 2:5,9
**appearing** 19:24
**appears** 21:15
**appended** 115:11
115:18
**applicable** 75:16
**appreciate** 64:6,18
77:11
**appreciated** 94:24
**approval** 49:1,13
56:7,9 108:16
**approved** 75:3
82:21 83:24
108:20
**approving** 108:23
**april** 90:10,21
91:4 92:1,3,10,16
92:20 93:4 96:13
96:23 97:22
**architect** 43:15,21
45:21 46:5 47:6

108:17,18 109:1,9
**architectural** 7:12
7:17 105:2
**area** 14:7,8 70:9
71:3
**argue** 23:15,21
42:4 64:19
**arrangements**
113:14
**arrow** 72:9,15,16
72:18
**arts** 7:20
**ascertain** 38:5
**aside** 32:17
**asked** 43:8 45:9
76:22 100:15
107:14,18 109:5
**asking** 20:2 23:2,4
25:22 26:2 30:23
33:23 35:8,8,12
43:5 44:6,21,22
46:7 57:4 58:19
65:11 66:4 70:12
70:13,19 71:6,8
76:4,7,9 78:12
88:15 91:1,7
92:13,15 107:22
107:23
**asks** 35:16
**aspects** 38:18
**assignment** 114:2
115:2 116:2
**associate** 19:9
**associates** 20:15
**assume** 42:23 43:3
45:8,13 59:18
**attached** 3:24
105:23 115:7
**attendance** 10:14
**attending** 4:23

**attention** 68:22
**attorney** 5:3,6,8
20:1 94:9 111:22
111:23
**attorneys** 61:9,16
62:1 95:6
**auditorium** 73:11
74:8 80:6 81:6,13
99:16
**august** 8:13,19,21
9:9,11,20 10:13
12:6,7
**author** 100:10
101:3
**authored** 82:9
**authorize** 115:11
**authorized** 4:19
**available** 113:12
**ave** 113:1
**aware** 39:8,14
40:5,17 84:6,9
85:7 88:17,21
91:3,7 92:2,3
101:8,11 102:23

**b**

**b** 23:1 49:7 63:6
68:23 69:2
**b3** 77:5
**bachelor** 7:20
**bachelor's** 6:20,21
7:1
**back** 11:5 25:1
38:24 42:8 45:6
48:15 56:14 57:23
63:21 67:7 80:20
80:24 82:7 83:3
83:12 86:24 95:24
106:5,24 109:19
**background** 45:3
53:23 72:21

**based** 23:5,18,19
24:5,6,13,20 31:17
31:18 34:1 36:10
36:15 46:12 47:10
47:16 53:14 63:8
79:5 81:23 86:18
86:19
**basically** 58:8
**basis** 10:14,15
34:19 35:9,12
**bates** 22:13 26:11
37:12
**bear** 90:13
**began** 107:6
**beginning** 5:2 34:4
39:2
**begins** 27:9 45:7
48:24 57:16 61:9
65:9,17 68:19,23
71:13
**behalf** 2:5,9 46:20
52:6 57:9 94:6
**believe** 23:8 63:24
64:7 82:1 89:8
94:7,16 98:4
107:1
**better** 16:5
**beyond** 107:13
**big** 99:11,12 107:5
**bigger** 80:3
**bit** 12:19
**blank** 13:15
**boils** 59:13
**bolded** 80:2,2
**bond** 14:11,19
**bottom** 30:14,17
48:17 73:9,10
107:9
**bound** 43:14,20
44:12 45:14,17,17
46:4,12 47:4

**box** 63:2 65:6,8,14
  65:16 66:10 72:4
  72:5,8,8,10,10,11
  72:15 80:3 103:18
  103:20 104:9
  105:11
**boxes** 72:1,6 80:4
**bracket** 105:12,12
**breach** 35:22
**breached** 61:23
**break** 41:21,23
**breaking** 80:17
**brewer** 1:13 4:18
  111:16 112:8
**briefly** 51:2
**bringing** 14:15
**broad** 19:21
**brought** 88:10
**browse** 73:21
**building** 10:5
  37:21 38:7 69:22
  69:23 70:17,18
  71:7 73:9,10,12
  74:8 80:6 81:7,14
  98:11 99:15,17,20
**buildings** 69:12,15
  73:17 77:2,9 78:6
  78:11,13,15
**built** 70:14
**business** 6:23 8:9
  8:16,18,22 9:10
  10:1 12:9,17,21
  88:8,9,9
**buy** 15:16

**c**

**c** 15:8 21:9 28:14
  34:13 45:20 90:9
**ca** 113:24
**calculate** 75:24
**calculation** 49:20
  52:1 70:8 73:3,24

74:17,20 79:2
  81:22,22 84:5
  87:20 88:13
**calculations** 38:20
  73:7,13 74:5,7,11
  74:12,13 77:1
  78:8,14 81:12,16
  81:20 82:16,21
  83:24 87:5,13
  88:5 97:2
**california** 10:21
  10:22
**call** 89:2 90:18
  97:8 113:13
**called** 1:10 5:12
  6:3 16:7 97:9
**calling** 9:3 92:5
**calls** 33:16 35:3
  43:24 62:2
**capable** 24:19
  69:4
**capacity** 24:1
**capital** 34:13 49:2
  49:3
**carbone** 2:3 3:3,5
  5:5,6,17 6:7 7:15
  9:2,5 10:7,11,12
  14:12 16:11,15,18
  16:21 17:14,20
  18:5 19:15 22:8
  23:7,23 24:11,24
  26:16 27:20,23
  28:3,5 29:23 30:5
  30:18 32:15 33:9
  33:18,22 35:7
  36:1 37:5 38:3,13
  39:20 40:4 41:12
  41:19,23 42:3,10
  44:5,20 46:1,19
  47:21 48:6 49:21
  50:4 51:4 52:4,21

55:19,21 56:20
  59:17 60:7,22
  62:7,18 63:10,17
  63:23 64:18 65:1
  66:3 67:5 68:3,17
  70:3,11 71:4,19
  74:1,21 76:3,21
  77:11,14,20 78:2
  78:12,19,22 79:7
  79:18 80:19 81:2
  83:6,17,19 85:5,16
  86:3,16 89:2,13,16
  89:22 90:3 91:14
  91:24 93:7,17
  94:3,17 95:2,15
  96:2,9 97:6,13,19
  99:21 100:3,8
  101:1,18 102:9
  103:4 105:5,21
  106:16 107:15,18
  107:22 108:1,2
  109:13,16
**carroll** 2:6
**carvelas** 90:9
**case** 1:4 4:13
  45:18,19,20 69:14
  78:5 113:6 114:3
  115:3
**cause** 32:24 35:10
**caused** 32:8,13,17
  33:7 35:11 59:14
  60:4
**cc'd** 98:4
**cct** 37:21
**cell** 4:5
**cellular** 4:4
**certain** 72:21 73:1
  82:16,23
**certificate** 111:1
  115:11

**certification** 114:1
  115:1
**certifications**
  102:20
**certified** 1:13
  111:3,6 113:15
**certify** 111:8
**chain** 3:21 97:21
  98:1
**chairman** 12:11
  13:8,9 27:5
**chance** 73:21
**change** 51:21,22
  52:2 53:15,18
  54:6,7,11,14,18
  115:8 116:3
**changes** 48:19
  63:20 80:20 98:22
  114:7 115:7,9
**changing** 41:22
**channel** 13:1
**channels** 12:23
**charge** 9:13 10:4
  12:17 28:11,22
  91:6 97:2
**charles** 4:9 109:22
**check** 91:11,12,16
  97:4,7
**checkmark** 63:2
  65:16
**chicago** 2:8 9:21
  9:22,24 10:14,17
  11:1,14,24 112:4
**chief** 28:12,17
  29:9 30:2 53:2
  62:20
**china** 7:2,4,6 15:2
**chinese** 15:13,24
  17:2,3
**chong** 28:14

cited  78:5
city  7:5 15:21
  21:22
civil  1:11 114:5
  115:5
clarification  19:7
  35:1 39:17 81:19
clarifications
  19:10
clarify  10:15 14:4
  23:7 41:14 52:6
  87:12 95:18
classes  7:19
clear  18:6 23:15
  23:21,23 24:12
  39:13 55:6 58:7
  64:7,20 65:4,10
  85:7,17 95:12
  101:5
clearly  8:14 10:19
  17:18 57:12 58:2
  58:4 60:20
clerestory  69:21
  70:15,19 71:3,7
  72:19,23 75:9,17
  76:11,24 78:18
  99:10
cleveland  113:2
client  13:4 28:12
clients  10:6
close  49:7
closed  100:14
coaching  41:13
  77:12,20
coast  9:14,15,16
  10:2 29:3
column  69:9
combination
  69:14 78:5
come  80:20

coming  32:11
commenced  90:22
  90:23
commencement
  111:9
comment  66:14
  67:17
comments  52:17
  59:1 64:6,18
  66:15,19 67:7,18
  67:20 68:1,5,6,9
  68:10 103:17
commission
  114:19 115:25
  116:25
communicate
  98:24
communication
  20:16 28:11 54:1
  54:3 84:10 86:23
  88:24 90:12,15,19
  91:4 92:7 93:4
  102:24
communications
  20:19,20 88:16,22
  91:2,3,17 93:10
  101:13 102:11
company  9:1
  13:24 14:2 15:19
  15:24 16:8,20,23
  17:1,4,6 21:1,2,4,6
  21:13,16,17 22:3
  27:5 86:15
compensated
  51:19 52:2 54:19
compilation
  100:11 101:3
complaint  69:19
complete  5:22
  50:14 51:8 52:10

completed  92:13
  113:12
completely  106:12
compliance  59:4
complications
  32:17
comply  59:15,19
  82:4
component  70:17
components
  102:21
concentrated
  69:11
concern  85:14
concerning  111:12
concluded  110:3
concludes  109:21
conclusion  5:20
  33:17 35:4,16
  44:1 62:3
condition  51:13
  52:11
conditioned  50:21
conditions  37:13
  42:13 54:24
conduct  14:20
conducts  13:23
conference  4:16
confirm  5:18
conflict  71:2,5
  98:21 99:3,9
conforming  55:10
  102:19
confusing  72:7
connection  21:9
  25:6,15 28:7
  29:13 31:24 38:6
  38:17 39:5 78:15
  82:17 97:1 98:11
connects  70:17

consensus  53:12
  53:24
constitutes  111:16
construction  1:3
  3:11,12 4:11 5:7
  10:6 11:6,9 22:11
  22:12 32:10 93:2
  104:10 113:6
  114:3 115:3
contain  74:11
contained  73:7,18
containing  47:20
content  35:21
  39:13 101:5
contents  101:9,17
context  45:16
continue  23:6
contract  23:12
  25:8 31:17 33:21
  34:13 35:5,21,23
  36:11,14,15 38:5
  38:16 39:9,9,10,15
  39:18,19,21 40:7
  40:17,19,21 41:4,5
  41:6 43:9,10,23
  45:2,5 49:5 57:2,5
  58:10,13,14 59:4
  59:15 60:20,21
  73:16 77:7 96:19
  108:19 109:5
contractor  25:9
  32:14 39:11 43:15
  44:11 45:19 46:5
  47:5
convenient  113:14
conversations  4:4
conveyed  69:20,20
cook  1:14
cooperate  31:10
  50:14 51:8,23
  52:9 53:17 54:15

54:23 83:1,21
84:2,15 88:3
**cooperation** 50:21
51:13 52:12
**coordinate** 31:11
**coordination** 10:5
13:4,5 28:11
29:11
**copied** 90:10
93:20 98:12,15
**copy** 17:20,24
25:14 26:3 39:15
40:6 89:20 93:21
**corner** 18:7
103:16 104:8
**corp** 1:3 3:13 21:3
22:4,12 27:9
107:6 113:6,6
114:3,3 115:3,3
**corp's** 5:7
**corporate** 24:14
34:9 76:6
**corporation** 1:6
4:11,12 8:3,12
15:23 39:3 104:10
**correct** 8:23 9:18
11:4,8,11,17 15:6
15:11 18:12 21:10
21:15 22:5 24:2,3
25:10 30:7 31:8,9
38:7 39:5 43:11
43:12 45:11 47:12
47:13 48:14 49:2
49:13 50:8,9,23
54:9 55:19 56:5
56:11,15,23 57:8
57:23 58:6 61:14
72:2 73:1 77:18
82:13,18,24 85:9
96:14 105:17,18
108:9,12,13 109:2

**corrections** 65:16
75:8 115:17
**correctly** 21:24
**correlates** 87:23
**correspondence**
54:19 84:10 87:7
88:9 96:24
**corresponding**
50:13 51:7,12
52:13 53:10 87:3
87:11,19,22,23
88:11
**corresponds** 87:6
**cost** 50:13 51:7,12
52:13 53:10 57:19
57:22 58:5 60:5,9
60:10,11,11,12
61:9 87:4,4,11,19
87:22,24 88:11
90:14 91:6
**costs** 53:19 59:7
59:22 61:15 62:1
**counsel** 4:9,22
7:13 63:7,12 64:9
111:22,24
**count** 107:10
**county** 1:14
114:10 115:15
**couple** 41:6 102:2
**course** 20:8 60:5
**courses** 7:12,18
**court** 1:1 4:13,18
5:3 61:23 63:14
83:5,8,16 94:14
106:7 114:7
**courts** 1:12
**created** 25:23
33:13
**creep** 69:10
**csr** 111:7 112:9

**cumbersome**
83:18
**cuny** 15:8 21:9
37:20,20 38:7,17
43:21 45:20
**curriculum** 7:10
**curtain** 38:18,19
68:13,19 69:3
70:15,19 71:8
72:19,23 73:2
74:24 75:8,17
76:12,24 99:7,8,11
99:19 104:13,22
105:4,7,8 106:2,13
106:18,19,21,22
108:6,15
**cv** 1:4 4:14

## d

**d** 3:1 9:4 16:19
72:12
**daily** 10:14,15
**data** 38:21
**date** 26:10 65:6
90:24 93:4 97:22
113:8 114:3,9,19
115:3,13,25
116:20,25
**dated** 3:16,17,18
3:19,20 17:11
22:12 47:23 49:23
62:12,13 65:17
71:13 79:9,11,20
81:4 90:10 93:19
95:11 102:6
**day** 100:14 112:4
114:16 115:22
116:22
**days** 113:17
**dcarbone** 2:5
**dear** 113:9

**dearth** 89:8 97:23
**december** 19:8
35:1
**decide** 76:1
**decided** 84:3
85:14 86:1
**decision** 85:3
86:12,15
**deed** 114:14
115:20
**deemed** 113:19
**defective** 48:20
55:23 60:13
**defendant** 1:7 2:9
**defendant's** 89:9
89:13,17 90:8
92:20
**defined** 35:6 39:21
**definite** 91:10
106:9
**definitely** 41:23
109:16
**definition** 12:20
60:17
**defl** 72:12
**deflection** 69:10
72:12 73:8,9,11
74:7 98:22 99:4,5
99:6,11,14
**degree** 6:20,22 7:1
7:8,11,16,21 98:21
99:3,4,5
**degrees** 7:22
**delay** 32:2,9
**delays** 31:12 32:17
32:24 33:12 35:10
**delivered** 29:18
**delivery** 30:4
31:20 93:1
**department**
113:22

**depends** 19:13
**deposition** 1:9 3:9
  4:7,9,15 5:9,21,24
  6:9 17:11 18:15
  18:17,19 19:2,3
  20:1,5 22:22 23:1
  23:9,14 24:7,10,22
  25:5,6 34:10 63:5
  67:8 77:8,24
  89:11,12 100:20
  101:19,22 110:3
  111:13,18,19
  113:8,10 114:1,3
  115:1,3
**depth** 19:5,14,17
**described** 16:23
  29:5 37:3
**describing** 28:21
  34:17
**description** 36:9
**design** 14:9,10,18
  29:8 30:3 31:19
  38:20 49:19 51:24
  60:10 75:2
**designed** 29:17
**designer** 20:24
  21:5,5,13 22:1
  28:12,17 30:2
  53:2 62:20
**designer's** 29:9
**designers** 20:10,19
  20:19,21 28:17
**detailed** 39:13
  80:15
**details** 13:1 39:12
  82:14,17 98:23
  99:1 101:5,17
**determination**
  44:11,12
**determine** 61:23

**development** 10:4
  10:8,9,10 12:22,23
  13:2,2 15:24 16:9
  21:22
**different** 12:23
  29:7,7 30:10
  32:11 76:5 85:3
  105:3,14
**direct** 14:14 61:7
  63:6 68:22 100:16
  107:23
**directed** 32:23
  54:8 59:6 84:8,13
**direction** 111:16
**directly** 56:6
  112:1
**director** 101:8,12
  101:15
**disagree** 24:11
  64:10
**disagreement**
  23:22 36:14
**discipline** 6:21
**discovery** 94:9,20
  94:22 100:14
**discuss** 24:17
  52:22 101:2
**discussed** 19:2
  98:8,8,18
**discussion** 19:5
  53:3 64:2,8 95:22
**discussions** 100:9
**disrupt** 32:3
**disruption** 35:10
**disruptions** 31:12
  32:24 33:12
**distributed** 69:10
**district** 1:1,1,12
  4:12,13 15:20
  16:9 21:22

**docket** 4:13
**docs** 17:24
**document** 17:15
  17:16 18:4,7,10,14
  18:20,22 22:9,15
  22:18,23,24 25:4
  25:11,15 26:12,18
  26:21 30:19 35:15
  36:8 37:24 38:9
  39:1,12 40:3 41:2
  41:22 44:1 55:11
  59:24 60:15,23
  62:8,11,14,19,22
  62:23 63:4,24
  64:1,7,15 65:9,14
  65:19,20 66:5,8,11
  68:11,21 71:15,21
  71:24 77:17 80:1
  80:12,13 82:10
  89:3,12 90:5,7
  94:9,18,22 96:10
  96:11,17 101:12
  101:14 107:4
**documents** 5:19
  17:9 25:7 47:10
  47:12 49:5 59:4
  67:4 73:16 77:7
  89:3,4,5 91:20,23
  93:9 109:11,12
**doing** 54:16
**donald** 2:3 5:6
**draft** 53:4 105:2
**drafting** 53:7
  101:12
**drawing** 38:21
  64:11 65:3,5
  71:21 72:20,22
  73:4,5,13,23 75:2
  75:12 79:3 87:20
**drawings** 62:21
  63:21 64:4,12,16

  68:8,10 69:8
  70:21,22 73:16
  75:3 82:13,20
  83:23 84:5 87:4
  87:13 88:5,13
  97:2 103:11
  105:22,23,24
  106:2,15 108:23
**drift** 69:9
**due** 5:18 85:13
**duly** 5:13 6:4
  111:11
**duties** 10:3 12:14
  12:19
**dwg** 105:11

| e |
|---|

**e** 3:1,21 12:11
  16:14,17 19:8
  20:22 27:3 30:11
  40:14 88:24 89:8
  90:8,9,17 91:11,12
  91:16 92:21 93:3
  95:8 96:13,22
  97:4,7,8,21,21,22
  97:24 98:4,5,12,15
  98:19 101:4
  102:24
**earlier** 21:19 30:7
  36:21 37:8 45:10
  48:13 52:20 53:2
  53:15 55:22 65:13
  74:15 86:1 90:11
  90:17 95:17 97:10
**east** 9:13,15,16
  10:2 29:3
**eastman** 3:13
  62:11,12 65:6,13
  66:21 67:20 68:7
  69:19 75:6 103:17
  108:24

**economic**  15:24
16:9 21:21
**edification**  90:21
**education**  6:19
**effect**  88:22 89:6
**effects**  69:5
**efforts**  82:4
101:20
**eight**  55:14 56:1,1
**either**  94:4
**electronic**  18:1
**employ**  14:15
**employed**  9:7,19
**employee**  8:11
13:20 27:13
111:21,23
**ends**  65:9,18 68:20
71:14
**engineer**  43:15,21
45:21 46:5 47:6
75:23 76:1 79:3,4
108:17,18 109:1
**engineered**  29:17
**engineering**  7:11
7:17 8:24 16:7,20
21:1,16 31:13
38:20 60:11
**engineers**  109:9
**english**  5:14,15
**entered**  39:22
115:9
**enterprise**  17:6
**entire**  83:9,10,13
114:5 115:5
**entitled**  18:14 54:6
54:7 96:18
**entity**  16:12,13
22:2 108:23
**errata**  113:17
115:7,10,18 116:1

**essentially**  46:3
**event**  35:11
**everybody**  4:23
5:4 101:19
**evidence**  77:7
**exact**  92:6,23 93:6
**exactly**  19:22
**examination**  1:10
3:3,4,5 6:6 102:3
105:20 111:10
**examined**  6:4
**example**  14:17
**exclusion**  49:7
**execute**  58:9
**executed**  28:1,3,7
115:10
**execution**  114:14
115:19
**exhibit**  3:8,9,10,11
3:13,14,15,15,16
3:17,18,18,19,20
3:21,22,23 17:10
17:12 18:8 22:6
23:11,12 26:3,5,14
30:13 34:11 39:23
48:4 49:12 50:2,7
55:8 62:16 64:14
65:5,20 66:1
67:16 68:15 71:17
73:18,20 74:10,23
75:12,18 79:14,16
89:9,15,17,19,23
94:1 95:13 96:4,7
97:17 99:21 100:6
102:5,17 103:10
104:6 105:10
106:11 108:7
**exhibits**  3:7,24
5:22 17:21 25:5
**exist**  73:13

**expect**  63:20
**expecting**  88:4
**expense**  91:19,20
**expert**  3:23 99:23
100:13 101:7
**expertise**  70:9
74:18 79:4
**expiration**  114:19
115:25 116:25
**explain**  10:20 47:7
58:17,18
**explains**  39:3
**explanation**  57:13
58:3 62:5
**expressed**  54:20
84:1 89:1 90:17
**expressly**  113:12
**extension**  43:4
47:7
**extensions**  43:4,16
**extent**  23:2 35:2
78:17 91:15,22
93:14,15 94:18,19
**extra**  53:15
**extract**  6:10
**extraneous**  35:14

**f**

**f**  12:11 27:3
**f.j.**  3:11 22:10
**fabricate**  86:14
92:22
**fabricated**  14:22
14:23,24 82:1
108:15
**fabricating**  75:3
**fabrication**  28:23
30:4 31:19 60:11
74:24 75:11 76:11
76:19,19,24 81:11
93:1 108:21

**fabricator**  21:7
**facade**  105:2,14
**face**  65:12 67:16
**facing**  51:3
**fact**  84:9,17 85:7
85:17
**factory**  20:13
21:12,13 22:2
28:19
**facts**  70:6,21
**failed**  58:9,12 59:5
**failing**  49:4
**fails**  57:8
**failure**  59:15,19
60:5 69:5
**fair**  22:4 53:14,21
55:1 86:8 87:14
**fall**  64:12
**falls**  64:1,7
**familiar**  26:17
34:20 62:19,22
63:1 66:8 71:6
82:3 95:9
**familiarity**  44:8
44:24
**familiarize**  20:8
**far**  31:19 101:22
**fault**  51:21
**february**  1:15
3:20 4:2 65:17
95:11 99:23 112:5
113:4
**federal**  1:11
**fees**  61:9,16 62:1
**feng**  12:11 13:8
27:3
**fight**  100:18
**fighting**  100:19
**file**  25:23 26:4
65:15

**filed** 4:12
**files** 25:15 109:22
**fill** 13:17
**finance** 14:9,10
**financially** 4:20
**find** 49:24
**fine** 75:5 89:24
  107:21
**finished** 101:18
**firm** 8:24
**first** 6:3 8:15,17
  8:17,21 9:7,19
  22:17 25:4 27:8
  28:10 30:12,19
  37:18 39:1,7
  40:16,20 41:1,2
  48:10 50:16 62:10
  65:4,6,21 66:10
  67:17 72:11 79:19
  83:11 96:10,12
  97:21 102:14,17
  103:13,20 104:17
  106:11 107:4
**fit** 76:2
**fitzpatrick** 2:2 5:7
  95:10,17
**fitzpatrick's** 93:19
**five** 41:24 42:1,1,4
**fix** 32:12
**fixed** 10:24
**fixswibel.com** 2:9
**floor** 2:7
**flushing** 11:19
  13:13,18
**focus** 9:6 32:18
**folks** 98:23
**follow** 101:24
**following** 69:5
**follows** 5:16 6:5
  10:20 48:18

**foregoing** 111:13
  114:13 115:18
**form** 6:11 88:24
  103:4 105:5
**formal** 13:22 88:8
  95:8
**formally** 102:18
**forth** 54:24
**forward** 99:24
  109:12
**forwarded** 101:6
  103:6
**found** 50:1 61:4
  107:3
**foundation** 51:15
  62:3 70:5,22
  75:19 76:15 77:6
  78:10,16
**four** 48:23 101:20
  104:12 109:23
**fox** 2:6
**free** 91:6 97:2
  114:14 115:20
**front** 34:2 66:5
**fulfill** 31:17 36:10
  37:4 47:9 58:10
  58:12
**fulfilled** 36:15
**fulfilling** 27:14,19
**full** 77:23 105:12
**further** 3:5 23:16
  23:22 37:9 52:17
  62:5 105:20
  109:13

**g**

**g** 12:11 15:5 16:17
  20:22 21:23 27:3
  28:13,14 30:9
**gaskets** 85:13
**general** 25:9 26:19
  32:14 34:5 39:3

39:11 64:12 66:9
  68:24 69:3 73:23
  74:3 98:20
**generally** 29:22
**gentleman** 27:4
**getting** 24:21
  29:13 83:10 86:5
**ghw** 1:4
**gill** 2:7 3:4 5:18,23
  6:1 17:20,22 19:6
  20:14,17 22:24
  23:18,23 24:3,12
  24:16 27:17 29:22
  32:5 33:3,16
  34:23 35:15 36:23
  37:23 38:8 39:17
  41:9,12,14,21,24
  42:1 43:24 44:14
  45:22 46:14 47:17
  49:15 50:24 51:15
  52:15 55:18 56:16
  59:10,23 60:15
  62:2 63:4,23 64:9
  64:24 66:23 67:22
  70:1,5,20 73:15
  74:10 75:19 76:15
  77:6,11,13,16,22
  78:10,16,24 84:22
  85:10,22 86:9
  88:6 89:2,7,13,14
  89:16,18,20,23
  90:1 91:8,14,22
  93:7,14 94:17
  95:1,15,18 97:12
  99:21,24 100:12
  101:18,22,24
  102:4 103:9 105:9
  105:19 107:13,16
  107:20,24 109:3
  109:14,18 113:5

**gill's** 20:15
**give** 12:19 14:16
  14:17 16:5 44:18
  45:4 62:5 75:23
  79:3 89:11 91:10
  99:22 106:9
**given** 54:13 64:20
  64:20 92:24
  101:11 109:21
  111:17
**gives** 61:15
**giving** 58:2 77:18
**glass** 68:13,19
  69:3 75:17 105:4
  106:2,13,18,19,21
  106:21 108:6
**glaze** 69:3
**glazed** 104:13,21
**go** 4:8 10:22,23
  16:2 26:20 27:7
  32:5 33:17 35:6
  35:16 37:11,14,24
  38:9,24 41:20
  42:17,21 44:1,14
  45:6,14 47:17
  48:15,16,23 49:15
  50:24 51:15,19
  52:15 55:12,14
  57:17 59:10,24
  60:17,20,23,24
  62:3 66:23 68:20
  70:2,6,8,23 71:20
  71:22 73:18 74:13
  75:19 76:16 77:9
  78:18,21 79:24
  82:7 84:22 85:10
  85:22 86:9 88:6
  91:8 95:19 97:20
  98:3,5 100:21
  106:24 107:9
  109:5

goal 6:14
goes 96:11
goetz 2:2 5:6 93:19
  95:10,17
goetzfitz.com 2:5
going 8:2 17:8,9
  17:23 19:1 23:4
  23:21 24:23 32:16
  60:23 61:7 67:7
  68:22 69:6 72:5
  79:10 80:21 82:24
  84:2 88:3 97:6
  107:22
good 5:5,10 76:2
govern 76:18
government 17:3
  17:3
governs 76:11
  78:20
group 53:12
grzic 90:9,12
grzic's 89:7
guess 97:20
gymnasium 69:23
  70:18 73:11 74:8
  99:16

**h**

h 12:11 16:14,17
  20:22 27:3 28:14
  50:5 82:9
hand 18:7 98:9,10
  103:16 104:8
  112:4
happen 89:18,19
happy 6:14
hard 17:24
head 76:16
hear 27:23
hears 80:18
held 4:15 8:22
  95:22

hereto 111:24
hereunto 112:3
highest 6:18
highlighted 72:2
  72:11 80:2
hold 7:21 68:11
  83:6 101:24
holding 17:19
home 17:23
honored 100:21
hundred 73:22
hypothetical
  59:24 60:3

**i**

idea 53:13
identification
  17:13 22:7 26:15
  48:5 50:3 62:17
  66:2 68:16 71:18
  79:15,17 94:2
  95:14 96:8 97:18
  100:7
identified 15:10
  23:1 25:24 64:17
  84:20
identify 24:8 27:1
  78:13
illinois 1:14 2:8
  111:7 112:4
inaudible 28:2
include 74:17
  87:12 106:1
included 23:13
  69:8 74:4 105:24
  106:14
includes 106:12
including 43:16
  53:20 69:4
incomplete 59:23
incorporated
  37:18 42:19

115:12
incorrect 78:1
independent 69:12
  69:14 77:2,8 78:6
indicate 31:22
  88:3
indicated 12:13
  69:8 102:12
indicating 88:17
  90:13 91:5 96:24
indirectly 112:1
individual 20:23
  30:6
industry 16:7,20
  21:1,16
information 6:9
  6:10 20:9 47:20
  67:9 86:19 91:12
  103:7
informational
  52:7
initial 31:22 67:7
initially 30:9 53:5
  54:2
input 53:7,8
insists 50:11
inspection 48:19
  55:23
installation 31:13
  31:23 32:3 33:1
  33:13 49:6 60:12
installed 82:2
instance 14:18
  15:17 29:8
insurance 14:10
  14:10,19
interest 24:21
interested 4:21
  112:1
interfere 4:6 64:13

interference 4:4
internal 14:19
international 6:23
interpret 5:13
  80:18 88:2
interpretation
  34:17 44:19,22,23
  45:1,4 46:8 47:8
  58:3,21
interpreter 5:12
  6:5 7:13 9:2,4
  10:10 14:4 16:2,2
  16:11,14,17,19
  27:23 28:1,4
  30:16 55:20 80:17
  83:2,8 94:11
  106:4,17,19
interprets 83:8
intersection 69:22
intimately 26:17
involved 14:9
  46:20
issue 5:17 33:7,13
  77:9 98:21 99:3
issued 100:20
issues 32:8,11,13
  46:11 98:8,18
item 34:10 49:7
items 18:19 64:4

**j**

j 2:3
james 97:23
jay 37:21
job 29:19 32:3
judge 77:23
judgment 79:5,6
july 3:19 8:13,13
  12:2,8 90:22
  93:19
june 3:18 49:11,24
  50:6 82:8 84:20

85:20 87:1 102:6

**k**

**k**  28:4
**kind**  13:17 20:18
  40:17 91:16
  109:10
**know**  6:13 16:22
  17:2 19:19 21:18
  25:2,14,24 27:18
  33:23 34:7 39:12
  40:11 41:3 46:17
  48:20 58:18 61:19
  67:9,11 70:13
  75:9 76:14 77:12
  77:23 78:1,21
  81:15,20,21 84:12
  85:17 86:23 90:4
  90:18 92:10,12,14
  92:24 94:21 95:6
  96:4 98:24 104:16
  104:18,22,23
  105:13
**knowledge**  15:20
  19:14,17,22 23:5
  23:19 24:6,13,19
  26:4,19 63:8 78:7
  80:15 81:16 85:18
  86:18 94:10
  101:17
**knowledgeable**
  24:1
**kushner**  19:9

**l**

**l**  2:7 15:5 21:23
  28:13 30:9 90:9
**language**  5:14,14
  5:15 33:11 43:19
  51:10,14 53:10
  58:15,20

**large**  64:21
**lawsuit**  15:7 90:22
  90:23
**layperson**  44:23
  45:1 46:7
**lead**  29:6
**leader**  29:4
**leading**  72:9
**leads**  72:16,16,18
**leave**  13:15 91:14
**left**  27:2 37:12
  72:4,8,9,9 103:16
  104:8
**legal**  33:16 35:3,16
  43:24 44:19,21
  45:3 46:7 47:7
  62:2 113:1 116:1
**letter**  3:18,18,19
  3:20 19:8 35:1
  47:23 48:7,10,11
  49:11,23 50:7
  52:8,22,23,24 53:4
  53:7,9,16 54:23
  55:2,3,4,9 82:8
  84:20 85:21 87:1
  87:6,17,18,21 88:2
  88:10,10 93:19,20
  93:21 94:5 95:8
  95:11,16,17 101:9
  101:9,16 102:6,18
  102:24 113:18
**letters**  48:9,13
  102:16
**level**  6:18 99:8
**levin**  2:6
**liability**  58:11
**liable**  57:18
**liaison**  29:12,15
**liang**  28:13 30:10
**liaoning**  7:2,5 15:4
  15:21 16:10 21:23

**license**  111:8
  112:9
**licensed**  75:23
**limited**  43:16 69:8
**line**  30:17 42:21
  42:22 43:8,13
  45:6 56:6 57:17
  58:16 61:10,11,14
  72:17,18 96:16
  102:17 103:20
  105:11 115:7
  116:3
**lines**  43:5 48:24
  55:14 56:1,1 61:8
  104:12 107:10
**link**  22:19
**listed**  19:4 49:8
  63:5 107:12 115:7
  115:17
**listing**  115:7
**litigation**  25:17
  94:10 105:17
**little**  12:19 83:18
**live**  69:11
**llp**  2:2,6 5:7
**loads**  69:11
**local**  15:16 17:2
**locate**  89:5
**located**  7:3 9:20
  11:10,18 13:10
  15:3 21:17 37:21
  71:8
**location**  9:22
  15:18 20:20 70:14
  70:15,16 71:7,9
  72:18,23 99:10
  113:14
**long**  8:6,11 11:22
  12:4 30:8 41:24
  69:9 90:16 92:21
  96:18 97:5

**look**  17:10,16
  18:21 22:9 26:7
  30:12,13 37:16
  47:22 49:22 50:10
  62:9 65:2,11
  68:12 69:2 71:12
  79:8,19 93:18
  96:3 97:14 98:2
  98:14 102:5
**looking**  17:8 38:4
  49:9 81:3 96:12
  98:6 105:10
**lot**  36:8 90:15
**lower**  18:7 37:12

**m**

**m**  28:13 30:9
**ma**  28:13 30:9,10
**madam**  113:9
**madison**  2:7
**mail**  19:8 40:14
  88:24 89:8 90:8
  90:17 91:11,12,16
  92:21 93:3 95:8
  96:13,22 97:21,22
  97:24 98:4,5,12,15
  98:19 102:24
**mails**  3:21 97:4,7
  97:8,21
**main**  80:6 81:6,13
**making**  24:16
  29:16
**management**  10:5
  11:7,9 13:3 14:11
**manager**  8:1,6
  10:1 12:14,15,20
  13:6 27:13 29:2
  47:8
**mandarin**  5:14,15
**manner**  6:12
  29:19 32:2 86:7

**manufactured**
15:9,13,14 29:14
29:18
**marked** 17:13
22:7 26:7,15 48:5
50:3 62:17 66:2
68:16 71:18 75:7
79:15,17 94:2
95:14 96:8 97:18
100:7
**market** 10:4,10
12:22,23 13:2
**marketing** 13:1
**material** 14:24
15:16 28:23 52:1
60:11 84:5 85:1,8
86:2,14 88:14
90:14 91:18
**materials** 14:21,23
15:8,12,14 21:8
32:2,22 49:20
53:20 81:11 82:23
83:24 84:18 85:3
85:19 86:5,7 87:5
87:13,20 88:5,18
88:20 91:6 92:19
92:22 93:12,12
97:3
**matter** 4:10 5:8
23:9,14 25:21
52:23 54:2,4
107:18 109:10
113:11
**matters** 25:24
111:12
**maximum** 72:12
72:12
**mean** 27:18 31:5
43:19 44:10 46:6
57:7,10 63:18
92:17

**meaning** 44:19
**means** 44:7 45:17
47:3 52:13 56:22
57:6
**meant** 106:20
**media** 4:8 109:22
**meet** 20:6
**meeting** 29:10
**meetings** 20:14
**members** 28:6
**mention** 81:23
87:18 88:14
**mentioned** 51:24
53:1 87:22
**microphones** 4:3,6
**middle** 27:7,8 39:2
57:17 98:4 103:11
107:6
**midwest** 4:17
109:23 116:1
**mine** 60:3
**minghiua** 1:10 3:2
6:2 28:10 113:8
114:4,9 115:4,13
116:20
**minutes** 41:6
**mischaracterizes**
38:8 41:9 60:16
70:5,20 73:15
109:3
**missed** 7:14 10:8
**misspeak** 106:20
**misstatement**
77:19
**misstates** 59:24
76:15 109:4
**misstating** 77:17
**mistake** 60:5,8
**modification**
50:12

**moment** 9:6 59:19
**moments** 48:8
**monetary** 53:18
**money** 88:15
**morning** 5:5,10
73:21 100:1 101:6
101:10
**movement** 69:14
98:11 99:8,9,12,12
99:15
**movements** 69:7
69:12 77:2 78:6
80:5 81:6,13
**murphy** 5:11

**n**

**n** 3:1 9:4 12:11
15:5,5,8 16:14,17
16:17,19 20:22,22
21:9,23,23 27:3
28:13,14,14 30:9
30:11 45:20
**nails** 15:17
**name** 4:16 5:5
15:18 16:6,12,13
16:18 28:13,14,14
30:6,9,11,11 113:6
114:3,4,15 115:3,4
115:21
**names** 28:8
**national** 17:3
**naturally** 54:18
**nature** 74:3
**near** 11:19 14:7
**nearby** 15:16
**necessary** 83:12
**need** 20:8 23:15
64:19 91:12
101:16
**needed** 82:23
**needs** 16:2 31:16
68:1 82:14

**negotiated** 46:24
**negotiating** 40:22
46:21
**negotiation** 41:10
**negotiations** 41:8
47:1
**never** 22:20,23
84:18
**new** 1:1 2:4 9:14
10:22,23 11:15,23
12:2,4 13:2,3,11
13:12 29:3 37:21
38:7 67:24 82:14
82:17
**nine** 19:1,3 61:8
**ninth** 61:14
**no02** 65:15
**non** 102:19
**nonconforming**
59:14
**nos** 3:8
**notary** 113:24
114:10,18 115:15
115:23 116:23
**notation** 63:1
67:21
**note** 3:13 4:2
62:13 72:4 80:11
81:9,23
**noted** 65:16 72:5
75:8
**notice** 1:11 3:9
17:10 19:3 34:11
63:6 109:9
**notices** 5:4
**noticing** 5:3
**notification** 47:19
**notified** 101:15
**notify** 102:19
**november** 3:16
17:11 79:9,20

81:4
**number**  19:16
30:14,20,24 34:10
34:12 37:17 42:17
64:2 65:4,7,15
66:13,14 67:17
69:6 75:7 80:10
81:5 104:18,19
109:22 113:7
**numbers**  115:7
**ny**  2:4 37:20

**o**

**o**  15:5 21:23 28:14
**oath**  4:19
**object**  23:3 41:13
70:4 100:12
**objection**  19:6,7
22:24 23:8 27:17
32:5 33:16 34:23
34:24 35:1,15
36:23 37:23 38:8
41:9 43:24 44:14
45:22 46:14 47:17
49:15 50:24 51:15
52:15 56:16 59:10
59:23 60:15 62:2
63:4 66:23 67:22
70:1,20 73:15
74:10 75:19 76:15
77:6,14,23 78:10
78:16 84:22 85:10
85:22 86:9 88:6
91:8 103:4 105:5
107:13 109:3
**objections**  5:1
19:10
**objects**  35:2
**obligated**  68:5
**obligation**  31:17
33:6 35:4,10 36:9
36:10,15 37:3,4

47:10 58:10,12
**obligations**  24:8
27:15,19 33:6
34:12,18 35:19
**obtain**  6:24 7:10
7:16 67:9 91:12
**obtained**  7:7,21
15:15
**obviously**  23:4
**occurs**  58:11
**october**  22:12
26:10 62:13 81:24
**office**  9:20,21
10:14,16,17,20
11:1,5,7,16,18,20
11:24 12:1 13:10
13:13,18 53:6
93:22 100:1
113:13
**offices**  11:2,9,13
11:13
**official**  11:5
102:15 114:15
115:21
**oh**  75:3
**ohio**  113:2
**okay**  12:18 16:1
19:1 31:3 34:16
46:2 48:12 57:14
63:10 64:24 67:11
67:13 68:4 71:22
73:3 75:3 89:16
90:6 95:1,18
108:1
**omission**  5:19
**once**  13:20 74:22
75:6 82:20
**ongoing**  11:10
**opened**  11:21
**opinion**  46:7 54:2
58:22 59:1 62:6

70:10
**opinions**  70:13
**opportunity**  77:18
99:22
**opposed**  11:24
12:20 14:15 91:19
106:21
**order**  3:10 7:16
23:10 25:18,22
26:1,9 27:15 28:8
31:18 35:13,14
36:6,17 38:15
39:21 40:7,18,22
44:8,13,24 46:21
47:1,11 48:16
49:1,5 52:3,9
53:16,18 54:6,7,12
54:14,18 55:12
58:19 59:16 61:1
61:5,24 64:5,20,22
76:9 82:22 83:20
100:13 106:24
107:17 108:9
**ordering**  109:15
109:16,18
**ought**  69:13
**outcome**  4:21
112:1
**overall**  28:24 34:5
70:14
**overstated**  89:14
**owner**  39:18 43:15
43:21 44:11 45:20
46:5 47:5 84:14
**owners**  108:17
**ownership**  17:4
**owns**  16:22

**p**

**p.m.**  80:22 81:1
95:21 96:1 109:21
110:2

**package**  73:14
**page**  3:1,8 18:10
18:13 26:20,21
27:7,8 30:12,19
37:11,14 39:1,2
42:13,14,18 48:16
48:17,21 55:14
60:24 61:4,5
62:10 64:5,22
65:6,9,9,17,18,21
66:10 67:17 68:9
68:19,20,21 71:20
71:22,22,23 72:1
77:4 79:21 80:1,3
81:5 96:10,12,12
96:13 97:24,24
98:2,3,5,14 103:13
104:5,8 105:11
107:4,4 115:7
116:3
**pages**  68:8 73:22
**paid**  50:22 51:12
52:14 54:16 88:4
88:19 96:18
**paragraph**  27:9
30:14,17,20,23,24
32:21 37:3,7,16,17
39:1 42:17 43:1
45:9 48:18,18,23
50:10 52:7 53:9
55:1,13,14,20,23
60:24 61:8,12,13
61:14,19 64:21
68:23 77:4 87:9
88:2 107:5,10
**paren**  49:8
**parent**  9:1 15:19
15:23 16:6,22
17:4 22:3 27:5
**part**  7:10 17:5
25:5 29:8 35:13

39:7 47:11 73:4 73:13 74:5 76:8 94:9,19 104:18 106:1 108:8 115:9
**participated** 46:24 53:12 86:21,22
**particular** 9:12 54:22 64:16 80:16
**particularly** 64:2
**parties** 4:7 14:20 32:11,13 60:20 111:22,24
**parts** 39:6 85:12 85:13
**party** 4:20 14:16 32:8,9,18 86:6
**pay** 62:1
**paying** 53:18
**penn** 2:3
**people** 10:13 14:14,19 20:10,12 21:11 28:18 29:7 53:1
**perceive** 54:17
**perceived** 54:11 54:13
**percent** 40:23 78:1 88:23
**perfectly** 67:10,13
**perform** 49:4 82:22 84:19 85:9 85:20
**performance** 53:19 68:23 77:4 92:4,14
**performed** 31:24 59:8 84:7,13
**period** 90:16
**perkins** 3:13 62:10 62:11,12 65:6,13 66:21 67:20 68:6

69:18 75:6 103:16 108:24
**permanent** 11:13 11:16
**person** 20:6 22:1 29:20 30:2,10 44:7
**person's** 30:9
**personal** 23:5,19 23:24 24:5,13 45:4 58:3 63:8 70:10 85:18 86:18 111:15
**personally** 86:21 86:22 114:11 115:15
**personnel** 10:16 10:20 53:6 98:9 98:10
**perspective** 75:24
**pertaining** 43:9
**phil** 90:9
**phone** 90:18 113:3
**phones** 4:5
**physical** 26:21 42:12 68:21 71:6 77:3 80:1
**physically** 13:10
**pick** 4:3
**picked** 85:1
**picking** 57:17
**pinpoint** 35:20
**place** 4:5,7 111:20
**plaintiff** 1:4 2:5 4:10
**plaintiff's** 5:22 17:10,17 18:8 22:10 23:11,11 26:3,8 30:13 34:11 39:23 42:12 47:22 48:15 49:11

49:23 50:7 62:9 65:2,5,12 66:5 68:12,18 71:12 73:5,6,20 74:6,6 74:23 75:7,18 77:3 79:8,10,19 81:3 82:8 83:22 84:21 86:24 93:18 95:10 96:4 97:14 99:23 102:5 107:1 108:7
**plan** 49:1,12 56:9
**planner** 28:13,18 28:20,21,22 29:9 29:10 53:2
**plant** 15:1,3,10,14 20:11,12 21:12,12 22:2
**plaza** 2:3
**please** 4:2,5 5:1 7:13 16:16 19:11 21:20 23:6 27:2 30:17,22 33:15 34:3 36:7,23 37:14 43:6 48:21 49:24 61:20 62:10 63:12 65:3 76:12 78:24 79:22 96:4 97:15 106:4 107:1 113:13
**point** 25:1 33:10 33:14,24 35:22 36:5,10,16,20 47:15 58:14,23,24 59:13 69:21 92:7 94:23,23 99:9
**pointing** 65:22
**posed** 93:9
**position** 7:24 8:15 8:21 36:18 52:5 54:5 58:20,22

64:22
**positions** 28:9
**possibly** 90:18
**preamble** 67:7
**precondition** 33:7
**preconditions** 35:19 36:4
**prefer** 113:15
**preparation** 20:5 101:14
**prepare** 24:18 48:24 49:12 53:4 81:20
**prepared** 77:1 78:14 81:12 82:16
**preparing** 81:16 101:8
**present** 4:22 7:24 13:21 74:12
**presented** 44:23 76:6
**presently** 5:8 14:21
**president** 13:8 27:6
**president's** 13:9
**presuming** 17:21
**pretty** 30:8
**prevent** 23:4 33:12
**previous** 66:15,19 67:18 68:1 111:9
**previously** 5:23 36:18
**primarily** 9:14 27:14,18 29:3 30:3
**primary** 12:16 29:15,20 34:21 39:9

**prime** 23:12 38:5
  38:16 39:9,15,18
  39:20 40:6,21
  41:6 43:9,10,23
**print** 17:23
**prior** 18:17 58:6
  76:16,23 81:10
  91:3 96:22 100:10
**private** 4:4 17:6
**privy** 98:7
**problem** 6:17
  21:21 32:12 35:11
  60:4
**procedural** 5:17
**procedure** 1:12
  114:5 115:5
**proceeding** 5:1
**proceedings**
  111:17
**process** 88:12
  94:20 108:21
**procure** 85:3
**procurement**
  28:23
**produce** 91:23
  93:16 97:12
  101:16
**produced** 23:24
  34:8,23 44:7 89:4
  91:21 93:13,15
  94:8,18,19,20,21
  94:21,22,24
**product** 29:14,17
  31:13 32:1,3 33:2
  33:13 38:21
**production** 34:21
  75:9 89:3 97:9,10
  113:22
**professional** 75:23
  75:24 76:1

**project** 10:5,21,21
  10:22 11:6,9 13:3
  13:3,4 14:9,11,18
  15:7,8 20:9 21:9
  25:16,20 28:24
  29:1,7,11,22,23
  30:8 31:14,23
  32:7 34:6 38:7,17
  38:18 39:5 47:10
  47:12 51:22,22
  52:1 60:14 80:16
  99:18 105:15
  108:18 109:1
**projects** 11:10
  14:22
**promptly** 48:24
  56:5,10,14,23
**properly** 29:14,17
  29:18,18
**property** 15:13
**propriety** 69:19
**provide** 32:1,22
  37:9 49:19 69:3
  83:23 84:15 85:8
  85:19 88:14,18
  91:5,18 92:6 97:1
**provided** 13:22
  14:1,13 15:9 21:8
  22:19 30:7 41:18
  50:12 51:7,11,11
  52:12 53:17 54:16
  82:23 84:18 87:3
  87:11
**providing** 19:9
  53:20 93:11
**province** 7:5 15:2
  15:4,21 16:10
**public** 17:7 114:10
  114:18 115:15,23
  116:23

**publicly** 16:24
**purchase** 3:10
  23:10 25:18,21
  26:1,9 27:15 28:8
  31:18 35:13,14
  36:6,17 37:13
  38:15 39:21 40:7
  40:18,22 42:13
  44:8,13,24 46:21
  47:1,11 48:16
  49:5 55:12 58:19
  59:16 61:1,4,24
  64:5,20,22 76:9
  85:15 86:1,15
  106:24 107:17
  108:9
**purchased** 113:16
**purpose** 6:8,10,11
**purposes** 5:24
  34:21 52:7
**pursuant** 1:10,11
  19:2 100:12
**put** 32:16 64:14
  74:24 75:8 100:19
**putting** 52:11

**q**

**queens** 11:19
**question** 7:14
  18:24 19:19 21:19
  23:17,18,20 24:13
  25:2,3 27:21 31:1
  36:16 39:6 40:2,3
  40:5 41:14 46:16
  50:18,20 51:5,5
  52:20 56:18,21
  59:12,18 60:3
  63:12 67:6,14
  70:2,3 72:6,7 74:2
  75:4 76:5,5,12,13
  76:18,20 78:3,7,23
  83:9,11,14,17 87:8

  87:15,17 90:20
  91:13 92:9,9 93:9
  97:8 100:17,24
  101:2,11
**questioned** 102:9
**questions** 5:13
  6:11,13,15 18:23
  20:2 23:2,4 24:4,4
  24:18,20,22 31:2
  35:3 63:7 64:11
  64:13 67:10,13
  74:12 102:1,2
**quote** 34:12 35:4,5
  53:10 61:15

**r**

**r** 90:9
**randolph** 9:24
**read** 18:18,22
  30:22 31:1 43:1,3
  43:5,9 45:10 46:3
  57:14 61:18 63:13
  83:2,4,9,11,12,15
  94:13 106:5,6
  114:5,6,12 115:5,6
  115:17
**reading** 113:11,18
**reads** 45:15 69:2
**really** 45:3 74:18
  106:20 107:15
**reason** 100:18
  115:8 116:3
**reasonable** 55:16
**reasons** 85:4 86:4
**recall** 9:23 10:19
  11:21 92:23 93:21
  94:4 95:7 102:12
**receipt** 113:18
**receive** 47:19 75:1
  75:22 90:1,6
**received** 18:20
  25:12 26:6 39:12

41:1,2 48:11
74:23 75:6,11
86:19 102:16
109:10,11
**receives** 53:18
**receiving** 93:21
**recess** 42:7 80:23
**recognize** 64:15
**recollection** 40:9
40:13,15 41:17
95:12
**record** 4:1,8,24
5:24 23:7,14 42:5
42:9 63:13,23
64:6,15,19 65:4,10
80:22,24 83:4,15
85:6 89:17 91:15
94:13 95:19,20,23
95:24 96:11
100:19 106:6
108:18 109:1,20
111:16 115:9
**recorded** 4:9
**red** 72:9,10
**reduced** 111:15
**refer** 39:8 86:24
89:22
**reference** 37:18
42:19 53:9 78:4
89:10,11 103:23
104:2,3 113:7
114:2 115:2
**referenced** 23:11
40:7 77:3 78:9,13
85:20 106:3 108:7
108:16 113:10
114:11 115:15
**referencing** 38:5
99:5
**referred** 48:7,13

**referring** 8:3
10:16 19:22 25:7
25:11 26:5 35:21
36:5 41:4 45:15
55:8 57:23 66:18
66:21 67:20 78:11
90:7 95:3 104:1
106:18
**refers** 37:19 56:14
58:5 65:14 81:5
87:4,9 99:7
104:16,22 105:8
105:13 106:17
**refused** 84:24
**refusing** 55:4,7
**regarding** 20:2
24:5 33:12 35:4
36:19 53:15 60:19
64:14 73:17 83:21
90:19 93:10,11
101:14
**reiterate** 93:8
**reject** 49:3
**rejected** 47:15
49:6,10,14 59:5
102:19 103:7
**rejecting** 46:11
55:9 87:17 103:1
103:2,3
**rejection** 3:18
47:16 48:7,12
59:14 102:12
**related** 4:19 7:12
7:17 53:19 59:8
**relation** 21:4
**relative** 80:5,11
81:6,12 99:12,12
99:15 111:21,23
**relevant** 50:14
51:9 78:17 87:10
87:12

**relying** 36:21 37:7
**remedial** 31:24
32:23 50:15,22
51:9 52:10 53:19
54:8 59:8,22 82:5
82:12,15,21,22
83:1,21 84:4,7,13
84:19 85:9,20
87:10,12,19 88:4
88:18 90:14 92:2
92:5,11,13,15,18
93:12 97:1
**remediate** 59:5
**remedy** 32:10
**remember** 8:14
**remotely** 4:23
**removal** 60:12
**rep** 12:17,21
**repeat** 7:14
**rephrase** 6:14
83:6,18 106:10
**replace** 49:2,13
56:5,10,14,23 57:8
57:23 58:5
**replacement** 60:13
**report** 3:23 12:10
13:6 99:23 100:10
100:11,20 101:3,4
**reported** 111:14
**reporter** 1:13 4:18
5:3 16:16 63:14
83:5,9,16 94:14
106:7 111:3,7
114:7
**reports** 100:13
**representation**
24:16
**representative** 8:9
8:16,18,22 9:10
12:9 23:3,20 24:1
24:6,14,14,20 34:9

63:9 76:7
**request** 19:7 82:5
93:7,8 95:16 97:6
115:9,11
**requested** 39:15
40:3,6,9,11,14,16
40:21,24 41:8,18
**requesting** 32:22
**required** 41:17
82:12,16 84:18
85:8,19 113:24
**requirement**
50:22 60:16
**requirements** 49:4
68:23 77:4 109:4
**reserve** 109:14
**reserved** 110:1
**reserving** 102:1
**respect** 15:6 25:24
26:20 29:4 31:22
32:21,22 33:1
34:16 38:17 50:21
54:22 60:12 63:24
64:3,3 67:8 68:4
82:5 83:1 92:19
95:16 105:22
**respectfully** 64:10
**respond** 54:10
68:1,5
**responded** 49:17
81:23 87:21 88:11
94:5,5 95:7
**response** 50:6 55:3
67:3 79:2 94:8
95:3,4,5,5
**responsibilities**
10:3 12:15,19
60:19
**responsibility**
12:16 29:21 32:12
32:24 36:9 58:11

59:9,20 60:6,9
**responsible** 9:12
  10:2 27:14,18
  29:3,10 30:3
  59:21 60:10 61:24
  62:20
**rest** 19:20
**resubmit** 63:3,21
**result** 22:21 44:13
  54:8
**retained** 109:23
**returned** 113:17
**review** 13:16
  31:13 89:4 103:17
  109:8 113:13
  114:1 115:1
**reviewed** 82:22
**revise** 63:2,21
**revised** 75:1,11
  103:11
**rfi** 3:15,16 79:9,11
  79:20 81:4
**right** 11:3,21
  12:24 13:14 18:3
  18:7 25:9 33:18
  36:14 42:3,22
  45:10 55:15 56:2
  56:24 71:2 72:17
  91:10 92:23 95:8
  109:8,18
**robin** 5:11
**role** 28:20
**roles** 29:8
**roof** 80:6 81:6,13
  83:24
**room** 4:22
**rules** 1:11 114:5
  115:5
**ruling** 46:11,12
**rulings** 43:14,20
  43:22 45:18 46:4

47:4
**ryan** 4:16

**s**

**s** 16:14,17 20:22
  28:4 71:21,21
  90:9 115:8,8
  116:3
**safe** 97:11 108:14
**sake** 100:18
**sales** 8:1,6 12:14
  12:15,20 13:6
  27:12 29:2 47:8
**sample** 38:21
**satisfy** 29:1
**saturday** 97:22
**saw** 22:17 25:4
  33:5 101:10
**saying** 15:23 22:1
  23:16 51:11 78:1
  84:14
**says** 17:17 18:8
  31:10 33:11 37:13
  42:18,22 43:2,9,13
  44:9 45:7,13,16
  48:19 50:1 51:6
  51:6 55:15,23
  56:7,9,13,21 57:11
  57:14,18 63:2
  65:15 66:14,19
  67:18 69:7 72:4
  72:11 80:4,4,11
  96:17 103:16,21
  104:9,9,12,21
  105:11
**schedule** 18:14,18
  63:5 100:21
**scheduling** 100:13
**sciame** 3:11,15,16
  15:8 21:9 22:11
  23:13 24:9 37:20
  38:6,16 39:18,19

39:23 40:8 41:7
  43:11,20 45:19
  46:11 50:11 54:8
  69:20 71:13 79:9
  79:11,20 84:8,14
  102:19 103:2,7
**sciame's** 47:16
  102:12
**scope** 31:19 39:3
  46:17 64:1,3,4,8
  64:12,21,23 76:8
  105:12 107:14
  108:8,10,11
**screen** 17:16,19
**seal** 114:15 115:21
**second** 26:21
  30:14,17 37:16
  66:14 67:17 68:21
  77:3 80:10 107:1
**section** 68:13,18
  68:22 69:2 75:16
  76:7,10,10 78:9
  103:21,24 106:3
  107:19,20 108:5,5
  108:7,11
**see** 17:18 18:8,15
  26:22 27:10 30:15
  30:20 34:14 37:15
  37:22 38:2,11,12
  42:4,19,23 43:17
  44:4,17 45:8,12,21
  45:24 48:3,22
  49:8,9 50:15,16
  55:17 56:2,6,11,18
  56:19 57:2,19
  61:9 65:21 66:16
  68:14,24 69:16,17
  71:16,23 72:5,13
  80:8,9,20 81:8,9
  87:2 96:20 98:13
  98:15 102:17,21

103:13,15,20,23
  104:4,12,21 107:7
  107:12 108:3
**seeing** 22:20
**seen** 22:23 25:12
  26:6 62:23 80:13
  80:14
**send** 5:21 89:21,23
  96:23
**sending** 5:19
  96:22
**sense** 54:4
**sensitive** 4:3
**sent** 5:22 19:8 25:5
  30:10 52:24 87:17
  96:13
**sentence** 31:15,21
  37:19 38:11,12
  43:2 44:4,6,10,18
  45:7,16 46:3,13,18
  50:16 52:18 53:22
  55:15 56:4 57:1,6
  57:7,11,12,15,16
  57:18 58:2,4,6,16
  58:17,19,21,23,24
  62:6 96:16
**sentences** 44:18
**serial** 104:18,19
**service** 13:5,5
**set** 5:22 54:24
  112:4
**shaded** 66:10
**share** 12:24 51:2
**shared** 53:11,23
  54:3 84:11
**sheet** 65:12 67:16
  115:7,10,18 116:1
**shenyang** 7:5 8:24
  15:1,2,21 16:8,10
  16:14,24 20:22
  21:15,22

**shipping** 90:14 91:6,19 93:12
**shop** 38:21 64:4,11 64:12,15 65:3,5 73:4,5,13 82:12,20 83:23 87:4,13 88:5,13 97:2 103:11 105:23,24 106:2 108:23
**shops** 105:11
**shortening** 69:9
**shorthand** 1:13 111:3,7
**shortly** 90:2
**show** 70:21 73:17 79:10
**shows** 106:14
**signature** 27:1 53:5 101:23 102:1 109:14,24 112:8 113:13
**signatures** 26:22 26:23
**signed** 25:8 108:19 114:13 115:18
**signing** 44:13 113:11,18
**similar** 12:16 65:13
**simple** 78:3
**simply** 32:18 76:5 94:23
**sincerely** 113:20
**sir** 42:15 43:19 47:12 48:21 53:8 62:19 65:19 81:8 82:10 113:9
**site** 11:6,9 29:19 32:4 93:2
**situation** 32:10 51:3 59:3

**sixth** 42:21,22 45:6 58:16
**skip** 69:6
**sohmer** 4:17
**solutions** 113:1 116:1
**sorry** 6:9 14:10 43:1 70:1 94:11
**sounds** 41:21 64:9
**southern** 1:1 4:13
**space** 91:15
**spans** 69:11
**speak** 73:23
**speaking** 99:18
**speaks** 35:15 44:1 60:15
**spec** 75:18 76:7 78:14 107:19,20 108:5,5,11
**specific** 19:13,19 34:6 35:20 36:17 64:11 68:2,4,10 74:2 99:9
**specifically** 33:24 36:5 65:22 67:19 73:16
**specification** 76:10,10 78:4,17 78:20 103:21,24 104:13 107:12
**specifications** 75:16 78:9 107:11 107:11
**specified** 49:7 111:20
**specs** 75:22 76:18 104:1,20
**spell** 16:15
**spelled** 34:10 64:5 64:21 76:8

**spoke** 17:22 21:11 21:14 22:1,2
**stamp** 37:12 106:13
**stamped** 22:13 26:11
**start** 17:8 18:24 75:2 83:7 108:20
**started** 8:16,19 75:10 92:11
**state** 1:14 4:23 5:1 111:7 114:10 115:15
**stated** 34:4,24
**statement** 35:9,12 53:21 55:1 58:15 66:22 86:8 87:14 114:13,14 115:19 115:19
**states** 1:1,12 4:12 9:17 10:2 11:2,13 14:23 34:12 35:2 37:24 38:9 60:20 102:18
**stating** 53:16 55:10 87:7
**stationed** 12:2,4 13:11,12
**status** 92:4,14,16 92:17
**stenographically** 111:14
**steven** 90:9
**stop** 77:12 80:19
**story** 69:9
**street** 2:7 16:8 21:21 37:21
**stretched** 30:8
**strike** 71:11 75:13 78:20 80:11 83:17 84:16 92:2

**structural** 38:20 68:13,19 70:21,22 72:20 75:17 79:3 79:4 80:4 102:20 105:2,3 106:2,19 106:20 108:6
**structure** 69:13 70:14
**structures** 69:7
**studied** 106:11
**subcontract** 24:5 24:8,17,18 37:19
**subcontracting** 38:19 39:4
**subcontractor** 22:12 31:4,11 43:14 45:18 46:4 47:5 49:1,3 56:10 56:24 57:19
**subject** 5:8 15:7 15:12 19:6,11,13 19:16,17 23:9,13 24:9 25:17,21 34:24 52:23
**subjects** 19:20 20:3
**submit** 67:2
**submittal** 62:12 65:3,7,7,15 66:15 66:19 67:18 68:1 73:4,5,24 74:16,20 75:6 81:24 103:17 106:1
**submittals** 38:21 73:8
**submitted** 19:8 67:3 73:3 74:5 80:7 81:7,21
**subscribed** 114:10 115:14 116:21

suggest  83:12
suitable  76:2
suite  2:3 113:2
summons  90:23
superior  113:1
supplied  85:12
  88:12
supplier  21:5,7
suppliers  15:17
  85:2
supply  84:4 85:1
  86:2
supplying  86:6
support  36:18
supported  69:3
supporting  69:7
  69:13
supports  58:15,20
suppose  96:17
supposed  100:13
sure  17:7 29:16
  39:13 40:23 48:10
  65:19,22 75:10
  81:17,18,22 83:13
  88:23,24 90:16
  91:11 92:16 93:6
  97:4 102:14,15
  104:17 106:12
  108:22
swear  5:3
swibel  2:6
sworn  5:13 6:4
  111:11 114:10,13
  115:14,18 116:21
system  38:20
systems  69:4

**t**

t  28:4,14
tag  18:7
take  7:11,17 17:9
  18:21 22:9 26:7

41:21,23 47:22
49:22 62:9 65:2
68:12 71:12 79:8
93:18 96:3 97:14
taken  1:10,12 4:9
  69:13 92:21
  111:19 113:10
takes  79:4
talk  9:15 70:22
  99:4
talking  9:16 11:3
  25:18,20 39:17,20
  41:5 42:11 55:7
  55:22 56:4 57:15
  61:13 99:14,18
  105:16
talks  37:17 48:19
  78:5 87:10 107:10
tan  1:10 3:2 4:9
  5:10 6:2,8,18 8:4
  9:7 13:16 14:4,21
  17:8,15,22 18:6,17
  22:15 25:1,21
  26:18 27:21 28:10
  29:2 30:12 32:16
  33:10,23 34:8,23
  35:8 36:4,16
  37:11 38:14,24
  39:14 42:11,17
  44:22 45:6 46:10
  46:20 47:14 49:22
  50:11 51:6 52:5
  52:22 53:14 54:5
  54:22 59:2,18
  61:2,7,22 62:10
  63:6 65:11 67:6
  70:12 71:5 74:22
  75:4,13 76:4 78:3
  78:23 80:12,16
  81:3 82:3 83:8,20
  84:6,12,17 85:6

86:17,24 87:8
88:1 89:21 90:1,4
90:8,20 91:15
92:1 93:10,20
95:4,9 96:3 97:7
97:14,20 98:2
99:22 100:4,9,16
100:22 101:19,19
105:22 106:17
107:2,14 108:3,22
109:22 113:8
114:4,9 115:4,13
116:20
tan's  109:17
task  28:4,7
team  27:22,24
  28:1,3,6,15,21
  29:4,4
technical  98:8,18
  98:23,23 99:1
  101:7,8,12,15
technology  15:20
  16:9 21:22
tell  12:18 19:14,21
  28:8,8 66:18
  67:11,13,19 68:6
  72:22 73:6,12
  74:4,16 75:5,5,13
  76:23 77:15 81:10
  105:24
telling  34:18 54:14
  77:16,17
tells  103:1
ten  41:24 42:2
term  35:5 57:2,5
  69:9
terms  33:20 37:13
  39:3 42:13 47:1
  73:23
territory  9:12

testified  5:16 6:4
  36:18 102:10
testify  74:22
  111:11
testimony  22:22
  25:3 36:22 41:10
  47:2,6 53:15
  72:24 76:16 86:17
  88:1 89:8 102:13
  109:4,17,21
  111:17 114:6,7
  115:6,9,12
thank  10:11 76:22
  89:16 101:20
thereof  34:13
  57:19,23 58:5
thing  72:11
things  38:22
think  8:8 18:24
  25:2 40:23 77:20
  81:19 83:7,8 97:6
  97:9 101:7
third  14:16,20
  18:13 32:17 37:2
  37:7 42:12 43:8
  66:14 71:20,23
  72:1 79:24 86:5
  104:5 105:10
thirty  113:17
thought  70:1
three  18:10
tier  28:16
time  5:2,20 16:3
  22:17 25:4 29:1
  40:20 41:1,2 43:4
  43:4,16 47:15
  51:3 55:16 81:24
  86:12,13 90:16
  92:7,23 93:6
  96:18 97:5 111:20

**timeline** 28:24,24
    29:10 31:19 85:13
    93:1,3,11
**timely** 29:19 32:2
    86:7
**title** 8:8 42:14
**today** 11:12 18:17
    19:2 20:1,5 22:22
    23:24 25:6 26:8
    34:8,22 44:24
    67:8 76:6 80:13
    101:21
**today's** 5:24 6:8,9
    23:9,14 109:21
**tomorrow** 5:21
**top** 37:13 42:14
    61:8,11 65:14
    73:11 103:16
**topic** 19:21 23:1
    24:7 44:8 63:5
    64:2 100:14,15
**topics** 18:14,18
    19:1,4,10 34:9
    41:22 64:1,2,8,16
**total** 109:22
**totally** 76:4
**touch** 20:10
**touches** 14:8
**traded** 16:24 17:5
**trail** 98:19
**training** 13:22,23
    14:1,2,7,13,16
**transcribed** 114:7
**transcript** 13:15
    13:16 101:23
    109:17 111:14
    113:10,15 114:5
    114:12 115:5,11
    115:17
**transmittal** 3:15
    3:16 71:13 79:9

    79:11,20
**transmitted** 22:21
**trick** 6:11
**true** 111:16
**truth** 111:11
**try** 83:11
**trying** 52:6 58:17
    58:18 67:8
**turn** 4:5 18:13
    103:10 104:5
**turns** 42:1
**twist** 69:9
**two** 39:6 66:13
    69:12,15 72:1
    77:2,8 78:6,10,13
    80:3,4
**type** 13:21 14:1,2
    106:23
**types** 105:14
**typewriting**
    111:15

---

**u**

**u** 9:4 12:11 15:8
    16:19 21:9 27:3
    30:11,11 45:20
    50:5 82:9
**understand** 6:12
    6:15 8:4 15:22
    19:24 21:24 31:4
    31:7,21 32:4 33:2
    33:5 39:7,10
    43:22 46:2 51:10
    52:5 57:6,10,22
    58:5 67:12,14,14
    67:15 69:18,24
    71:2,5 74:18,19
    87:9 108:22
**understanding**
    17:24 23:6 31:14
    31:16 32:20 33:20
    34:1,5,13 36:13

    38:14,22 46:10
    47:3,9,14 51:14,18
    52:9 53:24 57:1,4
    58:7 61:22 66:9
    66:22 67:2,24
    68:9 71:11 86:11
    98:17,20 99:2
    105:1,7
**understood** 43:10
    87:15
**uniformly** 69:10
**unit** 4:8
**united** 1:1,12 4:12
    9:16 10:2 11:2,13
    14:23
**unitized** 105:8
**university** 6:24
    7:2,3
**unnumbered**
    48:18
**upper** 104:8
**usa** 1:6 4:11 8:3,12
    8:18,20,22 9:1,8
    12:12 15:23 16:7
    21:3,4,8 22:3 24:2
    27:6,9 38:15 39:2
    107:6 113:6 114:3
    115:3
**use** 8:2
**usually** 74:16 75:1
    75:22

---

**v**

**v** 1:5 49:2 90:9
    113:6 114:3 115:3
**vague** 27:17
**valid** 23:8
**various** 19:10 20:3
**vendor** 31:7,10
    42:22 43:2 45:7
    45:13,15,17 48:24
    55:16 56:5,10,13

    56:22,22 57:16,18
    60:17
**vendor's** 49:2 56:5
    56:9,11,15,23
    57:24 58:6
**vendors** 14:16
**verbal** 101:13
**verbiage** 36:20
    61:15
**veritext** 4:16,17
    5:19 109:23 113:1
    113:7 116:1
**versus** 4:11 99:16
**vetting** 13:3
**video** 4:8,16 80:19
**videographer** 4:1
    4:17 42:5,8 80:21
    80:24 95:20,24
    109:20
**videotaped** 1:9
**virtual** 1:9 20:7

---

**w**

**w** 2:7 49:3 101:4
**waived** 113:12,19
**waiving** 101:23
**wall** 38:18,19
    68:13,19 69:3,11
    70:16,19 71:8
    72:19,23 73:2
    74:24 75:8,17
    76:12,24 82:1
    99:7,8,11,19,19
    104:14,22 105:2,4
    105:7,8,14 106:2
    106:13,18,19,21
    106:22,23 108:6
    108:16
**want** 15:22 18:6
    18:13,22 23:14,23
    24:3 30:24 32:18
    41:12,24 50:18,20

55:6 58:9,24
61:18 64:6,14,19
65:19 70:21 71:22
74:11 81:15,19
83:13 87:11 89:20
89:23 100:19
108:22
**wanted** 52:13
58:23 106:23
**way** 57:3,5 72:6
92:8
**wcc** 3:14,14,15,15
3:17,21,22 22:13
22:13 26:11,11
42:14 55:18 65:9
65:10,17,18 66:11
68:20 71:14,14,22
79:21,21 96:11
97:24 103:13
104:6
**wd** 105:13
**wei** 100:10 101:4
**went** 17:7
**west** 9:24
**whereof** 112:3
**whispering** 4:3
**whitestone** 1:3
3:10,12 4:10 5:7
15:9 20:2 21:8
22:11 23:10,12
24:9 25:8,9,16,19
25:22 26:9 27:15
27:16 29:13,16
31:5,12 32:19,21
35:3 37:20 38:6
38:15,16 39:4,8,11
39:16,19,22 40:8
40:16,19,22 41:7
41:18 43:11,20
45:19 46:22 47:2
47:15,20 49:10,13

49:17,18 50:14
51:8,23 52:10
53:17 54:1,3,5,6
54:11,15,17,20,24
55:4,9 57:9 59:5,6
59:8 63:19,22
69:21 74:23 82:23
83:21,23 84:2,2,3
84:11,12,18,19
85:1,2,8,14,19
86:1,4,7,11,22
87:17 88:17,19
90:13,16,19 91:2,5
91:7,17,22 92:8,10
92:17,24 93:13,15
96:24 98:19,24
102:6,11,11,16,24
103:1,1,2,6 104:9
106:10 108:19,20
108:24 109:10,11
109:12 113:6
114:3 115:3
**whitestone's** 33:1
47:23 50:6 62:1
82:4 84:7 87:6,21
87:23 88:10 91:20
92:4,14 98:10
106:13
**willing** 49:18,19
50:13 51:8,19,23
53:17 84:15
**willingness** 54:21
54:23 84:1 89:1
**withdraw** 72:5,7
82:5
**withdrawn** 29:14
**withstanding** 69:4
**witness** 3:1 5:4 6:3
14:6 16:4 18:2
19:12 30:1 32:6
33:4,19 35:18

37:1 38:1,10 40:1
41:13,16 44:3,16
45:23 46:15 47:18
49:16 51:1,17
52:16 55:11,12
56:17 59:11 60:2
60:18 62:4 63:11
63:15 67:1,23
70:7 71:1 73:19
74:14 75:21 76:17
77:12,21 78:19
79:1 84:23 85:11
85:23 86:10 88:7
91:9 94:15 100:23
103:5 105:6 106:8
109:4,7 111:10,10
112:3 113:8 114:1
114:4,11 115:1,4
115:15
**witnesses** 77:24
**word** 8:2 10:7,8
14:5 31:4 68:24
**wording** 34:6
35:20 58:23 87:23
**words** 37:6 43:3
**work** 11:23 20:21
20:23 28:18 29:9
31:11,14,18,24
32:9,23 37:20
39:4 46:11 47:16
47:16 48:20 49:2
49:10,14,18 50:15
50:22 51:9,20
52:10 53:15,19
54:8,14,21 55:5,7
55:9,23 56:6,11,15
56:23 57:8,24
58:6 59:6,8 60:13
60:13,14,17 64:3
64:13 69:20 76:8
82:5,12,15,21,22

83:1,22 84:4,7,13
84:19 85:9,20
86:13 87:10,12,18
87:19 88:4,19
90:14 92:2,5,11,13
92:15,18 93:13
97:1 103:3,8
108:8,10,11
**worked** 21:14 22:3
59:3 64:10
**workers** 28:16
**working** 8:19,24
11:24 40:18
**works** 20:24
**worst** 69:13 78:5
**writing** 40:12
90:20 102:18
**written** 45:2 46:9
52:8,19 53:22
57:2,5,12 58:2,4
62:6 88:16,21
90:11 91:1,3,17
93:10 96:23
101:13
**wrong** 90:22
**wrote** 101:7
**wsp** 72:4
**wt** 69:21 70:15,18
71:3,7 72:19 82:1
98:11 99:7,8,10,10
102:20 105:12,17
106:14,23 108:10
**wtc** 72:23 73:2
75:9,17 76:11,19
76:24 78:17,20

| x |
| --- |

**x** 3:1
**xu** 5:11

**[y - zoom]** Page 22

| y |
| --- |
| **y**  9:4 15:8 16:17 |
| 16:19 20:22 21:9 |
| 30:11,11 45:20 |
| **yeah**  13:19 48:10 |
| 49:9 74:17 82:14 |
| 98:6 104:4 |
| **year**  7:7,21 11:12 |
| 13:23 |
| **yellow**  72:2,8 80:2 |
| **yesterday**  17:22 |
| **york**  1:1 2:4 9:14 |
| 10:23,23 11:15,23 |
| 12:2,5 13:11,12 |
| 29:3 |
| **yuanda**  1:6 3:10 |
| 4:11 7:24 8:2,3,7 |
| 8:12,15,18,20,22 |
| 8:24 9:1,3,3,7,11 |
| 10:1,14 11:2,12 |
| 12:10,12,15 13:7,8 |
| 13:21,22,23 14:8,8 |
| 14:14,15,15,22 |
| 15:9,19,23 16:6,7 |
| 16:12,19,24 20:24 |
| 21:3,4,8,15 22:3 |
| 23:3,10,20 24:2,7 |
| 24:15,21 25:15,16 |
| 25:19,22,23 26:4,9 |
| 27:5,6,9,13,13 |
| 28:7,9 29:12,13,15 |
| 29:16,21 31:8,16 |
| 31:23 32:1,1,12,19 |
| 32:22,23 33:5,8,11 |
| 33:14 35:2,9,11 |
| 38:15,19 39:2,4,14 |
| 40:6,16,20,21 41:2 |
| 41:7 43:20 44:7 |
| 44:12 46:3,12,21 |
| 47:4,9,19,23,24 |
| 49:12,18,23 50:12 |

50:13,22 51:6,7,7
51:11 52:6,9,11
53:16,17 54:7,11
54:13,15,17,18,23
57:8,9 58:9,12
59:3,5,9,20,21
60:9 61:23,24
63:9 68:5 73:4,7
73:13 74:5,6,22,24
75:6,8 76:8,19
77:1 78:8,14
81:11,11 82:4,8,17
82:24,24 83:22
84:1,3,4,15,17,24
85:7,18 86:2,6,14
86:20 87:3,10,21
88:3,17,18 89:5
90:13 91:2,4,18,23
92:21 94:6,19
96:17,24 98:9,19
103:1,7 107:6
108:15 113:6
114:3 115:3
**yuanda's**  13:17
16:22 27:14 29:17
34:12,17,24 35:4
37:3 46:11 47:15
47:16 49:10,13
50:6,21 51:13,21
55:9 59:15 60:4,6
64:3 69:19 84:20
85:20 98:9 102:20
103:3 108:8,11

| z |
| --- |
| **z**  12:11 27:3 50:5 |
| 82:9 |
| **zhu**  12:11 13:8 |
| 27:3 50:5,20 51:6 |
| 51:11 52:8,23 |
| 54:14 82:9 94:4 |
| 95:5 |

**zhu's**   51:14 53:5
87:1 88:2
**zoom**   1:9 4:16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.