# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHITESTONE CONSTRUCTION CORP.,<br><br>*Plaintiff*,<br><br>v.<br><br>YUANDA USA CORPORATION,<br><br>*Defendant*. | 1:20-cv-01006-GHW<br><br><br>**NOTICE OF WHITESTONE'S<br>FED. R. CIV. P. 56 CROSS-MOTION<br><u>FOR SUMMARY JUDGMENT</u>** |

**PLEASE TAKE NOTICE** that pursuant to the Court's July 9, 2021 minute order (ECF No. 127, "Scheduling Order"), plaintiff Whitestone Construction Corp. ("Whitestone") hereby submits its cross-motion, pursuant to Fed. R. Civ. P. 56, for summary judgment on its breach of contract cause of action against defendant Yuanda USA Corporation ("Yuanda").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Scheduling Order, Yuanda's response to the motion, if any, shall be filed no later than August 13, 2021; and Whitestone's reply, if any, shall be filed no later than August 27, 2021.

Dated: New York, New York
       July 23, 2021

                                             Goetz Fitzpatrick LLP
                                             *Attorneys for Plaintiff*
                                             *Whitestone Construction Corp.*

                      By:     <u>/s/Gary M. Kushner</u>
                                             Donald J. Carbone
                                             Gary M. Kushner
                                             Scott D. Simon
                                             One Penn Plaza, 31st Floor
                                             New York, New York 10119
                                             (212) 695-8100