# EXHIBIT "K"

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 82489.27817 Whitestone Construction, Corp.** | | | | | | | | |
| 82489.27817 | 06/19/2020 | 6 | A | 430 | | 13.39 | Federal Express - C. Rodriguez | ARCH |
| 82489.27817 | 07/10/2020 | 6 | A | 30 | | 14.50 | On line research - PACER - Q22020 | ARCH |
| 82489.27817 | 09/30/2020 | 6 | A | 493 | | 691.87 | WESTLAW (legal research) - September 2020 | ARCH |
| 82489.27817 | 09/30/2020 | 6 | A | 30 | | 14.10 | On line research - PACER 2020Q3 | ARCH |
| 82489.27817 | 10/27/2020 | 7 | A | 150 | | 3.99 | Court Cost - Docketbird [Download documents from Southern District] - G. Kushner | ARCH |
| 82489.27817 | 10/31/2020 | 6 | A | 493 | | 407.21 | WESTLAW (legal research) - October 2020 | ARCH |
| 82489.27817 | 11/30/2020 | 6 | A | 493 | | 598.22 | WESTLAW (legal research) - November 2020 | ARCH |
| 82489.27817 | 12/28/2020 | 52 | A | 145 | | 160.20 | Job date 12/21/2020 - W/O218055 - Southern District Reporters PC INV # 0530216-IN dated 12/28/20 for case # 20CV01006 | ARCH |
| 82489.27817 | 12/31/2020 | 6 | A | 99 | | 46.00 | Pacer 2020 Q 4 | ARCH |
| 82489.27817 | 12/31/2020 | 6 | A | 493 | | 268.25 | WESTLAW (legal research) - December 2020 | ARCH |
| 82489.27817 | 01/08/2021 | 7 | A | 430 | | 38.71 | Federal Express - G. Kushner | ARCH |
| 82489.27817 | 01/08/2021 | 6 | A | 433 | | 95.00 | Gotham Process Service, Inc. - W/T 1176982 Subpoena to testify at a deposition in a civil action | ARCH |
| 82489.27817 | 01/25/2021 | 6 | A | 433 | | 55.00 | Gotham Process Service, Inc. - W/T 1178358 Summons & Verified Complaint & Notice of electronic filing | ARCH |
| 82489.27817 | 01/31/2021 | 6 | A | 493 | | 448.02 | WESTLAW (legal research) - January 2021 | ARCH |
| 82489.27817 | 02/03/2021 | 6 | A | 430 | | 94.42 | Federal Express - D. Carbone | ARCH |
| 82489.27817 | 02/11/2021 | 44 | A | 430 | | 15.75 | Federal Express - C. Rodriguez | ARCH |
| 82489.27817 | 02/28/2021 | 6 | A | 493 | | 700.64 | WESTLAW (legal research) - February 2021 | ARCH |
| 82489.27817 | 03/31/2021 | 6 | A | 30 | | 83.20 | On line research - PACER 2021Q1 | ARCH |
| 82489.27817 | 04/07/2021 | 44 | A | 430 | | 92.66 | Federal Express - C. Rodriguez | ARCH |
| 82489.27817 | 04/07/2021 | 44 | A | 430 | | 210.76 | Federal Express - C. Rodriguez | ARCH |
| 82489.27817 | 04/22/2021 | 44 | A | 99 | | 1,777.00 | Miscellaneous - Veritext Revised Invoice No. 4966325 [Mindy No Deposition] - C. Rodriguez | ARCH |
| 82489.27817 | 06/01/2021 | 44 | A | 483 | | 127.68 | Transcripts SOUTHERN DISTRICT REPORTERS PC INV 0533260-IN W/O # 221041 Case # 20CV01006 Job Date 05/06/2021 - C. Rodriguez | ARCH |
| 82489.27817 | 06/18/2021 | 6 | A | 483 | | 1,955.00 | Veritext Legal Solutions INV 5083684 dated 06/18/21 Job 4439884 Job Date 2/4/21 - Video Services | ARCH |
| 82489.27817 | 06/18/2021 | 6 | A | 483 | | 825.00 | Veritext Legal Solutions INV 5083682 dated 06/18/21 Job 4439884 Job Date 2/4/21 - Translation and Interpretation | ARCH |
| 82489.27817 | 06/30/2021 | 6 | A | 493 | | 173.35 | WESTLAW (legal research) - June 2021 | ARCH |
| 82489.27817 | 07/02/2021 | 7 | A | 430 | | 49.38 | Federal Express - G. Kushner | ARCH |
| **Total for Client ID 82489.27817** | | | | | Billable | 8,959.30 | Whitestone Construction, Corp. Yuanda | |

**GRAND TOTALS**

Billable   8,959.30