# EXHIBIT "P"

## Perkins Eastman

ARCHITECTURE
CONSULTING
INTERIOR DESIGN
PLANNING
PROGRAMMING

## SUBMITTAL REVIEW COMMENT

| Spec. Section | 08 44 13 | File No. | 020 |
|---|---|---|---|
| Project No. | 32130.00 | Subm. No. | 02 |

### Perkins Eastman

| Corrections or comments made on the shop drawings during this review do not relieve contractor from compliance with requirements of the drawings and specifications. This check is only for review of general conformance with the design concept of the project and general compliance with the information given in the contract documents. The contractor is responsible for: confirming and correlating all quantities and dimensions; selecting fabrication processes and techniques of construction; coordinating the work with that of all other trades; and performing the work in a safe and satisfactory manner. | no exceptions taken | ☐ |
| | make corrections noted | ☑ |
| | revise and resubmit | ☐ |
| | rejected | ☐ |
| | no action taken | ☐ |

| by | L.G. | date | 02/23/2015 |
|---|---|---|---|

1- SEE ENCLOSED COMMENTS FROM ALT AND PE.
2- THE SPLICE SEAL AND CORNER MULLION CALCS AND CORNER CONDITION MUST BE ADDRESSED.
2- PREVIOUS SUBMITTAL COMMENTS MUST BE ADDRESSED.
3- CM TO COORDINATE WITH ALL APPROVED DECKING, APPROVED SLAB EDGE, T.O.S. ELEVATIONS, GRADE ELEVATIONS AND APPROVED FRAMING PLANS; TYP.
4- COORDINATE WITH APPROVED ADJACENT WALL ASSEMBLIES AND TRANSITIONS; TYP.
5- PROVIDE ACTUAL PROJECT CONDITION DETAILS AT THE VARIOUS WALL TRANSITIONS. MATERIAL SPECS AND TRANSTION DETAILS MUST BE PROVIDED FOR ELEMENTS BY WCC.
6- REFER TO COMMENTS ON STRUCTURAL CALCULATIONS, INLCUDING PROVIDING STRUCTURAL CALCULATIONS FOR THE WCC ELEMENTS INCLUDING HORIZONTAL TUBE AND ANCHORAGE LOCATIONS.
7- Products shall comply with the guidelines for LEED certification as outlined in the specifications. All applicable product submittals to include all required documentation requirement of LEED certification including but not limited to: recycled and/or local content, material cost, and/or VOC content.
8. SPECIFY FILLER METAL FOR ALL STAINLESS STEEL WELDS.
9. VERIFY FILLER METAL FOR WELDS MEETS FILLER METAL ASSUMED IN CALCS.

NORTH AMERICA
ARLINGTON, VA
BOSTON, MA
CHARLOTTE, NC
CHICAGO, IL
NEW YORK, NY
OAKLAND, CA
PITTSBURGH, PA
STAMFORD, CT
TORONTO, ON

SOUTH AMERICA
GUAYAQUIL, ECU

ASIA
MUMBAI, IND
SHANGHAI, PRC

MIDDLE EAST
DUBAI, UAE

PERKINS EASTMAN ARCHITECTS, PC
115 FIFTH AVENUE
NEW YORK, NY 10003
T. 212.353.7200
F. 212.353.7676

WWW.PERKINSEASTMAN.COM

DEFENDANT'S EXHIBIT 26



# ALT LIMITED

Correspondence: 8/F Marajo Tower, 312 26th Street, West corner of 4th Avenue, Bonifacio Global City, 1634, Taguig City, Philippines
Tel. No. (632) 659-0381  Fax No. (632) 659-7249

22 February 2015

Ms. Mindy No
Perkins Eastman
115 Fifth Avenue
New York, NY 10003

**Reference:**   P09.00.517   No. P150222-1

**Subject:**   2nd Review – Yunda WT1, WT3, & WT8
SUBMITTAL: Drawings 084413-020-02, Calcs 084413-020.001-02

Ms. No,

Attached is the review for the drawings and calculations referenced above.

There are only two items of major significance:
1. Splice seal. I think they need to fix the non-moving portions of the reinforcing extrusion so that the joint that is intended to move will, in fact, be the joint that moves.
2. I cannot tell if the corner mullion calcs are correct. I would expect to see the mullions rotated 45 degrees in the computer runs to model the principle axis of the mullions, but this is not there.

There are other minor comments, but these should not require resubmission.

Sincerely yours,

Steve Strebel

CC   File                       - ALT
     Ms. Lara Guerra             - PE

Suite 2203-2204 Tai Yip Building, 141 Thomson Road, Wanchai, Hong Kong
Tel: (852) 2838-8512           Fax: (852) 2824-9009
Email: altltd@cladding.com    Website: www.cladding.com

CONFIDENTIAL                                                                                         YUANDA0000358



**WHITESTONE CONSTRUCTION CORP**
Project/Contract #: New Academic Bldg.
NY-CUCF-01-08-CURT
Date: 2/03/14   Rev#:001
Spec: 084413-186 - GLAZED ALUMINUM CURTAIN WALLS
Dwg: Shops [WT-1,3,6,8] Full Scope

Reviewed
F. J. Sciame Construction
02/09/2015
084413-020-02 (Alum Curtain)

Submit from glass manufacturer:
1. Review of details and acceptance
2. Thermal stress review and statement of acceptance.

Submit from sealant manufacturer:
1. Detail review
2. Compatibility review for all components in contact with sealant.
3. Adhesion testing for all components requiring sealant adhesion.
4. Stress statement for structural silicones.

Submit extrusions showing:
1. Full scale die drawings
2. Dimensions

Add to the schedule of fasteners:
1. Structural properties
2. Finish or treatment
3. Manufacturer
4. Country of Origin

Submit product / material samples:
1. Backer rods
2. Fasteners
3. Bond breakers
4. Embedments
5. Extrusions
6. Finishes (showing color range)
7. Fire stop
8. Gaskets
9. Glass (each type)
10. Hardware
11. Insulation
12. Isolators
13. Sealants
14. Setting Blocks
15. Shims
16. Smoke seal
17. Spacers
18. Tapes
19. Any other significant material

Some items are noted by Yunda as already sent. Please list the item requested, transmittal number with sample, and transmittal number with documentation in a table.

Submit from the insulation, fire safing, and smoke seal manufacturer:
1. Product datasheets with full information including:
  - U-value
  - Compression at installation requirements
  - Orientation of fiber direction instructions
  - thicknesses required for fire rating
  - Smoke seal overlap requirements
  - Smoke seal wet and dry minimum thicknesses
2. Fire rating certifications with hour rating.
3. Certification test documents.

NOTE: This is a review of a partial submission. No structural calculations, drawings of anchors, material specifications were submitted for the "by WCC" elements. Examples include the steel tubes that support WT3 and screws and closures at the perimeter of the Yunda walls.

Drawings also to be reviewed by BMU, fire, LEED and other consultants/authorities.

Comments on one sheet are applicable to similar conditions on other sheets.

Subsequent reviews may find additional items.

Architect to review aesthetic, finishes, modulation, and geometry.

# CITY TECH ACADEMIC BUILDING

285 JAY STEET BROOKLYN, NY11201

JAN 30th, 2015
FIRST RESUBMISSION

## CURTAIN WALL SHOP DRAWINGS

**CNYD**

SHENYANG YUANDA ALUMINIUM INDUSTRY ENGINEERING CO., LTD

NO. 20,13TH STREET, ECONOMIC & TECHNOLOGICAL DEVELOPMENT Zone, SHENYANG, CHINA
TEL : +86 24 2527 3075       EMAIL: ET@YUANDACN.COM
FAX: +86 24 2527 3592       HTTP: // WWW.YUANDA.COM.CN

WT1, 3, & 8, ALT 2nd Review 2015-02-09
Submittal 084413-020-02

CONFIDENTIAL

YUANDA0000359

## LIST OF DRAWING

| NO. | DRAWING TITLE | DRAWING NO. | SIZE | REV. | PAGE |
|---|---|---|---|---|---|
| 01 | DRAWING LIST | DL01 | A1 | 0 | 1 |
| 02 | DRAWING LIST | DL02 | A1 | 0 | 1 |
| 03 | DESIGN SPECIFICATION | DS01 | A1 | 0 | 1 |
| 04 | DESIGN SPECIFICATION | DS02 | A1 | 0 | 1 |
| 05 | MATERIAL LIST | L01 | A1 | 0 | 1 |
| 06 | MATERIAL LIST | L02 | A1 | 0 | 1 |
| 07 | MATERIAL LIST | L03 | A1 | 0 | 1 |
| 08 | MATERIAL LIST | L04 | A1 | 0 | 1 |
| 09 | MATERIAL LIST | L05 | A1 | 0 | 1 |
| 10 | MATERIAL LIST | L06 | A1 | 0 | 1 |
| 11 | MATERIAL LIST | L07 | A1 | 0 | 1 |
| 12 | MATERIAL LIST | L08 | A1 | 0 | 1 |
| 13 | MATERIAL LIST | L09 | A1 | 0 | 1 |
| 14 | MATERIAL LIST | L10 | A1 | 0 | 1 |
| 15 | MATERIAL LIST | L11 | A1 | 0 | 1 |
| 16 | MATERIAL LIST | L12 | A1 | 0 | 1 |
| 17 | WEST ELEVATION | E01 | A1 | 0 | 1 |
| 18 | EAST ELEVATION | E02 | A1 | 0 | 1 |
| 19 | NORTH ELEVATION | E03 | A1 | 0 | 1 |
| 20 | SOUTH ELEVATION | E04 | A1 | 0 | 1 |
| 21 | 1ST FLOOR PLAN | P01 | A1 | 0 | 1 |
| 22 | 2ND FLOOR PLAN | P02 | A1 | 0 | 1 |
| 23 | 3TH FLOOR PLAN | P03 | A1 | 0 | 1 |
| 24 | 4TH FLOOR PLAN | P04 | A1 | 0 | 1 |
| 25 | 5TH FLOOR PLAN | P05 | A1 | 0 | 1 |
| 26 | 6TH FLOOR PLAN | P06 | A1 | 0 | 1 |
| 27 | 7TH FLOOR PLAN | P07 | A1 | 0 | 1 |
| 28 | 8TH FLOOR PLAN | P08 | A1 | 0 | 1 |
| 29 | PARTIAL ELEVATION | Y01 | A1 | 0 | 1 |
| 30 | PARTIAL ELEVATION | Y02 | A1 | 0 | 1 |
| 31 | PARTIAL ELEVATION | Y03 | A1 | 0 | 1 |
| 32 | PARTIAL ELEVATION | Y04 | A1 | 0 | 1 |
| 33 | PARTIAL ELEVATION | Y05 | A1 | 0 | 1 |
| 34 | PARTIAL ELEVATION | Y06 | A1 | 0 | 1 |
| 35 | PARTIAL ELEVATION | Y07 | A1 | 0 | 1 |
| 36 | PARTIAL ELEVATION | Y08 | A1 | 0 | 1 |
| 37 | PARTIAL ELEVATION | Y09 | A1 | 0 | 1 |
| 38 | PARTIAL ELEVATION | Y10 | A1 | 0 | 1 |
| 39 | PARTIAL ELEVATION | Y11 | A1 | 0 | 1 |
| 40 | PARTIAL ELEVATION | Y12 | A1 | 0 | 1 |
| 41 | PARTIAL ELEVATION | Y13 | A1 | 0 | 1 |
| 42 | PARTIAL ELEVATION | Y14 | A1 | 0 | 1 |
| 43 | PARTIAL ELEVATION | Y15 | A1 | 0 | 1 |
| 44 | PARTIAL ELEVATION | Y16 | A1 | 0 | 1 |
| 45 | PARTIAL ELEVATION | Y17 | A1 | 0 | 1 |
| 46 | PARTIAL ELEVATION | Y18 | A1 | 0 | 1 |
| 47 | PARTIAL ELEVATION | Y19 | A1 | 0 | 1 |
| 48 | PARTIAL ELEVATION | Y20 | A1 | 0 | 1 |
| 49 | PARTIAL ELEVATION | Y21 | A1 | 0 | 1 |
| 50 | PARTIAL ELEVATION | Y22 | A1 | 0 | 1 |
| 51 | PARTIAL ELEVATION | Y23 | A1 | 0 | 1 |
| 52 | PARTIAL ELEVATION | Y24 | A1 | 0 | 1 |
| 53 | PARTIAL ELEVATION | Y25 | A1 | 0 | 1 |
| 54 | PARTIAL ELEVATION | Y26 | A1 | 0 | 1 |
| 55 | PARTIAL ELEVATION | Y27 | A1 | 0 | 1 |
| 56 | PARTIAL ELEVATION | Y28 | A1 | 0 | 1 |
| 57 | PARTIAL ELEVATION | Y29 | A1 | 0 | 1 |
| 58 | PARTIAL ELEVATION | Y30 | A1 | 0 | 1 |
| 59 | PARTIAL ELEVATION | Y31 | A1 | 0 | 1 |
| 60 | PARTIAL ELEVATION | Y32 | A1 | 0 | 1 |
| 61 | PARTIAL ELEVATION | Y33 | A1 | 0 | 1 |
| 62 | PARTIAL ELEVATION | Y34 | A1 | 0 | 1 |
| 63 | PARTIAL ELEVATION | Y35 | A1 | 0 | 1 |
| 64 | PARTIAL ELEVATION | Y36 | A1 | 0 | 1 |
| 65 | PARTIAL ELEVATION | Y37 | A1 | 0 | 1 |
| 66 | PARTIAL ELEVATION | Y38 | A1 | 0 | 1 |
| 67 | PARTIAL ELEVATION | Y39 | A1 | 0 | 1 |
| 68 | PARTIAL ELEVATION | Y40 | A1 | 0 | 1 |
| 69 | PARTIAL ELEVATION | Y41 | A1 | 0 | 1 |
| 70 | PARTIAL ELEVATION | Y42 | A1 | 0 | 1 |
| 71 | PARTIAL ELEVATION | Y43 | A1 | 0 | 1 |
| 72 | PARTIAL ELEVATION | Y44 | A1 | 0 | 1 |
| 73 | PARTIAL ELEVATION | Y45 | A1 | 0 | 1 |
| 74 | PARTIAL ELEVATION | Y46 | A1 | 0 | 1 |
| 75 | PARTIAL ELEVATION | Y47 | A1 | 0 | 1 |
| 76 | PARTIAL ELEVATION | Y48 | A1 | 0 | 1 |
| 77 | PARTIAL ELEVATION | Y49 | A1 | 0 | 1 |
| 78 | PARTIAL ELEVATION | Y50 | A1 | 0 | 1 |
| 79 | PARTIAL ELEVATION | Y51 | A1 | 0 | 1 |
| 80 | PARTIAL ELEVATION | Y52 | A1 | 0 | 1 |
| 81 | PARTIAL ELEVATION | Y53 | A1 | 0 | 1 |
| 82 | PARTIAL ELEVATION | Y54 | A1 | 0 | 1 |
| 83 | PARTIAL ELEVATION | Y55 | A1 | 0 | 1 |
| 84 | PARTIAL ELEVATION | Y56 | A1 | 0 | 1 |
| 85 | PARTIAL ELEVATION | Y59 | A1 | 0 | 1 |
| 86 | PARTIAL ELEVATION | Y60 | A1 | 0 | 1 |
| 87 | DETAIL OF WALL TYPE 1 | D101 | A1 | 0 | 1 |
| 88 | DETAIL OF WALL TYPE 1 | D102 | A1 | 0 | 1 |
| 89 | DETAIL OF WALL TYPE 1 | D103 | A1 | 0 | 1 |
| 90 | DETAIL OF WALL TYPE 1 | D104 | A1 | 0 | 1 |
| 91 | DETAIL OF WALL TYPE 1 | D105 | A1 | 0 | 1 |
| 92 | DETAIL OF WALL TYPE 1 | D106 | A1 | 0 | 1 |
| 93 | DETAIL OF WALL TYPE 1 | D107 | A1 | 0 | 1 |
| 94 | DETAIL OF WALL TYPE 1 | D108 | A1 | 0 | 1 |
| 95 | DETAIL OF WALL TYPE 1 | D109 | A1 | 0 | 1 |
| 96 | DETAIL OF WALL TYPE 1 | D110 | A1 | 0 | 1 |
| 97 | DETAIL OF WALL TYPE 1 | D111 | A1 | 0 | 1 |
| 98 | DETAIL OF WALL TYPE 1 | D112 | A1 | 0 | 1 |
| 99 | DETAIL OF WALL TYPE 1 | D113 | A1 | 0 | 1 |
| 100 | DETAIL OF WALL TYPE 1 | D114 | A1 | 0 | 1 |
| 101 | DETAIL OF WALL TYPE 1 | D115 | A1 | 0 | 1 |
| 102 | DETAIL OF WALL TYPE 1 | D116 | A1 | 0 | 1 |
| 103 | DETAIL OF WALL TYPE 1 | D117 | A1 | 0 | 1 |
| 104 | DETAIL OF WALL TYPE 1 | D118 | A1 | 0 | 1 |
| 105 | DETAIL OF WALL TYPE 1 | D119 | A1 | 0 | 1 |
| 106 | DETAIL OF WALL TYPE 1 | D120 | A1 | 0 | 1 |
| 107 | DETAIL OF WALL TYPE 1 | D121 | A1 | 0 | 1 |
| 108 | DETAIL OF WALL TYPE 1 | D122 | A1 | 0 | 1 |
| 109 | DETAIL OF WALL TYPE 1 | D123 | A1 | 0 | 1 |
| 110 | DETAIL OF WALL TYPE 1 | D124 | A1 | 0 | 1 |
| 111 | DETAIL OF WALL TYPE 1 | D125 | A1 | 0 | 1 |
| 112 | DETAIL OF WALL TYPE 1 | D126 | A1 | 0 | 1 |
| 113 | DETAIL OF WALL TYPE 1 | D127 | A1 | 0 | 1 |
| 114 | DETAIL OF WALL TYPE 1 | D128 | A1 | 0 | 1 |
| 115 | DETAIL OF WALL TYPE 1 | D129 | A1 | 0 | 1 |
| 116 | DETAIL OF WALL TYPE 1 | D130 | A1 | 0 | 1 |
| 117 | DETAIL OF WALL TYPE 1 | D131 | A1 | 0 | 1 |
| 118 | DETAIL OF WALL TYPE 1 | D132 | A1 | 0 | 1 |
| 119 | DETAIL OF WALL TYPE 1 | D133 | A1 | 0 | 1 |
| 120 | DETAIL OF WALL TYPE 1 | D134 | A1 | 0 | 1 |
| 121 | DETAIL OF WALL TYPE 1 | D135 | A1 | 0 | 1 |
| 122 | DETAIL OF WALL TYPE 1 | D136 | A1 | 0 | 1 |
| 123 | DETAIL OF WALL TYPE 1 | D137 | A1 | 0 | 1 |
| 124 | DETAIL OF WALL TYPE 1 | D138 | A1 | 0 | 1 |
| 125 | DETAIL OF WALL TYPE 1 | D139 | A1 | 0 | 1 |
| 126 | DETAIL OF WALL TYPE 1 | D140 | A1 | 0 | 1 |
| 127 | DETAIL OF WALL TYPE 1 | D141 | A1 | 0 | 1 |
| 128 | DETAIL OF WALL TYPE 1 | D142 | A1 | 0 | 1 |
| 129 | DETAIL OF WALL TYPE 1 | D143 | A1 | 0 | 1 |
| 130 | DETAIL OF WALL TYPE 1 | D144 | A1 | 0 | 1 |
| 131 | DETAIL OF WALL TYPE 1 | D145 | A1 | 0 | 1 |
| 132 | DETAIL OF WALL TYPE 1 | D146 | A1 | 0 | 1 |
| 133 | DETAIL OF WALL TYPE 1 | D147 | A1 | 0 | 1 |
| 134 | DETAIL OF WALL TYPE 1 | D148 | A1 | 0 | 1 |
| 135 | DETAIL OF WALL TYPE 1 | D149 | A1 | 0 | 1 |
| 136 | DETAIL OF WALL TYPE 1 | D150 | A1 | 0 | 1 |
| 137 | DETAIL OF WALL TYPE 1 | D151 | A1 | 0 | 1 |
| 138 | DETAIL OF WALL TYPE 1 | D152 | A1 | 0 | 1 |
| 139 | DETAIL OF WALL TYPE 1 | D153 | A1 | 0 | 1 |
| 140 | DETAIL OF WALL TYPE 1 | D154 | A1 | 0 | 1 |
| 141 | DETAIL OF WALL TYPE 1 | D155 | A1 | 0 | 1 |
| 142 | DETAIL OF WALL TYPE 1 | D156 | A1 | 0 | 1 |
| 143 | DETAIL OF WALL TYPE 1 | D157 | A1 | 0 | 1 |
| 144 | DETAIL OF WALL TYPE 1 | D158 | A1 | 0 | 1 |
| 145 | DETAIL OF WALL TYPE 1 | D159 | A1 | 0 | 1 |
| 146 | DETAIL OF WALL TYPE 1 | D201 | A1 | 0 | 1 |
| 147 | DETAIL OF WALL TYPE 1 | D202 | A1 | 0 | 1 |
| 148 | DETAIL OF WALL TYPE 1 | D203 | A1 | 0 | 1 |
| 149 | DETAIL OF WALL TYPE 1 | D204 | A1 | 0 | 1 |
| 150 | DETAIL OF WALL TYPE 1 | D205 | A1 | 0 | 1 |
| 151 | DETAIL OF WALL TYPE 1 | D206 | A1 | 0 | 1 |
| 152 | DETAIL OF WALL TYPE 1 | D207 | A1 | 0 | 1 |
| 153 | DETAIL OF WALL TYPE 1 | D208 | A1 | 0 | 1 |
| 154 | DETAIL OF WALL TYPE 1 | D209 | A1 | 0 | 1 |
| 155 | DETAIL OF WALL TYPE 1 | D210 | A1 | 0 | 1 |
| 156 | DETAIL OF WALL TYPE 1 | D211 | A1 | 0 | 1 |
| 157 | DETAIL OF WALL TYPE 1 | D212 | A1 | 0 | 1 |
| 158 | DETAIL OF WALL TYPE 1 | D213 | A1 | 0 | 1 |
| 159 | DETAIL OF WALL TYPE 1 | D214 | A1 | 0 | 1 |
| 160 | DETAIL OF WALL TYPE 1 | D215 | A1 | 0 | 1 |
| 161 | DETAIL OF WALL TYPE 1 | D216 | A1 | 0 | 1 |
| 162 | DETAIL OF WALL TYPE 1 | D217 | A1 | 0 | 1 |
| 163 | DETAIL OF WALL TYPE 1 | D218 | A1 | 0 | 1 |
| 164 | DETAIL OF WALL TYPE 1 | D219 | A1 | 0 | 1 |
| 165 | DETAIL OF WALL TYPE 1 | D220 | A1 | 0 | 1 |
| 166 | DETAIL OF WALL TYPE 1 | D221 | A1 | 0 | 1 |
| 167 | DETAIL OF WALL TYPE 1 | D222 | A1 | 0 | 1 |
| 168 | DETAIL OF WALL TYPE 1 | D223 | A1 | 0 | 1 |
| 169 | DETAIL OF WALL TYPE 1 | D224 | A1 | 0 | 1 |
| 170 | DETAIL OF WALL TYPE 1 | D225 | A1 | 0 | 1 |
| 171 | DETAIL OF WALL TYPE 1 | D226 | A1 | 0 | 1 |
| 172 | DETAIL OF WALL TYPE 1 | D227 | A1 | 0 | 1 |
| 173 | DETAIL OF WALL TYPE 1 | D228 | A1 | 0 | 1 |
| 174 | DETAIL OF WALL TYPE 1 | D229 | A1 | 0 | 1 |
| 175 | DETAIL OF WALL TYPE 1 | D230 | A1 | 0 | 1 |
| 176 | DETAIL OF WALL TYPE 1 | D231 | A1 | 0 | 1 |
| 177 | DETAIL OF WALL TYPE 1 | D232 | A1 | 0 | 1 |
| 178 | DETAIL OF WALL TYPE 1 | D233 | A1 | 0 | 1 |
| 179 | DETAIL OF WALL TYPE 1 | D234 | A1 | 0 | 1 |
| 180 | DETAIL OF WALL TYPE 1 | D235 | A1 | 0 | 1 |
| 181 | DETAIL OF WALL TYPE 1 | D236 | A1 | 0 | 1 |
| 182 | DETAIL OF WALL TYPE 1 | D237 | A1 | 0 | 1 |
| 183 | DETAIL OF WALL TYPE 1 | D238 | A1 | 0 | 1 |
| 184 | DETAIL OF WALL TYPE 1 | D239 | A1 | 0 | 1 |
| 185 | DETAIL OF WALL TYPE 1 | D240 | A1 | 0 | 1 |
| 186 | DETAIL OF WALL TYPE 1 | D241 | A1 | 0 | 1 |
| 187 | DETAIL OF WALL TYPE 1 | D242 | A1 | 0 | 1 |
| 188 | DETAIL OF WALL TYPE 1 | D243 | A1 | 0 | 1 |
| 189 | DETAIL OF WALL TYPE 1 | D244 | A1 | 0 | 1 |
| 190 | DETAIL OF WALL TYPE 1 | D245 | A1 | 0 | 1 |
| 191 | DETAIL OF WALL TYPE 1 | D246 | A1 | 0 | 1 |
| 192 | DETAIL OF WALL TYPE 1 | D247 | A1 | 0 | 1 |
| 193 | DETAIL OF WALL TYPE 1 | D248 | A1 | 0 | 1 |
| 194 | DETAIL OF WALL TYPE 1 | D249 | A1 | 0 | 1 |
| 195 | DETAIL OF WALL TYPE 1 | D250 | A1 | 0 | 1 |
| 196 | DETAIL OF WALL TYPE 1 | D251 | A1 | 0 | 1 |
| 197 | DETAIL OF WALL TYPE 1 | D252 | A1 | 0 | 1 |
| 198 | DETAIL OF WALL TYPE 1 | D253 | A1 | 0 | 1 |
| 199 | DETAIL OF WALL TYPE 1 | D254 | A1 | 0 | 1 |
| 200 | DETAIL OF WALL TYPE 1 | D255 | A1 | 0 | 1 |
| 201 | DETAIL OF WALL TYPE 1 | D256 | A1 | 0 | 1 |
| 202 | DETAIL OF WALL TYPE 1 | D257 | A1 | 0 | 1 |
| 203 | DETAIL OF WALL TYPE 1 | D258 | A1 | 0 | 1 |
| 204 | DETAIL OF WALL TYPE 1 | D259 | A1 | 0 | 1 |
| 205 | DETAIL OF WALL TYPE 2 | D260 | A1 | 0 | 1 |
| 206 | DETAIL OF WALL TYPE 3 | D301 | A1 | 0 | 1 |
| 207 | DETAIL OF WALL TYPE 3 | D302 | A1 | 0 | 1 |
| 208 | DETAIL OF WALL TYPE 3 | D303 | A1 | 0 | 1 |
| 209 | DETAIL OF WALL TYPE 3 | D304 | A1 | 0 | 1 |
| 210 | DETAIL OF WALL TYPE 3 | D305 | A1 | 0 | 1 |

CONFIDENTIAL

YUANDA0000360

LIST OF DRAWING

| NO. | DRAWING TITLE | DRAWING NO. | SIZE | REV. | PAGE |
|---|---|---|---|---|---|
| 01 | DETAIL OF WALL TYPE 3 | D307 | A1 | 0 | 1 |
| 02 | DETAIL OF WALL TYPE 3 | D308 | A1 | 0 | 1 |
| 03 | DETAIL OF WALL TYPE 3 | D309 | A1 | 0 | 1 |
| 04 | DETAIL OF WALL TYPE 3 | D310 | A1 | 0 | 1 |
| 05 | DETAIL OF WALL TYPE 3 | D311 | A1 | 0 | 1 |
| 06 | DETAIL OF WALL TYPE 3 | D312 | A1 | 0 | 1 |
| 07 | DETAIL OF WALL TYPE 3 | D313 | A1 | 0 | 1 |
| 08 | DETAIL OF WALL TYPE 3 | D314 | A1 | 0 | 1 |
| 09 | DETAIL OF WALL TYPE 3 | D315 | A1 | 0 | 1 |
| 10 | DETAIL OF WALL TYPE 3 | D316 | A1 | 0 | 1 |
| 11 | DETAIL OF WALL TYPE 3 | D317 | A1 | 0 | 1 |
| 12 | DETAIL OF WALL TYPE 3 | D318 | A1 | 0 | 1 |
| 13 | DETAIL OF WALL TYPE 3 | D319 | A1 | 0 | 1 |
| 14 | DETAIL OF WALL TYPE 3 | D320 | A1 | 0 | 1 |
| 15 | DETAIL OF WALL TYPE 3 | D321 | A1 | 0 | 1 |
| 16 | DETAIL OF WALL TYPE 3 | D322 | A1 | 0 | 1 |
| 17 | DETAIL OF WALL TYPE 3 | D323 | A1 | 0 | 1 |
| 18 | DETAIL OF WALL TYPE 3 | D324 | A1 | 0 | 1 |
| 19 | DETAIL OF WALL TYPE 3 | D325 | A1 | 0 | 1 |
| 20 | DETAIL OF WALL TYPE 3 | D326 | A1 | 0 | 1 |
| 21 | DETAIL OF WALL TYPE 3 | D327 | A1 | 0 | 1 |
| 22 | DETAIL OF WALL TYPE 3 | D328 | A1 | 0 | 1 |
| 23 | DETAIL OF WALL TYPE 3 | D329 | A1 | 0 | 1 |
| 24 | DETAIL OF WALL TYPE 3 | D330 | A1 | 0 | 1 |
| 25 | DETAIL OF WALL TYPE 3 | D331 | A1 | 0 | 1 |
| 26 | DETAIL OF WALL TYPE 3 | D332 | A1 | 0 | 1 |
| 27 | DETAIL OF WALL TYPE 3 | D333 | A1 | 0 | 1 |
| 28 | DETAIL OF WALL TYPE 3 | D334 | A1 | 0 | 1 |
| 29 | DETAIL OF WALL TYPE 3 | D335 | A1 | 0 | 1 |
| 30 | DETAIL OF WALL TYPE 3 | D336 | A1 | 0 | 1 |
| 31 | DETAIL OF WALL TYPE 3 | D337 | A1 | 0 | 1 |
| 32 | DETAIL OF WALL TYPE 3 | D338 | A1 | 0 | 1 |
| 33 | DETAIL OF WALL TYPE 3 | D339 | A1 | 0 | 1 |
| 34 | DETAIL OF WALL TYPE 3 | D340 | A1 | 0 | 1 |
| 35 | DETAIL OF WALL TYPE 3 | D341 | A1 | 0 | 1 |
| 36 | DETAIL OF WALL TYPE 3 | D342 | A1 | 0 | 1 |
| 37 | DETAIL OF WALL TYPE 3 | D343 | A1 | 0 | 1 |
| 38 | DETAIL OF WALL TYPE 3 | D344 | A1 | 0 | 1 |
| 39 | DETAIL OF WALL TYPE 3 | D345 | A1 | 0 | 1 |
| 40 | DETAIL OF WALL TYPE 3 | D346 | A1 | 0 | 1 |
| 41 | DETAIL OF WALL TYPE 6 | D401 | A3 | 0 | 1 |
| 42 | DETAIL OF WALL TYPE 6 | D402 | A3 | 0 | 1 |
| 43 | DETAIL OF WALL TYPE 6 | D403,D403A,D403B | A3 | 0 | 3 |
| 44 | DETAIL OF WALL TYPE 6 | D404 | A1 | 0 | 1 |
| 45 | DETAIL OF WALL TYPE 6 | D405 | A1 | 0 | 1 |
| 46 | DETAIL OF WALL TYPE 6 | D406 | A1 | 0 | 1 |
| 47 | DETAIL OF WALL TYPE 6 | D407 | A1 | 0 | 1 |
| 48 | DETAIL OF WALL TYPE 6 | D408 | A1 | 0 | 1 |
| 49 | DETAIL OF WALL TYPE 6 | D409 | A1 | 0 | 1 |
| 50 | DETAIL OF WALL TYPE 6 | D410 | A1 | 0 | 1 |
| 51 | DETAIL OF WALL TYPE 6 | D411 | A1 | 0 | 1 |
| 52 | DETAIL OF WALL TYPE 6 | D412 | A1 | 0 | 1 |
| 53 | DETAIL OF WALL TYPE 6 | D413 | A1 | 0 | 1 |
| 54 | DETAIL OF WALL TYPE 6 | D414 | A1 | 0 | 1 |
| 55 | DETAIL OF WALL TYPE 6 | D415 | A1 | 0 | 1 |
| 56 | DETAIL OF WALL TYPE 6 | D416 | A1 | 0 | 1 |
| 57 | DETAIL OF WALL TYPE 6 | D417 | A1 | 0 | 1 |
| 58 | DETAIL OF WALL TYPE 6 | D418 | A1 | 0 | 1 |
| 59 | DETAIL OF WALL TYPE 6 | D419 | A1 | 0 | 1 |
| 60 | DETAIL OF WALL TYPE 6 | D420 | A1 | 0 | 1 |
| 61 | DETAIL OF WALL TYPE 6 | D421,D421A | A1 | 0 | 2 |
| 62 | DETAIL OF WALL TYPE 6 | D422 | A1 | 0 | 1 |
| 63 | DETAIL OF WALL TYPE 6 | D423 | A3 | 0 | 1 |
| 64 | DETAIL OF WALL TYPE 6 | D424 | A3 | 0 | 1 |
| 65 | DETAIL OF WALL TYPE 6 | D425 | A3 | 0 | 1 |
| 66 | DETAIL OF WALL TYPE 6 | D426 | A1 | 0 | 1 |
| 67 | DETAIL OF WALL TYPE 6 | D427 | A1 | 0 | 1 |
| 68 | DETAIL OF WALL TYPE 6 | D428 | A1 | 0 | 1 |
| 69 | DETAIL OF WALL TYPE 6 | D429 | A1 | 0 | 1 |
| 70 | DETAIL OF WALL TYPE 6 | D430 | A1 | 0 | 1 |

| NO. | DRAWING TITLE | DRAWING NO. | SIZE | REV. | PAGE |
|---|---|---|---|---|---|
| 71 | DETAIL OF WALL TYPE 6 | D431 | A1 | 0 | 1 |
| 72 | DETAIL OF WALL TYPE 6 | D432 | A1 | 0 | 1 |
| 73 | DETAIL OF WALL TYPE 6 | D433 | A1 | 0 | 1 |
| 74 | DETAIL OF WALL TYPE 6 | D434 | A1 | 0 | 1 |
| 75 | DETAIL OF WALL TYPE 6 | D435 | A1 | 0 | 1 |
| 76 | DETAIL OF WALL TYPE 6 | D436 | A1 | 0 | 1 |
| 77 | DETAIL OF WALL TYPE 6 | D437 | A1 | 0 | 1 |
| 78 | DETAIL OF WALL TYPE 6 | D438 | A1 | 0 | 1 |
| 79 | DETAIL OF WALL TYPE 6 | D439 | A1 | 0 | 1 |
| 80 | DETAIL OF WALL TYPE 6 | D440 | A1 | 0 | 1 |
| 81 | DETAIL OF WALL TYPE 6 | D441 | A1 | 0 | 1 |
| 82 | DETAIL OF WALL TYPE 6 | D442 | A1 | 0 | 1 |
| 83 | DETAIL OF WALL TYPE 6 | D443,D443A | A1 | 0 | 2 |
| 84 | DETAIL OF WALL TYPE 6 | D444 | A1 | 0 | 1 |
| 85 | DETAIL OF WALL TYPE 6 | D445 | A1 | 0 | 1 |
| 86 | DETAIL OF WALL TYPE 6 | D446 | A1 | 0 | 1 |
| 87 | DETAIL OF WALL TYPE 6 | D447 | A1 | 0 | 1 |
| 88 | DETAIL OF WALL TYPE 6 | D448 | A1 | 0 | 1 |
| 89 | DETAIL OF WALL TYPE 6 | D449 | A1 | 0 | 1 |
| 90 | DETAIL OF WALL TYPE 6 | D450 | A3 | 0 | 1 |
| 91 | DETAIL OF WALL TYPE 6 | D451,D451A | A1 | 0 | 1 |
| 92 | DETAIL OF WALL TYPE 6 | D452 | A1 | 0 | 1 |
| 93 | DETAIL OF WALL TYPE 6 | D453 | A3 | 0 | 1 |
| 94 | DETAIL OF WALL TYPE 6 | D454 | A1 | 0 | 1 |
| 95 | DETAIL OF WALL TYPE 6 | D455 | A1 | 0 | 1 |
| 96 | DETAIL OF WALL TYPE 6 | D456 | A3 | 0 | 1 |
| 97 | DETAIL OF WALL TYPE 6 | D457 | A1 | 0 | 1 |
| 98 | DETAIL OF WALL TYPE 6 | D458 | A1 | 0 | 1 |
| 99 | DETAIL OF WALL TYPE 6 | D459 | A1 | 0 | 1 |
| 100 | DETAIL OF WALL TYPE 6 | D460 | A3 | 0 | 1 |
| 101 | DETAIL OF WALL TYPE 6 | D461 | A3 | 0 | 1 |
| 102 | DETAIL OF WALL TYPE 6 | D462 | A1 | 0 | 1 |
| 103 | DETAIL OF WALL TYPE 6 | D463 | A1 | 0 | 1 |
| 104 | DETAIL OF WALL TYPE 6 | D464 | A1 | 0 | 1 |
| 105 | DETAIL OF WALL TYPE 6 | D465 | A3 | 0 | 1 |
| 106 | DETAIL OF WALL TYPE 6 | D466 | A3 | 0 | 1 |
| 107 | DETAIL OF WALL TYPE 6 | D467 | A1 | 0 | 1 |
| 108 | DETAIL OF WALL TYPE 6 | D468 | A1 | 0 | 1 |
| 109 | DETAIL OF WALL TYPE 6 | D469 | A1 | 0 | 1 |
| 110 | DETAIL OF WALL TYPE 6 | D470 | A1 | 0 | 1 |
| 111 | DETAIL OF WALL TYPE 6 | D471 | A1 | 0 | 1 |
| 112 | DETAIL OF WALL TYPE 6 | D472 | A1 | 0 | 1 |
| 113 | DETAIL OF WALL TYPE 6 | D473 | A1 | 0 | 1 |
| 114 | DETAIL OF REPLACE THE GLASS DRAWINGS | AD101 | A1 | 0 | 1 |
| 115 | DETAIL OF REPLACE THE GLASS DRAWINGS | AD102 | A1 | 0 | 1 |
| 116 | DETAIL OF REPLACE THE GLASS DRAWINGS | AD103 | A3 | 0 | 1 |
| 117 | DETAIL OF REPLACE THE GLASS DRAWINGS | AD104 | A1 | 0 | 1 |
| 118 | DETAIL OF DRAINAGE DRAWINGS | AD201 | A1 | 0 | 1 |
| 119 | DETAIL OF DRAINAGE DRAWINGS | AD202 | A1 | 0 | 1 |
| 120 | DETAIL OF DRAINAGE DRAWINGS | AD203 | A3 | 0 | 1 |
| 121 | DETAIL OF DRAINAGE DRAWINGS | AD204 | A1 | 0 | 1 |
| 122 | DETAIL OF DRAINAGE DRAWINGS | AD205 | A3 | 0 | 1 |
| 123 | DETAIL OF DRAINAGE DRAWINGS | AD206 | A1 | 0 | 1 |
| 124 | DETAIL OF DRAINAGE DRAWINGS | AD207 | A1 | 0 | 1 |
| 125 | DETAIL OF UNIT INSTALLATION | AD301 | A1 | 0 | 1 |
| 126 | DETAIL OF UNIT INSTALLATION | AD302 | A1 | 0 | 1 |
| 127 | DETAIL OF UNIT INSTALLATION | AD303 | A1 | 0 | 1 |
| 128 | DETAIL OF UNIT INSTALLATION | AD304 | A1 | 0 | 1 |
| 129 | DETAIL OF UNIT INSTALLATION | AD305 | A1 | 0 | 1 |
| 130 | DETAIL OF UNIT INSTALLATION | AD306 | A1 | 0 | 1 |
| 131 | DETAIL OF UNIT INSTALLATION | AD307 | A1 | 0 | 1 |
| 132 | DETAIL OF UNIT INSTALLATION | AD308 | A1 | 0 | 1 |
| 133 | DETAIL OF UNIT INSTALLATION | AD309 | A1 | 0 | 1 |
| 134 | DETAIL OF UNIT INSTALLATION | AD310 | A1 | 0 | 1 |
| 135 | DETAIL OF UNIT INSTALLATION | AD311 | A1 | 0 | 1 |
| 136 | DETAIL OF UNIT INSTALLATION | AD312 | A1 | 0 | 1 |
| 137 | DETAIL OF UNIT INSTALLATION | AD313 | A1 | 0 | 1 |
| 138 | DETAIL OF UNIT INSTALLATION | AD314 | A1 | 0 | 1 |
| 139 | DETAIL OF UNIT INSTALLATION | AD315 | A1 | 0 | 1 |
| 140 | DETAIL OF UNIT INSTALLATION | AD316 | A1 | 0 | 1 |

| NO. | DRAWING TITLE | DRAWING NO. | SIZE | REV. | PAGE |
|---|---|---|---|---|---|
| 141 | DETAIL OF UNIT INSTALLATION | AD317 | A1 | 0 | 1 |
| 142 | DETAIL OF UNIT INSTALLATION | AD318 | A1 | 0 | 1 |
| 143 | DETAIL OF 3D VIEW | AD401 | A1 | 0 | 1 |
| 144 | DETAIL OF 3D VIEW | AD402 | A1 | 0 | 1 |
| 145 | DETAIL OF 3D VIEW | AD403 | A1 | 0 | 1 |
| 146 | DETAIL OF 3D VIEW | AD404 | A1 | 0 | 1 |
| 147 | DETAIL OF 3D VIEW | AD405 | A1 | 0 | 1 |
| 148 | DETAIL OF 3D VIEW | AD406 | A1 | 0 | 1 |
| 149 | DETAIL OF 3D VIEW | AD407 | A1 | 0 | 1 |
| 150 | DETAIL OF 3D VIEW | AD408 | A1 | 0 | 1 |
| 151 | DETAIL OF 3D VIEW | AD409 | A1 | 0 | 1 |
| 152 | DETAIL OF 3D VIEW | AD410 | A1 | 0 | 1 |
| 153 | MATERIAL LIST FOR STEEL BEAM DRAWINGS | GL01 | A1 | 0 | 1 |
| 154 | MATERIAL LIST FOR STEEL BEAM DRAWINGS | GL02 | A1 | 0 | 1 |
| 155 | STEEL BEAM DRAWINGS | G01 | A1 | 0 | 1 |
| 156 | STEEL BEAM DRAWINGS | G02 | A1 | 0 | 1 |
| 157 | DISTRIBUTION DRAWING FOR WEST ELEVATION | GE01 | A1 | 0 | 1 |
| 158 | DISTRIBUTION DRAWING FOR EAST ELEVATION | GE02 | A1 | 0 | 1 |
| 159 | DISTRIBUTION DRAWING FOR NORTH ELEVATION | GE03 | A1 | 0 | 1 |
| 160 | DISTRIBUTION DRAWING FOR SOUTH ELEVATION | GE04 | A1 | 0 | 1 |

CONFIDENTIAL

YUANDA0000361











# CURTAIN WALL SPECIFICATION

PROVIDE ASTM E90 ACOUSTI REPORT FOR EACH TYPE OF GLASS ASSEMBLY.

PROVIDE AND COORDINATE ALL CONTROL/ BASE POINT ELEVATIONS WITH THE VARIOUS WALL ASSEMBLIES. COORDINATE WITH APPROVED PROJECT SHOP DRAWINGS FOR THE VARIOUS ASSEMBLIES.

## Ⅰ. General

1. This is L1-roof curtain wall shop drawings for CUNY.
2. The curtain wall system include as follow:
   - WT-1A/B/C Unitized Curtainwall
   - WT-3 Point Glazed Struct. Glass Curtainwall
   - WT-6 Canopy
   - WT-8 Unitized Curtainwall
3. Yuanda's scope of work
   - Yuanda's bid documents.
   - The contract documents between Yuanda and WCC.

## Ⅱ. Design basis

1. Yuanda's bid documents.
2. The contract documents between Yuanda and WCC.
3. The newest Architectural drawings and Structure drawings.
4. Specifications 084413, 084426, 088000 & related sections.

## Ⅲ. Design criteria

1. Wind load:
   a. Typical: +/- 30 psf, Corner: +/- 55psf.
2. Deflection limits:
   a. The deflection of vertical frame is Limited to 1/175 of clear span for spans up to 13 feet 6 inches (4.1 m) and to 1/240 of clear span plus 1/4 inch (6.35 mm) for spans greater than 13 feet 6 inches (4.1 m) or an amount that restricts edge deflection of individual glazing lites to 3/4 inch (19 mm), whichever is less.
   b. Glass Deflection: Center of glass deflection at half design load shall not exceed 1/90 of its span or 3/4" inch (19 mm), whichever is less. Center of glass deflection at full design load shall not exceed 1.5 inches (38 mm).
   c. Metal Panel Deflection: Deflection shall not exceed 1/120 of clear span or 3/4"inch, whichever is less.
3. Structure tolerance: 1" in any direction.
4. Movement requirement: The structure was designed to drift less than or equal to L/400 where L is floor to floor height.
   Regarding"-beam deflection,-coulmn compression,
   -slab edge beam deflection -long cantilever beams off columns, "
   the maximum added up value for L4-8 is 0.92", and that for L1-3 is 0.86".
5. Energy Performance: U-factor of the vision glass shall not exceed 0.29 BTU/sf x hr x °F .
6. Air Infiltration:
   a. For fixed areas, 0.06 cfm/ft2 of exterior surface area with a pressure differential of 6.24 psf.
   b. For operable windows and doors: 0.25 cfm/ft2 of exterior surface area with a pressure differential of 6.24 psf.
7. Water Penetration: 12 psf with no uncontrolled water appears on any interior surface .
8. Structure tolerance: ±1/2" outward and inward, ±1/2" up and down.

## Ⅳ. Duty of reviewer

1. The approval of the architect /consultant indicates that he/she had reviewed and agreed that the drawings comply with the design concept and the contract documents. The approval of the architect/ consultant also indicates that all the dimensions, profiles, finish and facade materials meet the aesthetics requirements of the architect.

## Ⅴ. Others

1. Yuanda will not assume any responsibility for any mistakes caused when other parties use these drawings.
2. Yuanda will not assume any responsibility for the deficiency or over tolerance of the the building structure.
3. Yuanda will not assume any responsibility for any delay and loss arising from not receiving sufficient information being provided with the wrong or not being provided with information in time.

## Ⅵ. Materials

FULLY TEMPERED

1. The aluminium alloy: 6063-T5, 6063-T6, 6061-T6(as per calculation)
2. Exterior aluminum extrusion: Silver anodized coats finish AA20.
   Interior aluminum extrusion: Silver anodized coats finish AA20.
   Concealed aluminum extrusion: Silver anodized coats finish AA15.
3. The aluminium solid panel:
   -Exterior: 3003-H14, 3.2mm thickness, the exterior visiable finish is PVDF 3 coats, color to be determined by architect.
   -Shadow box: 3003-H14, 2mm thickness, the finish is powder coat color to be determined by architect.
4. Carbon steel: Q235 and galvanized.
5. Back pan: 1mm galvanized steel sheet.
6. Thermal Insulation: 110mm thickness rock wool, the density is 128 kg/m3.
7. Fastener: 316 stainless steel .
8. Gasket: Silicone gasket, color is gray, used for the concealed area,
   Silicone gasket, color is gray, used for the exposed area.
9. Sealant:
   -Structure sealant: Dow corning 993N, color is gray.
   -Weatherproofing sealant: Dow corning 791, color is gray. △1
10. Glass:
    - G1: 8MM CLEAR HS LOW-E（YNE0175 ）ON #2 SURFACE +12AR+8MM CLEAR HS WITH WARM EDGE
    - G2: 8MM CLEAR HS Shadow box:P04
    - G3: 8MM CLEAR HS LOW-E（YNE0175 ）ON #2 SURFACE+12AR+8MM CLEAR HS WITH COMMON WHITE TEXT FRIT ON #3 SURFACE AND WARM EDGE Shadow box:P02
    - G3A: 6MM CLEAR HS LOW-E（YNE0175 ）ON #2 SURFACE+12AR+8MM CLEAR HS WITH COMMON WHITE DOTS FRIT ON #3 SURFACE AND WARM EDGE Shadow box:P02
    - G4: 8MM CLEAR HS LOW-E（YNE0175 ）ON #2 SURFACE +12AR+19MM CLEAR FT WITH WARM EDGE △1
    - G4A: 8MM CLEAR FT LOW-E（YNE0175 ）ON #2 SURFACE +12AR+19MM CLEAR FT WITH WARM EDGE
    - G5: 12MM CLEAR FT +3.04 CLEAR SGP+ 12 MM CLEAR FT ;
    - G6: 12MM CLEAR FT +3.04 CLEAR SGP+ 12 MM CLEAR FT+3.04 CLEAR SGP+12 MM CLEAR FT
    - G9: 12MM CLEAR FT +1.52 CLEAR SGP+12MM CLEAR FT;
    - G10: 8MM CLEAR FT LOW-E （YNE0175 ）ON #2 SURFACE +12AR+8MM CLEAR FT WITH WARM EDGE;
    - G11: 8MM CLEAR FT LOW-E （YNE0175 ）ON #2 SURFACE+12AR+8MM CLEAR FT WITH COMMON WHITE TEXT FRIT ON #3 SURFACE WITH WARM EDGE; Shadow box:P02
    - G11A: 8MM CLEAR FT LOW-E（YNE0175 ）ON #2 SURFACE+12AR+8MM CLEAR FT WITH COMMON WHITE DOTS FRIT ON #3 SURFACE WITH WARM EDGE; Shadow box:P02
    - G12: 8MM CLEAR FT; Shadow box:P04 △1

Reviewed
F. J. Sciame Construction
02/09/2015
084413-020-02 (Alum Curtain

| Rev | Description | Date | By Chk |
|---|---|---|---|
| 07 | | | |
| 06 | | | |
| 05 | | | |
| 04 | | | |
| 03 | | | |
| 02 | | | |
| 01 | FIRST SUBMISSION | AUG 15 2014 | |

KEY PLAN:

OWNER:
THE CITY UNIVERSITY OF NEW YORK
555 WEST 57TH STREET
NEW YORK,NY 10019

CONSTRUCTION MANAGER:
SCIAME CONSTRUCTION
14 WALL STREET
NEW YORK,NY 10005

ARCHITECT:
PERKINS EASTMAN ARCHITECTS P.C.
115 FIFTH AVENUE
NEW YORK,NY 10003

CONSULTANT:
ALT CLADDING LIMITED
SUITE 2203-2204 TAI YIP BUILDING
141 THOMSON ROAD, WANCHAI, HONG KONG

CW & WINDOWS/DOORS DESIGN:
YUANDA USA CORPORATION

PROJECT TITLE:
CITY TECH ACADEMIC BUILDING
285 JAY STREET BROOKLYN, NY 11201

Drawing Title: DESIGN SPECIFICATION

| Drawing No | DS01 |
|---|---|
| Scale | N.T.S |
| Designed By | Date |
| Yuanyue | MAY 20 2014 |
| Checked By | Date |
| Mailang | MAY 20 2014 |
| Approved By | Date |
| Zhangyongfu | MAY 20 2014 |

CONFIDENTIAL

MATCH LINE
PARTIAL ELEVATION
SECTION
LEVEL 4
TOS
Show where transition is from mullions/glass sitting to mullions/glass hanging.
LEGEND:
G1: 8MM CLEAR HS LOW-E (YNE0175) ON #2 SURFACE+12AR+8MM CLEAR HS WITH WARM EDGE;
G2: 8MM CLEAR HS; Shadow box:P04
G3: 8MM CLEAR HS LOW-E (YNE0175) ON #2 SURFACE+12AR+8MM CLEAR HS WITH COMMON WHITE TEXT FRIT ON #3 SURFACE AND WARM EDGE; Shadow box:P02
G3A: 8MM CLEAR HS LOW-E (YNE0175) ON #2 SURFACE+12AR+8MM CLEAR HS WITH COMMON WHITE DOTS FRIT ON #3 SURFACE AND WARM EDGE; Shadow box:P02
G4: 8MM CLEAR HS LOW-E (YNE0175) ON #2 SURFACE+12AR+19MM CLEAR FT WITH WARM EDGE;
G4A: 8MM CLEAR FT LOW-E (YNE0175) ON #2 SURFACE+12AR+18MM CLEAR FT WITH WARM EDGE;
G5: 12MM CLEAR FT +3.04 CLEAR SGP+ 12 MM CLEAR FT
G6: 12MM CLEAR FT +3.04 CLEAR SGP+ 12 MM CLEAR FT+3.04 CLEAR SGP+ 12 MM CLEAR FT
G9: 12MM CLEAR FT +1.52 CLEAR SGP+12MM CLEAR FT;
G10: 8MM CLEAR FT LOW-E (YNE0175) ON #2 SURFACE+12AR+8MM CLEAR FT WITH WARM EDGE;
G11: 8MM CLEAR FT LOW-E (YNE0175) ON #2 SURFACE+12AR+8MM CLEAR FT WITH COMMON WHITE TEXT FRIT ON #3 SURFACE WITH WARM EDGE; Shadow box:P02
G11A: 8MM CLEAR FT LOW-E (YNE0175) ON #2 SURFACE+12AR+8MM CLEAR FT WITH COMMON WHITE DOTS FRIT ON #3 SURFACE WITH WARM EDGE; Shadow box:P02
G12: 8MM CLEAR FT; Shadow box:P04
P01: 3.2MM ALUMINUM SOLID PANEL, 3003H14, PVDF 3 coats;
TC2: TEERACOTTA BAGUETTE
DEADLOAD ANCHOR SYMBOL
Reviewed
P. J. Sciame Construction
02/09/2015
084413-020-02 (Alum Curtain
01 FIRST REVISED NOV.12.2014
Rev Description Date By Chk
KEY PLAN
OWNER:
THE CITY UNIVERSITY OF NEW YORK
CONSTRUCTION MANAGER:
SCIAME CONSTRUCTION
ARCHITECT:
PERKINS EASTMAN ARCHITECTS P.C.
CONSULTANT:
ALT CLADDING LIMITED
CW & WINDOW/DOORS DESIGN:
YUANDA USA CORPORATION
PROJECT TITLE:
CITY TECH
ACADEMIC
BUILDING
Drawing Title
PARTIAL ELEVATION
Designed By Yuanyao MAY 28 2014
Checked By Maliang MAY 28 2014
Approved By Zhangwenjiu MAY 28 2014

CONFIDENTIAL

YUANDA0000439

CONFIDENTIAL