# EXHIBIT "Q"

T. In submittals requiring manufacturer's literature, provide complete installation instructions for specified product and any associated miscellaneous material required to complete construction.

U. The submission of any material, or article, as the equal of the materials or articles set forth in the specifications as a standard shall be accompanied by cost information, illustrations, drawings, descriptions, catalogs, records of tests, samples and any other information for both the specified item and the potential substitute item essential for judging, the quality and the materials, finish and durability of that specified as standard, as well as information indicating satisfactory use under similar operating conditions.

V. Identify each submission by the Submission Control Number assigned on the Submission List. The control number shall be clearly written on the upper right hand corner of each catalog cut, incorporated into the title block of all shop drawings, included on all transmittals, and on identifying labels affixed to all samples. Items not submitted in this format will be rejected without review.

W. In the event that all or any portion of a submission is rejected due to nonconformance with packaging and labeling requirements, or for any other reason, the Contractor shall tender a new submission conforming to contract requirements within (10) ten consecutive calendar days, calculated from the submission's rejection date. In no event shall the Contractor be permitted to tender submissions beyond the dates contained in the approved Submissions schedule without written approval of the CM.

X. Disapproved submissions are to be returned to the Contractor directly.

Y. No work shall be fabricated, manufactured, or installed from shop drawings stamped "Revise and Resubmit" or "Rejected", and such shop drawings shall be corrected and resubmitted by the Contractor until accepted by the Architect. At least one complete set of "No Exceptions Taken" and/or "Make Corrections Noted" shop drawings shall be kept at the site in the Contractors field office for reference at all times. "Revise and Resubmit" or "Rejected" shop drawings shall not be permitted at the site.

Z. Submittals marked "No Exceptions Taken": submittals which require no corrections by the Architect will be marked "No Exceptions Taken".

AA. Submittals marked "Make Corrections Noted": submittals which require only a minor of amount of correcting will be marked "Make Corrections Noted". This mark shall mean that checking is complete and all corrections are obvious without ambiguity. Fabrication will be allowed on work marked "Make Corrections Noted" provided such action will expedite construction and noted corrections is adhered to. If fabrication is not made strictly in accordance with corrections noted, the item shall be rejected in the field, and the Contractor will be required to replace such work in accordance with corrected submittals and at their own expense.

BB. Submittals marked "Revise and Resubmit" or "Rejected": when submittals are contrary to contract requirements or too many corrections are required, they will be marked "Revise and Resubmit" or "Rejected". No work shall be fabricated under either of these marks. The Architect shall list the reasons for rejection on the submittals or in the transmittal letter accompanying their return. The submittals must be corrected and resubmitted for approval within ten (10) business days.

1.07  SUBMISSION REQUIREMENTS, GENERAL

A. General: