# EXHIBIT "R"



# Sciame

**WHERE BUILDING IS AN ART**

Construction Managers
Consultants
Builders

## RFI Transmittal

Sciame Construction, LLC  |  14 Wall Street 2nd Floor New York NY 10005 United States

| | | | |
|---|---|---|---|
| PROJECT: | CUNY New Academic Building CUN-901 | DATE SENT: | 1/23/2017 |
| | | RETURN BY: | 1/30/2017 |
| SUBJECT: | 1130 - Design Movement between the Auditorium and Main Building | RFI ID: | 1130 |
| TYPE: | RFI | TRANSMITTAL ID: | 13818 |
| PURPOSE: | To Answer | VIA: | Info Exchange |

QUESTION:   In reviewing submittal 084426-007-01 the Design Team included a comment that "The structural adequacy of this anchor and the relative movements between auditorium roof and main building still has not been submitted."  Please define what the relative movement between the auditorium roof and main building is per design so that Whitestone can provide Yuanda with that information for analysis to ensure that the design movement was adequately addressed in the facade design.

SUGGESTION:

> 1. SHOP DWG SUBMISSION NUMBERS MUST BE IN SEQUENCE OF THE PREVIOUS SUBMISSIONS.
> 2. THE CONCERN WAS PREVIOUSLY NOTED IN 2014 UNDER SUBMITTALS 084413-020-01 AND 084413-020-02 ON SHEETS D328, D329, D331 AND Y52 TO VERIFY A LARGER MOVEMENT JOINT TO ACCOMODATE ROOF DEFLECTIONS.  THE NOTE WAS ALSO INDICATED ON RFIS 1033 AND 1033R1.
> 3. REFER TO ATTACHED ESTIMATED ROOF DEFLECTIONS BY WSP. NOTE: WSP CLARIFIED 50% OF THE SDL HAS ALREADY OCCURRED AND THAT FIGURE CAN BE REDUCED.  EVEN WITH THE 50% REDUCTION OF THE SDL DEFLECTION, WE BELIEVE THE CONTRACTOR'S HEAD ANCHOR DETAIL MAY NOT ACCOMODATE THE ESTIMATED ROOF DEFLECTIONS.
> 4. REFER TO ASK- 266 FOR SUGGESTION FOR THE HEAD ANCHOR DETAIL TO ACCOMODATE POTENTIAL MOVEMENT.

FROM

| NAME | | | |
|---|---|---|---|
| Dan Dillon | | | 200 |

TO

| NAME | | | |
|---|---|---|---|
| Dan Grimaldi | | | 5279 |
| Juan Mejia | Perkins Eastman | n.com | 212-353-7483 |
| Mindy No | Perkins Eastman | m.no@perkinseastman.com | (212) 353-7366 |
| Paul Cheevers | Perkins Eastman | P.CHEEVERS@perkinseastman.com | |

COPIES:

| | |
|---|---|
| Adam Giusti | (Sciame Construction, LLC) |
| Athena Sountis | (Sciame Construction, LLC) |
| Christina James | (Sciame Construction, LLC) |
| Dan Dillon | (Sciame Construction, LLC) |
| Freddy Whitney | (Sciame Construction, LLC) |
| Harold Lander | (Sciame Construction, LLC) |



PLAINTIFF'S EXHIBIT 6

WCC 004600

# RFI Transmittal

DATE: 1/23/2017
ID: 13818

| | |
|---|---|
| Jamie Fundinger | (Sciame Construction, LLC) |
| Joseph Asante | (Sciame Construction, LLC) |
| Lily Chen | (Sciame Construction, LLC) |
| Luis Medina | (Sciame Construction, LLC) |
| Michael Pombo | (Sciame Construction, LLC) |
| Ryan Murphy | (Sciame Construction, LLC) |
| Sean Smith | (Sciame Construction, LLC) |
| Timothy Keating | (Sciame Construction, LLC) |

WCC 004601



CURTAIN WALL LINE
ΔSDL = 0.2"
ΔLL = 0.2"
ΔSDL = 0.2"
ΔLL = 0.4"
ΔSDL = 0.2"
ΔLL = 0.3"
ΔSDL = 0.45"
ΔLL = 0.2"
ΔSDL = 0.3"
ΔLL = 0.2"
ΔSDL = 0.2"
ΔLL = 0.2"
CATWALK BELOW
INTERNAL GUTTER
MAX DEFL ALONG D
ΔTOTAL = -3.4"
ΔSDL = -1.25"
ΔLL = -2.15"
ΔDL = CAMBER = 5.78 - 5.75 = 0"
NOTE: WSP NOTED THAT APPROX 50% OF SDL HAS ALREADY OCCURRED AND THAT FIGURE CAN BE REDUCED IN THE ESTIMATION OF THE TOTAL DEFLECTION.
Δ = 0
CURTAIN WALL LINE
PG SECTION
MECHANICAL MEZZANINE FRAMING PLAN
AUDITORIUM ROOF FRAMING PLAN
ESTIMATED ROOF DEFLECTIONS:
NOTE: WSP NOTED THAT APPROX 50% OF SDL HAS ALREADY OCCURRED AND THAT FIGURE CAN BE REDUCED IN THE ESTIMATION OF THE TOTAL DEFLECTION.
Perkins Eastman
CITY TECH ACADEMIC BUILDING
MECH. MEZZ. AND AUDITORIUM ROOF FRAMING PLAN
S-133.00



alum frame ribs for support

movement slot

Structural silicone joint may need to accommodate forces from cantilevered reaction

alum frame ribs for support

movement slot

Structural silicone joint may need to accommodate forces from cantilevered reaction

Gasket instead of sealant.

Structural silicone.

HEAD ANCHOR UP POSITION:

HEAD ANCHOR DOWN POSITION:

ASK-266:

WT-3 HEAD ANCHOR DETAIL: RFI 1130
01/27/17

WCC 004603



Does this line represent a glass mullion?

Add section. We believe a larger glass joint is needed in this area to accommodate roof deflections.

WT1, 3, 4 & AL1 1st Review 2014-10-09
Submittal 084413-020-01



Glass is sitting on roof. Connection above must accommodate all vertical movements.

The glass must transition from hanging to sitting at some location. Show where this happens on elevations and add required details. Note, we expect this to happen at a column line where there will be little vertical movements.

Add section for joints

WT1, 3, & 8, ALT 1st Review 2014-10-09
Submittal 084413-020-01

WCC 004605



Review Response Received
F. J. Sciame Construction
09/07/2014
Gap between bottom of glass and extrusion does not seem large enough to accommodate movements - including movements of roof beam at bottom. Verify adequacy.
See D303 to reduce caulk joint.
Do not square cut corners of glass.
Show sections at joints.
G04
G5
AL84
DR01
LS06
ZD17
SG46
LS03
P05
SG47
BY WCC
LS08
SG04
P05
SG29
Calculations are required for bracket and weld to structure.
Specify fasteners and spacing.
Specify fasteners and spacing.
All field weld must be specified.
A-A
01 FIRST REVISED AUG.15.2014
Rev Description Date By Chk
KEY PLAN:
OWNER:
THE CITY UNIVERSITY OF NEW YORK
555 WEST 57TH STREET
NEW YORK,NY 10019
CONSTRUCTION MANAGER:
SCIAME CONSTRUCTION
14 WALL STREET
NEW YORK,NY 10005
ARCHITECT:
PERKINS EASTMAN ARCHITECTS P.C.
115 FIFTH AVENUE
NEW YORK,NY 10003
CONSULTANT:
ALT CLADDING LIMITED
SUITE 2203-2204 TAI YIP BUILDING
141 THOMSON ROAD, WANCHAI, HONG KONG
CW & WINDOWS/DOORS DESIGN:
YUANDA USA CORPORATION
PROJECT TITLE:
CITY TECH ACADEMIC BUILDING
285 JAY STREET BROOKLYN,NY 11201
Drawing Title
DETAIL OF CURTAIN WALL
Drawing No. D309
Designed By Yuanyue Date MAY 20.2014
Checked By Maliang Date MAY 20.2014
Approved By Zhangyongfu Date MAY 20.2014
WT1, 3, & 8, ALT 1st Review 2014-10-09
Submittal 084413-020-01

WCC 004606



Specify all Screws and Spacings.

Bottom of this condition shows glass sitting on roof beam (which we believe is correct.) Movement must be accommodated in this connection.

See deflections of roof beam.

WT1, 3, & 8, ALT 1st Review 2014-10-09
Submittal 084413-020-01

WCC 004607