# EXHIBIT "S"



# Sciame
WHERE BUILDING IS AN ART

Construction Managers
Consultants
Builders

## RFI Transmittal

Sciame Construction, LLC  |  14 Wall Street 2nd Floor New York NY 10005 United States

| | | | |
|---|---|---|---|
| PROJECT | CUNY New Academic Building CUN-901 | DATE SENT | 1/23/2017 |
| | | RETURN BY | 1/30/2017 |
| SUBJECT | 1130 - Design Movement between the Auditorium and Main Building | RFI ID | 1130 |
| TYPE | RFI | TRANSMITTAL ID | 13818 |
| PURPOSE | To Answer | VIA | Info Exchange |

QUESTION

In reviewing submittal 084426-007-01 the Design Team included a comment that "The structural adequacy of this anchor and the relative movements between auditorium roof and main building still has not been submitted."  Please define what the relative movement between the auditorium roof and main building is per design so that Whitestone can provide Yuanda with that information for analysis to ensure that the design movement was adequately addressed in the facade design.

SUGGESTION

1. SHOP DWG SUBMISSION NUMBERS MUST BE IN SEQUENCE OF THE PREVIOUS SUBMISSIONS.
2. THE CONCERN WAS PREVIOUSLY NOTED IN 2014 UNDER SUBMITTALS 084413-020-01 AND 084413-020-02 ON SHEETS D328, D329, D331 AND Y52 TO VERIFY A LARGER MOVEMENT JOINT TO ACCOMODATE ROOF DEFLECTIONS.  THE NOTE WAS ALSO INDICATED ON RFIS 1033 AND 1033R1.
3. REFER TO ATTACHED ESTIMATED ROOF DEFLECTIONS BY WSP. NOTE: WSP CLARIFIED 50% OF THE SDL HAS ALREADY OCCURRED AND THAT FIGURE CAN BE REDUCED.  EVEN WITH THE 50% REDUCTION OF THE SDL DEFLECTION, WE BELIEVE THE CONTRACTOR'S HEAD ANCHOR DETAIL MAY NOT ACCOMODATE THE ESTIMATED ROOF DEFLECTIONS.
4. REFER TO ASK- 266 FOR SUGGESTION FOR THE HEAD ANCHOR DETAIL TO ACCOMODATE POTENTIAL MOVEMENT.

FROM

NAME

Dan Dillon

TO

NAME

Dan Grimaldi

Juan Mejia        Perkins Eastman    n.com              212-353-7483

Mindy No          Perkins Eastman    m.no@perkinseastman.com   (212) 353-7366

Paul Cheevers     Perkins Eastman    P.CHEEVERS@perkinseastman.com

COPIES

| | |
|---|---|
| Adam Giusti | (Sciame Construction, LLC) |
| Athena Sountis | (Sciame Construction, LLC) |
| Christina James | (Sciame Construction, LLC) |
| Dan Dillon | (Sciame Construction, LLC) |
| Freddy Whitney | (Sciame Construction, LLC) |
| Harold Lander | (Sciame Construction, LLC) |



PLAINTIFF'S EXHIBIT 6

WCC 004600

Page 1 of 2

RFI Transmittal

| | |
|---|---|
| DATE | 1/23/2017 |
| ID | 13818 |

Jamie Fundinger          (Sciame Construction, LLC)
Joseph Asante            (Sciame Construction, LLC)
Lily Chen                (Sciame Construction, LLC)
Luis Medina              (Sciame Construction, LLC)
Michael Pombo            (Sciame Construction, LLC)
Ryan Murphy              (Sciame Construction, LLC)
Sean Smith               (Sciame Construction, LLC)
Timothy Keating          (Sciame Construction, LLC)

WCC 004601



NOTE: WSP NOTED THAT APPROX 50% OF SDL HAS ALREADY OCCURRED AND THAT FIGURE CAN BE REDUCED IN THE ESTIMATION OF THE TOTAL DEFLECTION.

MECHANICAL MEZZANINE FRAMING PLAN

AUDITORIUM ROOF FRAMING PLAN

ESTIMATED ROOF DEFLECTIONS:
NOTE: WSP NOTED THAT APPROX 50% OF SDL HAS ALREADY OCCURRED AND THAT FIGURE CAN BE REDUCED IN THE ESTIMATION OF THE TOTAL DEFLECTION.

Perkins Eastman

CITY TECH ACADEMIC BUILDING

MECH. MEZZ. AND AUDITORIUM ROOF FRAMING PLAN

S-133.00



alum frame ribs for support

movement slot

Structural silicone joint may need to accommodate forces from cantilevered reaction

Gasket instead of sealant.

HEAD ANCHOR UP POSITION:

alum frame ribs for support

movement slot

Structural silicone joint may need to accommodate forces from cantilevered reaction

Structural silicone.

HEAD ANCHOR DOWN POSITION:

ASK-266:
WT-3 HEAD ANCHOR DETAIL: RFI 1130
01/27/17

WCC 004603





Review Response Received
F. J. Sciame Construction
MATCH LINE
PARTIAL ELEVATION
SECTION
Add section. We believe a larger glass joint is needed in this area to accommodate roof deflections.
Does this line represent a glass mullion?
LEGEND:
G1: 8MM CLEAR HS LOW-E (YNE0175) ON #2 SURFACE+12AR+8MM CLEAR HS WITH WARM EDGE;
G2: 8MM CLEAR HS; Shadow box:P04
G3: 8MM CLEAR HS LOW-E (YNE0175) ON #2 SURFACE+12AR+8MM CLEAR HS WITH COMMON WHITE TEXT FRIT ON #3 SURFACE AND WARM EDGE; Shadow box:P02
G3A: 8MM CLEAR HS LOW-E (YNE0175) ON #2 SURFACE+12AR+8MM CLEAR HS WITH COMMON WHITE DOTS FRIT ON #3 SURFACE AND WARM EDGE; Shadow box:P02
G4: 8MM CLEAR HS LOW-E (YNE0175) ON #2 SURFACE+12AR+19MM CLEAR FT WITH WARM EDGE;
G4A: 8MM CLEAR FT LOW-E (YNE0175) ON #2 SURFACE+12AR+19MM CLEAR FT WITH WARM EDGE;
G5: 12MM CLEAR FT +3.04 CLEAR SGP+ 12 MM CLEAR FT
G6: 12MM CLEAR FT +3.04 CLEAR SGP+ 12 MM CLEAR FT+3.04 CLEAR SGP+ 12 MM CLEAR FT
G9: 12MM CLEAR FT +1.52 CLEAR SGP+12MM CLEAR FT;
G10: 8MM CLEAR FT LOW-E (YNE0175) ON #2 SURFACE+12AR+8MM CLEAR FT WITH WARM EDGE;
G11: 8MM CLEAR FT LOW-E (YNE0175) ON #2 SURFACE+12AR+8MM CLEAR FT WITH COMMON WHITE TEXT FRIT ON #3 SURFACE WITH WARM EDGE; Shadow box:P02
G11A: 8MM CLEAR FT LOW-E (YNE0175) ON #2 SURFACE+12AR+8MM CLEAR FT WITH COMMON WHITE DOTS FRIT ON #3 SURFACE WITH WARM EDGE; Shadow box:P02
G12: 8MM CLEAR FT; Shadow box:P04
P01: 3.2MM ALUMINUM SOLID PANEL, 3003H14, PVDF 3 coats;
TC2: TEERACOTTA BAGUETTE.
DEADLOAD ANCHOR SYMBOL
KEY PLAN:
OWNER: THE CITY UNIVERSITY OF NEW YORK 555 WEST 57TH STREET NEW YORK,NY 10019
CONSTRUCTION MANAGER: SCIAME CONSTRUCTION 14 WALL STREET NEW YORK,NY 10005
ARCHITECT: FERRIS EASTMAN ARCHITECTS P.C. 115 FIFTH AVENUE NEW YORK,NY 10003
CONSULTANT: ALT CLADDING LIMITED SUITE 2203-2204 TAI YIP BUILDING 141 THOMSON ROAD, WANCHAI, HONG KONG
CW & WINDOWS/DOORS DESIGN: YUANDA USA CORPORATION
PROJECT TITLE: CITY TECH ACADEMIC BUILDING 285 JAY STREET BROOKLYN,NY 11201
Drawing Title: PARTIAL ELEVATION
Drawing No. Y52
Scale 0'-1/4"=1'-0"
Designed By Yuanyue Date MAY 20,2014
Checked By Mallang Date MAY 20,2014
Approved By Zhangyongfu Date MAY 20,2014
WT1, 3, & 8, ALT 1st Review 2014-10-09
Submittal 084413-020-01

WCC 004604

Glass is sitting on roof. Connection above must accommodate all vertical movements.

The glass must transition from hanging to sitting at some location. Show where this happens on elevations and add required details. Note, we expect this to happen at a column line where there will be little vertical movements.

Add section for joints

WCC 004605





Review Response Received
F. J. Sciame Construction
See D303 to reduce caulk joint
Do not square cut corners of glass.
Gap between bottom of glass and extrusion does not seem large enough to accommodate movements - including movements of roof beam at bottom. Verify adequacy
G04
G5
Show sections at joints.
AL84
DR01
LS06
ZD17
BY W/CC
SG46
LS03
P05
BY W/CC
SG47
LS08
SG04
BY W/CC
P05
SG29
Calculations are required for bracket and weld to structure.
All field weld must be specified.
A-A
Specify fasteners and spacing.
Specify fasteners and spacing.
KEY PLAN:
OWNER:
THE CITY UNIVERSITY OF NEW YORK
555 WEST 57TH STREET
NEW YORK,NY 10019
CONSTRUCTION MANAGER:
SCIAME CONSTRUCTION
14 WALL STREET
NEW YORK,NY 10005
ARCHITECT:
PERKINS EASTMAN ARCHITECTS P.C.
115 FIFTH AVENUE
NEW YORK,NY 10003
CONSULTANT:
ALT CLADDING LIMITED
CW & WINDOWS/DOORS DESIGN:
YUANDA USA CORPORATION
PROJECT TITLE:
CITY TECH
ACADEMIC
BUILDING
285 JAY STREET BROOKLYN,NY 11201
Drawing Title
DETAIL OF CURTAIN WALL
Designed By Yuanyue MAY 20.2014
Checked By Mallang MAY 20.2014
Approved By Zhangyongfu MAY 20.2014
WT1, 3, & 8, ALT 1st Review 2014-10-09
Submittal 084413-020-01

WCC 004606

WCC 004607