# EXHIBIT "T"

We have a meeting with Architect this coming Thursday, one of the main items of concern is building movement, for that reason we need your response by tomorrow so that we can go over it internally prior to meeting on Thursday. Please provide.
Thank you,
Pawel

**From:** James Dearth
**Sent:** Thursday, March 9, 2017 3:26 PM
**To:** Ex02
**Cc:** 谭明华 ; Pawel Lepkowski ; Phil Carvelas
**Subject:** CUNY - Building movement @ WT-3
**Importance:** High

Yuan/Charles,
Please review this condition and advise if system can accommodate building movement.
We need resolution to this ASAP.
Regards,
James Dearth
Project Manager
Whitestone Construction Corp
50-52 49th Street
Woodside, New York 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

11