# EXHIBIT "U"



WHITESTONE | WC | CONSTRUCTION
CORP.

## PRICE BREAKDOWN FORM

**PCO #098**
**WT-3 Clerestory Remediation**

11/27/18

Prime Contractor – Allowable Charges for Change Orders:

Labor:

| | Hours | Hourly Rate | |
|---|---|---|---|
| Local 580 Journeyman (MT) | 1,976 | $44.65 = | $88,228 |
| (Does not Include Supplemental Benefits/Payroll taxes) | | | |
| Local 79 Labor (WCC) | 192 | $38.40 = | $7,373 |
| (Does not Include Supplemental Benefits/Payroll taxes) | | | |
| Local 29, 45 Carpenter (WCC) | 256 | $52.50 = | $13,440 |
| (Does not Include Supplemental Benefits/Payroll taxes) | | | |
| Local 580 Journeyman (MT) | 1976 | $54.57 = | $107,830 |
| Supplemental Benefits, Hours x Hourly Rate | | | |
| Local 79 Labor (WCC) | 192 | $31.54 = | $6,056 |
| Supplemental Benefits, Hours x Hourly Rate | | | |
| Local 29, 45 Carpenter (WCC) | 256 | $46.91 = | $12,009 |
| Supplemental Benefits, Hours x Hourly Rate | | | |
| | | | |
| Materials: | | | |
| Scaffolding base/roof protection material | 1 | $4,887.21 = | $12,184 |
| Head connection modification material | 1 | $2,895.00 | |
| Replacement transition material | 1 | $1,152.00 | |
| Hardware | 1 | $750.00 | |
| WT-2/WT-3 transition replacement material | 1 | $2,500.00 | |
| | | | |
| Equipment: | | | |
| Knuckle boom use including required permits - 2 days | 1 | $6,500 = | $14,443 |
| Electric boom lift - 1 week rental | 1 | $5,280 | |
| Scaffold rental (5% of installation + material per month) - 1 Month | 1 | $2,663 | |

|  |  |  |
|---|---|---|
| SUBTOTAL | = | $234,936 |
| 20% Overhead & Profit (Max.) [1] | | $46,987 |
| SUBTOTAL | | $308,551 |
| 5% Profit (Subcontractor work) [2 (if applicable)] | = | $15,428 |
| SUBTOTAL | | $323,979 |

| | Hours | Hourly Rate | |
|---|---|---|---|
| Payroll Taxes [3]  FICA, FUI & SUI Hours - Local 580 | 1,976 | $10.43 | $20,610 |
| Payroll Taxes [3]  FICA, FUI & SUI Hours - Local 20, 45 | 256 | $11.26 | $2,883 |
| Payroll Taxes [3]  FICA, FUI & SUI Hours - Local 79 | 192 | $6.89 | $1,323 |
| (Does not Include Supplemental Benefits/Payroll taxes) | | | |
| Workers Compensation [4] Hours x Hourly Rate | | | |
| (Does not Include Supplemental Benefits/Payroll taxes) | | | |
| Premium Portion of Overtime [5] Hours x Hourly Rate | | | |
| **GRAND TOTAL** | | | **$348,794** |

[1] Prime Contractor work only.
[2] An additional 5% is allowed over and above sub-contractor costs.
[3] Payroll taxes W/O, O & P consist of FICA and federal and state unemployment taxes.
[4] Workers Compensation W/O, O & P

# Metro-Tech Erectors Corp.

58-02 Maspeth Avenue, Maspeth NY 11378 · Tel 718-366-3024   · Fax 347-507-1990

## PRICE BREAKDOWN FORM

**PCO #098**
**WT-3 Clerestory Remediation**                                              11/27/18

Prime Contractor – Allowable Charges for Change Orders:

| Labor: | Hours | Hourly Rate | |
|---|---|---|---|
| Metro-Tech Erector's Corp. | | | |
| Local 580 Journeyman | 1,976 | $44.65 = | $88,228 |
| (Does not Include Supplemental Benefits/Payroll taxes) | | | |
| Local 1281 Glaziers | 0 | $44.70 = | $0 |
| (Does not Include Supplemental Benefits/Payroll taxes) | | | |
| Local 580 Journeyman | 1,976 | $54.57 = | $107,830 |
| Supplemental Benefits, Hours x Hourly Rate | | | |
| Local 1281 Glaziers | 0 | $41.39 = | $0 |
| Supplemental Benefits, Hours x Hourly Rate | | | |
| Local 1 Journeyman | 0 | $53.67 = | $0 |
| (Does not Include Supplemental Benefits/Payroll taxes) | | | |
| Local 1 Journeyman | 0 | $27.64 = | $0 |
| Supplemental Benefits, Hours x Hourly Rate | | | |

Materials:

Equipment:

| | | | |
|---|---|---|---|
| **SUBTOTAL** | | = | $196,059 |
| 20% Overhead & Profit (Max.) [1] | | | $39,212 |
| **SUBTOTAL** | | | $235,270 |
| 5% Profit (Subcontractor work) [2] (if applicable) | | = | |
| **SUBTOTAL** | | | $235,270 |
| Payroll Taxes [3]  FICA, FUI & SUI Hours - Local 580 | 1,976 | $10.43 | $20,610 |
| Payroll Taxes [3]  FICA, FUI & SUI Hours - Local 1 | 0 | $9.89 | $0 |
| Payroll Taxes [3]  FICA, FUI & SUI Hours - Local 1281 | 0 | $9.44 | $0 |
| (Does not Include Supplemental Benefits/Payroll taxes) | | | $0 |
| Workers Compensation [4] Hours x Hourly Rate | | | |
| (Does not Include Supplemental Benefits/Payroll taxes) | | | |
| Premium Portion of Overtime [5] Hours x Hourly Rate | | | |
| **GRAND TOTAL** | | | $255,880 |

1 Payroll taxes W/O, O & P consist of FICA and federal and state unemployment taxes.
2 Workers Compensation W/O, O & P
3 Premium overtime W/O, O & P must have written CUNY approval/authorization.
4 Overtime, shift work and weekend work excluded

# WHITESTONE  CONSTRUCTION
CORP.

# Supporting Documents

50-52 49th STREET, WOODSIDE, NY 11377-7423

TEL: (718) 392-1800  FAX: (718) 392-6262   www.whitestonecc.com



# WHITESTONE    CONSTRUCTION

### CORP.

WCC PCO #098 – WT-03 Clerestory Remediation - Change Order Narrative

WCC PCO #098 includes supply and installation of new components for WT-3 Clerestory head anchors between D/9.1 and D/13.3 to accommodate new auditorium roof deflection design criteria. Said remediation to existing façade is caused by omission of new auditorium roof deflection design criteria prior to MCN, fabrication and installation of WT-3 clerestory, and subsequent untimely issuance of said criteria in RFI 1130 response after fabrication and installation was completed.

Facts/Notes:

1.  Shop Drawing Submittal 084413-020-02 MCN and related Calculation Submittal 084413-020.001-02 MCN were approved February 23, 2015. Said submittals clearly detailed capacity of system to accommodate movement. No corrections, obvious and unambiguous or otherwise, were noted on these MCN shop drawings or calculations pursuant to accommodation of differential building movement. Cover Letter issued by PEA's façade consultant ALT Limited with the aforementioned MCN shop drawing submittals clearly indicated only two items of "Major significance" and that "There are other minor comments, but these should not require resubmission," underscoring that no obvious and unambiguous corrections were noted pursuant to ability of system to accommodate movement.

2.  Fabrication and installation of WT-03 clerestory proceeded per MCN disposition. Said work was completed December 2016.

3.  RFI 1130 returned January 30, 2017 issued new relative movement design criteria between the auditorium and academic building after the façade was fabricated and installed per MCN submittals, causing WCC's PCO #098.

4.  013300 AA. Defines Submittals marked "Make Corrections Noted": submittals which require only a minor of amount of correcting will be marked "Make Corrections Noted". This mark shall mean that checking is complete and all corrections are obvious without ambiguity. Fabrication will be allowed on work marked "Make Corrections Noted" provided such action will expedite construction and noted corrections is adhered to. If fabrication is not made strictly in accordance with corrections noted, the item shall be rejected in the field, and the Contractor will be required to replace such work in accordance with corrected submittals and at their own expense.

5.  Commonly accepted definitions of "corrections," "obvious," and "ambiguity" are attached for clarity.

6.  These MCN submittal dispositions provided WCC with approval to proceed to fabrication and installation in accordance with said submittals, without risk of having to make changes to the installed work without compensation for said changes, which are caused by new design criteria issued after the submittal was approved and the work was installed.

T.   In submittals requiring manufacturer's literature, provide complete installation instructions for specified product and any associated miscellaneous material required to complete construction.

U.   The submission of any material, or article, as the equal of the materials or articles set forth in the specifications as a standard shall be accompanied by cost information, illustrations, drawings, descriptions, catalogs, records of tests, samples and any other information for both the specified item and the potential substitute item essential for judging, the quality and the materials, finish and durability of that specified as standard, as well as information indicating satisfactory use under similar operating conditions.

V.   Identify each submission by the Submission Control Number assigned on the Submission List. The control number shall be clearly written on the upper right hand corner of each catalog cut, incorporated into the title block of all shop drawings, included on all transmittals, and on identifying labels affixed to all samples. Items not submitted in this format will be rejected without review.

W.   In the event that all or any portion of a submission is rejected due to nonconformance with packaging and labeling requirements, or for any other reason, the Contractor shall tender a new submission conforming to contract requirements within (10) ten consecutive calendar days, calculated from the submission's rejection date. In no event shall the Contractor be permitted to tender submissions beyond the dates contained in the approved Submissions schedule without written approval of the CM.

X.   Disapproved submissions are to be returned to the Contractor directly.

Y.   No work shall be fabricated, manufactured, or installed from shop drawings stamped "Revise and Resubmit" or "Rejected", and such shop drawings shall be corrected and resubmitted by the Contractor until accepted by the Architect. At least one complete set of "No Exceptions Taken" and/or "Make Corrections Noted" shop drawings shall be kept at the site in the Contractors field office for reference at all times. "Revise and Resubmit" or "Rejected" shop drawings shall not be permitted at the site.

Z.   Submittals marked "No Exceptions Taken": submittals which require no corrections by the Architect will be marked "No Exceptions Taken".

AA.  Submittals marked "Make Corrections Noted": submittals which require only a minor of amount of correcting will be marked "Make Corrections Noted". This mark shall mean that checking is complete and all corrections are obvious without ambiguity. Fabrication will be allowed on work marked "Make Corrections Noted" provided such action will expedite construction and noted corrections is adhered to. If fabrication is not made strictly in accordance with corrections noted, the item shall be rejected in the field, and the Contractor will be required to replace such work in accordance with corrected submittals and at their own expense.

BB.  Submittals marked "Revise and Resubmit" or "Rejected": when submittals are contrary to contract requirements or too many corrections are required, they will be marked "Revise and Resubmit" or "Rejected". No work shall be fabricated under either of these marks. The Architect shall list the reasons for rejection on the submittals or in the transmittal letter accompanying their return. The submittals must be corrected and resubmitted for approval within ten (10) business days.

1.07   SUBMISSION REQUIREMENTS, GENERAL

A.   General:



# correction noun

cor·rec·tion | \kə-ˈrek-shən 🔊 \

~~Definition of correction~~

1   : the action or an instance of correcting: such as

    a   : ~~AMENDMENT, RECTIFICATION~~

    b   : REBUKE, PUNISHMENT

    c   : a bringing into conformity with a standard

    d   : NEUTRALIZATION, COUNTERACTION
       // *correction* of acidity

2   : a decline in market price or business activity following and counteracting a rise

3   a   : something substituted in place of what is wrong
       // marking *corrections* on the students' papers

    b   : a quantity applied by way of correcting (as for adjustment of an instrument)

4   : the treatment and rehabilitation of offenders through a program involving penal custody, parole, and probation

*also* : the administration of such treatment as a matter of public policy —usually used in plural

↓ **Other Words from** *correction*

↓ **Synonyms**

↓ **More Example Sentences**

↓ **Learn More about** *correction*



WORD OF THE DAY

## hark back 🔊

to return to or remember (something)

Get Word of the Day daily email!

Your email address   SUBSCRIBE

TEST YOUR VOCABULARY

December 2018 Words of the Day Quiz



Which is a synonym of canorous?

| angry | regal |
| thin-skinned | melodious |



Test your visual vocabulary with our 10-question challenge!





# correct verb

cor·rect | \ kə-ˈrekt 🔊 \

**corrected; correcting; corrects**

## Definition of *correct* (Entry 1 of 2)

*transitive verb*

**1  a**  : to make or set right : AMEND

// The editor *corrected* the author's manuscript.

**b**  : COUNTERACT, NEUTRALIZE

// *correct* a harmful tendency

**c**  : to alter or adjust so as to bring to some standard or required condition

// *correct* a lens for spherical aberration

// She's having surgery to *correct* her vision.

**2  a**  : to discipline or punish (someone) for some fault or lapse

// ... I was most rude then. Only a small boy, Sir, and I was *corrected* for it, I assure you, by my father ...
— Rex Ingamells

**b**  : to point out usually for amendment the errors or faults of

// I spent the day *correcting* tests

# correct adjective

## Definition of *correct* (Entry 2 of 2)

**1**  : conforming to an approved or conventional standard

// *correct* behavior

**2**  : conforming to or agreeing with fact, logic, or known truth

// a *correct* response





WORD OF THE DAY

# hark back 🔊

to return to or remember (something)

Get Word of the Day daily email!

  SUBSCRIBE

---

TEST YOUR VOCABULARY

December 2018 Words of the Day Quiz

  Which is a synonym of canorous?

| thin-skinned | angry |
| regal | melodicus |

  Test your visual vocabulary with our 10-question challenge!







Case 1:20-cv-01006-GHW Document 75-6 Filed 11/11/20 Page 9 of 38

THE 2018 RANGE ROVER EVOQUE
$359/MO*
REQUEST A QUOTE
LAND ROVER ABOVE & BEYOND

# obvious adjective

ob·vi·ous | \ ˈäb-vē-əs \

## Definition of *obvious*

1 *archaic* : being in the way or in front

2 : easily discovered, seen, or understood
// It was *obvious* that things weren't working out.
// She stayed for *obvious* reasons.

- Other Words from *obvious*
- Synonyms & Antonyms
- Choose the Right Synonym
- More Example Sentences
- Learn More about *obvious*

## Other Words from *obvious*

**obviousness** *noun*

## Synonyms & Antonyms for *obvious*

**Synonyms**

apparent, bald, bald-faced, barefaced, bright-line, broad, clear, clear-cut, crystal clear, decided, distinct, evident, lucid, luculent, luminous, manifest, nonambiguous, open-and-shut, palpable, patent, pellucid, perspicuous, plain, ringing, straightforward, transparent, unambiguous, unambivalent, unequivocal, unmistakable

THE 2018 RANGE ROVER EVOQUE
$359/MO*
REQUEST A QUOTE
LAND ROVER ABOVE & BEYOND

WORD OF THE DAY

hark back

to return to or remember (something)

Get Word of the Day daily email!

Your email address SUBSCRIBE

TEST YOUR VOCABULARY

December 2018 Words of the Day Quiz

Which is a synonym of canorous?

melodious | regal | angry | thin-skinned

NAME THAT THING

Test your visual vocabulary with our 10-question challenge!

File Edit View History Bookmarks Tools Help
Ambiguity | Definition of Ambiguit
https://www.merriam-webster.com/diction
Search

JOIN MWU | GAMES | BROWSE THESAURUS | WORD OF THE DAY | VIDEO | WORDS AT PLAY | FAVORITES
Merriam-Webster SINCE 1828
ambiguity
DICTIONARY THESAURUS

GIVE JOYFULLY
30% OFF ALL MACHINES*
ENDS 12/31. *See nespresso.com for details.
NESPRESSO.
SHOP NOW

# ambiguity noun

am·bi·gu·i·ty | \ˌam-bə-ˈgyü-ə-tē \

*plural* **ambiguities**

## Definition of *ambiguity*

1 a : the quality or state of being ambiguous especially in meaning

// The *ambiguity* of the poem allows several interpretations.

b : a word or expression that can be understood in two or more possible ways : an ambiguous word or expression

2 : UNCERTAINTY

Synonyms & Antonyms

Where *Ambiguity* Comes From

More Example Sentences

Learn More about *ambiguity*

## Synonyms & Antonyms for *ambiguity*

**Synonyms**

ambiguousness, darkness, equivocalness, equivocation, inscrutability, inscrutableness, murkiness, mysteriousness, nebulosity, nebulousness, obliqueness, obliquity, obscurity, opacity, opaqueness

**Antonyms**

clarity, clearness, obviousness, plainness

Starts fast,

chromebook

WORD OF THE DAY

hark back

to return to or remember (something)

Get Word of the Day daily email!

your email address SUBSCRIBE

TEST YOUR VOCABULARY

December 2018 Words of the Day Quiz

Which is a synonym of canorous?

melodious | thin-skinned | regal | angry

Test your visual vocabulary with our 10-question challenge!

# ambiguous adjective

am·big·u·ous | \am- bi-gyə-wəs \

## Definition of *ambiguous*

1 a : doubtful or uncertain especially from obscurity or
indistinctness

b : INEXPLICABLE

2 : capable of being understood in two or more possible
senses or ways
// an *ambiguous* smile
// an *ambiguous* term
// a deliberately *ambiguous* reply

↓ **Other Words from *ambiguous***

↓ **Synonyms & Antonyms**

↓ **Choose the Right Synonym**

↓ ***Ambiguous* vs. *Ambivalent***

↓ **More Example Sentences**

↓ **Learn More about *ambiguous***

## Other Words from *ambiguous*

ambiguously *adverb*

ambiguousness *noun*



**WORD OF THE DAY**

# hark back

to return to or remember
(something)

Get Word of the Day daily email!

Your email address   SUBSCRIBE

**TEST YOUR VOCABULARY**

December 2018 Words of the Day
Quiz

Which is a synonym of
canorous?

thin-skinned     angry

regal     melodious

Test your visual vocabulary
with our 10-question
challenge!



# Sciame
Construction Managers
Consultants
Builders

WHERE BUILDING IS AN ART

## RFI Transmittal

Sciame Construction, LLC  |  14 Wall Street 2nd Floor New York NY 10005 United States

| | | | |
|---|---|---|---|
| PROJECT: | CUNY New Academic Building CUN-901 | DATE SENT: | 1/23/2017 |
| | | RETURN BY: | 1/30/2017 |
| SUBJECT: | 1130 - Design Movement between the Auditorium and Main Building | RFI ID: | 1130 |
| TYPE: | RFI | TRANSMITTAL ID: | 13818 |
| PURPOSE: | To Answer | VIA: | Info Exchange |

QUESTION: In reviewing submittal 084426-007-01 the Design Team included a comment that "The structural adequacy of this anchor and the relative movements between auditorium roof and main building still has not been submitted."  Please define what the relative movement between the auditorium roof and main building is per design so that Whitestone can provide Yuanda with that information for analysis to ensure that the design movement was adequately addressed in the facade design.

SUGGESTION:

1. SHOP DWG SUBMISSION NUMBERS MUST BE IN SEQUENCE OF THE PREVIOUS SUBMISSIONS.
2. THE CONCERN WAS PREVIOUSLY NOTED IN 2014 UNDER SUBMITTALS 084413-020-01 AND 084413-020-02 ON SHEETS D328, D329, D331 AND Y52 TO VERIFY A LARGER MOVEMENT JOINT TO ACCOMODATE ROOF DEFLECTIONS.  THE NOTE WAS ALSO INDICATED ON RFIS 1033 AND 1033R1.
3. REFER TO ATTACHED ESTIMATED ROOF DEFLECTIONS BY WSP.  NOTE: WSP CLARIFIED 50% OF THE SDL HAS ALREADY OCCURRED AND THAT FIGURE CAN BE REDUCED.  EVEN WITH THE 50% REDUCTION OF THE SDL DEFLECTION, WE BELIEVE THE CONTRACTOR'S HEAD ANCHOR DETAIL MAY NOT ACCOMODATE THE ESTIMATED ROOF DEFLECTIONS.
4. REFER TO ASK- 266 FOR SUGGESTION FOR THE HEAD ANCHOR DETAIL TO ACCOMODATE POTENTIAL MOVEMENT.

FROM

| NAME | | | |
|---|---|---|---|
| Dan Dillon | | | 200 |

TO

| NAME | | | |
|---|---|---|---|
| Dan Grimaldi | | | 5279 |
| Juan Mejia | Perkins Eastman | n.com | 212-353-7483 |
| Mindy No | Perkins Eastman | m.no@perkinseastman.com | (212) 353-7366 |
| Paul Cheevers | Perkins Eastman | P.CHEEVERS@perkinseastman.com | |

COPIES:

| | |
|---|---|
| Adam Giusti | (Sciame Construction, LLC) |
| Athena Sountis | (Sciame Construction, LLC) |
| Christina James | (Sciame Construction, LLC) |
| Dan Dillon | (Sciame Construction, LLC) |
| Freddy Whitney | (Sciame Construction, LLC) |
| Harold Lander | (Sciame Construction, LLC) |

RFI Transmittal

DATE:      1/23/2017
ID:          13818

Jamie Fundinger          (Sciame Construction, LLC)
Joseph Asante            (Sciame Construction, LLC)
Lily Chen                (Sciame Construction, LLC)
Luis Medina              (Sciame Construction, LLC)
Michael Pombo            (Sciame Construction, LLC)
Ryan Murphy              (Sciame Construction, LLC)
Sean Smith               (Sciame Construction, LLC)
Timothy Keating          (Sciame Construction, LLC)





Perkins Eastman
CITY TECH ACADEMIC BUILDING
MECH, MEZZ. AND AUDITORIUM ROOF FRAMING PLAN
S-133.00
ESTIMATED ROOF DEFLECTIONS:
NOTE: WSP NOTED THAT APPROX 50% OF SDL HAS ALREADY OCCURRED AND THAT FIGURE CAN BE REDUCED IN THE ESTIMATION OF THE TOTAL DEFLECTION.
AUDITORIUM ROOF FRAMING PLAN
CURTAIN WALL LINE
Δ=0
NOTE: WSP NOTED THAT APPROX 50% OF SDL HAS ALREADY OCCURRED AND THAT FIGURE CAN BE REDUCED IN THE ESTIMATION OF THE TOTAL DEFLECTION.
PG SECTION
MAX DEFL ALONG D
MECHANICAL MEZZANINE FRAMING PLAN

alum frame ribs for support

movement slot

Structural silicone joint may need to accommodate forces from cantilevered reaction

alum frame ribs for support

movement slot

Structural silicone joint may need to accommodate forces from cantilevered reaction

Gasket instead of sealant.

Structural silicone.

**HEAD ANCHOR UP POSITION:**

**HEAD ANCHOR DOWN POSITION:**

**ASK-266:**
WT-3 HEAD ANCHOR
DETAIL: RFI 1130
01/27/17

Case 1:20-cv-01006-GHW   Document 75-6   Filed 11/11/20   Page 16 of 38



Add section. We believe a larger glass joint is needed in this area to accommodate roof deflections.

Does this line represent a glass mullion?

WT1, 3, & 8, ALT 1st Review 2014-10-09
Submittal 084413-020-01



Glass is sitting on roof. Connection above must accommodate all vertical movements.

The glass must transition from hanging to sitting at some location. Show where this happens on elevations and add required details. Note, we expect this to happen at a column line where there will be little vertical movements.

Add section for joints

WT1, 3, & 8, ALT 1st Review 2014-10-09
Submittal 064413-020-01

Case 1:20-cv-01006-GHW   Document 75-6   Filed 11/11/20   Page 17 of 38



See D303 to reduce caulk joint.
Do not square cut corners of glass.
Gap between bottom of glass and extrusion does not seem large enough to accommodate movements - including movements of roof beam at bottom. Verify adequacy.
Show sections at joints.
Calculations are required for bracket and weld to structure.
All field weld must be specified.
Specify fasteners and spacing.
Specify fasteners and spacing.
WT1, 3, & 8, ALT 1st Review 2014-10-09
Submittal 084413-020-01



Case 1:20-cv-01006-GHW   Document 75-6   Filed 11/11/20   Page 19 of 38

# Perkins Eastman

ARCHITECTURE
CONSULTING
INTERIOR DESIGN
PLANNING
PROGRAMMING

## SUBMITTAL REVIEW COMMENT

| Spec. Section | 08 44 13 | File No. | 020 |
|---|---|---|---|
| Project No. | 32130.00 | Subm. No. | 02 |

### Perkins Eastman

| Corrections or comments made on the shop drawings during this review do not relieve contractor from compliance with requirements of the drawings and specifications. This check is only for review of general conformance with the design concept of the project and general compliance with the information given in the contract documents. The contractor is responsible for: confirming and correlating all quantities and dimensions; selecting fabrication processes and techniques of construction; coordinating the work with that of all other trades, and performing the work in a safe and satisfactory manner. | no exceptions taken | ☐ |
| | make corrections noted | ☑ |
| | revise and resubmit | ☐ |
| | rejected | ☐ |
| | no action taken | ☐ |

| by | L.G. | date | 02/23/2015 |
|---|---|---|---|

1- SEE ENCLOSED COMMENTS FROM ALT AND PE.

2- THE SPLICE SEAL AND CORNER MULLION CALCS AND CORNER CONDITION MUST BE ADDRESSED.

2- PREVIOUS SUBMITTAL COMMENTS MUST BE ADDRESSED.

3-CM TO COORDINATE WITH ALL APPROVED DECKING, APPROVED SLAB EDGE, T.O.S. ELEVATIONS, GRADE ELEVATIONS AND APPROVED FRAMING PLANS; TYP.

4- COORDINATE WITH APPROVED ADJACENT WALL ASSEMBLIES AND TRANSITIONS; TYP.

5- PROVIDE ACTUAL PROJECT CONDITION DETAILS AT THE VARIOUS WALL TRANSITIONS. MATERIAL SPECS AND TRANSTION DETAILS MUST BE PROVIDED FOR ELEMENTS BY WCC.

6- REFER TO COMMENTS ON STRUCTURAL CALCULATIONS, INLCUDING PROVIDING STRUCTURAL CALCULATIONS FOR THE WCC ELEMENTS INCLUDING HORIZONTAL TUBE AND ANCHORAGE LOCATIONS.

7- Products shall comply with the guidelines for LEED certification as outlined in the specifications. All applicable product submittals to include all required documentation requirement of LEED certification including but not limited to: recycled and/or local content, material cost, and/or VOC content.

8. SPECIFY FILLER METAL FOR ALL STAINLESS STEEL WELDS.

9. VERIFY FILLER METAL FOR WELDS MEETS FILLER METAL ASSUMED IN CALCS.

NORTH AMERICA
ARLINGTON, VA
BOSTON, MA
CHARLOTTE, NC
CHICAGO, IL
NEW YORK, NY
OAKLAND, CA
PITTSBURGH, PA
STAMFORD, CT
TORONTO, ON

SOUTH AMERICA
GUAYAQUIL, ECU

ASIA
MUMBAI, IND
SHANGHAI, PRC

MIDDLE EAST
DUBAI, UAE

PERKINS EASTMAN ARCHITECTS, PC
115 FIFTH AVENUE
NEW YORK, NY 10003
T. 212.353.7200
F. 212.353.7676

WWW.PERKINSEASTMAN.COM

 **ALT LIMITED**

Correspondence: 8/F Marajo Tower, 312 26th Street, West corner of 4th Avenue, Bonifacio Global City, 1634, Taguig City, Philippines
Tel. No. (632) 659-0381 Fax No. (632) 659-7249

22 February 2015

Ms. Mindy No
Perkins Eastman
115 Fifth Avenue
New York, NY  10003

**Reference:**    **P09.00.517**    **No. P150222-1**

**Subject:**    2nd  **Review – Yunda WT1, WT3, & WT8**
                **SUBMITTAL: Drawings 084413-020-02, Calcs 084413-020.001-02**

Ms. No,

Attached is the review for the drawings and calculations referenced above.

There are only two items of major significance:
1. Splice seal.  I think they need to fix the non-moving portions of the reinforcing extrusion so that the joint that is intended to move will, in fact, be the joint that moves.
2. I cannot tell if the corner mullion calcs are correct.  I would expect to see the mullions rotated 45 degrees in the computer runs to model the principle axis of the mullions, but this is not there.

There are other minor comments, but these should not require resubmission.

Sincerely yours,

Steve Strebel

CC    File                              – ALT
      Ms. Lara Guerra                   – PE



Case 1:20-cv-01006-GHW   Document 75-6   Filed 11/11/20   Page 23 of 38



MCN SHOP DRAWINGS AND CALCULATIONS



**ALT LIMITED**

Correspondence: 8/F Marajo Tower, 312 26th Street, West corner of 4th Avenue, Bonifacio Global City, 1634, Taguig City, Philippines
Tel. No. (632) 659-0381 Fax No. (632) 659-7249

22 February 2015

> **REVIEWED**
> **By PERKINS EASTMAN at 5:49 pm, Feb 23, 2015**

Ms. Mindy No
Perkins Eastman
115 Fifth Avenue
New York, NY 10003

> 1. ADDRESS ALT COMMENTS BELOW AND
> PREVIOUS SUBMITTAL COMMENTS.
> 2. CONFRIM CORNER CONDITION CALCS.

| Reference: | P09.00.517 | No. P150222-1 |
|---|---|---|

**Subject:** 2nd Review – Yunda WT1, WT3, & WT8
SUBMITTAL: Drawings 084413-020-02, Calcs 084413-020.001-02

Ms. No,

Attached is the review for the drawings and calculations referenced above.

There are only two items of major significance:
1. Splice seal. I think they need to fix the non-moving portions of the reinforcing extrusion so that the joint that is intended to move will, in fact, be the joint that moves.
2. I cannot tell if the corner mullion calcs are correct. I would expect to see the mullions rotated 45 degrees in the computer runs to model the principle axis of the mullions, but this is not there.

There are other minor comments, but these should not require resubmission.

Sincerely yours,

Steve Strebel

CC      File                                    - ALT
        Ms. Lara Guerra                  - PE

Suite 2203-2204 Tai Yip Building, 141 Thomson Road, Wanchai, Hong Kong
Tel: (852) 2838-8512              Fax: (852) 2824-9009
Email: altltd@cladding.com      Website: www.cladding.com

# MCN SHOP DRAWINGS AND CALCULATIONS

## Perkins Eastman

ARCHITECTURE
CONSULTING
INTERIOR DESIGN
PLANNING
PROGRAMMING

## SUBMITTAL REVIEW COMMENT

| Spec. Section | 08 44 13 | File No. | 020 |
|---|---|---|---|
| Project No. | 32130.00 | Subm. No. | 02 |

### Perkins Eastman

| Corrections or comments made on the shop drawings during this review do not relieve contractor from compliance with requirements of the drawings and specifications. This check is only for review of general conformance with the design concept of the project and general compliance with the information given in the contract documents. The contractor is responsible for: confirming and correlating all quantities and dimensions; selecting fabrication processes and techniques of construction; coordinating the work with that of all other trades; and performing the work in a safe and satisfactory manner. | no exceptions taken | ☐ |
| | make corrections noted | ☑ |
| | revise and resubmit | ☐ |
| | rejected | ☐ |
| | no action taken | ☐ |
| by    L.G. | date    02/23/2015 | |

1- SEE ENLOSED COMMENTS FROM ALT AND PE.
2- THE SPLICE SEAL AND CORNER MULLION CALCS AND CORNER CONDITION MUST BE ADDRESSED.
2- PREVIOUS SUBMITTAL COMMENTS MUST BE ADDRESSED.
3-CM TO COORDINATE WITH ALL APPROVED DECKING, APPROVED SLAB EDGE, T.O.S. ELEVATIONS, GRADE ELEVATIONS AND APPROVED FRAMING PLANS; TYP.
4- COORDINATE WITH APPROVED ADJACENT WALL ASSEMBLIES AND TRANSITIONS; TYP.
5- PROVIDE ACTUAL PROJECT CONDITION DETAILS AT THE VARIOUS WALL TRANSITIONS. MATERIAL SPECS AND TRANSTION DETAILS MUST BE PROVIDED FOR ELEMENTS BY WCC.
6- REFER TO COMMENTS ON STRUCTURAL CALCULATIONS, INLCUDING PROVIDING STRUCTURAL CALCULATIONS FOR THE WCC ELEMENTS INCLUDING HORIZONTAL TUBE AND ANCHORAGE LOCATIONS.
7- Products shall comply with the guidelines for LEED certification as outlined in the specifications. All applicable product submittals to include all required documentation requirement of LEED certification including but not limited to: recycled and/or local content, material cost, and/or VOC content.
8. SPECIFY FILLER METAL FOR ALL STAINLESS STEEL WELDS.
9. VERIFY FILLER METAL FOR WELDS MEETS FILLER METAL ASSUMED IN CALCS.

NORTH AMERICA
ARLINGTON, VA
BOSTON, MA
CHARLOTTE, NC
CHICAGO, IL
NEW YORK, NY
OAKLAND, CA
PITTSBURGH, PA
STAMFORD, CT
TORONTO, ON

SOUTH AMERICA
GUAYAQUIL, ECU

ASIA
MUMBAI, IND
SHANGHAI, PRC

MIDDLE EAST
DUBAI, UAE

PERKINS EASTMAN ARCHITECTS, PC
115 FIFTH AVENUE
NEW YORK, NY 10003
T. 212.353.7200
F. 212.353.7676

WWW.PERKINSEASTMAN.COM

APPROVED REMEDIATION



Construction Managers
Consultants
Builders

WHERE BUILDING IS AN ART

**RFI Transmittal**

Sciame Construction, LLC  | 14 Wall Street 2nd Floor New York NY 10005 United States

| PROJECT | CUNY New Academic Building CUN-901 | DATE SENT: | 10/10/2018 |
|---|---|---|---|
| | | RETURN BY: | 10/17/2018 |
| SUBJECT: | RFI 1436R7 - WT-3 Aud Roof Curb Field Install | RFI ID: | 1436R7 |
| TYPE: | RFI | TRANSMITTAL ID: | 17270 |
| PURPOSE: | To Answer | VIA: | Info Exchange |
| QUESTION: | | | |
| SUGGESTION: | | | |

FROM

| NAME | COMPANY | EMAIL | PHONE |
|---|---|---|---|
| Freddy Whitney | Sciame Construction, LLC | FWhitney@sciame.com | 347-227-8394 |

TO

| NAME | COMPANY | EMAIL | PHONE |
|---|---|---|---|
| Dan Grimaldi | Perkins Eastman | d.grimaldi@perkinseastman.com | (646) 225-6279 |
| Juan Mejia | Perkins Eastman | j.mejia@perkinseastman.com | 212-353-7483 |
| Mindy No | Perkins Eastman | m.no@perkinseastman.com | (212) 353-7366 |
| Paul Cheevers | Perkins Eastman | P.CHEEVERS@perkinseastman.com | |

DESCRIPTION OF CONTENTS

| QTY | DATED | TITLE | NUMBER |
|---|---|---|---|
| 1 | 10/10/2018 | RFI 1436R7 - WT-3 Aud Roof Curb Field Install.pdf | |

COPIES

| | |
|---|---|
| Adam Giusti | (Sciame Construction, LLC) |
| Anthony Primiani | (Sciame Construction, LLC) |
| Athena Sountis | (Sciame Construction, LLC) |
| Dan Dillon | (Sciame Construction, LLC) |
| David Shone | (Sciame Construction, LLC) |
| Frank Kelley | (Sciame Construction, LLC) |
| Freddy Whitney | (Sciame Construction, LLC) |



METRO
TECH
ERECTORS

58-02 Maspeth Avenue
Maspeth NY 11378

Office: 718-366-3024
Fax: 347-507-1990
www.metro-techerectors.com
meere125@aol.com

# Proposal

| COMPANY: | Whitestone Construction Corp. | DATE: | October 25, 2018 |
|---|---|---|---|
| ADDRESS: | 50-52 49th Street | PROJECT: | CUNY New Academic Building |
| | Woodside, NY 11377 | | 285 Jay Street, Brooklyn NY |
| ATTN: | James Dearth | DESCRIPTION: | Modifications to the WT-3 Clearstory |
| PHONE #: | 718-392-1800 | PREPARED BY: | Kaz Nowak |

I propose to perform all labor necessary to complete the following:

Modifications to the WT-3 clerestory

INCLUSIONS:
1. Remove and replace existing bolted steel support brackets
2. Install Unistrut cladding hangers
3. Remove sealant and install new gasket material on the interior and exterior of the clerestory
4. Install new steel bracket on top of the existing head extrusion
5. Patch all through bolt holes

EXCLUSIONS:
1. Materials
2. Equipment
3. Scaffold

| | |
|---|---|
| **SUBTOTAL:** | $248,000.00 |
| **OVERHEAD 20%:** | 49,600.00 |
| **TOTAL:** | 297,600.00 |

All of the work is to be completed in a substantial and workmanlike manner for the sum of **two hundred ninety-seven thousand six hundred and 00/100 Dollars ($297,600.00).**
Payment to be made no later than 30 days after completion of the work. Any alterations or deviation from the above specifications involving extra cost of material or labor will be executed upon written order for same, and will become an extra charge over the sum mentioned in this contract.  All agreements must be made in writing.

**ACCEPTANCE**
You are hereby authorized to furnish all labor required to complete the work mentioned in the above proposal for which WHITESTONE CONSTRUCTION CORP. agrees to pay the amount mentioned in said proposal and according to the terms thereof.

_____          _____
Signature                                              Date



Case 1:20-cv-01006-GHW   Document 75-6   Filed 11/11/20   Page 29 of 38

WT-3 GLASS STORAGE CART

SEE "A"

8' WIDE ACCESS RAMP

SEE WSK-1

SEE "B"

**1** CLERESTORY WORK ACCESS PLAN
SCALE = ⅜" = 1'-0"

CASTER CHOCK

**A** MATERIAL STAGING PLATFORM
SCALE = ⅜" = 1'-0"

(2) FASTENERS AT 16" O/C
CONTINUOUS 2"x4" WOOD TOE BOARD
TOP LAYER ¾" PLYWOOD
BASE LAYER ¾" PLYWOOD
2" RIGID INSULATION
EXISTING ROOFING ASSEMBLY

**B** TYPICAL PLATFORM ASSEMBLY
SCALE = 6" = 1'-0"

General Notes
- DRAWING FOR REFERENCE ONLY
- ALL ENGINEERING AND DOB FILING REQUIREMENTS ARE EXTRA TO WCC
- ROOF LOAD ANALYSIS BY OTHERS. SCAFFOLD BASE DETAIL ACCEPTANCE REQUIRED PRIOR TO USE
- PRE-CONSTRUCTION ROOF SURVEY BY ROOFING CONTRACTOR REQUIRED PRIOR TO MOBILING

WHITESTONE CONSTRUCTION CORP.

CUNY NEW ACADEMIC BUILDING

WSK-1





**The City University of New York**

**APPROVED**

~~~ 0 9 2018

**CUNY**

## LABOR RATE WORKSHEET

| | | | |
|---|---|---|---|
| Contractor Name: | METRO-TECH ERECTORS CORP. | Date: | 07/02/18 |
| Address: | 58-02 Maspeth Avenue | Project No.: CUN901 | |
| | Maspeth, NY 11378 | Project Name: CUNY New Academic Building | |
| Telephone Number: | 718-366-3024 | County: Kings | |

LABOR RATE BREAKDOWN (Use a separate worksheet for each trade and classification)   Trade/Classification: IRONWORKER JOURNEYMAN

Check One Box Only: Union Shop. ☑   Local: 580

Open Shop. ☐

| | | | | REGULAR BASE RATE | PREMIUM TIME (only when directed) |
|---|---|---|---|---|---|
| Effective Dates for Wage Rates: | From: 07/01/18 | To: 12/31/18 | | | |
| **A. BASE RATE PER HOUR** | | | | $44.65 | $28.20 |

| BENEFITS ( check all taxable benefits that apply) | Taxable Benefits | % per hour | $ per hour | | |
|---|---|---|---|---|---|
| Benefit Fund (Vacation) | Yes | 0.0000% | $11.75 | 11.75 | 0.00 |
| International Organizing Fund | Yes | 0.0000% | $0.17 | 0.17 | 0.09 |
| Pension Fund | No | 0.0000% | $11.85 | 11.85 | 5.93 |
| Supplemental Benefit | No | 0.0000% | $0.60 | 0.60 | 0.30 |
| Insurance Fund | No | 0.0000% | $14.35 | 14.35 | 7.18 |
| Annuity Fund | No | 0.0000% | $13.60 | 13.60 | 6.80 |
| Apprentice Journeymen's Educational Fund | No | 0.0000% | $1.22 | 1.22 | 0.61 |
| Scholarship Fund | No | 0.0000% | $0.25 | 0.25 | 0.13 |
| Industry Promotion Fund | No | 0.0000% | $0.35 | 0.35 | 0.18 |
| Labor Management Fund | No | 0.0000% | $0.15 | 0.15 | 0.08 |
| IMPACT | No | 0.0000% | $0.28 | 0.28 | 0.14 |
| (Identify Taxable Benefits) | | | | | |
| **B. TOTAL BENEFITS PER HOUR** | | | $54.57 | $54.57 | $21.44 |

| PAYROLL TAXES AND INSURANCE | | | | | |
|---|---|---|---|---|---|
| FICA | | | 6.2000% | 3.51 | 1.75 |
| Medicare | | | 1.4500% | 0.82 | 0.41 |
| Metropolitan Commuter Tax | | | 0.3400% | 0.19 | 0.10 |
| Federal Unemployment | | | 0.6000% | 0.34 | 0.17 |
| State Unemployment | | | 9.8250% | 5.56 | 2.78 |
| Disability | | | 0.0200% | 0.01 | 0.01 |
| Workers' Compensation | Code: | CCIP | 0.0000% | 0.00 | 0.00 |
| **C. TOTAL TAXES AND INSURANCE PER HOUR** | | | | | |
| REGULAR BASE RATE | $56.57 | x | 18.4350% | $10.43 | $5.22 |
| **D. TOTAL LABOR RATE, SUBJECT TO OH&P** | | | (A+B)= | $99.22 | $49.64 |
| **F. OH&P (20%)** | | | | $19.84 | $0.00 |
| **G. TOTAL LABOR RATE** | | | (C+D+F)= | $129.49 | $54.86 |

### H. CONTRACTOR'S CERTIFICATION

I certify that the labor rates, insurance enumerations, labor fringe enumerations and expenses are correct and in accordance with actual and true cost incurred.

| | |
|---|---|
| Signature of Authorized Representative | Sworn before me this 2 nd day |
| Pawel Hogendorf | of J uly , 20 18 |
| Print Name | |
| President | Notary Public |
| Print Title | |

Notary Public, State of New York
Qualified in Kings County
No 01LE6317327
Commission Expires Dec 29, 2018



**CU NY** The City University of New York

APPROVED As Noted

UE I I U 2018

CUNY *M*

## LABOR RATE WORKSHEET

| Contractor Name: | Whitestone Construction Corp. | Date: | 10/2/2018 |
|---|---|---|---|
| Address: | 50-52 49th Street | Project No.: | CUN901 |
| | Woodside, NY 11377 | Project Name: | New Academic bldg |
| Telephone Number | (718) 392-1600 | County: | Kings |

LABOR RATE BREAKDOWN (use a separate worksheet for each trade and classification)   Trade/Classificat Laborer

Check One Box Only: Union Shop: ☐    Local:    Local 79

Open Shop:    ☐

| | | | | REGULAR BASE RATE | PREMIUM TIME (only when directed) |
|---|---|---|---|---|---|
| Effective Dates for Wage Rates: | From: 7/1/2018 | To: 6/30/2020 | | | |

| A. BASE RATE PER HOUR | | | | $38.40 | $57.50 **19.20** |
|---|---|---|---|---|---|

| BENEFITS ( check all taxable benefits that apply) | Taxable Benefits | % per hour | $ per hour | | |
|---|---|---|---|---|---|
| Vacation and Holiday | Yes | 0.0000% | $2.25 | 2.25 | 2.25 |
| Health and Welfare | No | 0.0000% | $12.75 | 12.75 | 12.75 |
| Pension | No | 0.0000% | $7.35 | 7.35 | 7.35 |
| Annuity | No | 0.0000% | $7.75 | 7.75 | 7.75 |
| Education / Apprentice Training | No | 0.0000% | $0.50 | 0.50 | 0.50 |
| I.A.P. Fund | No | 0.0000% | $0.50 | 0.50 | 0.50 |
| Health & Safety | No | 0.0000% | $0.05 | 0.05 | 0.05 |
| Greater NY LECET | No | 0.0000% | $0.29 | 0.29 | 0.29 |
| LECET | No | 0.0000% | $0.10 | 0.10 | 0.10 |
| Dues & Pac | No | 0.0000% | $2.21 | 2.21 | 2.21 |
| (Identify Taxable Benefits) | | 0.0000% | $0.00 | 0.00 | 0.00 |

| B. TOTAL BENEFITS PER HOUR | | 31.54 | $33.75 | $33.75 | $33.75 |
|---|---|---|---|---|---|

| PAYROLL TAXES AND INSURANCE | | | | | |
|---|---|---|---|---|---|
| FICA | | | 6.2000% | 2.52 | 3.70 |
| Medicare | | | 1.4500% | 0.59 | 0.87 |
| Federal Unemployment | | | 0.6000% | 0.24 | 0.36 |
| State Unemployment | | | 8.3000% | 3.37 | 4.96 |
| Disability | | | 0.4000% | 0.16 | 0.24 |
| Workers' Compensation | Code: | | 0.0000% | 0.00 | 0.00 |

| C. TOTAL TAXES AND INSURANCE PER HOUR | 40.65 | | | $6.89 | 3.25 |
|---|---|---|---|---|---|
| REGULAR BASE RATE | $38.40 | x | 16.9500% | | $10.13 |

| D. TOTAL LABOR RATE, SUBJECT TO OH&P | | | (A+B)= | $72.15 | $91.25 |
|---|---|---|---|---|---|
| F. OH&P (20%) | | | | $14.43 | $18.25 |
| G. TOTAL LABOR RATE | | | (C+D+F)= | $93.47 | $119.63 **69.94** |

## H. CONTRACTOR'S CERTIFICATION

I certify that the labor rates, insurance enumerations, labor fringe enumerations and expenses are correct and in accordance with actual and true cost incurred

Signature of Authorized Representative

Christine Prescio
Print Name

President
Print Title

Sworn before me this _____ day

of ___Oct___ , 20 1 8

Notary Public

Virginia Leone
Notary Public, State of New York
Qualified in Queens County
No. # 01LE5070245
Commission Expires Dec. 09, 2018



The City
University
of
New York

APPROVED *As Noted*

APR 1 9 2018

CUNY

## LABOR RATE WORKSHEET

| Contractor Name: | Whitestone Construction Corp. | Date: | 02/12/18 |
|---|---|---|---|
| Address: | 50-52 49th St | Project No.: | CUN901 |
| | Woodside, NY 11377 | Project Name: | CUNY NYC Tech Academic Bldg |
| Telephone Number: | 718-392-1800 | County: | Brooklyn |

LABOR RATE BREAKDOWN (Use a separate worksheet for each trade and classification)

Check One Box Only: Union ☑ Op:   Local:   United Brotherhood of C.    Carpenter

| Open Shop: ☐ | | | 04/30/18 | REGULAR BASE RATE | PREMIUM TIME (only when directed) |
|---|---|---|---|---|---|
| Effective Dates for Wage Rates: | From: 06/30/17 | To: 12/31/17 | | | |

| A. BASE RATE PER HOUR | | | | $52.50 | $26.25 |
|---|---|---|---|---|---|

| BENEFITS (check all taxable benefits that apply) | Taxable Benefits | % per hour | $ per hour | | |
|---|---|---|---|---|---|
| Welfare Fund | No | 0.0000% | | $14.64 | 14.64 |
| Pension Fund | No | 0.0000% | | $12.85 | 12.85 |
| Supplemental Pension | No | 0.0000% | | $1.00 | 1.00 |
| Annuity Fund | No | 0.0000% | | $9.36 | 9.36 |
| A.J.R.E.I.F. | No | 0.0000% | | $0.70 | 0.70 |
| Supplemental Fund | No | 0.0000% | | $0.05 | 0.05 |
| Vacation Fund | Yes | 0.0000% | | $7.68 | 7.68 |
| Labor/Mgmt Fund | No | 0.0000% | | $0.28 | 0.28 |
| IBC | No | 0.0000% | | $0.10 | 0.10 |
| I.A.P. | No | 0.0000% | | $0.25 | 0.25 |
| | No | 0.0000% | | | 0.00 |
| | No | 0.0000% | | | 0.00 |
| (Identify Taxable Benefits) | Yes | 0.0000% | | | 0.00 |

| B. TOTAL BENEFITS PER HOUR | | | $46.91 | $46.91 | $0.00 |
|---|---|---|---|---|---|

| PAYROLL TAXES AND INSURANCE | | | | | |
|---|---|---|---|---|---|
| FICA | | | 6.2000% | 3.73 | 1.63 |
| Medicare | | | 1.4500% | 0.87 | 0.38 |
| Metropolitan Commuter Tax | | | 0.3400% | 0.20 | 0.09 |
| Federal Unemployment | | | 0.8000% | 0.48 | 0.21 |
| State Unemployment | | | 9.9000% | 5.96 | 2.60 |
| Disability | | | 0.0200% | 0.01 | 0.01 |
| Workers' Compensation | Code: | CCIP | 0.0000% | 0.00 | 0.00 |

| C. TOTAL TAXES AND INSURANCE PER HOUR | | | | | |
|---|---|---|---|---|---|
| REGULAR BASE RATE | $60.18 | x | 18.7100% | $11.26 | $4.91 |

| D. TOTAL LABOR RATE, SUBJECT TO OH&P | | (A+B)= | $99.41 | $26.25 |
|---|---|---|---|---|
| F. OH&P (20%) | | | $19.88 | $5.25 |
| G. TOTAL LABOR RATE | | (C+D+F)= | $130.55 | $56.41 $31.16 |

## H. CONTRACTOR'S CERTIFICATION

I certify that the labor rates, insurance enumerations, labor fringe enumerations and expenses are correct and in accordance with actual and true cost incurred.

Signature of Authorized Representative

Christine Persico
Print Name

Vice President
Print Title

Virginia Leone
Notary Public, State of New York
Qualified in Queens County
No. # 01LE5070245
Commission Expires Dec. 09, 2018

Sworn before me this ___12th _____ day

of February _____ , 2018

Notary Public

## James Dearth

| | |
|---|---|
| **From:** | Andrew - 24/7 Lifting <andrew@247lifting.com> |
| **Sent:** | Monday, November 26, 2018 3:45 PM |
| **To:** | James Dearth |
| **Subject:** | Re: New message via your website, from  Jdearth@whitestonecc.com |

Hi James,

After reviewing the info you provided, our quote is Regular Knuckleboom w/ Operator $2500 per day plus $1500 for permits.

Thanks,
Andrew McConnell

---

**From:** "no-reply@parastorage.com" <no-reply@parastorage.com>
**Reply-To:** James Dearth <Jdearth@whitestonecc.com>
**Date:** Monday, November 26, 2018 at 3:16 PM
**To:** Pat - 24/7 Lifting <pat@247lifting.com>
**Subject:** New message via your website, from Jdearth@whitestonecc.com

- **You have a new message:**
- Via: https://www.knuckleboomnyc.com/
- **Message Details:**
  - 
  - **Name** James Dearth
  - **Email** Jdearth@whitestonecc.com
  - **Phone** 7183921800
  - **Subject** CUNY - Knuckle boom quote
  - **Message** Kindly provide a proposal for the below application. Please email if further information is required. A daily rate is needed for estimation purpose. Anticipated (2) days with boom service. 1) What is the object to be lifted? (12) Scaffolding sections, (50) aluminum scaffold planks, (100) sheets plywood, (50) sheets 2" rigid insulation. 2) What is the approximate weight? Between 200LBS and 500LBS 3) What day of the week is the lift to be carried out? Weekday 4)What time of the day is the lift to be performed? Do you have flexibility with the timing? 7:00am start - 3:30 end 5) What is the address of the job? 285 Jay street, Brooklyn NY 11201 6) What is the height of the lift? How many floors up? How far back into building is the object to be situated? 60' high with a 40' reach including sidewalk (from center of boom). 7) How close to the building can the crane be positioned? 10' 8) Does the job require any additional personnel such as riggers or signal people? Rigger and signal person will be provided.
- **Sent on:** 26 November, 2018
- Thank you!
  -

## James Dearth

| | |
|---|---|
| **From:** | Jessica Baum <Jbaum@tbpconverting.com> |
| **Sent:** | Monday, November 26, 2018 11:29 AM |
| **To:** | James Dearth; Patrick Foley |
| **Cc:** | Pawel Lepkowski |
| **Subject:** | RE: TB Philly |

James,

Yes, pricing and lead time remain the same.

==ZIALOC BOOT SILICONE TRANSITION STRIP 24" X 100' CLEAR - $1,152.00/ROLL==
==($48.00 per inch wide)==

2-3 days to slit and ship.

Regards,



**Jessica (Hopton) Baum**
**TBP Converting | OEM Sales Representative**
400 Thoms Drive | Phoenixville, PA 19460
Mobile: 484-639-7735 | Office: 610-482-6000 | Fax: 610-933-4710
http://www.tbpconverting.com

**ISO 9001: 2015 Certified Company**

**From:** James Dearth <JDearth@WhitestoneCC.com>
**Sent:** Monday, November 26, 2018 11:23 AM
**To:** Jessica Baum <Jbaum@tbpconverting.com>; Patrick Foley <PFoley@WhitestoneCC.com>
**Cc:** Pawel Lepkowski <PLepkowski@WhitestoneCC.com>
**Subject:** RE: TB Philly

Jess,

Is the pricing on the silicone sheet still good?

Regards,

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377

1

# AJB
## AJB Steel Corp.
57-33 58th Place
Maspeth, NY 11378

**ESTIMATE**
## 20260

**Customer Name & Address**

Whitestone Construction Corp.
5052 49th Street
Woodside, NY 11377

| | |
|---|---|
| **Project** | CUNY |
| **P.O. No.** | |
| **Date** | 8/31/2018 |

## PROPOSAL

### WE HERBY PROPOSE:

| Description | Qty | Total |
|---|---|---|
| .WSK-1:<br>6"x5-1/8 L x7-7/8 long x 1/2 thick bracket with 1/2 stiffener and slotted holes as per customer's sketch. | 33 | 2,211.00 |
| 1/2 nylon sleeve 70pcs<br>WSK-2<br>2-1/2 x 3-1/2 x 1'1-3/4" x 1/4 thick aluminum ang bracket with 2 (1/4) stiffeners and 8 holes as per customer's sketch | 18 | 684.00 |

**WE PROPOSE HERBY TO FURNISH MATERIALS AND LABOR, COMPLETE IN ACCORDANCE WITH THESE SPECIFICATIONS, FOR THE SUM OF**

**Total**      $2,895.00

### PAYMENT SCHEDULE

**WE HOLD THE RIGHT TO STOP WORK AT ANY TIME IF PROMPT PAYMENT IS NOT MADE BY THE OWNER. ANY WORK STOPPED FOR THIS REASON WILL RESUME ONCE A PROMPTH PAYMENT IS MADE BY THE CUSTOMER.**

All work is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practice. Any alternative or deviations from the above specifications involving extra costs will be executed only uopn written orders, and will become an extra charge over and above prices. All agreements contigent upon strikes, accidents or delays beyond our control. Owner to carryfire, tornado and other necessary insurance.

**Authorized Signature** _____        **Date** _____

### ACCEPTANCE OF THE PROPOSAL

By signing below I fully understand and agree that the prices, specifications and contions are satisfactory and are herby accepted. I authorize AJB Steel Corp. to do work as specified, as I understand that by signing this proposal now because a work order. Payment will be made as outlined above.

**Authorized Signature** _____        **Date** _____

**O United Rentals·**

RENTAL
RESERVATION
# 161293895

BRANCH A12
2844 COLLEGE POINT BLVD
FLUSHING NY 11354
718-460-7199
718-762-6610 FAX

Job Site Address

CUNY PROJECT
285 JAY ST
TILLARY ST
BROOKLYN NY 11201
**Office:** 718-392-1800 **Cell:** 347-395-7028

| | |
|---|---|
| Customer # | : 1381625 |
| Reserved Date | : 09/17/18 |
| Scheduled Out | : 09/19/18   09:00 AM |
| Estimated In | : 09/26/18   09:00 AM |
| UR Job Loc | : 295 JAY ST, BROOKLYN |
| UR Job # | : 17 |
| Customer Job ID: | |
| P.O. # | : TBD |
| Ordered By | : JAMES DEARTH/JFARREN |
| Written By | : JOHN FARREN |
| Salesperson | : |

WHITESTONE CONSTRUCTION CORP
5052 49TH ST
WOODSIDE NY 11377-7336

**This is not an invoice**
**Please do not pay from this document**

RENTAL ITEMS:

| Qty | Equipment | Description | Minimum | Day | Week | 4 Week | Estimated Amt. |
|---|---|---|---|---|---|---|---|
| 1 | 3106323 | BOOM 59-63' LI/BAT/AC ART NARROW CRAWLER | | 1500.00 | 4500.00 | 9500.00 | 4,500.00 |
| | | | | | Rental Subtotal: | | 4,500.00 |

SALES/MISCELLANEOUS ITEMS:

| Qty | Item | | | Price | Unit of Measure | | Extended Amt. |
|---|---|---|---|---|---|---|---|
| 1 | DELIVERY CHARGE | | | 175.000 | EACH | | 175.00 |
| 1 | PICKUP CHARGE | | | 175.000 | EACH | | 175.00 |
| | | | | | Sales/Misc Subtotal: | | 350.00 |
| | | | | | Agreement Subtotal: | | 4,850.00 |
| | | | | | Tax: | | 430.44 |
| | | | | | Estimated Total: | | 5,280.44 |

COMMENTS/NOTES:

CONTACT: JAMES DEARTH
CELL#: 347-395-7028

TO SCHEDULE EQUIPMENT FOR PICKUP, CALL 800-UR-RENTS (800-877-3687)
WE ARE AVAILABLE 24/7 TO SUPPLY YOU WITH A CONFIRMATION #
IN ORDER TO CLOSE THIS CONTRACT

THIS IS NOT A RENTAL AGREEMENT. THE RENTAL OF EQUIPMENT AND ANY OTHER ITEMS LISTED ABOVE IS SUBJECT TO AVAILABILITY AND ACCEPTANCE OF THE TERMS AND
CONDITIONS OF UNITED'S RENTAL AGREEMENT, WHICH MUST BE SIGNED PRIOR TO OR UPON DELIVERY OF THE EQUIPMENT AND OTHER ITEMS.

Page:   1



**PARK AVENUE BUILDING &
ROOFING SUPPLIES
2120 ATLANTIC AVENUE
BROOKLYN, NY 11233
PHONE: (718) 403-0100**

PAGE NO 1

SPECIAL ORDERS ARE NOT REFUNDABLE
NO RETURNS WITHOUT A RECEIPT

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | TERMS: | CLERK: | DATE / TIME: |
|---|---|---|---|---|---|---|
| 4210 | 214 | MATERIAL QUOTE | JAMES 347-395-7028 | 30 DAYS FROM EOM | IM | 11/26/18  10:33 |

TERMINAL: 592

SOLD TO:
WHITESTONE CONST. CORP. (30)
50-52 49TH STREET
OFF BROOKLYN-QUEENS EXPY
WOODSIDE        NY   11377

718-392-1800

SHIP TO:
CUNY-NEW ACADEMIC BLDG.
285 JAY STREET
BTW: TILLARY ST & JOHNSON ST
BROOKLYN        NY 11201

917-670-0348

EXP. DATE: 12/3/18

SALESPERSON: TK  TIM KEEGAN
TAX: 001 NY CITY TAX CODE

## *ESTIMATE:245620/3*

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | LOCATION | UNITS | PRICE/ | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 65 | EA | 34CDX | 3/4" 4' X 8' CDX PLYWOOD | W4A2 | 2080 | 920.00 | /MS | 1,913.60 CN |
| 2 | | 100 | EA | 2410DF | DOUG FIR 2" X 4" X 10' | W3Y2 | 1000 | 0.619 | /LF | 619.00 CN |
| 3 | | 12 | EA | 2810DF | DOUG FIR 2" X 8" X 10' #2 & BTR | W3U2 | 120 | 1.179 | /LF | 141.48 CN |
| 4 | | 6 | EA | 21 | 12X12 8FT ROUGH CUT | 21M21 | 6 | 106.25 | /EA | 637.50 N |
| 5 | | 35 | EA | FOAM250248 | FOAMULAR 25PSI 2" 4' X 8' SSE | | 1120 | 1.272 | /SF | 1,424.64 CN |
| 6 | | 1 | EA | 158DWSC5M | 1-5/8" X 6 COARSE THREAD 5,000 | W11 | 1 | 45.00 | /EA | 45.00 CN |
| 7 | | | | | 25LB BOX - 5000 SCREWS PER BOX | W11 | | | | |
| 8 | | | | | 200 SCREWS PER POUND | W11 | | | | |
| 9 | | 1 | EA | 3DWSC2M | 3" X 8 COARSE THREAD 2,000 | W11 | 1 | 49.99 | /EA | 49.99 CN |
| 10 | | 1 | EA | 16DUPLEX50 | 16D BRIGHT DUPLEX 50# | 0084 | 1 | 56.00 | /EA | 56.00 CN |

REPRINT

| | | | |
|---|---|---|---|
| TAXABLE | 0.00 | SUBTOTAL | 4887.21 |
| NON-TAXABLE | 4887.21 | | |
| | | SUBTOTAL | 4887.21 |
| | | TAX AMOUNT | 0.00 |
| | | **TOTAL** | **4887.21** |

TOT WT: 4339.10

X _____
Received By

# A FULL SERVICE USG CEILING SYSTEMS DISTRIBUTOR