# EXHIBIT "V"

## Phil Carvelas

**From:** Pardee, Michael <mpardee@Sciame.com>
**Sent:** Friday, May 03, 2019 12:35 PM
**To:** James Dearth; Murphy, Ryan; Giusti, Adam; Asante, Joseph; Buhler, Jacklyn
**Cc:** Steven Grzic; Phil Carvelas; Porcelli, Michael
**Subject:** RE: CUNY - PCO#098 - WT-3 Clerestory Remediation
**Attachments:** CUNY_Design Movement Between Aud and Main Bld_Submittal 084426-07-01.pdf

Whitestone team,

Sciame has reviewed with the client and the architect the above referenced change order. Based on the attached information from the architect, our collective position is that this is remedial work, which is believed to be Whitestone's responsibility, and not a design change warranting a change order to Whitestone.

In support of this conclusion the architect references that they raised concerns about this in the comments they made on returned drawings and RFI responses, which are attached for your review. Furthermore and in support of the architects position, attached is an open NCR from the special inspection consultant Super Structures. NCR report item #4, notes "that the starter sill is installed significantly higher (+/- 1 3/8" from the top of the curb) then as per ASK-158R2 "

For these reasons, WCC change order #098 is rejected. Sciame is concerned with making this repair now that the school is occupied. To this end, WCC is directed to proceed immediately with this repair by finalizing any necessary submissions, obtaining any approvals from the Design Team, procuring all material, and begin coordination with Sciame to accomplish this repair by the end of August 2019. Whitestone needs to submit immediately a detailed "method of procedure" (MOP) to correct this situation. Additionally, due to the location of this repair in the Lobby, Sciame requires a "Task Hazard Analysis" from Whitestone on this repair to be reviewed by our Safety Director.

Joseph, please move WCC pending change order #98 to the rejected status in our change order log.

Regards,

**Michael Pardee** | Sr Vice President

**Sciame**

**Sciame Construction, LLC**
14 Wall Street, New York, NY 10005
T 212.709.2617 | M 917.416.2017

From: James Dearth <JDearth@WhitestoneCC.com>
Sent: Tuesday, February 5, 2019 4:14 PM
To: Murphy, Ryan <rmurphy@Sciame.com>
Cc: Pardee, Michael <mpardee@Sciame.com>; Steven Grzic <SGrzic@WhitestoneCC.com>; Phil Carvelas <pcarvelas@WhitestoneCC.com>

1



**Sciame**
WHERE BUILDING IS AN ART

Construction Managers
Consultants
Builders

# RFI Transmittal

Sciame Construction, LLC  |  14 Wall Street 2nd Floor New York NY 10005 United States

| | | | |
|---|---|---|---|
| PROJECT: | CUNY New Academic Building CUN-901 | DATE SENT: | 1/23/2017 |
| | | RETURN BY: | ~~1/30/2017~~ |
| SUBJECT: | 1130 - Design Movement between the Auditorium and Main Building | RFI ID: | 1130 |
| TYPE: | RFI | TRANSMITTAL ID: | 13818 |
| PURPOSE: | To Answer | VIA: | Info Exchange |

QUESTION: In reviewing submittal 084426-007-01 the Design Team included a comment that "The structural adequacy of this anchor and the relative movements between auditorium roof and main building still has not been submitted." Please define what the relative movement between the auditorium roof and main building is per design so that Whitestone can provide Yuanda with that information for analysis to ensure that the design movement was adequately addressed in the facade design.

SUGGESTION:

[Handwritten/highlighted note:]
1. SHOP DWG SUBMISSION NUMBERS MUST BE IN SEQUENCE OF THE PREVIOUS SUBMISSIONS
2. THE CONCERN WAS PREVIOUSLY NOTED IN 2014 UNDER SUBMITTALS 084413-020-01 AND 084413-020-02 ON SHEETS D328, D329, D331 AND Y52 TO VERIFY A LARGER MOVEMENT JOINT TO ACCOMODATE ROOF DEFLECTIONS.  THE NOTE WAS ALSO INDICATED ON RFIS 1033 AND 1033R1.
3. REFER TO ATTACHED ESTIMATED ROOF DEFLECTIONS BY WSP.  NOTE: WSP CLARIFIED 50% OF THE SDL HAS ALREADY OCCURRED AND THAT FIGURE CAN BE REDUCED.  EVEN WITH THE 50% REDUCTION OF THE SDL DEFLECTION, WE BELIEVE THE CONTRACTOR'S HEAD ANCHOR DETAIL MAY NOT ACCOMODATE THE ESTIMATED ROOF DEFLECTIONS
4. REFER TO ASK- 266 FOR SUGGESTION FOR THE HEAD ANCHOR DETAIL TO ACCOMODATE POTENTIAL MOVEMENT.

FROM
NAME
Dan Dillon

TO
NAME
Dan Grimaldi
Juan Mejia
Mindy No            Perkins Eastman    m.no@perkinseastman.com    (212) 353-7366
Paul Cheevers       Perkins Eastman    P.CHEEVERS@perkinseastman.com

COPIES:

| | |
|---|---|
| Adam Giusti | (Sciame Construction, LLC) |
| Athena Sountis | (Sciame Construction, LLC) |
| Christina James | (Sciame Construction, LLC) |
| Dan Dillon | (Sciame Construction, LLC) |
| Freddy Whitney | (Sciame Construction, LLC) |
| Harold Lander | (Sciame Construction, LLC) |

Page 1 of 2







alum frame ribs for support
movement slot
Structural silicone joint may need to accommodate forces from cantilevered reaction
Gasket instead of sealant.
alum frame ribs for support
movement slot
Structural silicone joint may need to accommodate forces from cantilevered reaction
Structural silicone.
HEAD ANCHOR UP POSITION:
HEAD ANCHOR DOWN POSITION:
ASK-266:
WT-3 HEAD ANCHOR DETAIL: RFI 1130

Glass is sitting on roof. Conne[cting]
above must accommodate all v[ertical]
movements

The glass must transition from [hanging]
to sitting at some location. Sho[w]
where this happens on elevati[ons]
add required details. Note, [if]
this to happen at a column li[ne]
there will be little vertical move[ment]

Add section for joints

Gap between bottom of glass and extrusion does not seem large enough to accommodate movements - including movements of roof beam at bottom. Verify adequacy.
See D303 to reduce caulk joint.
Do not square cut corners of glass.
Show sections at joints.
Calculations are required for bracket and weld to structure.
Specify fasteners
Specify
G04
G5
AL84
DR01
LS06
ZD17
SG48
LS03
P05
SG47
BY WCC
VARIES
A
A
13



