# EXHIBIT "W"

Message

| | |
|---|---|
| From: | ex02@yuandacn.com [ex02@yuandacn.com] |
| Sent: | 12/7/2019 3:13:33 AM |
| To: | jdearth [JDearth@WhitestoneCC.com] |
| CC: | ex02 [ex02@yuandacn.com] |
| Subject: | Re: CUNY - Clerestory bracket proposal |
| Attachments: | Cost for Brackets（air freight）.pdf; Cost for Brackets（Ocean freight）.pdf |

James,
See attached, please, two quotations have been provided for using air freight and ocean freight respectively.
If it is via ocean freight, they will be shipped to New York with our company's other project, and then Yuanda is to deliver to W CC.

Regards,
Yuan Yue



ex02@yuandacn.com

**From:** James Dearth
**Date:** 2019-11-27 05:30
**To:** ex02@yuandacn.com
**Subject:** CUNY - Clerestory bracket proposal

Yuan,

Please provide a proposal to fabricate and deliver all the brackets required to complete the clerestory remediation.

Regards,

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262



**Shenyang Yuanda Aluminium Industry Engineering Co., Ltd**

Yuanda Group

No. 20, 13th Street, Economic & Technological Development District Shenyang China 110027
Tel: 0086 24 2527 3090
Fax: 0086 24 2527 3591
E-mail: cnydhhg@163.com
Web: www.yuanda.com

## Quotation to project supplement

CUNY:
Party A requested to order the brackets needed for the remediation of clearestory.
The additional cost is as follow:
Procurement Period: 35 days
Transportation Method: air freight

Date:07. 12, 2019

| Item | Description | Quantity | Unit | Rate | Amount(USD) |
|---|---|---|---|---|---|
| 1 | Brackets | | | | 10032.23 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | To Collection | | USD | | 10032.23 |



## Shenyang Yuanda Aluminium Industry Engineering Co., Ltd

Yuanda Group

No. 20, 13th Street, Economic & Technological Development District Shenyang China 110027
Tel: 0086 24 2527 3090
Fax: 0086 24 2527 3591
E-mail: cnydhhg@163.com
Web: www.yuanda.com

## Quotation to project supplement

CUNY:
Party A requested to order the brackets needed for the remediation of clearestory.
The additional cost is as follow:
Procurement Period: 35 days
Transportation Method: Ocean Freight（LCL）

Date:07. 12, 2019

| Item | Description | Quantity | Unit | Rate | Amount(USD) |
|---|---|---|---|---|---|
| 1 | Brackets | | | | 4488.91 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | To Collection | | USD | | 4488.91 |