# EXHIBIT "AA"



**Yuanda USA Corporation**
36 W Randolph, St Suite 600, Chicago, Illinois 60601
Tel: (312) 938-8800          Fax: (312) 938-8802
E-mail:inter@yuanda.com.cn     Web: www.yuanda.com.cn

June 28th, 2019

To: Whitestone Construction Corp. (Whitestone)
Attention: Steven Grzic

Re: Non-conforming Yuanda's Fabrication of the WT-3 Clerestory Structure Components Issues

Dear Sirs,

Regarding Sciame's decision of rejecting as non-conforming Yuanda's fabrication of the WT-3 Clerestory structural components, and the requirement of having Yuanda to bear relevant responsibilities caused by that, Yuanda doesn't think it is appropriate.

All the time, Yuanda's further development of design had been performed strictly according to specifications and drawings, and Yuanda had been working per the instructions from Whitestone and the Architect. The same is also true for the WT-3 Clerestory structural components. As everyone knows, that part of drawings were reviewed and approved on Feb 23, 2015. Yuanda also carried out the following fabrication work under the direction of Whitestone, and then Whitestone completed the follow-up installation work in December of 2016.

However, on January 30, 2017, Sciame suddenly and without warning revised the design standard of the deformation of roof beams, and instructed Yuanda to change and revise the work that had already been completed, which was impossible to accomplish. In the whole process, Yuanda has not made any mistakes, nor can Yuanda bear this responsibility.

However, if Sciame insists on the modification and Yuanda is provided with corresponding cost, then Yuanda is willing to cooperate with Whitestone to complete the relevant remedial work.

Truly,

*Feng Zhu*
Feng Zhu
President
Yuanda USA Corporation

1/1

PLAINTIFF'S EXHIBIT 16
Blumberg No. 5113