# EXHIBIT "CC"

## James Dearth

| | |
|---|---|
| **From:** | Freddy Whitney <FWhitney@sciame.com> |
| **Sent:** | Tuesday, November 5, 2019 12:21 PM |
| **To:** | James Dearth |
| **Subject:** | Submittal Responded to and Closed: 084426-011-03 Clearstory Remediation Calcs & Drawings - CU... - Submittal:084426-011-03:W9sNZ |

IMPORTANT: Click a link below to access files associated with this Submittal response that came in through the Sciame Construction, LLC Info Exchange web site.

Download all associated files
Sign in to the Sciame Construction, LLC Info Exchange site

Additional links:
Reply to All

| | |
|---|---|
| **Project Name:** | CUNY New Academic Building |
| **Project Number:** | CUN-901 |
| **From:** | Jacklyn Buhler (Sciame Construction, LLC) |
| **To:** | james Dearth (Whitestone construction Corp.); Jonathan Bain (Whitestone construction Corp.) |
| **CC:** | Ryan Murphy (Sciame Construction, LLC); Jacklyn Buhler (Sciame Construction, LLC) |
| **Subject:** | 084426-011-03 Clearstory Remediation Calcs & Drawings |
| **Submittal ID:** | 084426-011-03 |
| **Sender ID:** | 084426-011-03 |
| **Sent via:** | Info Exchange |
| **Expiration Date:** | None |

### Transferred Files

| NAME | TYPE | DATE | TIME | SIZE |
|---|---|---|---|---|
| 084426-011-03 Clearstory Remediation Calcs & Drawings_PE_WSP REV B.pdf | PDF File | 11/4/2019 | 2:01 PM | 8,091 KB |
| Transmittal_Submittal - 084426-011-03 (Responded and Closed).pdf | PDF File | 11/4/2019 | 2:10 PM | 60 KB |

To share and learn more about Newforma Info Exchange visit www.newformant.com