**EXHIBIT "GG"**



| | | | |
|---|---|---|---|
| | METRO TECH ERECTORS | 58-02 Maspeth Avenue<br>Maspeth NY 11378 | Office: 718-366-3024<br>Fax: 347-507-1990<br>www.metro-techerectors.com<br>office@metro-techerectors.com |

# Proposal

| | | | |
|---|---|---|---|
| **COMPANY:** | Whitestone Construction Corp. | **DATE:** | May 20, 2020 |
| **ADDRESS:** | 50-52 49th Street | **PROJECT:** | CUNY New Academic Building |
| | Woodside, NY 11377 | | 285 Jay Street, Brooklyn NY |
| **ATTN:** | James Dearth | **DESCRIPTION:** | Clerestory Remediation |
| **PHONE #:** | 718-392-1800 | **PREPARED BY:** | Kaz Nowak |

We propose to perform all labor necessary to complete the following:

Mobilization, safety line
Removing terracotta tiles
Removing WT-5 Panels
Removing Flashing and Closure Piece WT-5 and TC
Protection Inside
Removing Interior Base Curb Cladding
Removing Glass
Support Installation  for SS Cladding inside
Installation of brackets and Threaded rods for SS cladding support Inside
Removing headers (extruded channel) glass support (receptor)
Install new steel brackets for head receptor
Install aluminum bars in glass receptor
Install glass head receptor
Install glass
Base curb cladding installation
Install aluminum closer WT-5 and WT-3 transision
Reinstall TC panels
Reinstall WT-5
Glass sealant
WT-5 Sealant and new exterior gasket installation
SS panel sealant and new interior gasket
Demobilization
Punch List



**METRO TECH ERECTORS**

58-02 Maspeth Avenue  
Maspeth NY 11378

Office: 718-366-3024  
Fax: 347-507-1990  
www.metro-techerectors.com  
office@metro-techerectors.com

Total of 266 man days

**TOTAL:** $ $ **460,228.68**

All of the work is to be completed in a substantial and workmanlike manner for the sum of **four hundred sixty thousand two hundred twenty-eight and 68/100 Dollars ($460,228.68).**
Progress Payments to be made <u>on weekly basis</u>. Any alterations or deviation from the above specifications involving extra cost of material or labor will be executed upon written order for same, and will become an extra charge over the sum mentioned in this contract.  All agreements must be made in writing.

**ACCEPTANCE**
You are hereby authorized to furnish all labor required to complete the work mentioned in the above proposal for which WHITESTONE CONSTRUCTION CORP. agrees to pay the amount mentioned in said proposal and according to the terms thereof.

_____  
Signature

_____  
Date

2 | P a g e