# EXHIBIT "HH"

# James Dearth

| | |
|---|---|
| **From:** | Phil Carvelas |
| **Sent:** | Wednesday, June 24, 2020 2:28 PM |
| **To:** | ex02 |
| **Cc:** | 'Charles Tan'; James Dearth |
| **Subject:** | FW: RE: Whitestone / Sciame / Yuanda |
| **Attachments:** | Cost for Steel bracket 02 (air freight Option 2) .pdf; Cost for Steel bracket (air freight Option 1) .pdf |

Yuan,

Can you kindly clarify if these two quotations are only air freight quotations, or, also has material included, and if material is included, what is the break down between material and air freight?

In speaking with Charles, we think it is just the air freight quotations, and material is courtesy.

And we understand your qualification about requoting the air freight at the time of dispatch.

Thanks.

Best Regards,

Philip J. Carvelas
Project Executive
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
(718) 392-1800 Phone
(718) 392-6262 Fax
(917) 318-7765 Cell


**From:** James Dearth
**Sent:** Wednesday, June 24, 2020 9:12 AM
**To:** Phil Carvelas <pcarvelas@WhitestoneCC.com>
**Subject:** FW: RE: Whitestone / Sciame / Yuanda

Phil,

We need to make a move on this.

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800

1

Cell: 347-395-7028
Fax: 718-392-6262

**From:** ex02@yuandacn.com <ex02@yuandacn.com>
**Sent:** Tuesday, June 23, 2020 5:32 AM
**To:** James Dearth <JDearth@WhitestoneCC.com>
**Cc:** charles_tan <charles_tan@126.com>; Phil Carvelas <pcarvelas@WhitestoneCC.com>; ex02 <ex02@yuandacn.com>
**Subject:** Re: RE: Whitestone / Sciame / Yuanda

James,
Refer to the quotation sheet for the details for the two options. It should be noted that due to the outbreak of the epidemic, the air freight price fluctuates greatly. The air freight price we have inquired is only maintained until the end of this month, but when we deliver the goods, we need to make a new quotation according to the air freight price at that time.
In addition, due to the epidemic outbreak in Beijing again, it is not easy to determine the development of the epidemic when making the shipment, so the forwarder can not give the specific time needed for air transportation, which is estimated to be about 3 weeks. The transportation time can only be determined according to the specific situation of the epidemic.
Please be informed.


Regards,

Yuan Yue


ex02@yuandacn.com


**From:** James Dearth
**Date:** 2020-06-18 03:40
**To:** ex02@yuandacn.com
**CC:** charles_tan; Phil Carvelas
**Subject:** RE: RE: Whitestone / Sciame / Yuanda
Yuan,

We would like to explore two options. The first option would be for Yuanda to fabricate all the items required to complete the remedial work to the WT-3 clerestory assembly (all items on FD1). The second option would be to have Yuanda fabricate the steel bracket 02 to the correct sizes and dimensions defined by the approved calculations. Kindly provide the lead time and cost to ship via air. Whitestone needs to perform this work within the next two months.

Please let me know as soon as time allows.

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262


**From:** ex02@yuandacn.com <ex02@yuandacn.com>
**Sent:** Monday, June 8, 2020 10:46 PM

2

**To:** James Dearth <JDearth@WhitestoneCC.com>
**Cc:** charles_tan <charles_tan@126.com>; ex02 <ex02@yuandacn.com>
**Subject:** Re: RE: Whitestone / Sciame / Yuanda

James,
Does that " new materials" in your email mean " all of the materials in drawing FD1 "?
Totally it's almost 30 days for procedure of the materials, manufacture and hot galvanizing , and then we need nearly 45 days to deliver it by sea.
By the way we will delivery it together with other projects if you sure YD will do this work.


Regards,

Yuan Yue

---

ex02@yuandacn.com

---

**From:** James Dearth
**Date:** 2020-06-09 05:20
**To:** ex02@yuandacn.com
**CC:** charles_tan
**Subject:** RE: RE: Whitestone / Sciame / Yuanda
Yuan,

What would the lead time be for the new material from China to New York?

James Dearth
Project Manager
Whitestone Construction Corp.
50-52 49th Street
Woodside, NY 11377
Tel: 718-392-1800
Cell: 347-395-7028
Fax: 718-392-6262

---

**From:** ex02@yuandacn.com <ex02@yuandacn.com>
**Sent:** Wednesday, June 3, 2020 5:30 AM
**To:** James Dearth <JDearth@WhitestoneCC.com>
**Cc:** charles_tan <charles_tan@126.com>; ex02 <ex02@yuandacn.com>
**Subject:** Re: RE: Whitestone / Sciame / Yuanda

James,
Please see the reply below.


Regards,

Yuan Yue

---

ex02@yuandacn.com

---

**From:** James Dearth
**Date:** 2020-06-03 00:21
**To:** ex02@yuandacn.com

3