# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WHITESTONE CONSTRUCTION CORP.,

                          Plaintiff,                      20 **CIVIL** 1006 (GHW)

        -against-                             **JUDGMENT**

YUANDA USA CORPORATION,

                         Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated November 9, 2021, Yuanda's motion for summary judgment is granted to the extent it relates to whether Yuanda breached the Purchase Order., and Whitestone's motion for summary judgment is denied. Because Yuanda did not breach the Purchase Order, Yuanda's motion for partial summary judgment is denied as moot to the extent is seeks to limit the damages sought by Whitestone. Judgment is entered for Yuanda; accordingly, this case is closed.

**Dated:**  New York, New York
          November 9, 2021

                                      **RUBY J. KRAJICK**

                                        **Clerk of Court**

**BY:** _____

                                        **Deputy Clerk**